UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SWATCH S.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-434 LO/JFA |
| | ) | |
| BEEHIVE WHOLESALE, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## BEEHIVE WHOLESALE'S MOTION REGARDING ADMISSIBILITY OF THE TTAB TRIAL RECORD

Defendant Beehive Wholesale, LLC ("Beehive") respectfully moves this Court to determine the admissibility of the record of the trial conducted before the Trademark Trial and Appeal Board, as to which Swatch, S.A. has taken an appeal to this Court pursuant to 15 U.S.C. § 1071(b). Specifically, Beehive requests that the entire trial record be submitted into evidence, pursuant to 15 U.S.C. § 1071(b) and the parties' stipulation, with the reservation of the parties' right to renew any objections made to such evidence before the TTAB and the right to contest any rulings as to admissibility made by the TTAB.

Defendant Beehive requests that this issue be resolved in advance of trial (currently scheduled for October 24-25) because Swatch has asserted that large portions of the record are not admissible, including the trial testimony of Beehive's witnesses. If such record were not admitted, contrary to what Beehive contends are the requirements of the governing statute and the stipulation of the parties (incorporated into this Court's prior order), then Beehive would be required to bring additional witnesses to trial from Louisiana and they would necessarily have to testify at greater length than was contemplated at the time of the Final Pretrial Conference.

Dated: September 30, 2011                          Respectfully submitted,

                                                   _____/s/_____
                                                   William J. Utermohlen, VSB 41,228
                                                   James A. Oliff, VSB 14,658
                                                   OLIFF & BERRIDGE, PLC
                                                   277 South Washington Street
                                                   Suite 500
                                                   Alexandria, VA 22314
                                                   tel: 703-836-6400
                                                   fax: 703-836-2787
                                                   wutermohlen@oliff.com

                                                   Counsel for Defendant

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(E) AND PARAGRAPH 12 OF THE SCHEDULING ORDER

I hereby certify that counsel for Beehive attempted in good faith to resolve this issue with counsel for Swatch, or alternatively to narrow the areas of disagreement prior to filing this motion, as required by paragraph 12 of the Rule 16(b) Scheduling Order entered by this Court (Dkt. 10) and Local Rule 7(E).  Counsel for both parties communicated by telephone and mail concerning these issues, and were unable to reach agreement, necessitating the instant motion.

                                                   _____/s/_____
                                                   William J. Utermohlen, VSB 41,228
                                                   OLIFF & BERRIDGE, PLC
                                                   277 South Washington Street
                                                   Suite 500
                                                   Alexandria, VA 22314
                                                   tel: 703-836-6400
                                                   fax: 703-836-2787
                                                   wutermohlen@oliff.com

                                                    Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, I electronically filed the foregoing Beehive's

Motion Regarding Admission of TTAB Trial Record with the Clerk of Court using the CM/ECF

system, which sent a notification of such filing (NEF) to:

> Kenneth W. Curtis, Esq.
> ALLRED, BACON, HALFHILL & YOUNG

In addition, I forwarded the document the same day by electronic mail (by agreement), to the

following non-filing users:

> Jess M. Collen, Esq.
> Thomas P. Gulick, Esq.
> COLLEN *IP*
> jcollen@collenip.com
> tgulick@collenip.com

> _____/s/_____
> William J. Utermohlen

3