# EXHIBIT 20

# PUBLIC, REDACTED VERSION





# DONNIE BELL DESIGN

230 Jill Loop
Ruston, LA 71270

phone: 318.243.3524
e-mail:

October 14, 2008
Beehive – Wholesale Website Development
Contact: Brent Bernard

## BEEHIVE WHOLESALE WEBSITE DEVELOPMENT

**Web site design and template development**
- Beehive wholesale site design
- Convert pages and graphics to html pages
- Develop CSS styles for overall look and feel of the site
- Create templates ready for programming and cart application

**Wholesale Cart Development and Backend Setup**
This phase will be mostly BTG's responsibility. However, I'll serve as the go between and will relay information to and from Beehive and BTG. I'll serve as the team leader and will manage work flow and progress. I'll update the team weekly as to where we stand.

- The site will be built in a way that Beehive can upload pictures and descriptions of items on the site at their discretion.

- Orders will be collected and pushed to the accounting system so that inventory will be deducted in the accounting system.

- Inventory will then be updated on a nightly basis according to what is in Quickbooks. This will be less constraining on the system. We can look at more automation on the system in the future, but as the proposal is now, there will not be a true "real time" inventory. Other measures must be put in place outside of this proposal to make it real time.

- The cart will contain a site locator as discussed and we can build the group of sites from the data collected when setting up customer accounts.



Defendant's
Exhibit 20

***\* Total approximate cost***

Beehive Proposal – page 1 of 2

SWATCH S.A v. AMY T
BERNARD & BEEHIVE
WHOLESALE. LLC
Opposition No. 91169312

EXHIBIT
20

TRADE SECRET - COMMERCIALLY SENSITIVE

B000497

*Images provided by Beehive. However, we can offer photography services for an additional fee.*

*Content / copy provided by Beehive*

*Any forms, programs written for login and/or admin areas, payment transactions, shopping carts, photo albums / programs, etc., not included in this quote, will be charged according to the program written*

*If there are any unexpected costs or if the scope of the project changes, an adjusted proposal will be submitted before the work is done.*

*We offer ongoing design services for future needs such as, site updates and other promotional material. Our rate for ongoing services is $45 per hour.*

Move forward with the project outlined above.

_____          _____
*signature*                                                              *date*

**Beehive Proposal** – page 2 of 2

TRADE SECRET - COMMERCIALLY SENSITIVE

B000498



# DONNIE BELL DESIGN

230 Jill Loop
Ruston, LA 71270

phone: 318.243.3524
e-mail:

**January 29, 2009**
**Beehive – Wholesale Website**
**Contact:** Brent Bernard

**Description of services**                                                    **Cost**

Web site design and development -
Wholesale cart software integration -
Cart software

**Total amount due upon receipt** - *50% of the proposed amount*

TRADE SECRET - COMMERCIALLY SENSITIVE



# DONNIE BELL DESIGN

230 Jill Loop
Ruston, LA 71270

phone: 318.243.3524
e-mail:

**February 17, 2009**
**Beehive – Wholesale Website**
**Contact:** Brent Bernard

**Description of services**                                          **Cost**

Web site design and development -
Wholesale cart software integration -
Cart software

**Total amount due upon receipt**  *- remainder of the proposed amount*

TRADE SECRET - COMMERCIALLY SENSITIVE