EXHIBIT 10

REDACTED

# EXHIBIT 11



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches





FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



## Swatch Straps & Batteries

Swatch eStore is now offering straps and batteries. When choosing a battery please use the pre-existing battery as a reference. Please rollover the battery symbols to see a listing of watches that the battery supports. Our Strap & Bands section is growing every week, if there is a specific band that you do not see listed please contact customer service.

CROISSANT CHAUD / LEATHER STRAP
$20.00

|< << page 3 of 3

**Straps & Batteries**

@ 048.beats
US Shipping Only

Enter Email [Go]   New user sign up   My account   Order status   Cart   Search [Go]

Customer Service: 1-866-379-2824

New | Core Collection | Watches | Jewelry | Straps & Batteries | Service | Store Locator | Swatch Loyalty Club

Straps | Batteries

FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches

Official Swatch ... 3/ALB160G



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches

9/9/2009 8:10 PM

# EXHIBIT 12



swatch
bijoux



spring summer collection 2009

001577

Bel Circolo





Nightmesh





001581





Melodiosa

001583

Spring-Thing



001584



001585





Batik Pop

Natural Duet





Amorito





Fluonik



Pallabella





Iron Railing



Unfenceless







Heave out



## Bel Circolo



Pendent. One size.
Stainless steel 316L + white synthetic
resin + white crystal + stainless steel
316L with pink gold PVD. JPW011.



Bracelet. One size.
Stainless steel 316L + white synthetic
resin + white crystal + stainless steel
316L with pink gold PVD. JBW006.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + white synthetic
resin + white crystal + stainless steel
316L with pink gold PVD. JRW019.



Earrings. One size.
Stainless steel 316L + white synthetic
resin + white crystals + stainless steel
316L with pink gold PVD. JEW008.

## Nightmesh



Pendent. One size.
Stainless steel 316L + white crystals.
JPM047.



Bracelet. One size.
Stainless steel 316L + white crystals.
JBM047.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + white crystals.
JRM056.



Earrings. One size.
Stainless steel 316L + white crystals.
JEM030.

## Melodiosa



Pendent. One size.
Stainless steel 316L + white crystal
pearls. JPM046.



Bracelet. One size.
Stainless steel 316L + white crystal
pearls. JBM046.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + white crystal
pearl. JRM055.



Earrings. One size.
Stainless steel 316L + white crystal
pearls. JEM029.

001602

synthetic
less steel
EW008.

## Spring- Thing









Pendent. One size.
Stainless steel 316L + multicoloured
synthetic resin + white crystals.
JPM049.

Bracelet. One size.
Stainless steel 316L + multicoloured
synthetic resin + white crystals.
JBM049.

Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + multicoloured
synthetic resin + white crystals.
JRM058.

Earrings. One size.
Stainless steel 316L + multicoloured
synthetic resin + white crystals.
JEM032.

crystals.

## Batik Pop









Necklace. One size.
Stainless steel 316L + multicoloured
polymer clay. JPD026.

Bracelet. One size.
Stainless steel 316L + multicoloured
polymer clay. JBD022.

Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + multicoloured
polymer clay. JRD036.

Earrings. One size.
Stainless steel 316L + multicoloured
polymer clay. JED018.

crystal

## Natural Duet









Pendent. One size.
Stainless steel 316L + multicoloured
synthetic resin + white crystals.
JPD028.

Bracelet. One size.
Stainless steel 316L + multicoloured
synthetic resin + white crystals.
JBD024.

Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + multicoloured
synthetic resin + white crystals.
JRD038.

Earrings. One size.
Stainless steel 316L + multicoloured
synthetic resin + white crystals.
JED020.

## Amorito

   

Pendent. One size.
Stainless steel 316L + red synthetic
resin. JPR011.

Bracelet. One size.
Stainless steel 316L + red synthetic
resin. JBR007.

Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + red synthetic
resin. JRR025.

Earrings. One size.
Stainless steel 316L + red synthetic
resin. JER008.

## Fluonik

   

Pendent. One size.
Stainless steel 316L + red synthetic
resin + red leather. JPR012.

Bracelet. Sizes S, M.
Stainless steel 316L + red synthetic
resin + red leather. JBR008.

Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + red synthetic
resin. JRR026.

Earrings. One size.
Stainless steel 316L + red synthetic
resin. JER009.

## Fluonik

   

Pendent. One size.
Stainless steel 316L + black synthetic
resin + black leather. JPB015.

Bracelet. Sizes S, M.
Stainless steel 316L + black synthetic
resin + black leather. JBB016.

Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + black synthetic
resin. JRB020.

Earrings. One size.
Stainless steel 316L + black synthetic
resin. JEB008.

## Pallabella







## Iron Railing



**Necklace.** One size.
Stainless steel 316L + multicoloured
polymer clay. JPB013.

**Ring.** Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + multicoloured
polymer clay. JRB018.

**Earrings.** One size.
Stainless steel 316L + multicoloured
polymer clay. JEB007.

**Ring.** Sizes 5, 6, 7, 8, 9, 10, 11.
Stainless steel 316L. JRM060.

## Unfenceless







## Secret Code





**Pendent.** One size.
Stainless 316L. JPM050.

**Bracelet.** Sizes L, XL.
Stainless steel 316L. JBM050.

**Ring.** Sizes 9, 10, 11.
Stainless steel 316L. JRM059.

**Ring.** Sizes 5, 6, 7, 8, 9, 10, 11.
Stainless steel 316L.
JRM013.

**Ring.** Sizes 5, 6, 7, 8, 9, 10, 11.
Black coloured stainless steel 316L.
JRB003.

## Heave out





## Windlove



## All for me



**Pendent.** One size.
Stainless steel 316L + black synthetic
resin. JPB014.

**Ring.** Sizes 9, 10, 11.
Stainless steel 316L + black synthetic
resin. JRB019.

**Pendent.** One size.
Stainless steel 316L + red crystal
+ red polyester. JPM030.

**Pendent.** One size.
Stainless steel 316L + red crystal.
JPM055.

## All for me



Bracelet. One size.
Stainless steel 316L + red crystal.
JBM038.



Crystal Charms.
Stainless steel 316L + coloured
crystals. JMD002.



Pearl Charms.
Stainless steel 316L + crystal pearls
+ iridescent crystal cube. JMD004.



Roundy Boundy Charms.
Stainless steel 316L + stainless steel
316L with pink gold PVD
+ multicoloured polymer clay
+ white crystals. JMM006.

## Love Explosion



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + fuchsia
polymer clay. JRR027.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + turquoise
polymer clay. JRL003.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + red
synthetic resin. JRR016.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + off white
crystal pearls. JRW014.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + iridescent
crystal cubes. JRD022.

## Pila



Necklace. One size.
Stainless steel 316L + coloured
polymer clay. JPD006.



Bracelet. Sizes S, M.
Stainless steel 316L + coloured
polymer clay. JBD008.



Earrings. One size.
Stainless steel 316L + pink
polymer clay. JEP002.



Earrings. One size.
Stainless steel 316L + blue
polymer clay. JES006.

001606

## Glance-Magic



Pendent. One size.
Stainless steel 316L + white crystals.
JPM041.



Bracelet. Sizes S, M.
Stainless steel 316L + white crystals.
JBM041.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + white crystals.
JRM050.



Earrings. One size.
Stainless steel 316L + white crystals.
JEM026.

## Chemin Fleuri



Necklace. One size.
Stainless steel 316L.
JPM039.



Bracelet. One size.
Stainless steel 316L.
JBM039.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L.
JRM047.



Earrings. One size.
Stainless steel 316L.
JEM025.

## Luludia



Pendent. One size.
Stainless steel 316L + black satin.
JPM027.



Bangle. Sizes S, M.
Stainless steel 316L.
JBM029.



Ring. Sizes 5, 6, 7, 8, 9.
Stainless steel 316L.
JRM037.



Earrings. One size.
Stainless steel 316L.
JEM017.

## Trickle Light



**Pendent.** One size.
Stainless 316L + transparent
plexiglas. JPD023.



**Bracelet.** One size.
Stainless steel 316L + transparent
plexiglas. JBD019.



**Ring.** Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + transparent
plexiglas. JRP022.



**Earrings.** One size.
Stainless steel 316L + transparent
plexiglas. JEP009.

## Lustro

## Crystal Soul



**Necklace.** One size.
Stainless steel 316L + white crystals.
JPM009.



**Bracelet.** Sizes S, M.
Stainless steel 316L + white crystals.
JBM013.



**Ring.** Sizes 5, 6, 7, 8, 9.
Stainless steel 316L + white crystals.
JRM015.



**Earrings.** One size.
Stainless steel 316L + white crystals.
JEW005.

## Zampilo



**Pendent.** One size.
Stainless steel 316L
+ multicoloured synthetic resin
+ multicoloured polymer clay
+ crystals + lilac polyester.
JPD018.



**Bracelet.** One size.
Stainless steel 316L
+ multicoloured synthetic resin
+ multicoloured polymer clay
+ crystals + lilac polyester.
JBD017.



**Earrings.** One size.
Stainless steel 316L
+ multicoloured synthetic resin
+ multicoloured polymer clay
+ crystals. JED013.



**Ring 1.** Sizes 5, 6, 7, 8, 9.
Stainless steel 316L
+ multicoloured synthetic resin
+ multicoloured polymer clay
+ crystals. JRD030.



**Ring 2.** Sizes 5, 6, 7, 8, 9.
Stainless steel 316L
+ multicoloured synthetic resin
+ multicoloured polymer clay
+ crystals. JRD031.

001608

# swatch
## bijoux

WS1092PCAT   Printed in Switzerland