EXHIBIT 101





ELLE

www.elle.fr

MODE
**LA
TENDANCE
CHIC
ET NATURE**

**NUMÉRO
VERT
100%
PAPIER
RECYCLÉ**

**POLÉMIQUE** FAUT-IL
AVOIR PEUR DE LA NOUVELLE
PILULE POUR MAIGRIR ?

# ET SI ON
# VIVAIT
# AUTREMENT

**60 PAGES POUR
CHANGER SES HABITUDES
SE FAIRE DU BIEN
ET AIMER LA PLANÈTE**

PROCÈS
L'EXTRAVAGANTE
XAVIÈRE TIBERI

CRISE
DE COUPLE ?
ADOPTEZ
NOTRE PLAN DE
RELANCE !

**VITE UN GÂTEAU**
LES PETITS SECRETS
DE TRISH DESEINE

**MARION
COTILLARD**
RÉDACTRICE
EN CHEF
SA VIE
EN VERT

M 01648 - 3295 - F: 2,30 €

HEBDOMADAIRE, 21 FÉVRIER 2009
FRANCE MÉTROPOLITAINE 2,30 €, DOM avion 5 €, BEL 2,50 €, CH 4,90 FS, A 4,20 €, ALG 370 DA, AND 2,30 €, CDN S 5,50, D 4,20 €,
ESP 3,50 €, FIN 5,50 €, GR € 3, GR 4,40 €, IRL 4,40 €, ITA 3,50 €, LUX 2,50 €, MAR 32 DH, NC 1 200 F. CFP, NL 4,20 €, POLY. FR 1 400 F. CFP
PORT cont 3,50 €, TUN 4,20 DT, USA S 5,50.

# EXHIBIT 102



001819



# ELLE

www.elle.fr

**MODE D'EMPLOI**
COMMENT PORTER LE SHORT SANS SE RATER

**CHEVEUX BOUCLEZ-LES !**

PSYCHO-BEAUTÉ
POURQUOI ON EST ADDICT AU BRONZAGE

**CHRISTIAN LACROIX DANS LA TOURMENTE**
"JE NE M'ARRÊTERAI JAMAIS"

# LA MODE À MOINS DE 50 €
## ROBES, SAROUELS SANDALES, TOPS COMBINAISONS...

**TROP BONNES !**
LES RECETTES MINCEUR D'ANNE-SOPHIE PIC

**VÉCU : "MA NUIT D'AMOUR AVEC UNE FEMME"**

**IRAN**
L'HUMOUR PLUS FORT QUE LE TCHADOR

CHIC
FAC
ON S'A
EN BLA

M 01648 - 3311 - F: 2,30 €

HEBDOMADAIRE. 13 JUIN 2009
FRANCE MÉTROPOLITAINE 2,30 €. DOM avion 5 €. BEL 2,50 €. CH 4,90 FS. A 4,20 €. ALG 370 DA. AND 2,30 €. CON S 5.50. D 4,20 €. ESP 3,50 €. FIN 5,50 €. GB £ 3. GR 4 €
IRL 4,40 €. ITA 3,50 €. LUX 2,50 €. MAR 32 DH. NC 1 200 F. CFP NL 4,20 €. POLY. FR 1 400 F. CFP. PORT cont 3,50 €. TUN 4,20 DT. USA S 5.50.

001820

# EXHIBIT 103



SWATCH MÉGASTORE - 104 Avenue des Champs-Elysées - Tél. : 01 56 69 17 00.
Votre boutique en ligne : www.swatchboutique.fr



**GRIPPE A**
FAUT-IL
AVOIR
PEUR DU
VACCIN ?

www.elle.fr

NOUVEAU
PRIX
**2€**

OUCHE PULPEUSE
T CHEVEUX SOUPLES
'ULTRAFÉMININ
ST DE RETOUR

HILARANT
ES MÉTAMORPHOSES
E VALÉRIE LEMERCIER

**SPÉCIAL
JEAN
QUELLE COUPE
POUR QUEL CORPS
TOUS LES MODÈLES
QUI NOUS RENDENT BELLES**

EST ÊTES-VOUS
COINCÉE ?

U MARCHÉ AVEC
ÉLÈNE DARROZE
ES RECETTES FACILES
T PAS CHÈRES

**MODE
SO CHIC**
**LE STYLE 4**

**POP ÉGÉR**
LILY ALLEI
FAIT SA LAD

**KASIA
SMUTNIA**
ATTENTION
NOUVELLE
BOMBE

M 01648 - 3326 - F: 2,00 €

HEBDOMADAIRE, 25 SEPTEMBRE 2009
FRANCE METROPOLITAINE 2 €, DOM avion 4,70 €, BEL 2,30 €, CH 4,30 FS, A 4 €, ALG 370 DA, AND 2 €, CDN $ 5,25, D 4 €, ESP 3,30 €, FIN 5,50 €, GB £ 3.
GR 3,30 €, ITL 4,10 €, ITA 3,30 €, LUX 2,30 €, MAR 30 DH, NC 1 200 F. CFP, NL 4,10 €, POLY. FR 1 400 F. CFP, PORT cont 3,30 €, TUN 4 DT, USA $ 5,25.

001822

# EXHIBIT 104

FR

# style*elle*mode
## ON VEUT TOUTES   être fashion à scooter



**rock**

Casque Peace & Lsove (Moschino, 199 €).

Bottes en peau patinée (Tex de Carrefour, 35 €).

Etole, bords crochetés (Ikou Tschuss, 320 €).

Montre masculine (Swatch, 120 €).

Sac (Acne, 100 €).

Lunettes masque (Marni Winter édition 2009, 208 €).

**arty**

Casque graffitis (Ruby par Maison Martin Margiela, 740 €).

Chaussures à lanières cloutées (See by Chloé, 375 €).

Sac monogrammé (La Bagagerie, 89 €).

Lunettes, verres dégradés (Emporio Armani, 165 €).

Gants en nubuck (Maison Fabre, 220 €).

Echarpe en soie, bords chaînette (Chloé par Hannah MacGibbon, 419 €).

**folk**

Casque Cask's (Les Prairies de Paris, 390 €).

Besace en cuir (Repetto, 290 €).

Lunettes (Ray-Ban, 229 €).

Foulard en étamine de laine (Epice, 88 €).

Chaussures (Sartore, 590 €).

**ELISSA CANNELLE-CASTELBOU**

➡ Plus de shoppings mode sur **elle.fr**

001823



**ELLE**

NOUVEAU
PRIX
**2€**

www.elle.fr

**TESTÉES
POUR VOUS**
LES CRÈMES
QUI FONT
GAGNER
10 ANS

CHEVEUX
**RÉVEILLEZ VOTRE CHÂTAIN
DEVENEZ UNE BLONETTE !**

PEOPLE SOUS INFLUENCE
COMMENT LES GOUROUS
DIRIGENT HOLLYWOOD

TENDANCE
**LE NOUVEAU
MANTEAU
C'EST LA VESTE**

**RENCONTRE EXCLUSIVE
LE BONHEUR SELON PHILIPPE
ET VINCENT DELERM**

GISCARD ET DIANA
POURQUOI ÇA
NOUS PASSIONNE

**FASHION
LE BON LOOK POUR
ALLER BOSSER**

MODE
**ULTRA LUXE
ULTRA GLAM**

M 01648 - 3327 - F: 2,00 €

HEBDOMADAIRE, 2 OCTOBRE 2009
FRANCE MÉTROPOLITAINE 2 €. DOM avion 4,70 €. BEL 2,30 €. CH 4,30 FS. A 4 €. ALG 370 DA. AND 2 €. CDN $ 5.25. D 3,30 €. FIN 5,50 €. GB £ 3.
GR 4,20 €. IRL 4,40 €. ITA 3,30 €. LUX 2,30 €. MAR 30 DH. NC 1 200 F. CFP. NL 4,10 €. POLY. FR 1 400 F. CFP. PORT cont ...ON 4 DT. USA $ 5.25.

001824

# EXHIBIT 105

# neufnouveaunouvelles



## DOLCE & GABBANA
### UNE ROSE SUBTILE

Après L'Eau The One, Dolce & Gabbana nous offre Rose The One, pour une femme audacieuse et chaleureuse. Au cœur de la fragrance, la rose est magnifiée. Pamplemousse rose, mandarine et cassis procurent une délicieuse ivresse en note de tête, alors que lis, pivoine, litchi et rose bulgare s'épanouissent en cœur. Vanille, ambre et musc complètent ce sillage inoubliable, incarné par Scarlett Johansson. En eau de parfum, lotion corps, gel douche et poudre scintillante corps. Rens. : 01 30 74 94 00.



## BOCAGE UNE NOUVELLE BOUTIQUE À ANGERS

Depuis 1977, Bocage est l'un des fleurons du groupe Eram. La « patte » Bocage, ce sont des motifs amusants (cœurs, zébrures), des cuirs vieillis, des coupes vintage, bref, un univers décalé qui revendique une certaine frivolité ! A Angers, vous pouvez désormais découvrir la boutique Bocage au 6, rue Lenepveu. Rens. : 02 41 88 80 86 et www.bocage-tm.fr



## TRIPP TRAPP 37 ANS DE BONS ET LOYAUX SERVICES

Intemporelle, la chaise évolutive Tripp Trapp existe depuis trente-sept ans. Grâce à son concept, l'assise et le repose-pieds peuvent être ajustés en profondeur et en hauteur de 6 mois à... l'âge adulte ! 12 coloris, dont un nouveau bleu et coussin Tales bleu. Rens. : www.stokke.com

## SWATCH SOUS LE SIGNE DE L'ÉLÉGANCE



Le fabricant suisse de montres et de bijoux présente sa collection exceptionnelle dédiée aux fêtes. La couleur noire est de rigueur dans un univers fascinant. Irrésistiblement attirante, cette collection est l'esprit même de la saison : un univers éclairé par des étoiles dorées. La bague est un large anneau noir, orné d'étoiles et de deux cristaux blancs. Boucles d'oreilles et collier assortis. Rens. : 01 53 81 22 27.

## PAULE KA COLLECTION CROISIÈRE

Fidèle aux codes de Paule Ka, la nouvelle collection croisière 2010 offre des robes bustiers asymétriques, déclinées en noir et blanc, beige ou flashs monochromes. Les imprimés vichy et les rayures noires et blanches ou multicolores évoquent un graphisme très 50's. Alors que les matières, telle la popeline enduite au toucher papier, apportent une vraie modernité, les accessoires donnent la touche finale : ballerines bicolores, escarpins à nœud, ceinture rayée. Rens. : www.pauleka.com

Offrez ou offrez-vous un abonnement à ELLE sur www.elleabo.com

## ROCHE BOBOIS UN SITE WEB UNIQUE

Ce site s'adapte à toutes les tailles d'écran pour afficher les images en plein écran. La navigation se fait par mur d'images dynamique en 3D. Au-delà des prouesses techniques, ce site permet de découvrir collections et offres du leader mondial de la déco intérieure. En français, anglais, espagnol et italien. Portugais, grec, russe et chinois disponibles en 2010. Rens. : www.rochebobois.com



001825



# EXHIBIT 106



SWATCH MÉGASTORE – 104 Avenue des Champs-Elysées – Tél.: 01 56 69 17 00. Votre boutique en ligne: www.swatchboutique.fr

001827



# ELLE

NOUVEAU PRIX **2€**

**30 TRUCS** POUR TRANSFORMER SON STRESS EN ENERGIE

www.elle.fr

MODE UN PEU DE **BLANC** BEAUCOUP DE STYLE

## TEST
A TOUT FAIRE, A MARIER, A RIEN...
A QUOI ÊTES-VOUS BONNE ?

LA DOULEUR DE HAÏTI
**COMMENT SURVIVRE
A LA TRAGÉDIE**

DES RECETTES COMME
A NEW YORK **SOYEZ BAGEL !**

**EXCLUSIF
EMMANUELLE
SEIGNER
BRISE LE SILENCE**
ELLE PARLE DE SON MARI
**ROMAN POLANSKI**
DE L'ÉPREUVE QU'ILS
TRAVERSENT, DE **SES ENFANTS**
ET DE SA PASSION
POUR **LA MUSIQUE**

PYJAMA, T-SHIRT, JOGGING...
LE HOMEWEAR TUE-T-IL LE COUPLE ?

**VÉCU** "J'AI EU PEUR DE NE PAS
AIMER MON DEUXIÈME ENFANT"

M 01648 - 3343 - F: 2,00 €

HEBDOMADAIRE. 22 JANVIER 2010
FRANCE MÉTROPOLITAINE 2 €. DOM avion 4,70 €. BEL 2,30 €. CH 4,50 FS. A 1 €. AND 2 €. COT S 3,25. D 4 €. ESP 3,00 €. FIN 5,50 €. GB E 2. GR 4,20 €. IRL 4,40 €. ITA 3,20 €.
LUX 2,30 €. MAR 30 DH. NC 1 260 F. CFP. NL 4,10 €. POLY. FR 1 400 F. CFP. PORT cont 3,30 €. TUN 4 DT. USA S 6,25.

001828

EXHIBIT 107



SWATCH MÉGASTORE – 104 Avenue des Champs-Elysées – Tél.: 01 56 69 17 00. Votre boutique en ligne: www.swatchboutique.fr



ELLE

www.elle.fr

JE VEUX
UN JOLI
VENTRE !
LA MÉTHODE
QUI
MARCHE
VRAIMENT

NOUVEAU
PRIX
2€

SPÉCIAL CUISINE
TAJINES, TABOULÉ, PASTA
**LES RECETTES LES
PLUS FACILES DU MONDE**

MARTYRISÉES PARCE QU'ELLES SONT DES FEMMES
SOLIDARITÉ AVEC LES ALGÉRIENNES
DE HASSI MESSAOUD !

**MODE**
CASQUETTES, BIBIS,
CHAPEAUX DE PAILLE
**COMMENT
LES PORTER**

FAUT-IL BRÛLER FREUD ?
PHILIPPE GRIMBERT
RÉPOND À MICHEL ONFRAY

**VÉCU** "MON AMOUR IMPOSSIBLE
EST DEVENU MON MARI"

FEMMES PRÉCAIRES
LES PERSONNAGES
DE FLORENCE AUBENAS
RACONTENT

BIJOUX
PRÉCIEUX
ON EST SOUS
LE CHARME

LE MARIAGE
L'ADOPTION
LA PASSION
**EMMANUELLE
BÉART
SE CONFIE**

M 01648 - 3356 - F: 2,00 €

HEBDOMADAIRE. 23 AVRIL 2010
FRANCE MÉTROPOLITAINE 2 € . DOM avion 4,70 € . BEL 2,30 € . CH 4,30 FS. A 4 € . AND 2 € . CON $ 5.25. D 4 € . ESP 3,30 € . FIN 5,50 € . GB 4,21 € .
GR 4,40 € . ITA 3,50 € . LUX 2,50 € . MAR 30 DH. NC 1 200 F CFP. NL 4,10 € . POLY. FR 1 400 F CFP. PORT cont 3,30 € . TUN 4 DT. USA $ 5.25

001830

# EXHIBIT 108



**gifting**

Available in vivid hues, the chronograph watch from the Swatch Full Blooded collection perfectly matches the upbeat celebratory spirit.

*Price: Rs. 7,400*

A trendy handbag from the latest collection of Guess accessories will put the spotlight squarely on her.

*Price: Rs. 4,000 onwards*

Any celebration is incomplete without music. So the recipient of the Architettura CD rack from Fornasetti is bound to appreciate your thoughtfulness.

*Price: On request*

# GO, BEARING
# GIFTS!

'TIS THE SEASON OF GIVING. SO, SURPRISE YOUR FAMILY AND FRIENDS WITH SOME SOUGHT-AFTER FASHION AND HOME ACCESSORIES, AND OTHER USEFUL KNICK-KNACKS. *TIME 'N STYLE* PAVES THE PATH FOR YOUR GIFT SELECTION

This latest Post Minimal Chrono Black timepiece from ck epitomises the raging trend of black watches.

*Price: Rs. 26,400*

The White Lace crockery set from Villeroy & Boch is so graceful and classic that anyone would love to have it in their cabinet!

*Price: On request*

Make a splendid first impression by presenting your hosts with the French Mas de Daumas Gassac L'herault Grand wine in red or white.

*Price: Rs. 9,410 approx*

001831



# time 'n style

Luxury Watches●Jewellery

International
Edition Distribution
US, Hong Kong,
Switzerland
CHF12/€10/US$10

A TIMES OF INDIA
PRESENTATION

₹100

VOL.8 ISSUE 5●SEPT - OCT '10

TRIBUTE:
**REMEMBERING
NICOLAS G. HAYEK**

SHOWCASE:
**STARSTRUCK
BY WATCHES**

TRAVEL:
**EXPLORING
HISTORIC
JORDAN**

COVER STORY:
**150 YEARS OF
TAG HEUER, CHOPARD
AND MORE**

MW54101001

001832

# EXHIBIT 109





**ELLE**

NOVIEMBRE 2010

**CAROLINA HERRERA HIJA** MODELANDO POR N.Y.

GUÍA DE COMPRAS COOL EN **MANHATTAN**

MÉXICO

# VÍSTETE PARA EL OTOÑO
·PIELES PARA TODO
·**BOTAS Y BOTINES**
·**SATCHELS** LAS MESSENGER DE LUJO
·**ENCAJE NADA + SEXY**
·**DE PUNTO** PONCHOS, GORROS, BUFANDAS...
·**NÓRDICO** GRECAS PRESENTES
·**GUANTES** LO DE HOY

LOS PRODUCTOS DE BELLEZA **MÁS LUJOSOS**

**LO NUEVO EN MAQUILLAJE** DÍA Y NOCHE

DECO INTERIORES QUE INSPIRAN MODERNIDAD Y ELEGANCIA

+200 **IDEAS PARA REGALAR** PREPÁRATE PARA NAVIDAD

*FANTASTIC FALL!*

REY INDISCUTIBLE DE LA TEMPORADA: **EL ABRIGO**

MÉXICO $39.00 USA $3.20

00107

7 12744 20444

**001834**

# EXHIBIT 110



swatch.



# EXHIBIT 111





001838



001839

# EXHIBIT 112







Issue 12
Spring/Summer
2011
Mens Fashion

Tom Ford
photographed by
Jeff Burton

# Another Man

TOM FORD

L-I-G-H-T-S, C-A-M-E-R-A... A-C-T-I-O-N !
Starring a cast of iconic gentlemen: John Waters,
Sam Riley, Joe Dallesandro and The Duke of Windsor
Plus: Pin-ups by Hedi Slimane, Centrefold
by Richard Phillips, Sci-fi by China Miéville and
Striptease by Betty Page

UK 5.95 US 14.99

9 771746 771011

EXHIBIT 113







VMAN

22
SUMMER 2011

HOW TO
LOOK HOT
THIS
SUMMER
AND COOL
THIS FALL

BRAZIL
WHEN IT
BLAZES!

ALEX PETTYFER:
HOLLYWOOD'S
NEXT BAD BOY
THE STAR OF *NOW* IN TUXEDO HUGO BOSS BLACK. SHIRT TOM FORD. WATCH ROLEX
PHOTOGRAPHED BY MARIO TESTINO

US $5.95  UK £4.99  DISPLAY UNTIL SEPT 8, 2011

# EXHIBIT 114





V MAGAZINE

THE
WHO
CARES
ABOUT
AGE
ISSUE

JANE FONDA
SIGOURNEY
WEAVER
CHARLOTTE
RAMPLING
AMANDA LEAR
PAUL AUSTER
AND THE BEST
OF 2010!

68
WINTER 2010/11

SUSAN SARANDON
IN FRED LEIGHTON
PHOTOGRAPHED BY
INEZ VAN LAMSWEERDE
& VINOODH MATADIN

EXHIBIT 115





V MAN

## 20
WINTER
2010/2011

## AROUND
## THE WORLD
## AND BACK
## AGAIN

SCANDINAVIAN
FASHION SPECIAL

MICHAEL PITT BY
GUS VAN SANT

IGGY POP BY
JOHN VARVATOS

MEN'S FASHION
CONQUERS
THE GLOBE
FROM WINTER
TO SPRING

## STEPHEN
## DORFF

CHECKS IN TO THE
CHATEAU MARMONT
FOR *SOMEWHERE*,
THE NEW FILM
BY SOFIA COPPOLA

IN BURBERRY PRORSUM COAT
BOSS ORANGE JEANS
ARMANI EXCHANGE BRIEFS
GEORG JENSEN CUFF
PHOTOGRAPHED BY MARIO TESTINO

US $5.50 CAN $9.25 DISPLAY UNTIL FEB 10, 2011

2 0>

6  42633 57654  7

001849

EXHIBIT 116

## SWATCH



## SWAP



BB352   BB398   BB323

     

SWLB 61   SWLB 62   SWLB 64   SWLB 65   SWLB 102   SWLB 100



fax 318-2

# EXHIBIT 117

## SWATCH

## SWAP










# EXHIBIT 118

# IDENTIFICATION OF GOODS

| SWATCH S.A. | BEEHIVE WHOLESALE, LLC |
|---|---|
| SWATCH | SWAP |
| Reg. No.1,671,076<br>watches, clocks and parts thereof | Ser. No. 78459527<br>Watch faces, ribbon watch bands, slide pendants, and beaded watch bands |
| Reg. No. 2,050,210<br>books and periodicals, namely a series of books illustrating collectable articles; magazines for watch collectors | |

# EXHIBIT 119

001575





# EXHIBIT 120

REDACTED

# EXHIBIT 121

## SWATCH          ## SWAP







# EXHIBIT 122









# EXHIBIT 123



swatch
bijoux

WINDLOVE_BY SWATCH
**VALENTINE'S DAY 2007**

Times Square – 72nd & Columbus – Broadway & Bleecker – Grand Central Terminal – SoHo – Queens Center Mall – Roosevelt Field Mall – J.F.K. Airport
866.382.4701 – www.swatch.com                                              001563

# EXHIBIT 124

# EXHIBIT 125



# EXHIBIT 126

# MAY 2008
# PHONE KIOSK

001569



EXHIBIT 127

# JUNE-JULY 2008
# GRAND CENTRAL TERMINAL DIORAMA



# EXHIBIT 128

# New York City Outdoor Campaign

## Times Square Billboard

001558



# EXHIBIT 129



# EXHIBIT 130



beehive

Swap it!

Swap

Come by booth 8339 for your FREE sample pack!

EXHIBIT 131

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | | |
|---|---|---|
| SWATCH S.A., | ) | |
| | ) | Opposition No. 91169312 |
| Opposer, | ) | |
| | ) | Mark: SWAP |
| v. | ) | |
| | ) | Application Ser. No. 78/459,527 |
| BEEHIVE WHOLESALE, L.L.C. | ) | |
| | ) | |
| Applicant. | ) | |

DECLARATION OF BRENT BERNARD IN SUPPORT OF
APPLICANT'S RESPONSE TO OPPOSER'S MOTION FOR SUMMARY JUDGMENT

I, Brent Bernard, hereby declare as follows:

1.      I am the President of Beehive Wholesale, L.L.C., a Louisiana limited liability company

with its principal place of business at 1901 North Service Road East, Ruston, Louisiana 71270,

which is the current Assignee of Application No. 78/459,527 for the mark "SWAP" at issue in

this opposition proceeding.

2.      I shall refer herein to Beehive Wholesale, L.L.C., and its predecessors, including my wife

Amy Bernard, as "Beehive."  *See* July 17, 2008 Declaration of Amy Bernard at ¶¶ 1-6.

3.      Under the SWAP mark, Beehive offers watch faces, beaded bands with clasps, ribbon

bands with buckles, short and long scarf bands, pendant slides, gel bands with snaps, leather

bands with buckles and clip-on watches.

4.      Beehive's business is directed, in large part, to wholesale distribution of its goods to retail

outlets, with the understanding that these retailers will offer Beehive's goods to the consumers

directly.  Beehive authorizes these retail outlets to use the SWAP mark in conjunction with the

sale of its products.  However, where unauthorized distributors make use of the SWAP mark in

connection with related goods, Beehive takes action against such parties.

EXHIBIT 1

5.      I have reviewed the motion for summary judgment filed by Swatch, including Exhibits E through N, which contain print-outs from third party web sites.  A total of four third parties appear to be at issue, two of which are authorized Beehive retailers and two of which are third parties misusing the SWAP mark.

6.      Exhibit E to Swatch's motion is a print-out from "lastingimpressionsgiftshoppe.com," a web site operated by Lasting Impressions Gift Shoppe.  Lasting Impressions has purchased products from Beehive for sale in its retail stores, including products from Beehive's SWAP line. *See* Exhibit A hereto (invoice).  As a Beehive customer, Lasting Impressions is authorized to use the SWAP mark in conjunction with the sale of Beehive's products.

7.      Exhibit F to Swatch's motion is a print-out from Nifty Gifty's web site, "aniftygift.com." Nifty Gifty's is owned and operated by Borden Family Pharmacy, and in particular, Kami Borden.  *See* "About Us" page from "aniftygift.com" attached as Exhibit B.  As reflected in Exhibit C hereto (invoice), the Borden Family Pharmacy is also a Beehive customer, and has purchased products from Beehive to sell on Nifty Gifty's website and in its retail outlets, including products from Beehive's SWAP line. Thus, as a Beehive customer, Nifty Gifty's is also authorized to use the SWAP mark in conjunction with the sale of Beehive's products.

8.      Exhibits G and H to Swatch's motion contain print-outs from various websites using the SWAP mark in conjunction with the sale of watches by Orange County Creations.  Prior to receiving Swatch's motion for summary judgment, Beehive was not aware that Orange County Creations was using Beehive's SWAP mark in conjunction with the sale of watches.  Orange County Creations is not authorized to use the SWAP mark.

9.      Counsel for Beehive's sent a cease-and-desist letter to Orange County Creations on July 3, 2008 (attached as Exhibit D).  The same day, Orange County Creations confirmed that it would remove all references to the SWAP mark from its website.  *See* July 3 e-mails and July 8

2

print-out from "orangecountycreations.com." (showing all references to SWAP mark removed) attached as Exhibits E and F.

10.     Exhibits I through N to Swatch's motion contain print-outs from various websites using the SWAP mark in conjunction with the sale of watches by Puma.  Prior to receiving Swatch's motion for summary judgment, Beehive was not aware that Puma was using Beehive's SWAP mark in conjunction with the sale of watches.  Puma is not authorized to use the SWAP mark. Beehive's counsel sent a cease-and-desist letter to Puma on July 7, 2008, which is attached as Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Louisiana, this 16th day of July, 2008.

BRENT BERNARD

# Exhibit A

# Brent Bernard Declaration

Beehive Wholesale
1901 N. Service Road E.
Ruston, LA 71270

Phone #   318-255-0524
Fax #     318-255-7068

# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/23/2006 | *101854 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Lasting Impressions - IN<br>Tonya Rich<br>PO Box 865<br>Shipshewana, IN 46565 | Lasting Impressions - IN<br>Tonya Rich<br>165 N Harrison St.<br>Shipshewana, IN 46565 |

| S.O. No. | P.O. Number | Rep | Terms | Due Date | Ship Date | Ship Via |
|----------|-------------|-----|-------|----------|-----------|----------|
| | fax/Tonya 62306 | JMB | CC | 6/23/2006 | 6/23/2006 | GROUND |

| Quantity | Item | Description | Cost Per Item | Amount |
|----------|------|-------------|---------------|--------|
| 3 | BW 42* | Swap Watch Wooden Band-Pinto Beads w/Purple Beads *Discontinued | 3.00 | 9.00T |
| 3 | BB 211 | Swap Watch Band - Silver Chain w/Pink Dangle Beads UPC: 84705000411 | 3.00 | 9.00T |
| 3 | BB 168 | Swap Watch Band - Blue beads UPC: 84705000257 | 3.00 | 9.00T |
| 3 | BB 176 | Swap Watch Band - Clear beads UPC: 84705000265 | 3.00 | 9.00T |
| 0 | WF 58 | Swap Watch Face - Mixed Wood  O/S | 0.00 | 0.00T |
| 3 | WF 02 | SWAP WATCH FACE-Round Black Face set in Silver w/Rope design UPC: 84705000501 | 5.00 | 15.00T |
| 3 | WF 30 | SWAP WATCH FACE-Round White Face set in Silver w/scroll work UPC: 84705000422 | 5.00 | 15.00T |
| 0 | WF 53 | SWAP WATCH FACE-White Rectangular Face in Gold Setting o/s UPC: 84705000447 | 5.00 | 0.00T |
| 3 | WF 19 | SWAP WATCH FACE-White Rectangular Face set in Silver w/4 sets of scroll work UPC: 84705000415 | 5.00 | 15.00T |
| 3 | WF 12 | SWAP WATCH FACE-Round White Face set in Silver w/hearts UPC: 84705000511 | 5.00 | 15.00T |
| 3 | WF 55 S | Swap Watch Face -Round White Face Set in  Light Wood Shipping | 5.00 7.75 | 15.00T 7.75 |

Ask about our new Floater necklaces.

**NO RETURNS ON CLEARANCE OR SEASONAL ITEMS.**

| Total | |
|-------|--|
| **Sales Tax (0.0%)** | |
| **Payments/Credits** | |
| **Balance Due** | |

# Exhibit B

# Brent Bernard Declaration



Home • Jewelry • Bath • Sexy Sets • About Us • Policies

••• About Us •••

My name is Kami and I am the mother of three beautiful children and the wife to a wonderful, caring husband of five years. I met the love of my life at Auburn University School of Pharmacy seven years ago. After graduation, my husband and I began our careers as pharmacists. I worked for a chain pharmacy and my husband worked for himself at our family pharmacy. After several years of taking care of patients, we decided to start our family. After our first precious son was born I went back to work full time. Then came our beautiful daughter, baby number two. After missing many Easter Egg hunts, Christmas and birthday parties, my husband and I decided it was time for me to stay home with our children. Wow! What a blessing from God that has been. We recently built a new pharmacy and decided to add a gift section. This has given me the opportunity to do something that I have always loved to do (shop) and at the same time, watch my children grow. This past year we were blessed with another gift from God, our baby Taylor. We are really staying busy!

We hope you enjoy our wonderful and fun selection of gift items. Thanks for shopping with us!

Jewelry & Accessories

Sexy Sets

Fabulous Finds

Bath & Body

# Nifty Gifty's Unique Gift Items



Nifty Gifty's is owned and operated by Borden Family Pharmacy. You may contact us at:

**Nifty Gifty's**
3190 Alabama Highway 157
Cullman, Alabama 35058
Phone: 256-734-7535
Fax: 256-734-1056
E-mail: info@aniftygift.com

Jewelry | Swans | Santa | Fabulous Finds | Bath & Body | Holiday Fun | Clearance
Mailing List | Policies | View Cart | Contact | About Us | Links | Home

7/9/2008

# Exhibit C

# Brent Bernard Declaration

**Beehive Wholesale**
1901 N. Service Road E.
Ruston, LA 71270

# INVOICE

Phone #    318-255-0524
Fax #        318-255-7068

| Date | Invoice # |
|------|-----------|
| 3/13/2008 | *120098 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Borden Company<br>Kami Borden<br>3190 Alabama Highway 157<br>Cullman, AL 35058 | Borden Company<br>Kami Borden<br>3190 Alabama Highway 157<br>Cullman, AL 35058 |

| S.O. No. | P.O. Number | Rep | Terms | Due Date | Ship Date | Ship Via |
|----------|-------------|-----|-------|----------|-----------|----------|
| *11140* | Market | JMB | CC | 3/13/2008 | 3/13/2008 | MARKET SHIPPING |

| Quantity | Item | Description | Cost Per Item | Amount |
|----------|------|-------------|---------------|--------|
| 3 | BOP 14/sz.6 | BeeBop Flip Flop - Pink/Green Dots on Green Ribbon. Brown sole. USA Women's Size 6<br>UPC: 847050014744 | 6.75 | 20.25 |
| 3 | BOP 14/sz.8 | BeeBop Flip Flop - Pink/Green Dots on Green Ribbon. Brown sole. USA Women's Size 8<br>UPC: 847050014768 | 6.75 | 20.25 |
| 3 | KBOP 01/sz.L | BeeBop Flip Flop-Red ribbon w/White stitching. Black sole. US Children's size 2/3.<br>UPC: 847050015413 | 6.75 | 20.25 |
| 3 | BOP 17/sz.6 | BeeBop Flip Flop - Brown/White Zebra. Brown sole. USA Women's Size 6<br>UPC: 847050014898 | 6.75 | 20.25 |
| 3 | BOP 17/sz.8 | BeeBop Flip Flop - Brown/White Zebra. Brown sole. USA Women's Size 8<br>UPC: 847050014911 | 6.75 | 20.25 |
| 1 | shipping | Tracking #:  1Z43AV310341129181 | 0.00 | 0.00 |

We appreciate your business!

**NO RETURNS ON CLEARANCE OR SEASONAL ITEMS.**

| | |
|---|---|
| **Total** | $101.25 |
| **Sales Tax (0.0%)** | $0.00 |
| **Payments/Credits** | $-101.25 |
| **Balance Due** | $0.00 |

# Exhibit D

## Brent Bernard Declaration

# OLIFF & BERRIDGE, PLC

**ATTORNEYS AT LAW**

277 SOUTH WASHINGTON STREET
ALEXANDRIA, VIRGINIA 22314

TELEPHONE: (703) 836-6400
FACSIMILE: (703) 836-2787
E-MAIL: EMAIL@OLIFF.COM
WWW.OLIFF.COM

July 3, 2008

ORANGE COUNTY CREATIONS
821 Ziegler Way
Placentia, CA 92870

**By E-mail**

Re:     Infringement of SWAP Mark

Dear Sir or Madam:

We represent Beehive Wholesale, L.L.C.

Our client is the owner of U.S. Trademark Application No. 78/459,527 directed to the mark "SWAP" in connection with watch faces, ribbon watchbands, slide pendants, and beaded watchbands.  Further, our client has acquired rights in this mark through its use of the term "SWAP" in connection with such goods since at least June 1, 2003.

Use of the term "SWAP" in connection with such related goods on your www.occreations.net website is in direct conflict with the trademark rights enjoyed by our client and constitutes trademark infringement.  Further, on this same website, use of our client's model numbers in connection with the goods being offered in this website furthers the likelihood of confusion that consumers are likely to encounter as to the source of these goods.

Specifically, consumers viewing your website are likely to confuse the source of your goods and be under the mistaken belief that such goods are offered by our client.  Thus, we ask that you remove all references to our client's "SWAP" trademark from this website and from any additional advertising material offered by your company.

Please confirm no later than July 10, 2008 that such references will be removed.

We look forward to hearing from you.

Very truly yours,

William J. Utermohlen

WJU:SDS/yta

# Exhibit E

## Brent Bernard Declaration

**From:**      Orange County Creations
**To:**        Utermohlen, William J.
**CC:**
**Subject:**   RE: Infringement of SWAP Mark
**Date:**      Thursday, July 03, 2008 5:57:31 PM
**Attachments:**

Thank you for the clarification.  I will make the changes to my website in the next couple of days.  I have no intention of infinging on a Trademark.


*"Utermohlen, William J." <wutermohlen@oliff.com>* wrote:

Dear Sir:

Our client applied for a trademark registration for the mark SWAP under the federal registration program, which was approved by the trademark examiner, but has not yet issued because of an opposition proceeding that is still pending brought by Swatch.  However, our client has common law rights to the SWAP mark based on its use, which it intends to protect.  It is not necessary to have a federal registration to enforce such rights, including under federal false designation of origin law.  See 15 U.S.C. sec. 1125.

We look forward to your substantive response to our letter.

Very truly yours,

William J. Utermohlen

_____

**From:** Orange County Creations [mailto:occreations@sbcglobal.net]
**Sent:** Thursday, July 03, 2008 5:25 PM
**To:** Utermohlen, William J.
**Subject:** Re: Infringement of SWAP Mark

Dear Sir,

It appears that your client has applied for a trademark for SWAP Watch. However, I am unclear as to whether this has been granted or not.

Can you please clarify.

Thank you,


**"Utermohlen, William J." <*wutermohlen@oliff.com*> wrote:**

PRIVILEGED AND/OR CONFIDENTIAL:
This e-mail (including any attachments) is intended only for the use of the individual or entity named above and may contain privileged or confidential information. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are notified that any review, dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by e-mail, facsimile, or telephone; return the e-mail to us at the e-mail address below; and destroy all paper and electronic copies.
In view of the possibility that e-mail instructions may not be received, if you send us important or time sensitive communications by e-mail, you should also send a copy by facsimile, request acknowledgement of receipt and /or contact us by telephone to confirm receipt.
Communications Center
Oliff & Berridge, PLC
277 S. Washington Street, Suite 500
Alexandria, VA 22314
Tel: 703-836-6400
Fax: 703-836-2787
Email: email@oliff.com
------------------
MESSAGE:
------------------

Re:     Infringement of SWAP Mark

Dear Sir or Madam:

Please see the attached letter regarding the above matter.

Best regards.

William J. Utermohlen

<<Orange County Creations ltr.pdf>>

# Exhibit F

# Brent Bernard Declaration



**Orange County Creations — Home of the Original Build-A-Watch**

### Navigation

- Home
- Autism Awareness Jewelry
- Anklets
- Beads for Life
- Beaded Watches
- Beaded Wine Stoppers
- Bookmarks with Watch/Charm
- Bracelets and Earrings
- Breast Cancer Awareness Jewelry
- Car Jewelry
- Build-A-Watch Changeable Faces
- Build-A-Watch Changeable Bands
- Design your own Build-A-Watch
- Design Your Own Watch
- Eastern Star Inspired Jewelry
- Eyeglass Necklaces and Lanyards
- Flores pequeñas, small flowers
- Free Charms
- Lava Beaded Jewelry
- Medical Alert ID Bracelets
- Necklaces and Pendants
- Changeable Necklaces/Pendants
- Watch Necklaces
- ...ween Watches (ages 8 -12 yrs)

## Welcome to Orange County Creations --- Home of the Original Build-A-Watch

Special Now! Build-A-Watch Bands on Sale for $9.99 each! All are on sale for $3.99 all the regular price. Mix and Match Build A Watch Faces and Bands for a lot of different looks

We are proud to introduce our new line of **Beads for Life** products. Click on the link on the left for details

We offer unique and affordable jewelry. All products are handmade with the highest quality materials. We search the world for materials to manufacture our products. To learn more, click on the "About our Products" (FAQ) link on the left.

We make all the beaded jewelry and beaded gifts you see. Everything is handcrafted and nothing is mass produced,

All our products arrive wrapped in a gift box and decorative ribbon. You will always feel as if you are opening a present when you receive products from Orange County Creations.

Please keep in mind that our products are handmade to fit your specific size and style. Therefore, the number of beads and the watch faces used may vary slightly from the picture shown. Also, because the majority of beads we use for our products are handmade, bead design may vary slightly from the picture. If you are not completely satisfied with your purchase, we will replace your purchase or refund your money.

Click the links on the left to view our wide variety of Bead watches, Changeable watch faces and bands (also known as **Build-A-Watch** watches), Medical Alert ID Bracelets, Tween watches and other jewelry. We have recently introduced our "Design Your Own Watch". See the link on the left. Also, we are offering free charms for your watch, bracelet or anklet. Please click on the "Free Charms" link to see our selection of free charms. Purchase additional charms for $2.00 each. Note: Charms may vary slightly based on availability. Check out our new line of Gift Boxes and Bags.

Also, order matching bracelets and earrings to match your watch purchases. Matching bracelets are $14.99 and matching earrings are only $5.99. To order, click on the "Bracelets and Earrings" link on the left.

See our newly added Stop Global Warming bracelet. Follow the Bracelet and Earring link. We are introducing these bracelets at only $14.99. They are fully adjustable and made of all natural materials.

Here are some of the comments we have received to describe our products. Brilliant. Imaginative. Creative. Innovative. Cutting-edge style. Timeless elegance. High Quality. Unique.

Our glass beads and pearls are from remote locations such as India, Thailand and exotic islands like Bali, in Indonesia. Our lampwork beads, handmade with molten glass, are treasures from Australia, Canada, Germany and Israel. Our Murano and Millefori glass are from Italy. Our Fimo Clay beads are individually handcrafted by Artists from around the world. Our Flores pequenas is from the South of Spain and our Lava beads are

http://orangecountycreations.com/

Bead Watches, Beaded Watches, Changeable Watches, Build-A-Watch, Eastern Star Jewelry, Car Jewelry, Breast Cancer Awareness and Jewelr...   Page 2 of 4



Leather Band Watches

Ribbon Watches

Changeable Ribbon Watch Faces

Changeable Ribbon Watch Bands

Additional Charms

Make Your Own Jewelry Kits

Gift Boxes and Bags

Gift Certificates

Wholesale Purchases

Consignment

International Shipping Info

Policies and Customer Care

Stores that Carry Our Products

About our products (FAQ)

Sweepstakes Winners

Our Mission Statement

Customer Testimonials

Privacy Policy

Link Partner HTML

Favorite Links

Contact Us

About Us



Proud Member of the Orange County California Better Business Bureau

from Chile. We recently introduced Bead Watches made with Cloisonne beads and matching Cloisonne pendants. They are truly beautiful!

Most of our creations include genuine Swarovski crystals, surrounded with .925 Sterling Silver or Gold Filled beads. We love this combination and strive to present it in a way that will make everyone a proud owner of our product. Shop around and compare. You will find we have the lowest prices and the highest quality products. Keep in mind, all our creations are made to order. We mail most orders within 72 hours of the date of your order. In 2007, we mailed 97% of our products within 72 hours of order date. For 2008, our goal is 98.5%.

Shop with confidence. We believe in our products and all purchases are 100% refundable - no questions asked.



Join our Mailing List



Join our mailing list to become eligible to win in our monthly sweepstakes. Each month on the 15th, we randomly draw a name from our mailing list. The name drawn wins a $100.00 in their choice of merchandise. What a great way to get free jewelry or gifts for the Holidays.

Enter today! Simply, add your name to our mailing list. We send no more than two emails a month advertising our specials. Tell your friends.

Shipping is a flat rate of $3.95 for first class mail through the United States Post Office. The $3.95 flat rate applies to the total number of items you purchase. If your total purchase is $75.00 or more, your shipping will be free. We also offer priority, expedited and international shipping.

If you do not find what you are looking for in our store, please contact us and we will be happy to make a piece of jewelry or watch that fits your need. We are proud of our quality products. Please view our Customer's Testimonials link to see what they say.

7/8/2008

Bead Watches, Beaded Watches, Changeable Watches, Build-A-Watch, Eastern Star Jewelry, Car Jewelry, Breast Cancer Awareness and Jewel... Page 3 of 4

We accept Credit Cards (AMEX, Visa and Mastercard), personal checks, cashier checks and money orders. For Credit Card processing, we use PayPal and VeriSign processing through our Secure Internet Site.



**Superior Service**

Home | Anklets | Autism Awareness Jewelry | Beads for Life | Beaded Watches | Beaded Wine Stoppers | Bookmarks with Watch/Charm | Bracelets and Earrings | Breast Cancer Awareness Jewelry | Car Jewelry | Build A Watch Changeable Faces | Build-A-Watch Changeable Bands | Design your own Build-A-Watch | Design Your Own Watch | Eastern Star Inspired Jewelry | Eyeglass Necklaces and Lanyards | Flores pequetas, small flowers | Free Charms | Lava Beaded Jewelry | Medical Alert ID Bracelets | Necklaces and Pendants | Changeable Necklaces/Pendants | Watch Necklaces | Tween Watches (ages 8 -12 yrs) | Leather Band Watches | Ribbon Watches | Changeable Ribbon Watch Faces | Changeable Ribbon Watch Bands | Additional Charms | Make Your Own Jewelry Kits | Gift Boxes and Bags | Gift Certificates | Wholesale Purchases | Consignment | International Shipping Info | Policies and Customer Care | Stores that Carry Our Products | About our products (FAQ) | Sweepstakes Winners | Our Mission Statement | Customer Testimonials | Privacy Policy | Link Partner HTML | Favorite Links | Contact Us | About Us |

Site Mailing List

Unique and Affordable Bead Watches, Build-A-Watch Watches, Necklaces, Bracelets, Eyeglass Necklaces and Anklets, Car Jewelry

**Orange County Creations**
**821 Ziegler Way**
**Placentia, CA92870**
**(714) 658-5560**
*occcreations@sbcglobal.net*
**established 2004**



Our business continues to grow, current visitor count 3,676,826
Thank You!

Site Powered By:
**Homestead** Site**Builder**
Online web site design

# Exhibit G

## Brent Bernard Declaration

# OLIFF & BERRIDGE, PLC

### ATTORNEYS AT LAW

277 SOUTH WASHINGTON STREET
ALEXANDRIA, VIRGINIA 22314

TELEPHONE: (703) 836-6400
FACSIMILE: (703) 836-2787
E-MAIL: EMAIL@OLIFF.COM
WWW.OLIFF.COM

July 7, 2008

PUMA NORTH AMERICA INC.                          **By E-mail**
5 Liberty Way
Westford, MA 01886-3617
U.S.A.

legal@puma.com

Re:     Infringement of SWAP Mark

Dear Sir or Madam:

We represent Beehive Wholesale, L.L.C.

Our client is the owner of U.S. Trademark Application No. 78/459,527 directed to the mark "SWAP" in connection with watch faces, ribbon watchbands, slide pendants, and beaded watchbands. Further, our client has acquired rights in this mark through its use of the term "SWAP" in connection with such goods since at least June 1, 2003.

It has recently come to our attention that Puma AG offers a line of goods related to our client's goods making use of the term "PUMA SWAP WATCH." Use of this term in connection with such related goods is in direct conflict with the trademark rights enjoyed by our client and constitutes trademark infringement. Specifically, the addition of the PUMA house mark to our client's SWAP trademark may add to the likelihood of confusion rather than distinguish the marks. *Key West Fragrance & Cosmetic Factory, Inc. v. Mennen Co.*, 216 USPQ 168 (TTAB 1982).

Accordingly, our client asks that PUMA cease to make use of the term SWAP in connection with watches and related goods. Please confirm by **July 21** that PUMA is willing to take such action.

We look forward to hearing from you.

Very truly yours,

William J. Utermohlen

WJU:SDS/axl