# EXHIBIT 132

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 1

UNITED STATES PATENT AND TRADEMARK OFFICE

TRADEMARK TRIAL AND APPEAL BOARD

---------------------------------

SWATCH, S.A.,

      Opposer,      Opposition No.

   vs.              91169312

AMY T. BERNARD and BEEHIVE

WHOLESALE, LLC,

      Applicants.

---------------------------------

CONFIDENTIAL

DEPOSITION OF PATRICIA HIGGINS

Thursday, September 10, 2009

9:30 a.m.

Reported by:

Joan Urzia

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

1

2

3                                        September 10, 2009

4                                        9:30 a.m.

5                                        New York, New York

6

7

8

9            Confidential Deposition of

10      PATRICIA HIGGINS, held at the offices of

11      Esquire Brown & Gallo, One Penn Plaza, New

12      York, New York, pursuant to Notice, before

13      Joan Urzia, a Notary Public of the State of

14      New York.

15

16

17

18

19

20

21

22

23

24

25

Patricia Higgins                           September 10, 2009
CONFIDENTIAL

1

2

3   A P P E A R A N C E S:

4

5

6   COLLEN IP

7   Attorneys for Opposer

8       The Holyoke-Manhattan Building

9       80 South Highland Avenue

10      Ossining-on-Hudson

11      Westchester County, New York 10562

12   BY:  THOMAS P. GULICK, ESQ.

13        JESS M. COLLEN, ESQ.

14

15

16   OLIFF & BERRIDGE, PLC

17   Attorneys for Applicants

18       277 South Washington Street

19       Suite 500

20       Alexandria, Virginia 22314

21   BY: WILLIAM J. UTERMOHLEN, ESQ.

22

23

24

25

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 4

1

2

3          IT IS HEREBY STIPULATED AND

4    AGREED, by and between the attorneys

5    for the respective parties herein, that

6    filing and sealing be and the same are

7    hereby waived.

8          IT IS FURTHER STIPULATED AND

9    AGREED that all objections, except as

10   to the form of the question, shall be

11   reserved to the time of the trial.

12         IT IS FURTHER STIPULATED AND

13   AGREED that the within deposition may

14   be sworn to and signed before any

15   officer authorized to administer an

16   oath, with the same force and effect as

17   if signed and sworn to before the

18   Court.

19

20

21

22

23

24

25

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

1

2    P A T R I C I A   H I G G I N S,

3        called as a witness, having been duly

4        sworn by a Notary Public, was examined

5        and testified as follows:

6            MR. UTERMOHLEN:  Let me just

7        state for the record that as we did

8        with Mr. Rodriguez's deposition, we'll

9        participate and cross-examine under

10       protest.

11           We sought a 30(b)(6) deposition

12       of Swatch S.A. and that wasn't

13       provided, and to the extent that

14       Ms. Higgins covers topics that are

15       within that scope and also if there is

16       any other issues that arise, then we

17       are participating under protest.

18           MR. GULICK:  As to that

19       objection, I just want to state for

20       the record that this issue was decided

21       in an order from March of 2008 as to

22       the deposition, the 30(b)(6)

23       deposition of the Swatch Group --

24           MR. UTERMOHLEN:  I don't think

25       they actually resolved it, but that's

Patricia Higgins                                    September 10, 2009
CONFIDENTIAL

1        P. Higgins - Confidential

2        obviously something we can take up

3        later if we need to.

4    EXAMINATION BY

5    MR. GULICK:

6        Q.    Can you state your name and

7    address for the record.

8        A.    Patricia Higgins, 11 East 29th

9    Street, Apartment 28A, New York, New York

10    10016.

11        Q.    Where are you employed?

12        A.    Swatch Group U.S.

13        Q.    Can you tell me where that is

14    located, Swatch Group U.S.?

15        A.    Weehawken, 1200 Harbor Boulevard

16    in Weehawken, New Jersey.

17        Q.    Can you tell me your title at

18    Swatch Group U.S.?

19        A.    Brand manager, Swatch.

20        Q.    And what are your duties and

21    responsibilities as the brand manager?

22        A.    I'm in charge of the Swatch brand

23    in the United States for distribution of

24    Swatch watches and jewelry.

25        Q.    And how long have you held this

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

1         P. Higgins - Confidential

2    position?

3         A.    Since September 25, 2005.

4         Q.    Did you hold any other previous

5    positions in the Swatch Group U.S.?

6         A.    No.

7         Q.    As part of the responsibilities

8    as the brand manager, do you review

9    documents relating to the Swatch watches?

10        A.    Yes.

11        Q.    Can you explain what type of

12   documents you would review?

13        A.    Financial statements, profit and

14   loss, distribution, POS, a number of POSs,

15   everything.

16        Q.    And would these also include

17   documents that would be in existence prior

18   to your employment in 2005?

19        A.    Yes.

20        Q.    Can you tell me about

21   approximately how far back that would go?

22        A.    Documents --

23             MR. UTERMOHLEN:  Objection.

24   Vague.

25        A.    Sorry, could you rephrase that?

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 8

1         P. Higgins - Confidential

2         Q.    Can you tell me -- we just talked

3    about historical documents.

4         A.    Right.

5         Q.    About about how far back

6    documents --

7         A.    That I'm aware of?

8         Q.    That you're aware of.

9         A.    2001, yeah.

10        Q.    Can you tell me what goods are

11   sold under the Swatch mark?

12        A.    Watches and jewelry.

13        Q.    Specifically what types of

14   jewelry?

15        A.    We have, it's costume jewelry,

16   it's stainless steel and Swarovski

17   crystal -- actually, I have a piece on --

18   earrings, necklaces, bracelets.

19        Q.    What channels do you sell the

20   Swatch product?

21        A.    We have three channels.

22   Corporate-owned stores.  There's 40 retail

23   corporate-owned stores.  We have over 230

24   wholesale doors, independent retailers,

25   department stores, and an eCommerce

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 9

1          P. Higgins - Confidential

2     division.

3          Q.    And when you say eCommerce, what

4     does that refer to?

5          A.    That is, we're selling online.

6     The United States has a U.S. site where we

7     sell the watches to just United States,

8     people in the United States.  We do not

9     sell outside the United States.

10         Q.    The 40 stores that you have, are

11    those also located nationwide?

12         A.    Yes, uh-huh.

13         Q.    And the 230 doors are also within

14    the U.S.?

15         A.    U.S. and Caribbean.

16              (Higgins Exhibit 1, Points of

17         distribution breakdown, marked for

18         identification, as of this date.)

19    BY MR. GULICK:

20         Q.    I'd ask that you just take a

21    minute to review the document.

22              Do you recognize this document?

23         A.    Yes.

24         Q.    Can you explain what it is?

25         A.    It's just a breakdown of our POS,

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

1          P. Higgins - Confidential

2     our points of distribution in the United

3     States and shows how many units we sell per

4     distribution channel.

5          Q.    Okay.

6                Where do you, which channel do

7     you primarily sell Swatch products from?

8          A.    65 percent of our business is our

9     corporate owned retail stores.  35 would be

10    our wholesale, third-party vendors, and

11    about 5 percent of it is eCommerce

12    business.

13         Q.    So this particular document would

14    reflect that information?

15         A.    Yes, absolutely.

16         Q.    So corporate mega stores, for

17    instance, would be --

18         A.    Well, they separate the Times

19    Square flagship from the retail stores,

20    it's kind of its own identity.

21         Q.    And corporate stores?

22         A.    Is the other 39 stores, yes.

23         Q.    Okay.

24               And then commission stores?

25         A.    Yes, those are simply independent

Patricia Higgins                                    September 10, 2009
CONFIDENTIAL

Page 11

1         P. Higgins - Confidential

2    retailers, the watch and jewelry, gift

3    stores and so forth.

4         Q.    And department stores as well is

5    another breakdown?

6         A.    Yes, the department stores is

7    Nordstrom's, we sell to 105 Nordstrom's in

8    the United States.

9         Q.    Okay.

10              There is also a line about --

11              MR. UTERMOHLEN:  Let me just note

12        that to the extent there is reliance

13        on this exhibit or any like it, we

14        will object for lack of foundation and

15        hearsay.

16   BY MR. GULICK:

17        Q.    You'll notice three-quarters of

18   the way down the page there is mention of

19   travel retail.

20        A.    Yes.

21        Q.    Okay.

22              And is that another avenue that

23   you use?

24        A.    Uh-huh.

25        Q.    Would that be considered under

Patricia Higgins                            September 10, 2009

CONFIDENTIAL

Page 12

1          P. Higgins - Confidential
2     the third-party vendors?
3          A.    Absolutely, yes.  They're
4     basically airport and duty free.
5          Q.    Okay.
6               And can you also tell me which
7     years this would cover?
8          A.    This particular document?
9          Q.    Yes.
10          A.    This particular document is
11     before my arrival of 2002 distributions,
12     so --
13          Q.    Okay.
14          A.    So 2008 is, might be a little
15     different, current.
16          Q.    And would this be the type of
17     document that someone would prepare for
18     you, or you prepare?
19          A.    Yes, my sales analysis prepares
20     this for me.
21          Q.    Okay.
22               And it's done on a yearly basis?
23          A.    Quarterly.
24          Q.    You've seen this particular
25     document in the past?

Patricia Higgins                                   September 10, 2009
                          CONFIDENTIAL

```
                                                      Page 13
 1           P. Higgins - Confidential
 2      A.    Yes, uh-huh.
 3      Q.    Does this document in any way
 4  reflect the total number of units that were
 5  sold for Swatch products?
 6      A.    Of this particular year, yes.
 7      Q.    Okay.
 8           Could you tell me where that
 9  would be or what those numbers would be?
10      A.    The total for 2002?
11      Q.    Yes.
12      A.    Well, I'm not too -- we've
13  actually changed this document over the
14  years, so this is a little bit dated.
15      Q.    Okay.
16      A.    So I can't give you an exact
17  figure of how much we sold in 2002 in
18  units.
19      Q.    Okay.
20           Previously you had mentioned you
21  use third-party retailers.  I'll ask you to
22  take a look at this particular document.
23           (Higgins Exhibit 2, Third-party
24      wholesale distribution breakdown,
25      marked for identification, as of this
```

Patricia Higgins                        September 10, 2009

CONFIDENTIAL

Page 14

1         P. Higgins - Confidential

2         date.)

3              MR. UTERMOHLEN:  For the record,

4         we have the same objection of lack of

5         foundation and hearsay for this

6         document.

7              MR. COLLEN:  But she hasn't

8         testified yet.

9              MR. UTERMOHLEN:  I know, but if

10        you introduce the document, you rely

11        on it, we want to let you know that

12        those are our objections.

13   BY MR. GULICK:

14        Q.    Do you recognize this particular

15   document?

16        A.    Yes.

17        Q.    Okay.

18              Can you explain what it is?

19        A.    Again, it's another breakdown,

20   more detail with addresses of our

21   third-party wholesale distribution.

22        Q.    And is this a list that would

23   normally be kept in the ordinary course of

24   business at Swatch?

25        A.    Yes, we have a running list

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 15

1          P. Higgins - Confidential

2     always, yes.

3          Q.    Just going back for a second.

4          A.    Sure.

5          Q.    Would the same be true of Exhibit

6     1 as well?

7          A.    Yes.  These have been, again

8     they've been revised over the years, but

9     absolutely there is our form, our

10     breakdown.

11          Q.    Okay.

12          A.    We supply this for our budgets

13     every year.  This is the -- yes.

14          Q.    Can you tell me roughly how many

15     third-party locations that Swatch has sold

16     in?

17          A.    Yes, exactly 230 doors.

18               (Higgins Exhibit 3, Joint venture

19          document Torneau and the Swatch Group,

20          marked for identification, as of this

21          date.)

22          Q.    I want to show you Exhibit 3 and

23     just ask you to take a look.

24               Do you recognize that particular

25     document?

Patricia Higgins                        September 10, 2009

CONFIDENTIAL

Page 16

1            P. Higgins - Confidential

2        A.    Yes.

3        Q.    Can you explain what it is?

4        A.     It is a recent joint venture made

5    between Torneau and the Swatch Group for us

6    to work together on outlets, Torneau outlet

7    stores.

8        Q.    Are they currently available in

9    Torneau outlet stores, Swatch products?

10        A.    Yes, three of them; in Texas,

11    California and Florida.

12            MR. UTERMOHLEN:  Tom, I hate to

13        keep interrupting, but again, as to

14        this exhibit, we have the same

15        objections of hearsay and lack of

16        foundation.  If you want me to not

17        interrupt, you can just give me a

18        standing objection to all the exhibits

19        that way.

20            MR. GULICK:  If there are ones

21        that you have particular objections

22        to, you can make your objections.

23            MR. UTERMOHLEN:  All right.

24    BY MR. GULICK:

25        Q.    Where would a document like this

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

1          P. Higgins - Confidential

2     be kept at your company?

3          A.    At our legal department.

4          Q.    Okay.

5                And do you have access to these

6     particular documents?

7          A.    If I need to, yes.

8          Q.    Okay.

9                One of the channels that you had

10    mentioned previously was eCommerce.  Are

11    Swatch jewelry and watches both sold on the

12    internet?

13         A.    Yes.

14         Q.    Are you familiar with the Swatch

15    website?

16         A.    Very much so.

17         Q.    Can you tell me where the Swatch

18    website is located?

19         A.    Well, it's an eStore, so you can

20    say Weehawken, but it's....out there.

21         Q.    But the domain name where it's

22    located?

23         A.    Oh, Store.Swatch.com.

24                (Higgins Exhibit 4, Watch home

25         page, marked for identification, as of

Patricia Higgins                           September 10, 2009

CONFIDENTIAL

Page 18

1          P. Higgins - Confidential

2       this date.)

3   BY MR. GULICK:

4       Q.     I'd just ask you to take a moment

5   to review the document.

6           Can you tell me what that

7   particular document is?

8       A.     It's our watch home page.

9       Q.     Okay.

10      A.     Separated by category.

11      Q.     Actually, can you describe for me

12  the categories of Swatch watches?

13      A.     Yes.  The main categories are the

14  original plastic that we all know, Swatch.

15  We have the Skin, which is the very thin

16  watch.  The More bracelet watch.  We have a

17  chronograph, and that's about the three big

18  categories.

19      Q.     I would ask you to take a look on

20  the very first page immediately to your

21  left, there is a picture of a watch there.

22          Would this be a watch that's sold

23  by Swatch?

24      A.     Yes.

25      Q.     Okay.

Patricia Higgins                                    September 10, 2009
                         CONFIDENTIAL

Page 19

1          P. Higgins - Confidential

2               And is this particular band a

3    band that would be sold by Swatch as well?

4         A.    Absolutely.

5         Q.    Do you sell watch bands separate

6    from watch faces?

7         A.    Yes.

8         Q.    Can you tell me how many you've

9    sold, let's say, in the previous year?

10              MR. UTERMOHLEN:  Objection.

11    Vague.

12        A.    Over 65,000.

13        Q.    Do you sell accessories under the

14   Swatch mark as well?

15        A.    Accessories as far as?

16        Q.    As far as watches.

17        A.    Accessories you would call it as

18   straps and batteries.

19        Q.    Are these straps sold over the

20   internet?

21        A.    Yes.

22        Q.    I'd ask you to take a look at

23   Exhibit 5.

24              (Higgins Exhibit 5, Strap icon,

25        marked for identification, as of this

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 20

1        P. Higgins - Confidential

2        date.)

3   BY MR. GULICK:

4        Q.    Can you please tell me what that

5   document is?

6        A.    It is the strap icon, I call it

7   icon, where customers can just go in and

8   choose a strap.

9        Q.    I'm sorry, just as a preface, can

10  you tell me where this particular document

11  would be located?

12       A.    Oh, I'm sorry, it's on the

13  eCommerce site, it's a section of the

14  eCommerce site, yes.

15       Q.    Can you give me some examples of

16  third-party retailers besides the

17  department store that you had already

18  mentioned where Swatch goods were sold?

19       A.    We sell in duty free travel

20  stores, multi-brand, I don't know if you

21  call it gift or jewelry stores, that's

22  basically it.  Besides the big department

23  stores, that's it.

24       Q.    And are these stores part of your

25  responsibility in your role as brand

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 21

1        P. Higgins - Confidential

2    manager?

3        A.    Yes.

4        Q.    Is the internet part of, the

5    internet part of what you manage as the

6    brand manager?

7        A.    Yes.

8        Q.    And are the Swatch stores part of

9    what you manage?

10       A.    Yes.

11       Q.    Are you also in charge of the

12   number of sales of the Swatch products in

13   the U.S.?

14       A.    Yes.

15                  REDACTED

16

17

18

19

20

21

22

23

24

25

Patricia Higgins                          September 10, 2009

CONFIDENTIAL



Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

# REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          Q.      Okay.

24                  Of end user sales, I'd like this

25      marked as Exhibit 7.

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 24

1              P. Higgins - Confidential

2                  (Higgins Exhibit 7, Swatch USA

3          sales, marked for identification, as

4          of this date.)

5                  MR. UTERMOHLEN:  We have the same

6          objections.

7      BY MR. GULICK:

8          Q.    I'd ask that you just review the

9      document.

10                 Have you seen this document

11     before?

12         A.    Yes.

13         Q.    Okay.

14                 Can you tell me what it is?

15         A.    This is the Swatch USA sales.

16         Q.    Okay.

17                 And are the sales broken down?

18         A.    No, it's all, it's just broken

19     down by watch and jewelry only, not by

20     point of distribution.  However, I believe

21     this is in Swiss francs.

22         Q.    Okay.

23                 Can you tell me, is this

24     something kept in the ordinary course of

25     your business?

Patricia Higgins                           September 10, 2009

CONFIDENTIAL

Page 25

1        P. Higgins - Confidential

2    A.    This particular document, no.

3    Q.    Okay.

4          Would these numbers be, to your

5    knowledge, accurate as to the number of

6    sales in the U.S.?

7    A.    Yes.

8          MR. UTERMOHLEN:  Objection.  Lack

9    of foundation.

10   BY MR. GULICK:

11   Q.    Are you aware of the number of

12   sales in the U.S.?

13   A.    Yes, yes.

14   Q.    And this is broken down into two

15   parts.  I notice there's one that says

16   Swatch and one that says Bijoux?

17   A.    Uh-huh.

18   Q.    Would that be a breakdown between

19   the difference between watches and jewelry?

20   A.    Absolutely.

21   Q.    Also, there is a notation at the

22   top for the number of units that had been

23   sold?

24   A.    Uh-huh.

25   Q.    So this particular document is

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 26

1          P. Higgins - Confidential

2     broken down into different parts between

3     units, so this is -- if you look at the

4     first column, it's the total number of

5     units of Swatch products that were sold in

6     the U.S.?

7          A.    Uh-huh.

8          Q.    And then the second line would be

9     the actual amount of money for the goods

10    that were sold?

11         A.    Yes, the first part is units,

12    second is value.

13         Q.    Okay.

14              And you had mentioned that these

15    are probably in Swiss francs?

16         A.    Yes, look like it.

17         Q.    Further down, there is a

18    breakdown of, another breakdown.

19              Have you seen this breakdown

20    before?

21         A.    This is not part of my

22    responsibility worldwide sales.

23         Q.    Okay.

24              But you are familiar with the

25    U.S. sales?

Patricia Higgins                              September 10, 2009
                        CONFIDENTIAL

                                                    Page 27

1        P. Higgins - Confidential

2    A.    Absolutely.

3    Q.    Can we go back to that?

4    A.    Yes.

5              REDACTED

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20        MR. UTERMOHLEN:  Let me just note

21    that we object to all questions about

22    this exhibit, whether calling for a

23    substantive number off the exhibit or

24    otherwise, for lack of foundation and

25    hearsay.

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 28

1          P. Higgins - Confidential

2     BY MR. GULICK:

3          Q.    Would this particular document

4     reflect your knowledge as to the U.S.

5     sales?

6          A.    Yes, the top part, yes.

7          Q.    Okay.

8                And the same would be true for

9     the amount of money?

10         A.    Yes.

11         Q.    Okay.

12                    REDACTED

13

14

15

16

17

18

19

20

21

22

23

24

25

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

# REDACTED

1

2

3      Q.    Okay.

4            And could you tell me, would you

5      know what they would be in U.S. dollars?

6      A.    Oh, I'm sorry, I just quoted U.S.

7      dollars.

8      Q.    Oh, okay, I want to make that

9      clear.

10     A.    I don't know what the exchange

11     rate was at this time.

12     Q.    Okay.  Don't worry about the

13     particular document in front of you.  Let's

14     just talk about what you know from your

15     responsibilities as the brand manager.

# REDACTED

16

17

18

19

20

21

22

23

24

25

Patricia Higgins                                      September 10, 2009

CONFIDENTIAL

# REDACTED

1

2

3

4

5

6

7

8      Q.    And is this an integral part of

9   your job, knowing the sales figures?

10      A.     Yes, yes.

11      Q.     In units and in dollars?

12      A.     Units and dollars.

13      Q.     Okay.

14          And do you sometimes do

15   comparisons, let's say year to year about

16   sales, both in units and in amount of

17   money?

18      A.     Daily.

19      Q.     Okay.

20          And can you tell me roughly how

21   far back do you do comparisons?

22      A.     Just one year.

23      Q.     Just one year?

24      A.     Yeah.

25      Q.     But do you do them year to year?

Patricia Higgins                              September 10, 2009
                        CONFIDENTIAL

                                                      Page 31

1           P. Higgins - Confidential

2      A.     Year to year.

3      Q.     So there would be a history of

4   sales figures, as well as units sold?

5      A.     Yes.

6      Q.     Can you tell me roughly how far

7   back you would be aware of sales figures;

8   not in particular number, but just aware of

9   the company records?

10     A.     1999, 2000.

11     Q.     Okay.  I'm going to show you a

12  document I'm going to mark Exhibit 8.

13          (Higgins Exhibit 8, History of

14      Swatch, marked for identification, as

15      of this date.)

16  BY MR. GULICK:

17     Q.     I just ask that you take a look

18  at the particular document.

19          Have you ever seen this document

20  before?

21     A.     Yes.

22     Q.     Okay.

23          Can you tell me what context you

24  would have seen this document in?

25     A.     It's one of the many Swatch

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 32

1          P. Higgins - Confidential

2     chronological documents that we have

3     available.

4          Q.     Okay.

5               You said many.

6               MR. UTERMOHLEN:  Tom, we object

7          to this document for hearsay and lack

8          of foundation.

9     BY MR. GULICK:

10         Q.     Can you -- you had mentioned that

11    there are numerous examples of this

12    particular document.

13         A.     Yes.

14         Q.     Is this something that's kept in

15    the ordinary course of business?

16         A.     Yes.

17              MR. UTERMOHLEN:  I'm sorry, but I

18         object to the characterization of her

19         testimony, which I don't think is

20         accurate.

21    BY MR. GULICK:

22         Q.     What types of information would

23    be contained in this type of document?

24              MR. UTERMOHLEN:  Objection.

25         Vague.

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 33

1       P. Higgins - Confidential

2       A.     The story of Swatch, a

3   chronological history of Swatch, things

4   that happened in the last 20 years.

5       Q.     Do you know the history of

6   Swatch?

7       A.     Yes, yes.

8       Q.     Can you please describe that

9   history?

10          MR. UTERMOHLEN:   Objection.

11   Vague, and it calls for hearsay.

12       A.     Yeah, it's a wonderful story

13   about Swatch, how it was invented.  May I

14   talk about that?

15       Q.     Absolutely.

16       A.     Back in the late '70s, the Swiss

17   watch-making industry was going bankrupt

18   due to the Japanese and Chinese watches

19   that had such success.  So a very smart

20   Lebanese banker decided to buy up all these

21   bankrupt Swiss watch factories, and in

22   order to keep them running, in order to do

23   something, he invented the first, I would

24   say fashion watch called Swatch, the

25   "second Swatch" -- S, Swatch -- and it

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 34

1         P. Higgins - Confidential
2    revolutionized the watch business.
3         And they started turning out
4    these very easy watches to make.  The first
5    person who made a watch -- a watch is made
6    of 91 parts usually, but he made the first
7    Swatch at 51 parts so they could
8    manufacture very easily and that got the
9    factories up and running again -- so that's
10   generally the short story.
11        Q.    Can you tell me roughly when that
12   was?
13        A.    The first Swatch watch was sold
14   in 1983.
15        Q.    About these types of documents,
16   you mentioned these types of documents,
17   could you explain why you keep these types
18   of documents?
19        MR. UTERMOHLEN:  Objection.
20   Vague.  Lack of foundation.
21        A.    For several reasons.  I use it
22   for my employee training.  I use it for PR
23   purposes to send out to the press.  Those
24   are the two main.
25        Q.    Okay.

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                              September 10, 2009
                         CONFIDENTIAL

1          P. Higgins - Confidential

2              You had mentioned PR to the

3    press.  Can you give us some examples of

4    press releases that you've given to the

5    press?

6         A.    There's a lot.

7         Q.    Okay.  A sample would be good.

8         A.    Yes.  We constantly send out,

9    every time we have a new launch of a

10   product, not only do we send out a press

11   release, we work with the PR firm.  We send

12   out press releases with the sample of the

13   product.  As you know, Swatch comes out

14   with products every two months, so it's a

15   constant job.

16        Q.    As part of your responsibilities

17   as brand manager, do you also take care of

18   promotions?

19        A.    Yes.

20        Q.    Okay.

21             Can you give us examples of some

22   of the promotions that Swatch has done?

23        A.    Oh, wow.  Many.  Swatch is

24   co-branded with numerous artists,

25   everything from the famous Keith Haring,

Patricia Higgins                              September 10, 2009

CONFIDENTIAL

1        P. Higgins - Confidential

2    who wasn't famous before Swatch found him.

3    Keith Haring to Shaq O'Neill, to Phil

4    Collins, Pablo Picasso, Vivian Westwood,

5    you name it.  Either they're people already

6    known or they're people they find and make

7    known.

8        Q.    Can you explain what you mean by

9    collaboration?

10       A.    Collaboration, they kind of

11   design the watch with Swatch, they put

12   their, you know -- and then we sell them,

13   they're in the ads, they promote the watch.

14       Q.    And they're sold under the Swatch

15   trademark?

16       A.    Absolutely, yes.

17       Q.    Okay.

18       A.    We do, we've done a lot of

19   events, we made a special watch with

20   Microsoft with Bill Gates, it was huge --

21   sting -- we made a watch for the U.N.

22   We continually do every year, we have a

23   Chinese New Year.  Valentine's Day watch.

24   Christmas watch.  And collectors are very

25   big on that, they collect them.

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 37

1        P. Higgins - Confidential

2        Q.    Let's talk about that for a

3    minute.  You mentioned collectibles or

4    collections.

5        A.    Yes.

6        Q.    Are there particular themes that

7    Swatch may have for its given products?

8        A.    Yes, it depends.  You know, there

9    are limited editions, they're numbered,

10   they'll only make, you know, 10,000, I know

11   that sounds like a lot, but for Swatch it's

12   not a lot, and it first goes out to our

13   club members, there's about 50, 60,000 club

14   members all over the world, so they get

15   first dibs.

16       Q.    Can you explain what club members

17   are?

18       A.    Yes, a club member is somebody

19   who is a loyal collector or buyer of

20   Swatch, and they get perks all year, free

21   buffing, we give them out new straps, we

22   give them, they come to our party, we do a

23   big party every year, so they're taken care

24   of, they get special previews of new

25   collections, they get the first dibs on

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                          September 10, 2009
CONFIDENTIAL

Page 38

1        P. Higgins - Confidential
2    limited collections, so yes.
3        Q.    And is that only in the U.S., or
4    does that take place worldwide?
5        A.    U.S.  It's worldwide, but I'm
6    talking basically about the U.S. side of
7    it, yeah.  As far as going on from
8    promotion, Swatch is also very big on
9    sport, sponsoring sports, volleyball.
10            We do the FIVB volleyball
11   matches.  We are the official sponsor of
12   the snowboarding tour.  We've had big
13   parties, you know, Sean White, the big
14   snowboarder, very present on the mountains,
15   the ski mountains of Swatch, and we also do
16   the motorcross part of the sponsorship.
17       Q.    And these are also across the
18   U.S.?
19       A.    Yes.
20       Q.    You said FIVB?
21       A.    Yes, that's actually -- I'm not
22   part of the American Volleyball
23   Association.  The FIVB is the other
24   volleyball association, but we do help out
25   with that sponsorship in the United States.

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 39

1          P. Higgins - Confidential

2     That's more of the worldwide.

3          Q.     Are there any other sports

4     affiliations that Swatch has?

5          A.     Those are the main ones.   Of

6     course Olympics, everybody knows we do the

7     Olympics up until recently.   So we've done

8     three or four Olympics.

9               I'm not sure how long we've been

10    doing Olympics, but Swatch was definitely

11    part of the Sydney, Athens, Atlanta Olympic

12    games.   We come out with Olympic watches

13    also on top of that.

14         Q.     And when you say come out with

15    Olympic watches, are they based on the

16    particular years of the games?

17         A.     Right, and they're a collector's

18    item, too.

19         Q.     Are they limited in number?

20         A.     Yes, they're limited in number.

21         Q.     Are there also.   As far as the

22    Olympics, what role did Swatch play, if

23    any, in the Olympics?

24         A.     We were the official timekeeper,

25    yes.

Patricia Higgins                           September 10, 2009

CONFIDENTIAL

---

Page 40

1          P. Higgins - Confidential

2      Q.    So, for instance, if there was an

3   event that required timing --

4      A.    Yes, all -- swimming basically,

5   like we saw this past -- you know, with

6   Michael Phelps, we have Omega, which is our

7   sister company of ours -- we'd always do

8   Swatch -- and it was Swatch.

9      Q.    And the trademark was shown in

10  association with timekeeping?

11     A.    Yes, official timekeeping.

12     Q.    Do you ever do any other types of

13  promotions, let's say, or marketing with

14  collaborations you've mentioned before with

15  Shaquille O'Neill, are there other

16  collaborations that you do with, let's say,

17  with famous people, let's say famous people

18  in general, specifically in relation to the

19  U.S. use of the Swatch mark?

20     A.    Well, Shaq O'Neill.  Tyra Banks

21  actually wore a dress designed that had

22  nothing but our Skin, our Skin line.  It

23  was a beautiful ad, it was all over,

24  plastered everywhere.  We have a lot of

25  people, we get a lot of press on people

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

1      P. Higgins - Confidential

2    wearing Swatch.

3          For instance, recently in Us

4    Weekly, we had Carmen Electra sporting the

5    Swatch watch, we had George Clooney wearing

6    it -- we have constant, I mean, people

7    being seen wearing Swatch.

8        Q.    Would this be part of your

9    responsibility to know this particular

10   information as brand manager?

11       A.    Oh, yes, and I have a PR design

12   for that where they are, they actually give

13   watches out to the famous people.  So it's

14   our way of promoting the brand.

15       Q.    Any other promotions that you're

16   aware of?

17       A.    Taxi campaigns, billboard, we

18   spent over   REDACTED   for a Times

19   Square billboard, telephone kiosk,

20   newspaper, maximum, details, wired because

21   we're kind of edgy, as you know, as a

22   brand.  Everything from hotel directories,

23   especially in Las Vegas, Hawaii and tourist

24   destinations where destinations we

25   advertise in the hotel directory -- buses,

Patricia Higgins                          September 10, 2009
                      CONFIDENTIAL

                                                    Page 42

1          P. Higgins - Confidential
2      I said buses.
3          Q.    How often do Swatch ads or
4      placements appear on taxis?
5          A.    We did a campaign for four, five
6      months, yes.
7          Q.    Roughly during what period,
8      during the last year, during the last five
9      years?
10         A.    Yes, it was in 2008.  It was from
11     they first really started having the
12     televisions in the cabs, we were the first
13     watch brand to advertise and it lasted, I
14     would say it started in March to August.
15         Q.    Had you done them previous to
16     that?
17         A.    No, it was a brand new concept,
18     yeah.
19         Q.    How about billboards?
20         A.    Billboard, yeah, we have our
21     Times Square billboard on 45th and
22     Broadway.
23         Q.    Is that one continually updated?
24         A.    Every month we change it.
25         Q.    And how long has that been going

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 43

1        P. Higgins - Confidential

2    on for?

3        A.    Since the store opening, 2001.

4        Q.    How about buses?

5        A.    Yes, we did two bus campaigns,

6    they lasted about two months, over 150 to

7    200 buses in Manhattan, Queens area --

8    yeah, usually at Christmastime we do that,

9    yeah.

10                    REDACTED

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

# REDACTED

1

2

3

4

5

6

7

8

9

10      this as Exhibit 9.

11           (Higgins Exhibit 9, Employee

12      handbook, marked for identification,

13      as of this date.)

14  BY MR. GULICK:

15      Q.    I'd just ask you to take a brief

16  look at that document.

17      A.    Yes.

18           MR. UTERMOHLEN:  Tom, we object

19      to this document on hearsay and lack

20      of foundation grounds as well.

21      Q.    Do you recognize this particular

22  document?

23      A.    Yes.

24      Q.    Can you tell me what it is?

25      A.    This is part of our employee

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

1          P. Higgins - Confidential

2      handbook we give out.

3          Q.    As part of your responsibilities

4      as brand manager, would the employee

5      handbook be something that you oversee?

6          A.    Yes.

7          Q.    Can you explain why these

8      particular contents were placed in the

9      employee handbook?

10         A.    Yeah, it's very important that

11     every new employee understands about the

12     history of Swatch.  As customers come in,

13     we kind of try to tell them the story also

14     about Swatch to our customers.

15         Q.    And can you tell me where this

16     information would have been compiled from?

17         A.    Yes, those kind of go

18     hand-in-hand with the documents that we

19     receive on the history of Swatch, so we

20     condense them into something that is good

21     for the employee, something short with the

22     important highlights of Swatch.

23         Q.    Is one of the things that would

24     be included in the handbook specific

25     promotions?

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 46

1          P. Higgins - Confidential

2               MR. UTERMOHLEN:   Objection.

3      Leading.

4      A.    Specific promotions?

5      Q.    Uh-huh.

6      A.    In a handbook??

7      Q.    Yeah.

8      A.    Basically, no.  The training

9      manual is the history of Swatch, how to

10     sell a Swatch, some mechanical side of it.

11     Q.    So then that type of information

12     would be more in press releases and the

13     like?

14     A.    Yes.

15               MR. UTERMOHLEN:   Objection.

16     Leading.

17     A.    We sent out a special --

18               MR. UTERMOHLEN:  Excuse me,

19     Ms. Higgins, to the extent that you're

20     going to volunteer something not in

21     response to a question, I'm going to

22     object to that.

23               MR. GULICK:  If you're making an

24     objection, you can make an objection.

25     I don't know what --

Patricia Higgins                              September 10, 2009
CONFIDENTIAL

Page 47

1        P. Higgins - Confidential
2            MR. COLLEN:  You shouldn't be
3      addressing the witness.
4            MR. UTERMOHLEN:  All right.  I
5      apologize for that.  Let me say that
6      we object to the witness volunteering
7      testimony not in response to a
8      question because I don't get a chance
9      to object to it.
10   BY MR. GULICK:
11       Q.    Can you further explain for about
12   your promotion of Swatch products?
13       A.    Yes.  I wanted to make it clear
14   this is an employee handbook, but in
15   addition to this, we give our employees on
16   a separate note, we always keep them up to
17   date what we're doing as far as promotions
18   all over the country.  So it wouldn't be
19   necessarily part of this document.  That's
20   what I wanted to make clear.
21       Q.    Why do you advertise?
22       A.    Why do we advertise?
23       Q.    Yeah.
24       A.    Well, it's important to
25   advertise.  I mean, even though Swatch is

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 48

1          P. Higgins - Confidential

2     an iconic brand that we all know about, but

3     it's necessary to show the customer and the

4     press the new products we're coming out

5     with.

6          Q.    Do you consider advertising

7     promotion the same thing?

8          A.    Yes, under marketing, I call it,

9     yes.

10                    REDACTED

11

12

13

14

15

16

17

18          Q.    For that particular year?

19          A.    Oh, well, I can just say

20     worldwide we have passed, we passed  REDACTED

21     REDACTEDwatches in 2006.  So we do not have

22     the official number as of now.

23          Q.    And would that be information

24     that you would be privy to in your role as

25     the brand manager?

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

1        P. Higgins - Confidential

2    A.     Absolutely.

3    Q.     Do you know roughly how long

4   Swatch products have been sold in the U.S.?

5    A.     Since 1986, that the office, the

6   U.S. was forming.

7    Q.     Did it always have watches and

8   jewelry?

9        MR. UTERMOHLEN:   Objection.   Lack

10      of foundation.

11   A.     I believe jewelry was introduced

12  later in 1996 roughly.

13       MR. GULICK:   I'd like to mark

14      this as Exhibit 10.

15       (Higgins Exhibit 10, Annual

16      report, marked for identification, as

17      of this date.)

18  BY MR. GULICK:

19   Q.     I'm going to ask you to take a

20  moment to review the document.

21       MR. UTERMOHLEN:   Tom, we'll also

22      object to this document on hearsay and

23      lack of foundation grounds.

24  BY MR. GULICK:

25   Q.     Have you ever seen this document

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 50

1          P. Higgins - Confidential

2     before?

3          A.    Yes.

4          Q.    Okay.

5                Can you tell me what it is?

6          A.    This is our annual report.

7          Q.    Okay.

8                And would the content of the

9     annual report be something that you would

10    be aware of in your position as the brand

11    manager?

12               MR. UTERMOHLEN:   Objection.

13    Leading.

14         A.    Yes.  We all receive copies of

15    it.

16         Q.    And these are produced every

17    year?

18         A.    Yes.

19         Q.    Okay.

20               And do you have any

21    responsibility for the contents of any of

22    the material in these annual reports?

23         A.    Yes.

24         Q.    Can you tell me what they would

25    be?

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

1          P. Higgins - Confidential

2          A.    Well, under page 1, Swatch Group

3     USA where they talk about Swatch --

4          Q.    I'm sorry, just for reference,

5     for the record, it's marked document Bates

6     number 690 that she's referring to.

7          A.    Under the Swatch Group USA

8     Swatch, the verbiage there, they ask me to

9     write something up every year and give them

10    a picture of whatever is going on that

11    year.

12         Q.    And when you say a picture, in

13    this particular instance was a picture

14    provided?

15         A.    This one -- you know, they

16    change, here it's the picture of, you know,

17    skateboarding, but usually I provide a

18    picture of either a new store opening or

19    something that's relevant to that

20    particular year.  This I was not part of,

21    2002.

22         Q.    Okay.  But that would be the type

23    of thing that you would be responsible for

24    each year?

25         A.    Uh-huh.

Patricia Higgins                         September 10, 2009
CONFIDENTIAL

Page 52

1        P. Higgins - Confidential

2              MR. GULICK:  I'd like to mark

3        this as Exhibit 11.

4              (Higgins Exhibit 11, Part of

5        annual report, marked for

6        identification, as of this date.)

7   BY MR. GULICK:

8        Q.    I'd just ask you to take a moment

9   to review the document.

10             MR. UTERMOHLEN:  We have the same

11       objections to this document.

12  BY MR. GULICK:

13       Q.    Do you recognize this particular

14  document?

15       A.    Yes, it's part of the annual

16  report.

17       Q.    Okay.

18             Is the annual report a business

19  record that's kept in the ordinary course

20  of business?

21       A.    Yes.

22       Q.    Okay.

23             Are there certain

24  responsibilities that you have to keep for

25  the records every year?

Patricia Higgins                         September 10, 2009
                    CONFIDENTIAL

Page 53

1              P. Higgins - Confidential
2         A.    No.
3         Q.    I just direct you to the first
4    page of the document, which is labeled
5    document 418.
6         A.    Yes.
7         Q.    Can you tell me -- the company
8    that you're employed by, is it located on
9    this particular page?
10        A.    Yes.
11        Q.    Okay.
12              Can you tell me roughly where?
13        A.    Under the United States.
14        Q.    Okay.
15              And it would be which one in
16   particular?
17        A.    The Swatch Group.
18        Q.    Okay.
19        A.    Which is the fourth line down.
20   It's kind of hard to read, but yeah, Swatch
21   Group.
22        Q.    And what does it list as the
23   field of activity for the Swatch Group
24   U.S.?
25        A.    It says retail, I believe.  I

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 54

1         P. Higgins - Confidential
2    can't read it, sorry, it's a little fuzzy.
3         Q.    And --
4         A.    The Swatch store is listed.
5    ESwatch is listed.  We have the Swatch
6    retail.
7         Q.    Okay.
8              MR. UTERMOHLEN:  I'm sorry, where
9         were you looking, retail?
10             THE WITNESS:  It's under here,
11        the Swatch Group, Le Boutique U.S;
12        Dover, Delaware, retail -- it's one,
13        two, three -- the fifth line down
14        under United States.
15   BY MR. GULICK:
16        Q.    Okay.
17             And you're employed by the fourth
18   company listed, the Swatch Group U.S.?
19        A.    Swatch Group U.S., correct.
20        Q.    Okay.
21             And is the Swatch Group U.S.,
22   what is their primary function, do you know
23   what the primary function of the Swatch
24   Group U.S. is?
25        A.    Yes, they're exclusive

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 55

1          P. Higgins - Confidential

2    distributors of Swatch and other brands

3    underneath the Swatch Group umbrella.

4          Q.    Can you tell me roughly how many

5    brands there are?

6          A.    14 in the United States.

7          Q.    Can you give us an example of

8    some of them?

9          A.    Omega, Tiso, Rado, Hamilton,

10   Longines, Jacques, Glashutte, Blanc Pan,

11   Brege, Flick Flak, Calvin Klein -- I'm

12   hoping I got all of them.

13         Q.    That's a sample.

14         A.    Yeah.

15         MR. GULICK:  I'm going to mark

16   this Exhibit 12.

17         (Higgins Exhibit 12, Part of

18   annual report, marked for

19   identification, as of this date.)

20         MR. UTERMOHLEN:  I also object to

21   this one on hearsay and lack of

22   foundation grounds.

23   BY MR. GULICK:

24         Q.    Do you recognize this particular

25   document?

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 56

1        P. Higgins - Confidential

2        A.    It is also part of the annual

3   report.

4        Q.    Okay.

5             Can you briefly explain the

6   numbers that are listed on this particular

7   page, what they would represent?

8        A.    No, I'm unable to.  This is more

9   of the manufacturing side of the business,

10  which I do not have any part in.

11       Q.    Okay.

12            So there would be parts of the

13  annual report that wouldn't necessarily

14  affect the material that you would deal

15  with on a daily base or that you would be

16  responsible for?

17            MR. UTERMOHLEN:  Objection.

18  Leading.

19       A.    Yes.

20       Q.    Okay.

21            I'd ask you to take a look at the

22  next page.  It's numbered 416.

23       A.    Yes, this is breaking up by

24  country the sales.

25       Q.    Do you roughly know what

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                          September 10, 2009
CONFIDENTIAL

Page 57

1          P. Higgins - Confidential

2     percentage of the sales for Swatch are in

3     the U.S.?

4          A.    Yes.  Well, first of all, we're

5     number 3 in the world behind France and

6     Italy and we make up about 20 percent of

7     the worldwide business.

8          Q.    Is that in terms of --

9          A.    Swatch, not --

10         Q.    Just Swatch product.

11         A.    Yes.

12         Q.    Is that also reflected, is it

13    dollar amount and units, just one or just

14    the other?

15         A.    They talk in dollars, they'll

16    talk in dollars, yeah.

17         Q.    Okay, great.

18               And you said that they were third

19    in the world?

20         A.    Yes.

21         Q.    Has that changed in the past,

22    let's say, 5 to 10 years?

23         A.    Yes.

24               MR. UTERMOHLEN:  Objection.  Lack

25         of foundation.

Patricia Higgins                                     September 10, 2009

CONFIDENTIAL

1          P. Higgins - Confidential

2     BY MR. GULICK:

3          Q.    How has it changed?

4          A.    When I came on board in 2005 we

5     were number 7, ranked number 7, and we

6     climbed up to number 3.

7          Q.    And would this be a record that

8     you would look at in your role as the brand

9     manager for Swatch?

10              MR. UTERMOHLEN:  Objection.

11         Vague.

12         A.    Yes.  I want to be number one,

13    which I will be.

14              MR. GULICK:  I'm going to mark

15         this particular document Exhibit 13.

16              (Higgins Exhibit 13, Marketing

17         expenditures breakdown, marked for

18         identification, as of this date.)

19    BY MR. GULICK:

20         Q.    I'd ask that you just take a

21    minute to review this particular document.

22              Do you recognize this document?

23         A.    Yes.

24         Q.    Can you explain what it is?

25         A.    It's just a breakdown of our

Patricia Higgins                        September 10, 2009
CONFIDENTIAL

1        P. Higgins - Confidential
2    marketing expenditures the last few years.
3        Q.    Okay.
4              And would this be something that
5    you would be in charge of as the brand
6    manager?
7        A.    Yes.
8              MR. UTERMOHLEN:   I object to the
9        document on the ground of hearsay and
10       lack of foundation.
11   BY MR. GULICK:
12       Q.    Would you prepare a document like
13   this?
14             MR. UTERMOHLEN:   Objection.
15       Vague.
16       A.    Not this exact one, but of this
17   sort, yes.
18       Q.    Can you tell me where you place
19   your marketing money?
20       A.    It can be broken down by print
21   media, then there's PR events -- I'm giving
22   you the big breakdown -- and then there are
23   POS/training, that would be the three big
24   breakdowns in marketing.
25       Q.    Okay.

Patricia Higgins                          September 10, 2009
CONFIDENTIAL

1          P. Higgins - Confidential

2               You had mentioned print media.

3     A.     Yes.

4     Q.     Can you tell me what print media

5     you would use to place ads for the Swatch

6     mark?

7     A.     I do both local and national.

8     Q.     Can you give us some samples?

9     A.     Sure, of course.  As I said

10    before, maximum wired details, again edgy

11    magazines, and it goes also going to

12    mainstream, New York Post we do very well,

13    L.A. Times, the Elle magazine especially

14    for our jewelry line.

15          So as far as print, those are the

16    avenues I stick with.  Granted we also have

17    a small budget for very off the wall

18    magazines, surface, wallpaper, a different

19    type of marketing.  PR and events,

20    obviously that's all my, all the events I

21    spoke of.

22          We have a lot of store events.

23    We just recently did, promoted new artist,

24    kind of a street art called Billy the

25    Artist.  We had a huge event at our

Patricia Higgins                                September 10, 2009
CONFIDENTIAL

1      P. Higgins - Confidential

2   flagship store in Times Square with the

3   press and then we had an afterparty at a

4   club.  So any of these type of events would

5   go under that.

6          And PR also means, you know,

7   paying my PR agency to promote the brand,

8   and POS is everything to do with my point

9   of sales.  Obviously we need to support not

10  only our corporate-owned stores, but we

11  need to support our third-party retailer,

12  ads in, for instance, Nordstrom's has a

13  catalog they send out to their clients and

14  we take a page in advertising, our stores,

15  you know, they have a lot of, they need

16  their own promotional materials and so

17  forth.  So posters and shopping bags and

18  whatever.

19      Q.    Would that include signage as

20  well?

21      A.    Yes, yes, yes.

22      Q.    Are there other media you use

23  besides print media?

24      A.    I use eCommerce.  That's a very

25  big, since last year I've been focusing

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                    September 10, 2009
                          CONFIDENTIAL

                                                        Page 62
1          P. Higgins - Confidential
2     more on digital media ads than to print
3     advertising and we just launched our
4     Twitter and Facebook page, and it's been a
5     great success.  It's viral.
6               We feed information onto these
7     two venues and it just goes from there.
8     People start talking about the brand.  So
9     we just started experimenting it with this
10    year, and I'm very, very happy with the
11    results, but I still plan to do print ads
12    toward the end of the year, toward the
13    holiday season in the New York Post, Miami
14    Herald, Chicago Tribune on our holiday
15    watches that are coming out.
16       Q.    Have you ever used television
17    radio as an advertising medium?
18       A.    Yes, MTV, that's where we've
19    done, we've worked with MTV -- again, that
20    was before my time, the MTV -- and I plan
21    to do MTV.com next year, so it's kind of
22    progressed going to the digital.  That
23    is -- yeah, we have a very good
24    relationship with them.
25               Obviously, our chairman has been

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                        September 10, 2009

CONFIDENTIAL

1      P. Higgins - Confidential

2  on CNN, we had a watch that came out that

3  was very provocative and it made headline

4  news a couple of years, so he was

5  interviewed by fox news, CNN and it was all

6  over the place.

7      Q.    I'd just like to briefly talk

8  about the amounts of money that have been

9  spent year to year on advertising and

10  marketing.

11     A.    Uh-huh.

12                  REDACTED

13

14

15

16

17

18

19

20

21

22

23

24

25

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                           September 10, 2009
                        CONFIDENTIAL

                                                   Page 64

1          P. Higgins - Confidential

2       Q.    You mentioned previously a watch

3   that was provocative.

4       A.    Uh-huh.

5       Q.    Can you tell me what that watch

6   was?

7       A.    Yeah, it was a great watch.  It

8   was called Bunny Sutra, and it was actually

9   bunnies on the -- instead of the numbers,

10  they had bunnies, two bunnies and sutra.

11  So I don't have to say more, but it was

12  very, very provocative and actually, you

13  know, bad press is good press where people

14  were calling major networks and saying oh,

15  my gosh, get this thing off.  We had it on

16  the billboard in Times Square and that's

17  where CNN and Fox News picked it up.  So it

18  was on Larry King and CNN, our chairman.

19      Q.    Do you have certain, let's say,

20  annual seasons that you would focus more

21  advertising on a certain time of year

22  versus another?

23      A.    Yes, yes.

24      Q.    Can you tell me what those would

25  be?

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 65

1          P. Higgins - Confidential

2          A.    Well, Valentine's Day and Chinese

3     New Year are very big for us because we

4     have this wonderful set, people actually

5     every year want to buy it, it's a watch and

6     jewelry with it and it's boxed together, so

7     it's a perfect gift, and we do a lot of

8     advertising during that period.

9               Chinese New Year also, comes out

10    in January, and in fact sells all year.  We

11    also, we have many collections.  I mean, we

12    have, we're like a fashion brand, we're not

13    like a regular watch brand, so we have at

14    least -- we have six collections a year, so

15    fall/winter, spring/summer, summer/sport,

16    fall/sport, seasons, and then Mother's Day,

17    Valentine's Day.  So it's constantly new

18    products.

19               MR. GULICK:  Mark this as Exhibit

20         14.

21               (Higgins Exhibit 14, Press

22         release, marked for identification, as

23         of this date.)

24    BY MR. GULICK:

25         Q.    I'm just going to ask you to take

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 66

1        P. Higgins - Confidential

2   a minute to review the document.

3        MR. UTERMOHLEN:   Again, we object

4      on hearsay and lack of foundation

5      grounds.

6      Q.    Do you recognize the particular

7   document?

8      A.    Yes.

9      Q.    Can you tell me what it is?

10      A.    It's a press release on our

11   collaboration during the Athens Olympic

12   games where we were, again, the official

13   timekeeper and also obviously there was

14   always a watch to go along with it.

15      Q.    Okay.

16        And would this be the type of

17   event like we talked about annual events,

18   just recently, but this would be obviously

19   an every two-year event, would this be

20   something that Swatch would focus on for

21   advertising purposes as well?

22      A.    Yes, yes.

23      Q.    Okay.

24        And in addition, because the

25   Olympics are an international event, this

Patricia Higgins                              September 10, 2009

CONFIDENTIAL

Page 67

1        P. Higgins - Confidential
2    would also be taking place in the U.S. the
3    same as it would --
4        A.    Yes, yes, if it was taken
5    place -- we had one, we had Atlanta games,
6    also, that was huge for Swatch in the
7    United States, but even in Sydney what we
8    would do, or Athens, we would invite
9    America, we would invite our loyalty club
10   members for free to see the Olympics.
11       Q.    Is this something that Swatch
12   plans on continuing?
13       A.    Yes, yes.
14       Q.    How about in the next Olympics as
15   well?
16       A.    Well, the next Olympics goes to
17   our sister company Omega.  We don't know
18   how long that will -- you know, Swatch
19   might take over later, but obviously it
20   affects up in Vancouver, it's the winter
21   games.  How it affects Swatch is that we
22   are going to do, make sure we have an
23   Olympic watch coming out for Vancouver.  So
24   we will set it up in all our Swatch point
25   of sales in Vancouver and Canada and United

Patricia Higgins                          September 10, 2009
CONFIDENTIAL

Page 68

1        P. Higgins - Confidential

2    States, too.

3            MR. GULICK:  I'd just like to

4        note for the record we're still on the

5        highly confidential record as we were

6        yesterday and will be de-designating

7        once we receive the transcript.

8            MR. UTERMOHLEN:  All right.

9            MR. GULICK:  I'd like to mark

10       this as Exhibit 15.

11           (Higgins Exhibit 15, Document,

12       marked for identification, as of this

13       date.)

14           MR. UTERMOHLEN:  We also object

15       to this one on hearsay and lack of

16       foundation grounds.

17   BY MR. GULICK:

18       Q.   I'd just ask you to take a moment

19   to review the document.

20           Do you recognize the particular

21   document?

22       A.   Not this particular document.

23   Again, this is more of a group level and

24   speaking about another brand, Calvin Klein,

25   and I wasn't aware of any award in Japan,

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                    September 10, 2009
                        CONFIDENTIAL

                                                    Page 69

1          P. Higgins - Confidential

2      I'm sorry.

3          Q.   No, that's okay.  I just want to

4      see if you know about it, okay.

5          Do you do separate advertising

6      for the jewelry as compared to the watches?

7          A.   Yes.

8          Q.   Okay.

9          Are they placed sometimes in

10     separate advertisements, or are they

11     sometimes put together, the watch and the

12     jewelry together?

13         A.   Depends, depends.

14         Q.   Okay.

15                  REDACTED

16

17

18

19

20         MR. UTERMOHLEN:  Let me just say,

21     Tom, I'm having trouble getting my

22     objection in between the end of your

23     question and the response of the

24     witness.  So if you care to instruct

25     Ms. Higgins to give me more time, that

Patricia Higgins                          September 10, 2009
CONFIDENTIAL

Page 70

1        P. Higgins - Confidential

2     would be one thing.  Otherwise, I wind

3     of having to make an objection while

4     you're still speaking, which is

5     confusing for the record.

6          MR. GULICK:  We'll try to keep

7     the record as clean as possible.

8            At this point, can we take a

9     five-minute break.

10          (Recess taken from 10:37 a.m. to

11     10:51 a.m.)

12          (Higgins Exhibit 16, 2007

13     Advertising highlight, marked for

14     identification, as of this date.)

15   BY MR. GULICK:

16     Q.    I'll just ask you to take a brief

17   look at the document.

18          Do you recognize this particular

19   document?

20     A.    Yes.

21     Q.    Can you tell me what it is?

22     A.    2007 advertising highlight.

23     Q.    Is this something that your

24   company regularly prepares?

25     A.    Yes.  I personally prepared this

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 71

1          P. Higgins - Confidential

2    one, so I know it well.

3          Q.    Okay.

4                Let's actually take a look at the

5    document numbered 1552.  Would this be an

6    example of an advertisement that was

7    placed?

8          A.    Uh-huh, print ad, New York Post,

9    Metro, yes, Mother's Day campaign, yeah.

10         Q.    Do you select the particular

11   advertising itself, the physical content of

12   the advertising?

13               MR. UTERMOHLEN:   Objection.

14         Vague.

15         A.    The ad comes from Switzerland,

16   but we design the copy, you know, certain

17   things that we can change for the copy.

18         Q.    But you don't, the idea does not

19   originate from you?

20         A.    No.

21         Q.    Okay.

22         A.    I choose which newspaper or

23   magazine I want to put it in.

24         Q.    Okay.

25               So as part of your

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 72

1          P. Higgins - Confidential

2    responsibilities, you may select media that

3    the particular advertising appears?

4          A.     Yes.

5          Q.     Do you select the media for which

6    the Swatch advertising appears in?

7          A.     Yes.

8          Q.     Okay.

9                 I'd like to direct you to the

10   first four pages of Exhibit 16.

11         A.     Yeah, uh-huh.

12         Q.     Can you explain what this is in

13   particular?

14         A.     It's a recap of all my prints

15   and --

16                MR. UTERMOHLEN:  I'm sorry, as it

17        the last four pages?

18                MR. GULICK:  The first, I'm

19        sorry.

20                    REDACTED

21

22

23

24

25

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 73

# REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14          (Higgins Exhibit 17, Document,

15     marked for identification, as of this

16     date.)

17  BY MR. GULICK:

18     Q.    I show you Exhibit 17.

19          Do you recognize that particular

20  document?

21     A.    Yes.

22     Q.    Can you -- is this something that

23  you prepared?

24     A.    Yes.

25     Q.    Can you explain what that

Patricia Higgins                              September 10, 2009
                        CONFIDENTIAL

                                                    Page 74

1        P. Higgins - Confidential
2   particular document is?
3        A.    It is our Mother's Day campaign,
4   telephone kiosk, buses, our Times Square
5   billboard and the billboard in Los Angeles.
6        Q.    Okay.
7              And you previously discussed that
8   you work on the placement of the particular
9   ads.
10             Is there a particular reason you
11  chose these particular places to place the
12  ads?
13       A.    Yes, eyeballs, lots of eyeballs,
14  yes.
15       Q.    And why in general do you want
16  eyeballs on this particular advertisement?
17       A.    Well, because of the product, it
18  was Mother's Day, it was the perfect venue,
19  especially the telephone kiosk, we had over
20  200 kiosks in Manhattan, so strategically
21  located, of course, the buses, the
22  billboard, and it stuck with the same
23  product visual and it was a repeat, repeat,
24  repeat.  So this was a very successful
25  campaign.

Patricia Higgins                              September 10, 2009
CONFIDENTIAL

1      P. Higgins - Confidential

2      Q.    And do you have stores located in

3   close proximity to these particular --

4      A.    Yes.

5      Q.    -- buses, kiosks and the like?

6      A.    Yes, the billboard in Times

7   Square, the flagship is underneath it, and

8   we made sure the kiosks were not only in

9   front of our corporate retail stores, we

10  also put them in strategically located

11  areas of New York, not only in front of our

12  stores.

13     Q.    Is the purpose to drive traffic

14  to your stores?

15          MR. UTERMOHLEN:   Objection.

16  Leading.

17     A.    Yes, and branding, simple

18  branding.

19     Q.    You mentioned you have a flagship

20  store in Times Square.

21          Do you have any idea how many

22  people go into that particular Swatch

23  store?

24     A.    I know most exactly because we

25  have traffic counters.

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                    September 10, 2009
CONFIDENTIAL

Page 76

1         P. Higgins - Confidential

2              REDACTED

3

4

5

6

7

8      Q.    And this is particular to the

9    Times Square store?

10     A.     Yes.

11     Q.     Okay.

12            Do you have counters in other

13    places as well?

14     A.     All corporate stores.

15     Q.     Okay.

16            Can you give me a rough estimate

17    as to how many people walk through Swatch

18    stores every year?

19     A.     Total, I don't have that right on

20    me.  I can give you an approximate.

21     Q.     That's fine.

22            MR. UTERMOHLEN:   Objection to the

23    extent there is speculation.

24     A.     I just know Times Square.

25     Q.     Do you have any ideas of numbers

Patricia Higgins                           September 10, 2009

CONFIDENTIAL

Page 77

1          P. Higgins - Confidential

2    of people that walk through third-party

3    retailers, do you ask that information of

4    third-party retailers?

5          A.    We do, but we can never get an

6    accurate count on that.

7          Q.    Do you have counters to see how

8    many people are viewing Swatch products on

9    the internet?

10         A.    No, no.

11         Q.    Do you have any idea of the

12   number of subscribers you have to your

13   Twitter or Facebook accounts?

14         A.    Yes, it's growing every day.

15   We're over 1,000 now and we started two

16   months ago, and I know we benchmarked with

17   another watch brand and we're doing much

18   better than they are, so....

19              (Higgins Exhibit 18, 2008

20         advertising highlight, marked for

21         identification, as of this date.)

22   BY MR. GULICK:

23         Q.    Do you recognize this particular

24   document?

25         A.    Yes, it's exactly the same as the

Patricia Higgins                                     September 10, 2009
CONFIDENTIAL

Page 78

1          P. Higgins - Confidential

2     previous document, but 2008.

3          Q.    And would this be something that

4     you had prepared?

5          A.    Yes.

6          Q.    I'm just going to direct you

7     first to the first three pages.

8               Can you tell me what's on those

9     first three pages?

10         A.    It's the print media that we did

11    in 2008, the first half, that is, of 2008.

12         Q.    Can you tell me some of the

13    locations of the print ads?

14                REDACTED

15

16

17

18

19

20

21

22

23

24

25

Patricia Higgins                          September 10, 2009
                         CONFIDENTIAL

e 79

# REDACTED

1

2

3

4       Q.     Do your advertisements always
5   feature the Swatch trademark?
6       A.     Yes, always.
7       Q.     Is that a branding decision that
8   you make, or is that -- is that a branding
9   decision that you make in your role as
10  brand manager?
11      A.     It is a policy that we follow,
12  yeah.
13      Q.     I want to go back to something
14  you had said earlier.  You had mentioned
15  Tyra Banks and a watch called Skin.
16             Can you explain are there
17  different types of Swatch watches?
18      A.     Yes.
19      Q.     Can you tell me the different
20  types of Swatch watches there are?
21      A.     There is the original Swatch that
22  we all know, the colorful plastics, it's
23  basically a plastic watch.  There is the
24  chronographic, I'm actually kind of wearing
25  one, this is like a chrono, chrono watch,

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

1        P. Higgins - Confidential

2    metal watch, more of a men's line.

3             The Skin is the thinnest plastic

4    watch in the world, here it is here, and

5    this is more of a dainty for women, more in

6    bracelet form.  So those are three main big

7    categories of Swatch.

8             We also have chrono plastic, we

9    have --

10        Q.    So you make products for both men

11   and women?

12        A.    Yes.

13        Q.    When you select media for

14   advertising, is the audience sometimes a

15   factor in the decision as to which media

16   you choose?

17        A.    Yes, for example, the jewelry

18   Bijoux, we chose Elle because that was the

19   target market for the jewelry, a little

20   more sophisticated.

21             It's hard with Swatch because

22   it's a brand that goes, we always say from

23   8 to 80.  It carries a very large audience.

24   So depending on the product we're pushing,

25   we will choose the right media venue for

Patricia Higgins                              September 10, 2009
CONFIDENTIAL

1          P. Higgins - Confidential
2      that, yeah.
3          Q.    Do you ever go into the Times
4      Square store?
5          A.    Yes.
6          Q.    Do you ever talk with customers
7      at the Times Square store?
8          A.    Yes.
9          Q.    What type of things do you talk
10     about with them at the store?
11              MR. UTERMOHLEN:  Objection to the
12          extent that that calls for hearsay.
13     BY MR. GULICK:
14         Q.    Let me just clarify the question.
15              Do you ask them questions while
16     they're in the store?
17         A.    Yes.
18         Q.    What types of questions would you
19     ask them?
20         A.    I like to talk about what was
21     their first Swatch, there's a lot of
22     reminiscing, so people talk about their
23     first Swatch.
24              Second of all, Times Square is
25     special because there's so much product

Patricia Higgins                                    September 10, 2009
CONFIDENTIAL

Page 82

1          P. Higgins - Confidential

2    out, we have old and new and we talk about

3    the actual watch itself, you know, so

4    there's a lot of collectors that go into

5    the Times Square store.

6        Q.    Do the watches that you sell, and

7    jewelry, do they change every year, every

8    two years, can you tell me how often there

9    are changes in the lines of watches?

10             MR. UTERMOHLEN:   Objection.

11    Compound and leading.

12   BY MR. GULICK:

13       Q.    Can you tell me how often there

14    are changes in the lines of watches for

15    Swatch?

16       A.    They, as I said earlier, there's

17    four to five new collections every year.

18    However, we do keep a core collection, it's

19    carried, continually being carried year to

20    year.  There's like over 100 new models a

21    year introduced at Swatch.

22       Q.    Let's go back.  There are some

23    watches that don't changed based on what

24    you just said to me.

25       A.    Right.

Patricia Higgins                          September 10, 2009
                        CONFIDENTIAL

                                                    Page 83

1           P. Higgins - Confidential

2       Q.    Can you tell me how long some of

3   those watches have been around?

4       A.    Oh, gosh --

5           MR. UTERMOHLEN:  Objection.  Lack

6       of foundation.

7   BY MR. GULICK:

8       Q.    Go ahead.

9       A.    It could be years.  One

10  particular one is, once again, it's called,

11  it's the black watch with the white face,

12  everyone knows it, it's been around since

13  1986, so we could go back as far as 25

14  years ago, 20 years ago, yeah.

15      Q.    In the five years that you've

16  been with Swatch, have there been watches

17  that have been continuously sold over that

18  five-year period?

19      A.    Yes.

20          MR. UTERMOHLEN:  Objection to the

21      extent it mischaracterizes the prior

22      testimony.

23  BY MR. GULICK:

24      Q.    Let me talk about the jewelry for

25  a minute.  I'm going to ask you to take a

Patricia Higgins                            September 10, 2009

CONFIDENTIAL

Page 84

1           P. Higgins - Confidential

2      look at, this will be 19.

3               (Higgins Exhibit 19, Jewelry

4          catalog, marked for identification, as

5          of this date.)

6      BY MR. GULICK:

7          Q.    I just ask you to take a minute

8      to review that.

9               Are you familiar with this

10     particular document?

11         A.    Yes.

12         Q.    Do you have personal knowledge of

13     this particular document?

14         A.    Yes, it's our jewelry catalog,

15     current.

16         Q.    Would you be responsible for

17     knowing the contents of this particular

18     document as part of your job

19     responsibilities?

20         A.    Yes.

21         Q.    Okay.

22               Can you explain where this

23     particular document would be placed?

24         A.    This is placed in all the stores.

25     It's kind of a handbook for our -- this is

Patricia Higgins                           September 10, 2009

CONFIDENTIAL

Page 85

1        P. Higgins - Confidential

2    not given to customer, it's given to our

3    stores and our retailers.

4        Q.    Can people purchase --

5            MR. UTERMOHLEN:  Excuse me a

6        second.  Can we go off the record for

7        a second?

8            (Recess taken from 11:13 a.m. to

9        11:38 a.m.)

10           (Whereupon, the requested portion

11       was read back by the court reporter.)

12   BY MR. GULICK:

13       Q.    Can people purchase products from

14   your catalog at the stores?

15       A.    Yes.

16       Q.    And does this reflect the line

17   for, I believe it's spring/summer 2009?

18       A.    Yes.

19       Q.    And how often is the catalog

20   updated?

21       A.    Twice a year this one, yes.  The

22   beginning is the current collection, the

23   current collection, this one, and then

24   towards the end they still repeat a lot of

25   the core merchandise, our core again is

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

1           P. Higgins - Confidential

2     merchandise that is carried through many

3     years.  So in the back you see on 602, 603,

4     604, 605, these are a lot of the mainstream

5     that we have always in stock.

6           Q.    Do you have particular

7     advertisement placement for Bijoux jewelry?

8           A.    Yes.

9           Q.    Can you tell me what that would

10    be?

11          A.    Yes.  We focus a lot in on

12    Valentine's Day, but again we did Elle

13    magazine, perfect venue, and New York Post

14    ads for jewelry, especially the pendant

15    that I'll look at 605.

16          Q.    Which pendant in particular are

17    you looking at?

18          A.    The last row, third from the

19    right, the Windlove.

20          Q.    And can you explain exactly what

21    that is?

22          A.    Oh, yeah, it's, it was introduced

23    in January 2007 for Valentine's Day and it

24    was a huge success.  We advertised in the

25    New York Post on this, just in one page,

Patricia Higgins                        September 10, 2009
                    CONFIDENTIAL

---

1          P. Higgins - Confidential

2     one day, we had tremendous feedback,

3     calls -- but anyhow, it is a piece of

4     stainless steel with one Swarovski crystal

5     and you can wear it as a heart or you can

6     turn it around and it becomes a butterfly,

7     and not only did it sell at Valentine's

8     Day, but it's a continuous, that's why they

9     put it in a core range, so we carry it out.

10         Q.    So it's sold year round?

11         A.    Yes, year round, continues to do

12    very well.

13              (Higgins Exhibit 20, New York

14         Post ad, marked for identification, as

15         of this date.)

16    BY MR. GULICK:

17         Q.    I'll ask you to take a minute to

18    review it.

19         A.    Yes.

20         Q.    Do you recognize those particular

21    documents?

22         A.    This is my New York Post, some of

23    my New York Post ad.

24         Q.    Okay.

25              And in particular, I'd ask you to

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 88

1        P. Higgins - Confidential

2    look at the fourth page, which is the --

3        A.    Yes, this is what I was referring

4    to --

5        Q.    Sorry, document 1563.

6        A.    Yes, this is what I was referring

7    to previously.  We did a product shot of it

8    a week before Valentine's Day and I sold

9    hundreds and hundreds in one day.  So this

10   is the Windlove.  Top number one, or I

11   think it's number two still to this day in

12   jewelry sales.

13           So as you can see, you can wear

14   it, it's a heart and you kind of turn it

15   around, flip it around and it becomes also

16   a butterfly.  So it's very versatile.

17       Q.    Were these ads run nationwide?

18       A.    No, just the New York Post on

19   this one.  I believe I also ran it in Miami

20   because we do very well with jewelry in the

21   Florida region, so I ran it in the Miami

22   Herald.  I don't know if you have it.

23       Q.    Let me direct you to document

24   number 1560.

25       A.    Yes.

Patricia Higgins                                September 10, 2009
                          CONFIDENTIAL

                                                          Page 89

1          P. Higgins - Confidential

2      Q.    Where would a document like this

3  have been placed?

4      A.    Various men's magazine details,

5  New York Post.  This was strictly a

6  Father's Day, very targeted campaign.

7          MR. UTERMOHLEN:  Objection to the

8      extent that the question asks when

9      would it have been placed rather than

10     where was it placed.

11 BY MR. GULICK:

12     Q.    Where did this physical document

13 appear?

14     A.    Yes, Details and New York Post.

15     Q.    Can you give me a time range for

16 when it would have appeared?

17     A.    It was in the May issue of

18 Details, and I can't give you the exact

19 date, but as I always do, it would be about

20 a week before the actual June 17th New York

21 Post.

22     Q.    Now, I'll ask you to take a look

23 at document 1561.

24     A.    Uh-huh.

25     Q.    Can you tell me what this

Patricia Higgins                                    September 10, 2009
CONFIDENTIAL

Page 90

1            P. Higgins - Confidential
2    particular document is?
3        A.    Yes.  This is the Mother's Day
4    campaign, and it was in the New York Post
5    and in Metro, same ad.
6        Q.    Can you tell me when this would
7    have run?
8        A.    Again, Mother's tended to be two
9    weeks out.
10       Q.    And then finally document 1562.
11       A.    This ran along with document
12   1563, February 2007 in the New York Post.
13       Q.    Can you tell me where this
14   document would have been placed?
15       A.    New York Post, this particular
16   one.
17       Q.    And during what time frame would
18   it have been placed?
19       A.    A week before Valentine's Day.
20       Q.    Do you run only targeted
21   advertising?
22           MR. UTERMOHLEN:  Objection.
23   Vague.
24       A.    Yes, not only.
25       Q.    Okay.

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 91

1          P. Higgins - Confidential

2             Do you run general advertising?

3      A.     Yes.

4      Q.     Okay.

5             Can you give me examples of

6    places where you or media where you would

7    have placed general advertising?

8      A.     Billboard and buses, not just --

9    just the same venues as I would use as a

10   target I use for overall branding.

11     Q.     Do you ever conduct research

12   about your customers?

13     A.     Not informal professional

14   research, but with my loyalty program, my

15   club members, we do ask them questions and

16   try to get information to find more and

17   more about our customer, but again, it's

18   done on a very layman's approach, it's not

19   professional.

20     Q.     Formal?

21     A.     Yeah.

22     Q.     Do you ever use public relations

23   as a form of advertising?

24            MR. UTERMOHLEN:   Objection.

25   Vague.

Patricia Higgins                              September 10, 2009

CONFIDENTIAL

1      P. Higgins - Confidential

2      A.    Yes.

3      Q.    Can you explain how you would use

4   public relations as a form of advertising?

5      A.    My PR, I hired a PR agency that

6   is very hip with all the movie stars and so

7   forth, so we're constantly giving product

8   to the movie stars so they will wear them

9   and get pictures in magazines, and it's

10  been very successful, so that's why we use

11  PR -- and our events give off PR.

12     Q.    Can you tell me the particular

13  events that have gotten significant public

14  relations?

15     A.    Oh, yes.  Well, obviously, the

16  Olympic games.  But the paparazzi event

17  with Bill Gates and Mishka Barton, and

18  Sting -- that was obviously in every major

19  magazine.

20     Q.    Can you tell me what the

21  paparazzi event was?

22     A.    Yeah, the paparazzi event was the

23  launching of paparazzi watch with

24  Microsoft.  It was a digital watch that had

25  all the buttons and bells and whistles.  So

Patricia Higgins                               September 10, 2009

1          P. Higgins - Confidential

2     they launched it in Los Angeles.  Sting

3     sang.  Bill Gates got up there with our

4     chairman of the board -- it was very much

5     of a press thing.

6          Q.    And this was a Swatch trademark

7     watch, correct?

8          A.    Swatch, it was made by Swatch,

9     correct, and then of course most recently

10    we did Billy the Artist.  We also do Blue

11    Man Group, we made a Blue Man watch and

12    Blue Man came to our store and did kind of

13    their performance.

14          You know, again, we had Sean

15    White from the snowboarder came into our

16    store.  So there's so many events sometimes

17    it's hard to remember all of them.

18          Q.    Do you, personally, how long ago

19    can you -- well, what is the first time you

20    remember the Swatch mark, can you tell me

21    when that was, you personally?

22          A.    Me, personally, in the '80s.  In

23    my 20s, that's all I remember.

24          Q.    Do you know the subsequent, we

25    talked earlier about the origins of Swatch.

Patricia Higgins                                September 10, 2009
                          CONFIDENTIAL

                                                        Page 94

1          P. Higgins - Confidential

2              Do you know the subsequent

3     history of Swatch as well beyond its

4     origin?

5         A.    Yes, I mean, more or less, you

6     know, the strategy, what we've done in the

7     last -- yes.

8         Q.    Can you tell me why knowing the

9     history of Swatch is important?

10             MR. UTERMOHLEN:  Objection.  Lack

11         of found days and calls for

12         speculation.  Also vague.

13             MR. GULICK:  I'll rephrase the

14         question.

15    BY MR. GULICK:

16        Q.    As part of the employee handbook,

17    there was a specific exhibit that talked

18    about the history of Swatch.  Why is it

19    important that the employees would know the

20    history of Swatch?

21             MR. UTERMOHLEN:  Same objections.

22        A.    It's all part of the sell

23    process.  It's what we call part of the

24    features and benefits of Swatch.  So not

25    only are you talking about product, but

Patricia Higgins                              September 10, 2009

CONFIDENTIAL

Page 95

1          P. Higgins - Confidential

2    you're romanticizing the brand with the

3    customer, so talking a little bit about the

4    history of brand also sells the product.

5          Q.    Can you explain a little bit of

6    the features and the benefits for the

7    purpose of sales of the Swatch watches?

8          A.    Sure.   You know, Swiss made one,

9    it's water resistant, shock proof, you can

10   change out your bands whenever you want.

11   It's basically an idiot-proof watch.

12               So these are just some of the

13   things that we tell our customers.

14   Swiss-made is very important, too, for the

15   customer and being able to -- and it's also

16   a watch that's, you know, it's 51 parts, it

17   never breaks, all they do is change out

18   your strap, change out your battery and it

19   keeps on going.

20         Q.    Is there an importance to the

21   fact that it's Swiss-made?

22         A.    Yes.

23         Q.    Can you explain to me what that

24   importance would be, or what the

25   significance is?

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 96

1        P. Higgins - Confidential

2        A.     The customer knows it's quality

3    with Swiss.  I mean, with the Japanese or

4    Chinese, with all due respect, you're not

5    getting the same movement and quality.

6    Remember, Swatch is made in the same

7    factory as Omega, so you're getting

8    quality.

9        Q.     Do you know approximately how

10   long the Swatch mark has been used in the

11   United States?

12       A.     I know that the incorporation was

13   1986, actually it was in New York, the

14   office opened.

15       Q.     And in that point in time, what

16   was the particular product that was sold

17   under that mark?

18            MR. UTERMOHLEN:  Objection.  Lack

19       of foundation.

20   BY MR. GULICK:

21       Q.     What product was made in

22   association with Swatch?

23       A.     Watches.

24       Q.     Is part of your responsibility as

25   Swatch brand manager to sell as many Swatch

Patricia Higgins                    September 10, 2009

CONFIDENTIAL

Page 97

1          P. Higgins - Confidential

2    products as possible?

3          A.    Yes.

4          Q.    Can you explain how you go about

5    doing that?

6          A.    I start with my store level, very

7    important, and that is constant training of

8    personnel, of our staff, of our team.  The

9    more knowledge you have of your product,

10   the more you're going to sell.  Standards

11   policies and procedures as far as all the

12   retail POS, how the product is presented,

13   making sure it's presented in the right way

14   and promoting the brand, that goes with my

15   third-party retailers also, and then

16   promotions, a lot of PR, a lot of

17   marketing, constantly being a spokesperson

18   for the brand.

19         Q.    Have there ever been

20   spokespersons for the brand?

21         A.    Yes, there was.  I mean, Shaq

22   O'Neill is a big spokesperson for Swatch,

23   George Clooney, even though he's officially

24   Omega, he definitely likes to talk about

25   Swatch, but we don't have an official one

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 98

1          P. Higgins - Confidential

2     as of this year.

3          Q.    But there were previous ones?

4          A.    Oh, yes, yes, yeah.

5          Q.    Has there been an increase in

6     products sold under the Swatch mark?

7          A.    In the United States?

8          Q.    Yes.

9          A.    Oh, yes, progressively year by

10    year, more and more.

11         Q.    And how long would you say that

12    upward progression has been going on?

13              MR. UTERMOHLEN:  Objection.  Lack

14         of foundation.

15         A.    Well, definitely since 2005, it's

16    been going nothing but up.  We're opening

17    up more stores, retailers.

18         Q.    Would there be a numerical

19    evaluation of that?

20                        REDACTED

21

22

23         Q.    And as a reflection of that, the

24    total number of units increase, would that

25    also mean that there's a total number of

Patricia Higgins                                September 10, 2009
CONFIDENTIAL

1           P. Higgins - Confidential

2     increase in the amount of dollars sold for

3     Swatch products?

4           A.     Yes.

5           Q.     And as long as you've been there,

6     has that been an upward progression as well

7     since you started in 2005?

8                MR. UTERMOHLEN:   Objection.

9     Asked and answered.

10          A.     Yes.

11          Q.     Do you keep historical documents

12    regarding the Swatch mark?

13          A.     Yes.

14          Q.     What types of documents would you

15    keep?

16          A.     Press releases, all the magazines

17    that we advertised in, you know, any

18    archive of that, actual product, all the

19    special watches that we made, especially

20    the limited editions, they're worth quite a

21    lot of money right now, so they're under

22    lock and key in my office.

23          Q.     I'm going to show you what we'll

24    mark as Exhibit 21.   It's a series of

25    documents numbered 554 to 560.

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                   September 10, 2009

CONFIDENTIAL

Page 100

1          P. Higgins - Confidential

2              (Higgins Exhibit 21, Document,

3          marked for identification, as of this

4          date.)

5    BY MR. GULICK:

6          Q.    I'll just ask you to take a

7    minute to review these documents.

8              MR. UTERMOHLEN:  We'll object to

9          this exhibit as hearsay and lack of

10         foundation as well.

11             MR. GULICK:  At this point, we

12         haven't asked a question yet.

13             MR. UTERMOHLEN:  Right, but I'm

14         just letting you know because after

15         the deposition is over, it will be too

16         late to mention that.

17   BY MR. GULICK:

18         Q.    You mentioned historical

19   documents before.

20             Have you seen these particular

21   documents before?

22         A.    Not this particular one.  This is

23   just one of the many, many press that we

24   have.  This is not press that we pay for.

25   This is free press, so we have mountains of

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

1        P. Higgins - Confidential

2    these.

3        Q.    Okay.

4              And these would date back, let's

5    say, more than 10 years?

6        A.    Yes, oh, yeah.

7        Q.    Would these be documents that

8    would be kept in the ordinary course of

9    your business?

10             MR. UTERMOHLEN:  Objection.

11    Vague.

12       A.    Yes.

13       Q.    Can you explain why they would be

14    kept?

15             MR. UTERMOHLEN:  Same objection.

16       A.    Why are they kept?

17       Q.    Why would these documents be

18    kept, yes?

19       A.    For future reference.

20       Q.    Okay.

21       A.    Also use for training.

22       Q.    Could you give us some examples

23    of places where you had mentioned free

24    advertising, if you will, where free

25    advertising would have occurred for the

Patricia Higgins                                        September 10, 2009

CONFIDENTIAL

1          P. Higgins - Confidential

2     Swatch mark?

3          A.    Oh, gosh, on the top of my head,

4     this is recently, Us Weekly, Teen Vogue,

5     Mary Claire, I mean, all the tough

6     publications, they're constantly asking us

7     for watches, doing a story on White, okay,

8     you know, there's always a White Swatch on

9     the page, so yeah.

10         Q.    Would you also have knowledge of

11    previous free advertising, let's say,

12    before 2005?

13         A.    Yes.

14         Q.    Could you name some of the places

15    that Swatch would have received free

16    advertising prior to 2005?

17              MR. UTERMOHLEN:   Objection.

18    Vague.  Lacks foundation and hearsay.

19         A.    Again, we have all this on

20    record.  I don't know.  I can't tell you

21    exactly before 2005.

22         Q.    Is there a philosophy for selling

23    Swatch watches?

24              MR. UTERMOHLEN:   Objection.

25    Vague.

Patricia Higgins                           September 10, 2009

CONFIDENTIAL

Page 103

1           P. Higgins - Confidential

2      A.    Yes.

3      Q.    Can you tell me what that

4  philosophy would be?

5      A.    As far as at the store level, we

6  follow the basics of the features and

7  benefits.  It's really kind of like our

8  motto.  That's how we sell our watches to

9  our customers.

10           MR. GULICK:  Those are all the

11      questions I have for now.

12           MR. UTERMOHLEN:  I'm going to

13      have some.  I don't know exactly how

14      much.  Probably at least half an hour.

15      You want to take a lunch break or keep

16      going?

17           MR. COLLEN:  It's okay to keep

18      going.

19           THE WITNESS:  Yeah.

20           MR. UTERMOHLEN:  Okay.

21  EXAMINATION BY

22  MR. UTERMOHLEN:

23      Q.    Ms. Higgins, when precisely in

24  2005 did you start with Swatch?

25                REDACTED

Patricia Higgins                                         September 10, 2009

CONFIDENTIAL



Page 104

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Patricia Higgins                          September 10, 2009
CONFIDENTIAL



Page 105

# REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Patricia Higgins                    September 10, 2009
CONFIDENTIAL



Page 106

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 107

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Patricia Higgins

September 10, 2009

CONFIDENTIAL



Page 108

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                    September 10, 2009
                        CONFIDENTIAL



ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                    September 10, 2009
CONFIDENTIAL



ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                    September 10, 2009
CONFIDENTIAL

Page 111



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL



Page 112

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 113

# REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          Look at Exhibit 17.  Actually,

24    never mind.  Exhibit 20, which we already

25    have, is good enough for this purpose.

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                         September 10, 2009
CONFIDENTIAL

Page 114

1        P. Higgins - Confidential
2    Let's just look at the front page of
3    Exhibit 20, which is numbered 1560.  Up in
4    the upper right, that's the Swatch
5    trademark, right?
6        A.    Yes.
7        Q.    And what's the red square with
8    the white cross, is that depicted typically
9    with the Swatch mark?
10       A.    Yes, always.
11       Q.    Does it have any meaning?
12       A.    Swiss.
13       Q.    It's the Swiss flag?
14       A.    Yes.
15       Q.    Is that because of the Swiss-made
16   nature of the product?
17       A.    Again, I didn't do the logo, so I
18   don't know.  I mean, that's a company
19   decision.
20       Q.    I think you testified earlier,
21   though, that one of the benefits that you
22   promote to your customers is that it's a
23   Swiss-made product, correct?
24       A.    Yes.
25       Q.    Do your customers recognize that

Patricia Higgins                                September 10, 2009
CONFIDENTIAL

Page 115

1          P. Higgins - Confidential

2     a symbol of Swiss connection?

3              MR. UTERMOHLEN:  Objection as far

4         as it calls for speculation.

5         A.    Again, I don't know what my, I

6     don't know what the customers think.

7         Q.    Have you ever had a discussion

8     with anybody on that issue?

9         A.    I don't know -- yes, I'm sure I

10    have, many times.

11        Q.    I'm going to -- well, first get

12    out Exhibit 7 if you can.  It's got sales

13    numbers on it of some sort.

14        A.    Yes.

15        Q.    I've got a document here which is

16    Swatch's response, I'll represent to you to

17    one of the interrogatories we asked,

18    interrogatory number 11, which asked for

19    sales information in both dollar amounts

20    and units in the United States.

21              Were you involved at all in

22    responding to the interrogatories that

23    Beehive asked for in this matter?

24        A.    No, I don't believe so.

25        Q.    I think your name was mentioned

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 116

1          P. Higgins - Confidential

2     in response to another interrogatory as

3     being involved, but I take it you don't

4     have any recollection of that?

5          A.    I --

6          Q.    You're nodding your head no.

7     You've got to do it out loud.

8          A.    I don't remember, I really don't.

9          Q.    All right.  Let me explain what

10    I'm going to do.  I'm going to ask you

11    about these two documents, but I'm not

12    going to ask you what the numbers are that

13    are on them.  So I want you to understand

14    that my questions don't seek that, and I

15    don't want you to mention them unless it's

16    required in response to my question.

17              Do you understand?

18              MR. GULICK:  I'm going to object.

19         We don't know what the question is

20         yet.  I would say ask the question

21         first.

22              MR. UTERMOHLEN:  All right.

23    BY MR. UTERMOHLEN:

24         Q.    Well, do you understand what I'm

25    saying to you?

Patricia Higgins                               September 10, 2009

CONFIDENTIAL

Page 117

1          P. Higgins - Confidential

2              MR. GULICK:  Objection.  Vague.

3     BY MR. UTERMOHLEN:

4         Q.    That it's my intention not to ask

5     you questions that call for you to state

6     the numbers on these documents.

7              Do you understand?

8              MR. GULICK:  Objection.  This is

9         all vague.  To the extent she

10        understands the question, she may

11        answer.

12        A.    Until you ask me the question, I

13    don't understand what you're saying.

14    BY MR. UTERMOHLEN:

15        Q.    All right, let me refer you on

16    Exhibit 7, first of all, to the sales units

17    figures for 2004 and 2005.  And first I'm

18    just asking you, do you see those?

19        A.    USA?

20        Q.    Yes, under the USA section?

21        A.    Yes.

22        Q.    And is it true that as reflected

23    here total sales in units was lower in 2005

24    than in 2004?

25        A.    It appears so, yes.

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 118

1        P. Higgins - Confidential

2        Q.    Let me show you then this Exhibit

3    11 -- I'm sorry, not an exhibit -- the

4    response to interrogatory number 11, which

5    is on the third page of the document?

6            MR. GULICK:  Are you marking this

7        as an exhibit?

8            MR. UTERMOHLEN:  No, I'm not

9        going to mark this as an exhibit.

10           MR. GULICK:  I'm going to object

11       that you're asking her to look at a

12       document and it's not going to be

13       entered into the record for purposes

14       of the deposition.

15           MR. UTERMOHLEN:  Well, if you

16       need to object, I think that's

17       appropriate.

18   BY MR. UTERMOHLEN:

19       Q.    So I've placed in front of you a

20   copy of interrogatory number 11 and the

21   response, and on the page numbered 11, do

22   you see the figures shown there?  There's a

23   list.

24       A.    Yes.

25       Q.    Could you compare -- strike that.

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 119

1          P. Higgins - Confidential

2     Let me start over.

3              Isn't it true that in this

4     response, the sales figure for 2005 is

5     slightly larger than the sales figure for

6     2004?

7              I'm referring you now to

8     interrogatory number 11.  Did you

9     understand my question?

10        A.     It appears that, yes, it's

11    larger, yes.

12        Q.     Can you explain why U.S. sales

13    are shown as having gone up in those two

14    years in the response to interrogatory

15    number 11 whereas they're not shown as

16    having gone up in Exhibit Number 7?

17             MR. GULICK:  Objection.  It's to

18        the extent of her knowledge, all of

19        this, and as far as it calls for

20        speculation.  I mean, if she knows,

21        she can tell you.

22             MR. UTERMOHLEN:  If she knows she

23        has to tell me.

24             MR. GULICK:  Well, obviously.

25        A.     From what I can gather, again, I

Patricia Higgins                                    September 10, 2009
                              CONFIDENTIAL

Page 120

1          P. Higgins - Confidential
2      did not produce this document, but I can
3      gather this is volume and then we're
4      talking about units.  And if you look at
5      the volume -- the value, sorry, on the
6      first document --
7          Q.    When you say "first document,"
8      you're referring to Exhibit 7?
9          A.    This one, yes, you can see that
10     in value it did progress slightly.  Again,
11     I believe, as I said before, that this is
12     Swiss francs and this is U.S. dollars.  So
13     actually, it does make sense.
14         Q.    Did the exchange rate -- in
15     Exhibit 7, is the exchange rate for Swiss
16     francs constant from year to year to
17     dollars?
18              MR. GULICK:  Objection.  This is
19         speculative.
20         A.    I don't know.  That's a financial
21     thing.
22         Q.    I'm sorry, I didn't hear your
23     answer.
24         A.    Our finance department takes care
25     of that, so I don't really know how to

Patricia Higgins                              September 10, 2009
                        CONFIDENTIAL

                                                    Page 121

1          P. Higgins - Confidential
2     calculate.
3          Q.    So you're not familiar with that?
4          A.    Yeah, with how to calculate.
5          Q.    All right.
6          MR. UTERMOHLEN:  Let me take a
7     short break.  Getting close to done.
8          MR. GULICK:  Okay, sure.
9          (Recess taken from 12:22 p.m. to
10    12:30 p.m.)
11         MR. UTERMOHLEN:  I got a few more
12    questions.
13         First, let me just check, Tom, I
14    assume you're representing Ms. Higgins
15    for the purposes of the deposition
16    like you did with Mr. Rodriguez?
17         MR. GULICK:  Yes.
18    BY MR. UTERMOHLEN:
19         Q.    Ms. Higgins, are you familiar
20    with the entity Swatch S.A.?
21         A.    That is corporate in Switzerland.
22         Q.    Okay.
23         Are you aware whether they own
24    the trademark Swatch?
25         A.    No, I don't know.

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 122

1          P. Higgins - Confidential

2          Q.    Are you aware of whether Swatch

3     Group U.S. has a license to use that

4     trademark?

5          A.    All I know is that we have the

6     right, we have exclusive distributor for

7     Swatch product in the United States.

8          Q.    So all the Swatch branded

9     products in the United States are

10    distributed and sold through Swatch U.S.,

11    that's your understanding?

12         A.    Yes.

13         Q.    Do you have any understanding as

14    to the legal basis for your authority to do

15    that?

16         A.    No.

17         Q.    Okay.

18               Other than yourself, who knows

19    more about the marketing of Swatch brand

20    products in the United States?

21               MR. GULICK:  Object for the lack

22         of foundation.

23         A.    I think -- are you talking

24    current or --

25         Q.    Let's start with current.

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 123

1           P. Higgins - Confidential

2      A.     Myself.

3      Q.     So you wouldn't be aware of

4    anyone else who would know more about that

5    topic as of now, correct?

6      A.     No.

7      Q.     How about in 2006, would that be

8    the same answer?

9      A.     I don't know, I mean, marketing

10   manager at the time.

11     Q.     Who was the marketing manager in

12   2006?

13     A.     I do not recall.

14     Q.     How about distribution and sales

15   in 2006 of Swatch branded products in the

16   United States, was there anyone other than

17   yourself who would have known more about

18   that?

19     A.     Not more, no.

20     Q.     And you were not knowledgeable of

21   that at the time, correct?

22     A.     2006, yes.

23          MR. UTERMOHLEN:   I have no

24   further questions.

25   FURTHER EXAMINATION

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

1          P. Higgins - Confidential

2     BY MR. GULICK:

3          Q.    You previously testified that you

4     had spoken to customers at the Times Square

5     store, correct?

6          A.    Uh-huh.

7          Q.    Were these people that you spoke

8     with primarily New Yorkers?

9               MR. UTERMOHLEN:  Objection.

10    Vague.  Lacks foundation.

11    BY MR. GULICK:

12         Q.    If you know.

13         A.    Oh, from all walks of life,

14    everywhere, foreigners, everybody.

15         Q.    Is one of the reasons you

16    selected Times Square because of the foot

17    traffic that's received there?

18         A.    Yeah.

19              MR. UTERMOHLEN:  Objection.

20    Vague.  Leading.

21         A.    Yes.

22         Q.    Can you tell me again the amount

23    of foot traffic that's received at the

24    Times Square store?

25              MR. UTERMOHLEN:  Asked and

Patricia Higgins                                  September 10, 2009

CONFIDENTIAL

Page 125

1        P. Higgins - Confidential

2        answered.                    REDACTED

3

4        Q.     Do you sell Swatch products all

5    over the country?

6        A.     Yes.

7        Q.     Are the Swatch retail stores

8    located throughout the country?

9        A.     Yes.

10       Q.     Can you name the places where the

11   Swatch retail stores are located?

12       A.     Yes, the corporate-owned stores?

13       Q.     Sure.

14       A.     Times Square.  Grand Central

15   Station.  SoHo.  72nd Street.  Broadway and

16   Bleecker.  Roosevelt Field.  JFK Airport.

17   Newark Airport.  Garden State Plaza.

18   Willowbrook Mall.  Baltimore.  Union

19   Station.  Washington D.C. and Pentagon

20   City.  Orlando Airport.  Orlando Mall.

21   International Plaza in Tampa.  Miami,

22   Florida.  Coral Gables, Florida.  George

23   Bush Airport, Houston.  Houston Galleria.

24   Dallas North Park.  Chicago, Michigan

25   Avenue.  Chicago, Old Orchard.  Chicago,

Patricia Higgins                            September 10, 2009
                        CONFIDENTIAL

                                                    Page 126

1          P. Higgins - Confidential

2    Skokie.  San Francisco Airport.  San

3    Francisco Downtown -- sorry two locations

4    in San Francisco Airport.  United American

5    Airlines.  United Airlines -- downtown San

6    Francisco.  Palo Alto.  Valley Fair,

7    northern California again.  Los Angeles

8    Beverly Center.  Glendale, California.

9    Costa Mesa, California.  Las Vegas, Nevada.

10   Waikiki, Hawaii.

11          And there's two stores in Hawaii,

12   both in Waikiki.  Portland, Oregon.

13          Those are just corporate-owned

14   stores.

15      Q.    Okay.

16          Do these stores draw customers

17   from every walk of life?

18      A.    Yes.

19      Q.    From every part of the country?

20          MR. UTERMOHLEN:  Objection.

21   Vague.  And lacks foundation.

22          MR. GULICK:  Let me rephrase the

23   question.

24   BY MR. GULICK:

25      Q.    Do these stores that you've

Patricia Higgins                          September 10, 2009
CONFIDENTIAL

1      P. Higgins - Confidential

2   previously mentioned, Swatch stores, draw

3   travelers from all over the country?

4       A.    Yes.

5       Q.    Do the locations -- do you

6   have -- are you responsible for locations

7   outside of the United States?

8       A.    The Caribbean.

9       Q.    Do you know roughly how many

10  Caribbean locations you have?

11      A.    22.

12      Q.    Do these stores also draw

13  tourists as well?

14      A.    Yes.

15      Q.    Do they draw American tourists?

16      A.    Both, South American, American.

17                  REDACTED

18

19

20

21      Q.    Do your third-party retailers

22  include department stores?

23      A.    Yes.

24      Q.    Can you tell me which department

25  stores currently?

Patricia Higgins                           September 10, 2009
                          CONFIDENTIAL

---

                                                    Page 128

1          P. Higgins - Confidential

2          A.    We are in Nordstrom's, 105 stores

3     of Nordstrom's.

4          Q.    And is Nordstrom's, the 105

5     locations, are they located across the

6     country?

7          A.    Yes.

8          Q.    Your internet sales, do they come

9     from customers across the country?

10         A.    Yes.

11         Q.    I'm going to ask you to take a

12    look at Exhibit 20.  I believe Mr.

13    Utermohlen asked you before if the Swatch

14    mark always appeared with the red and white

15    cross that that appears there.

16              Do you recall saying that yes,

17    that was the case?

18         A.    Yes.

19         Q.    Do me a favor, on that particular

20    document, it's number 1560, I'll just point

21    you to the style of the particular watch,

22    in the center, is there a red and white

23    cross shape in the center?

24         A.    No.

25         Q.    Of that watch?

---

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 129

1            P. Higgins - Confidential

2       A.    No.

3       Q.    Does the word mark Swatch appear

4    there in the center of the dial?

5       A.    Yes.

6       Q.    And it appears without the red

7    and white cross, correct?

8       A.    Correct.  On all the watches,

9    it's stamped Swatch Swiss inside the bezel.

10      Q.    Okay.

11      A.    Not the flag inside the bezel.

12      Q.    You won't see the flag?

13      A.    Correct.

14      Q.    In general, do prices of your

15   watches fluctuate?

16           MR. UTERMOHLEN:  Objection.

17      Vague.

18      A.    It has gotten, there is a price

19   range from 50 to 250.

20      Q.    Would you grab Exhibit 22.

21           (Higgins Exhibit 22, Document,

22      marked for identification, as of this

23      date.)

24           MR. UTERMOHLEN:  I just want to

25      say that we object to the substance of

Patricia Higgins                            September 10, 2009

CONFIDENTIAL

Page 130

1          P. Higgins - Confidential

2          this exhibit on the ground of hearsay

3          and lack of foundation.

4     BY MR. GULICK:

5          Q.    I'll just ask you to take a

6     minute to review the document.  I'm going

7     to direct you to, I believe it's the third

8     page.

9          A.    Okay.

10         Q.    And I would direct you to what

11    would be the chart that appears with the

12    years and numbers on it.

13         A.    Uh-huh.

14         Q.    Okay.

15              Are you familiar with those

16    particular numbers?

17         A.    I didn't provide them or....

18         Q.    Okay.

19              Would this reflect what you would

20    consider the sales in the United States for

21    those particular years?

22              MR. UTERMOHLEN:  Objection.

23    Vague and lacks foundation.

24         A.    More or less, yeah, uh-huh?  Do

25    you believe generally that that would --

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 131

1         P. Higgins - Confidential

2              Or less, yes.

3         Q.     Is it your understanding that the

4    Swatch brand has sold        REDACTED        of

5    dollars worth of sales in each year for the

6    past decade?

7              MR. UTERMOHLEN:   Objection.

8         Lacks foundation.

9         A.     Yes.

10        Q.     Do you know if there was a

11   particular point in time where there was a

12   particular height in sales of the Swatch

13   product that you're aware of?

14             MR. UTERMOHLEN:   Objection.

15        Vague.

16        A.     Well, there was absolutely height

17   in 2008.

18        Q.     Were there any other department

19   stores besides Nordstrom's that Swatch

20   products were sold?

21        A.     Yes.

22        Q.     Do you know from historical

23   documents what department stores those

24   would be?

25        A.     Yes.

Patricia Higgins                               September 10, 2009

CONFIDENTIAL

Page 132

1        P. Higgins - Confidential

2      Q.    Can you please tell me them?

3      A.    Macy's.

4      Q.    Okay.  Any other one?

5      A.    Not to my knowledge.

6      Q.    Do you know from historical

7   documents the highest sales number for

8   Swatch products in a single year?

9           MR. UTERMOHLEN:  Objection.

10   Calls for hearsay.

11      Q.    I'm asking do you know?

12      A.    I don't know.  I just know the

13   last 10 years, definitely last year was the

14   highest.  Previous to that, I don't know.

15      Q.    Do you know the particular

16   amount, amount of units sold?

17               REDACTED

18

19

20

21

22

23      Q.    Has Swatch ever advertised on

24   television?

25      A.    Yes.

Patricia Higgins                          September 10, 2009
                        CONFIDENTIAL

                                                    Page 133

1          P. Higgins - Confidential

2               MR. UTERMOHLEN:   I object to that

3        and move that it be stricken.

4        Obviously it's beyond the scope of the

5        cross-examination.

6        Q.     Can you tell me where?

7        A.     MTV.

8        Q.     Do you have a store in the Boston

9     area?

10       A.     We did.  May I add to that?  We

11    are opening in Boston Airport in three

12    months.

13       Q.     Are the Swatch stores that are in

14    airports, are they independently run or are

15    they run directly by Swatch?

16       A.     Directly by Swatch.

17       Q.     Do the airport stores tend to --

18    when you say they're airport stores, are

19    they actually physically located inside the

20    airport?

21       A.     Yes.

22       Q.     Okay.

23              Would the traffic that comes to

24    those stores, would those tend to be

25    travelers?

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 134

1          P. Higgins - Confidential

2               MR. UTERMOHLEN:   Objection.

3     Vague and lacks foundation.

4     A.     Yes.

5     Q.     Is part of the reason you place

6     these stores inside airports so that you

7     can attract a wide array of customers?

8               MR. UTERMOHLEN:   Objection.

9     Leading.

10    A.     High traffic locations.

11    Q.     Okay.

12              When you say high traffic

13    locations -- strike that.

14              Why do you select high traffic

15    locations?

16    A.     There's more people walking in

17    and i.e. more sales.

18    Q.     Okay.

19    A.     And Swatch is also, it's a

20    personal purchase, but it's also a gift

21    purchase, so going back to the airports, a

22    lot of people are thinking of gifting,

23    so...

24    Q.     You previously mentioned other

25    store locations including Hawaii, I think

Patricia Higgins                                September 10, 2009

CONFIDENTIAL

Page 135

1          P. Higgins - Confidential

2    Orlando you had mentioned, Chicago.

3          Would these be places that -- why

4    did you select these particular places,

5    cities to have stores, was there a

6    particular reason?

7          MR. UTERMOHLEN:  Objection.  Lack

8      of foundation.  Calls for speculation.

9      Q.    Was there a particular reason why

10   you selected Orlando, Chicago, Los Angeles,

11   Times Square, Honolulu as places for

12   locations for Swatch stores?

13         MR. UTERMOHLEN:  Same objections.

14     Q.    If you know.

15     A.    Well, first of all, these stores

16   were already in existence when I started.

17     Q.    Do they tend to draw towards

18   traffic?

19     A.    Yes, everything.  There are some

20   locals.  We track tourists versus locals in

21   stores to get an idea of who is coming in,

22   not only the number of people coming into

23   our stores, but who is coming in.

24         Again, there are assumptions that

25   you can kind of guess who is a European or

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 136

1        P. Higgins - Confidential

2    a tourist versus a local U.S. tourist.  So

3    we try to track that.  Times Square

4    obviously is, you know, international

5    tourists, there's no doubt about it, 65, 70

6    percent.

7        Q.    Does the Swatch store in Hawaii

8    tend to have tourist traffic?

9        A.    Less and less unfortunately.

10       Q.    Do the Swatch stores in Las Vegas

11   tend to have tourist traffic?

12       A.    100 percent.

13       Q.    Do the Swatch stores in Orlando

14   tend to have tourist traffic?

15       A.    Venezuelan, 100 percent, a lot of

16   Venezuelan.

17       Q.    In addition to Venezuelan

18   tourists, are there U.S. tourists?

19       A.    Oh, yes.

20       Q.    Visit Orlando?

21       A.    Orlando.

22       Q.    Times Square?

23       A.    Yes, from all over the country.

24       Q.    Las Vegas?

25       A.    Yes, yes.  It's an international

Patricia Higgins                          September 10, 2009

CONFIDENTIAL

Page 137

1        P. Higgins - Confidential

2    known brand, and so obviously if you're in

3    a mall or at an airport, people will get

4    driven, they'll see it and they'll come to

5    Swatch.

6        Q.     You had mentioned previously that

7    often that Swatch products were given as

8    gifts.

9            Do you have an idea of what

10   percentage of the product is considered a

11   gift sale, is purchased for the purposes of

12   a gift?

13           MR. UTERMOHLEN:   Objection.  Lack

14       of foundation.

15       A.    I cannot know what the end use

16   is, yeah.

17       Q.    Do you receive information about

18   where goods purchased on the internet are

19   being sent to?

20       A.    Yes.

21       Q.    Would those sales be across the

22   entire U.S.?

23           MR. UTERMOHLEN:   Objection.  Lack

24       of foundation.  Hearsay.

25       A.    Yes, I get a report of where

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 138

1        P. Higgins - Confidential

2   we're selling across the states and on

3   eCom.

4        Q.    And it would be nationwide?

5        A.    Oh yeah, yes.

6        MR. GULICK:  All right.  I have

7   no further questions.

8        MR. UTERMOHLEN:  I don't have

9   anything further.

10       (Time noted:  12:53 p.m.)

11

12                    _____

13                    PATRICIA HIGGINS

14

15  Subscribed and sworn to before me

16  this ___ day of _____, 2009.

17

18  _____

19

20

21

22

23

24

25

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 139

1

2              C E R T I F I C A T E

3    STATE OF NEW YORK     )

4                          : ss.

5    COUNTY OF NEW YORK    )

6

7          I, Joan Urzia, a Notary Public

8    within and for the State of New York,

9    do hereby certify:

10         That PATRICIA HIGGINS, the

11   witness whose deposition is

12   hereinbefore set forth, was duly sworn

13   by me and that such deposition is a

14   true record of the testimony given by

15   the witness.

16         I further certify that I am not

17   related to any of the parties to this

18   action by blood or marriage, and that I

19   am in no way interested in the outcome

20   of this matter.

21         IN WITNESS WHEREOF, I have

22   hereunto set my hand this 17th day of

23   September, 2009.

24                    _____

25                         Joan Urzia

Patricia Higgins                              September 10, 2009

CONFIDENTIAL

```
                                              Page 140

 1

 2    --------------- I N D E X -----------------

 3    WITNESS                 EXAMINATION BY        PAGE

 4    PATRICIA HIGGINS   MR. GULICK            5, 123

 5                       MR. UTERMOHLEN          103

 6

 7    ---------------- EXHIBITS -----------------

 8    HIGGINS                               FOR ID.

 9    Exhibit 1   Points of distribution        9

10                breakdown

11    Exhibit 2   Third-party wholesale        13

12                distribution breakdown

13    Exhibit 3   Joint venture document       15

14                Torneau and the Swatch Group

15    Exhibit 4   Watch home page             17

16    Exhibit 5   Strap icon                  19

17    Exhibit 6   Sales document              22

18    Exhibit 7   Swatch USA sales            24

19    Exhibit 8   History of Swatch           31

20    Exhibit 9   Employee handbook           44

21    Exhibit 10  Annual report               49

22    Exhibit 11  Part of annual report       52

23    Exhibit 12  Part of annual report       55

24

25                              (Continued)
```

ec492b69-b755-45bb-b184-e6b994cc10f2

Patricia Higgins                                         September 10, 2009
                            CONFIDENTIAL

```
                                                     Page 141
 1

 2      ------------- EXHIBITS (Cont'd) -------------

 3      HIGGINS                                  FOR ID.

 4      Exhibit 13  Marketing expenditures         58

 5                  breakdown

 6      Exhibit 14  Press release                  65

 7      Exhibit 15  Document                       68

 8      Exhibit 16  2007 Advertising highlight     70

 9      Exhibit 17  Document                       73

10      Exhibit 18  2008 advertising highlight     77

11      Exhibit 19  Jewelry catalog                84

12      Exhibit 20  New York Post ad               87

13      Exhibit 21  Document                      100

14      Exhibit 22  Document                      129

15

16

17

18

19

20

21

22

23

24

25
```

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 142

1                    DEPOSITION ERRATA SHEET

2     RE:                 Esquire Deposition Solutions

3     File No.   13529

4     Case Caption:  SWATCH, S.A.

5     vs.  AMY T. BERNARD

6     Deponent: PATRICIA HIGGINS

7     Deposition Date: September 10, 2009

8     To the Reporter:

9     I have read the entire transcript of my Deposition taken

10    in the captioned matter or the same has been read to me.

11    I request that the following changes be entered upon the

12    record for the reasons indicated.  I have signed my name to

13    the Errata Sheet and the appropriate Certificate and

14    authorize you to attach both to the original transcript.

15

16    Page No._____Line No._____Change to:_____

17    _____

18    Reason for change:_____

19    Page No._____Line No._____Change to:_____

20    _____

21    Reason for change:_____

22    Page No._____Line No._____Change to:_____

23    _____

24    Reason for change:_____

25

Patricia Higgins                                    September 10, 2009

CONFIDENTIAL

Page 143

1    Deposition of PATRICIA HIGGINS

2

3    Page No._____Line No._____Change to:_____

4    _____

5    Reason for change:_____

6    Page No._____Line No._____Change to:_____

7    _____

8    Reason for change:_____

9    Page No._____Line No._____Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21

22

23

24   SIGNATURE:_____DATE:_____

25                        PATRICIA HIGGINS

REDACTED



EXHIBIT
Higgins 1
9.10.09

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY          000476

# REDACTED

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

| CARIBBEAN LOCATIONS | | | | |
|---|---|---|---|---|
| Store Name | | Phone | Address | Address 2 |
| Abbott's/Sterlings 105861 | 1 | 011.268.462.3107 | PO Box 3411 | Heritage Quay |
| AH Riise 105712 Down Island Traders | 1 | 340.776.2303 | 37 Main Street | PO Box 6280 |
| Carat 925005 | 1 | 011.599.542.2180 011.599.542.2180 | 26 Frontstreet 26 Frontstreet | |
| Clamor Impex 412049 | 2 | 305.379.1701 | 11401 NW 12th St 401 Biscayne Blvd #149 | Dolphin Mall Bayside Center |
| Divine 105703 | 1 | 011.599.542.9955 | 35 Frontstreet | St. Rose Arcade #4 |
| Royal Jewels (Gausan Ltd)   929900 | 1 | 649.946.4699 | PO Box 36 PO Box 36 | Arch Plaza, Leeward Highway Arch Plaza, Leeward Highway |
| The Royal Shop 920015 | | 876.952.2254 | 38 City Centre Building | |
| Goldfinger 920010 | 1 | 011.590.590.875996 | Marina Royale | BP 113 97052 Marigot |
| Harry Edwards Jewelers 925302 | 1 | 758.451.6799 | Duty Free Shop | Pointe Seraphine |
| John Bull Ltd 920025 | 1 | 242.322.4252 | 284 Bay Street | |
| Kirk Freeport Plaza 920082 | 2 | 345.949.7477 x215 | Cardinal Avenue | |
| Monterrey Trading 105184 | 1 | | Royal Plaza Mall | |
| Pieters Jewelry NV 920020 | 3 | 011.599.997365833 | Promenade Shopping Ctr | PO Box 445 |

| New Accon ts 2006 | | | | |
|---|---|---|---|---|
| Caribbean Duty Free 105991 NEW | 3 | 246-431-5542 | No 37 Broad Street Cruise Terminal | |
| DOMESTIC | | | | |
| Store Name | | Phone | Address | Address 2 |
| Tharoo & Co 429820 | 1 | 407.264.0200 | 9101 International Drive | |
| Alpha Omega 49712 | 3 | 617-864-1227 781-272-4016 617-424-9030 | Harvard Square Burlington Mall Prudential Center | 57 JFK Street 75 Middlesex Turnpike 800 Boylston Street |

HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY

EXHIBIT

Higgins 2
9. 10. 09

| | | | | |
|---|---|---|---|---|
| Fortunoff 25190 | 2 | 732-602-1000 516-832-9000 | Woodbridge Center Westbury Mall | Woodbridge Center Drive 1300 Old Country Road |
| International Shoppes 42002 | 4 | | JFK Airport NY Port Authority | Delta, Amerian T8, T1 625 8th Ave |
| Timespace 105463 | 1 | 781.231.3950 | 1201 Broadway Unit E113 | Square One Mall |
| Victorinox Stores Inc 3937 | 2 | 860.521.1806 914.428.8473 | 521West Farms Mall Westchester Mall 4th level | West Farms Mall 125 Westchester Avenue |
| Prime Time (Cecile Corporation) 812029 | 2 | 858.622.1819 619.233.9282 | University Town Center 122 Horton Plaza | 4545 La Jolla Village Drive |
| Pierce Jewlers | 1 | 371-574-3333 | 2778 E 116th Street | Merchants Square |
| Finesse | | 212.967.6853 | Empire State Building | 350 5th Avenue |
| Empire 5th Avenue 22821 | 1 | | Empire State Building | |
| Fine Jewelry and Watches 412054 | 1 | 941-772-5656 | 5355 Factory Shops Blvd | |
| DFS 819062 | 6 | 650-827-8681 310-348-2678 808-931-2655 323.960.4888 | San Francisco Airport Ter G JFK Terminal 4 Los Angels International DFS Galleria Honolulu International | 100 International Loop 380 World Way 330 Royal Hawaiian Ave 6801 Hollywood Blvd |
| Here to Timbuck Too 236004 | 1 | 717-293-8595 | | 46 N Prince Street |

| New Accouts 2006 | | | | |
|---|---|---|---|---|
| ED Marshall 722806 NEW | 1 | 480-922-1968 | 10249 N Scottsdale Rd | |
| Mack to Mack 106053 NEW NOT FOR PUBLIC | 1 | 815-873-9991 | 4954 Rainbow Ridge | Suite B |
| South Pacific Partners 106064-NEW NOT FOR US PUBLIC | 1 | 310-301-0721 | 12815 Coral Tree Place | |
| Watch Mart (SWI) 40048-NEW | 1 | 954-838-0801 | 12801 West Sunrise Rd | |
| Pangborn Design 106096-NEW | 2 | 734-942-6816 313-259-5007 | Detroit International Airport River Front Shops | Space L14A Renaissance Center 400 Tower |
| MK Fashion Watches | 2 | 212-725-2117 | 1170 Broadway | |

**HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY**

| 106082 | | | | |
|---|---|---|---|---|
| Studio Pandora 106076 | 1 | 406-549-5100 | 211 N. Higgins Ave | |
| Scheels 106032 | 2 | 701-298-2918 | 1551 45th Street 1850 Adams Street | #404 |
| Spencer's LTD 175045 | 60 | 609-645-5304 609-645-5523 | 6826 Black Horse Pike | Assorted US locations |
| Saltzman Jewlers 105850 NEW | 1 | 401.946.0930 | 1024 Reservoir Ave | |
| Justice Jewlers 642704 NEW | 2 | 417.881.0551 | 3520 East Battlefield Rd | ` |
| Dwelling Space 106162 | 1 | 918-582-1033 | 119 S. Detroit Ave | |
| HK Global 106101 | 5 | 956-724-6885 | 1213 Grant Street | |
| Fashion Time 296800 | 29 | | | Maryland, Virginia Washington DC |
| Time After Time 285521 | 5 | | | Philadelphia Area. |
| Graffio | 1 | 203-562-5800 | 28 Orange Street | |
| | | | | |
| B2B | | | | |
| OC Tanner 685522 | 1 | 1-801-483-8317 | 1930 South State Rd | |
| Nordic Premium New | 1 | | | |
| E Company Store 106143 | 1 | | | |
| | | 321-649-8200 | 57 Oak Street 2nd Floor | |

05

**HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY**

000536

| :ester Lampert 349713 | 1 | | | |
|---|---|---|---|---|
| Total Accounts 41 | 163 | Doors | NEW ACCOUNT | OPENING SOON |

HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY

| City | State | Zipcode |
|------|-------|---------|
| St. Johns | Antigua West Indies | |
| St. Thomas | USVI | 00804-6280 |
| Philipsburg | St. Maarten NA | |
| Philipsburg | St. Maarten NA | |
| Miami | FL | 33132 |
| Philipsburg | St. Maarten | |
| Providenciales | Turks & Caicos Islands BWI | |
| Providenciales | Turks & Caicos Islands BWI | |
| Montego Bay | Jamaica, WI | |
| Saint Martin | FWI | |
| Castries | St. Lucia | |
| Nassau | Bahamas | |
| Grand Cayman | Cayman Islands, BWI | |
| Oranjestad | Aruba, NA | |
| | Curacao NA | |
| Willemstad | Curacao NA | |

| | | |
|------|-------|---------|
| Bridgetown | Barbados | |

| City | State | Zipcode |
|------|-------|---------|
| Orlando | FL | 32819 |
| Cambridge | MA | 02138 |
| Burlington | MA | 02116 |
| Boston | MA | 02116 |

HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY

000538

| | | |
|---|---|---|
| Woodbridge | NJ | 07095 |
| Westbury | NY | 11590 |
| Jamacia | NY | 11581 |
| New York | NY | 10018 |
| Saugus | MA | 01906 |
| Farmington | CT | 06032 |
| White Plains | NY | 10601 |
| San Diego | CA | 92122 |
| San Diego | CA | 92130 |
| Carmel | IN | 46032 |
| New York | NY | 10118 |
| | | |
| Ellenton | FL | 34222 |
| San Francisco | CA | 94128 |
| Jamacia | NY | 11430 |
| Los Angeles | CA | 90045 |
| Honolulu | HI | 96815 |
| Honolulu | HI | |
| Hollywood | CA | 90028 |
| Lancaster | PA | 17603 |

| | | |
|---|---|---|
| Scottsdale | AZ | 85253 |
| Rockford | IL | 61109 |
| Los Angeles | CA | 90066 |
| Sunrise | Fl | 33323 |
| Detroit | MI | 48207 |
| Detroit | MI | 48243 |
| New York | NY | 10001 |

**HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY**

000539

| | | |
|---|---|---|
| Missoula | MT | 59802 |
| Fargo | ND | 58103 |
| Mankato | MN | 56001 |
| | | |
| Cranston | RI | 02910 |
| Springfield | MO | 65809 |
| Tulsa | OK | |
| Laredo | TX | 78040 |
| | | |
| | | |
| New Haven | CT | 06510 |
| | | |
| | | |
| Salt Lake City | UT | 84115 |
| | | |
| | | |
| | | |
| Chicago | IL | 60611 |

**HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY**

000540

**HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY**





FOR IMMEDIATE RELEASE

Contacts

**Tourneau**
Jen Jones
OUTHOUSE pr
111 Broadway, 11th Floor
New York City, New York 10006
tel. +1 212.349.8543
fax + 1 212.964.4934

**Swatch Group**
Béatrice Howald
Head of Media Relations,
Spokesperson
Tel. +41 32 343 68 33
Fax +41 32 343 69 22
email: press@swatchgroup.com

### The Swatch Group Announces Retail Partnership With Tourneau
*New Alliance for Premium Outlet Stores Across America*

Geneva, Switzerland, April 6, 2006 —The Swatch Group Ltd, the world's largest watch company, announced today a new retail partnership to open a chain of watch stores in premium outlet malls across the United States with Tourneau, the world's largest watch store, as recognized by Guinness World Records.

The joint venture, doing business under the name Tourneau, includes pioneering new watch retail stores in several luxury outlet malls in the U.S. and signals a new chapter in the relationship between the two industry titans and within the watch category overall.

Commenting on the partnership, Tourneau CEO Robert Wexler said, "It is common to find many luxury brands at premiere outlet malls around the U.S. We are delighted to be taking the watch category into this arena offering a multi-brand experience in partnership with The Swatch Group's many brands."

G. Nicolas Hayek, Jr., CEO of The Swatch Group Ltd said, " American consumers love our brands. Tourneau has since long been one of our strong partners in the U.S and the opportunity to open multi-brand outlet stores looks more than promising."

While no leases have been procured yet, initial plans for the new joint venture include targeting the major luxury outlet malls outside New York City, New York, Los Angeles, California, Las Vegas, Nevada and Orlando, Florida.

EXHIBIT

Higgins 3
9-10-09





FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



EXHIBIT
Higgins 4
9.10.09







FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches

Official Swatch e-store web site; swiss watch; buy wrist watch. Men's...          http://store.swatch.com/collectibles/watches/page/5/YSS232G











FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches

http://store.swatch.com/casual/watches/page/4/YSS1006







FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches

1 of 1                                                                                        9/9/2009 8:05 PM



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches

Official Swatch e-store :: Originals                                      http://store.swatch.com/originals/collection/page/3/LK302G







FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



EXHIBIT

Higgins 5
9·10·09



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches

Case 1:11-cv-00434-LO-JFA   Document 42-13   Filed 10/28/11   Page 185 of 237 PageID# 1748



FAQ | Contact us | Privacy Policy | Terms of use | Shipping options | Sales Conditions | Become An Authorized Retailer
Visit other Swatch websites: www.swatch.com | www.swatch.de | www.swatch.es | www.swatch.fr | www.swatch.it | www.swatch.pt | Swatch The Club BLOG

© Swatch AG, 2009, all rights reserved. Swiss Watches



REDACTED

REDACTED



1996 Fall/Winter Collection



EXHIBIT

Higgins 8
9.10.09



DEFENDANT'S
EXHIBIT

3/

00100

swatch✚

S W I S S   M A D E

**000607**

# swatch■

1200 Harbor Boulevard
Weehawken, NJ 07087
Telephone: 201-271-1400
Telefax:      201-271-4709

Contact:      Kristen Jones
              Rogers & Cowan
              (212) 779-3500

### SWATCH® PRESENTS ART FOR YOUR WRIST
### WITH FALL/WINTER 1996 INTERNATIONAL ARTIST COLLECTION

NEW YORK, May 20, 1996 -- In 1985, SWATCH released its first-ever Art Special

designed by artist Kiki Picasso.   Collectors quickly saw their $40 watch turn into a

$45,000 auction item and the Swatch-collecting phenomenon was born.  In Fall 1995,

SWATCH decided to add an entire Artist Collection of six watches to each seasonal

collection.

This fall, SWATCH introduces its third seasonal Artist Collection featuring watches

designed by six international artists --Jim Avignon (Germany), Irit Batsry (Israel), Micha

Klein (the Netherlands), Yoko Ono (Japan), Studio Azzurro (Italy) and Victor Vasarely

(Hungary).

The watches will be limited in production to 50,000 each worldwide.  Swatch Artist

-more-

Page -2-

Collection timepieces are created from standard Swatch "gent" styles, each one engraved with "Limited Edition" and packaged in a specially designed plastic box.  Enclosed in each box is a biography and portrait of the artist.  In addition to being sold individually for $60, a limited number of 2,000 boxed sets of the entire collection will also be available.


## THE ARTISTS AND THEIR WATCHES

**Jim Avignon** -- Berliner Jim Avignon is a pioneer of a new style of Pop Art that he calls E-art (Entertaining Art.)  His work connects the art world with club culture: his brush strokes move as quickly as a dancer grooving to a techno beat, and his exhibitions more closely resemble rock concerts than gallery gatherings.  *"Pop Bones"* is a clear Swatch watch with cartoon-like faces strung across it like a totem pole.

**Irit Batsry** -- Born in Tel Aviv, Batsry's interest in the arts began during her military service in a kibbutz.  Before emigrating to the United States, she received her degree in video art in Jerusalem.  In 1992 she was awarded the Guggenheim Foundation Fellowship, and her work in video art and installations has been shown in 26 different countries.  *"Hands"* is a sophisticated watch created solely in tones of black and white; the watch's white face sets the stage for an elegant black hand, reminiscent of hand shadow puppetry created on a blank wall.

-more-

000609

Page -3-

**Micha Klein** -- The 32 year-old artist lives in Amsterdam, where he began experimenting in the area of computer graphics in 1986. In 1988, his psychedelic videotapes were shown for the first time at warehouse rave parties in Utrecht. According to Klein, his images are "part of contemporary culture, and visually strong in order to compete with the visual overload with which mass media confronts us." Klein's brightly colored *"Peace, Love and Happiness,"* expresses the artist's hopes for our future on this planet in the years to come.

**Yoko Ono** -- This multi-media artist began her career in the early 1960's, in the field of performance art. Towards the end of that decade, she married singer John Lennon and the two became one of the best known romantic couples in history. They led peaceful anti-war protests like their famous "bed-in," as well as creating experimental films and musical collaborations. Today she continues to stretch the traditional boundaries of sculpture, painting, music and theater. Ono's *"Film No. 4"* features photographic reproductions of an "unknown" nude derriere.

**Studio Azzurro** -- Founded in 1982 in Milan, Italy, Studio Azzurro is comprised of three artists of different disciplines: Fabio Cirifino (photography), Paolo Rosa (visual arts and cinema), and Leonardo Sangiorgi (graphics and animation). Together, the three bring different perspectives to their work in video production and artistic experimentation.

-more-

Page -4-

Studio Azzurro's *"Tempo Naturale"* watch looks as if a single drop of water splashed into a clear blue sea, creating rippling rings of concentric circles across the face and band.

**Victor Vasarely** – Born in 1906, this Hungarian born artist made his mark on the art world by continually challenging traditional interpretations of art.   Through his creative power, he leaves a legacy for future generations of artists, by having opened up an unlimited horizon for new discoveries.   90 year-old Vasarely's watch, *"Keret,"* uses a series of translucent gray and white lines to create the optical illusion of a three-dimensional sphere popping off the face of the watch.

The Swatch Fall/Winter 1996 Artist Collection will be available at fine department, jewelry and Swatch Stores nationwide this fall.  The collection will also be added to ART TO SWATCH, a traveling exhibition featuring over 60 international artists of various disciplines including Vivienne Westwood, Christian Lacroix, Kenny Scharf, Keith Haring, Mark Kostabi and Robert Altman.  Each artist is represented with a piece of his or her original art, as well as the watch they designed for SWATCH.

SWATCH is a division of SMH, Inc. (Swiss Corporation of Microelectronics and Watchmaking Industries, Ltd.), the world's largest watchmaking group.  SWATCH is the Official Timekeeper and Scorekeeper of the 1996 Centennial Olympic Games.

# # #

000611

# swatch®✚

1200 Harbor Boulevard
Weehawken, NJ 07087
Telephone: 201-271-1400
Telefax:     201-271-4709

Contact:   **Kristen Jones**
**Rogers & Cowan**
**(212) 779-3500**

### SWATCH® IN A MINUTE

### Fast Facts About The Greatest Watch of All Time

The Swatch story is as diverse as the world that makes it tick.  Since its launch in 1983,

nearly 200 million Swatch watches have been sold in countries all over the world.  But

SWATCH is more than just a watch – it's an image, an ideal and a culture all of its own.

Take a minute to see for yourself...

### TIMELY FACTS

- Over 1800 different Swatch watch designs have been created since its launch in 1983

- Every Swatch watch is Swiss made, shock-resistant and water-resistant to at least 30 meters.

- SWATCH creates two seasonal collections each year (Spring/Summer and Fall/Winter) as well as various limited edition specials.

- All Swatch designs originate from the Swatch creative labs in Milan, Italy and SoHo, New York City.

-more-

A Division of **SMH** (US) Inc.

Page -2-

**AHEAD OF ITS TIME**

- Swatch quartz watches feature only 51 components -- compared to a conventional quartz movement of 91 -- resulting in improved accuracy at a lower cost to the consumer.

- Swatch's innovative, technologically advanced production techniques guarantee maximum reliability and durability.

- Swatch the Beep...meshes fashion with function with the first pager incorporated into a wristwatch. This pager, the smallest in the world, can receive and store up to 20 messages.

- Swatch Access...the first electronic ski lift ticket!  Currently in use in ski resorts around the world, it contains ski lift data inside a working Swatch watch, allowing access to the slopes without conventional paper tickets.  Can also be used for parties, concerts, or sporting events.  This is definitely the ticket to the future!

- The Swatch Smart Car...this joint venture with Mercedes Benz will yield the safest, most energy-efficient, most affordable ultra-compact car ever produced. Scheduled for availability in Europe in 1998; in the U.S. by the year 2000.

- Swatch Irony...SWATCH's metal line of watches introduced in 1995.  Features solid stainless steel watches and lighter-weight aluminum watches (created through a patented technique called Metal Injection Molding).

**SPLIT SECOND TIMING**

- SWATCH is the Official Timekeeper and Scorekeeper of the 1996 Centennial Olympic Games in Atlanta.

- SWATCH brings amazing new innovations in timing and scoring to make the Olympic Games more precise, accurate and exciting than ever before.

-more-

000613

Page -3-

- SWATCH's parent company, SMH, has a history of timing Olympic Gamthe 1932 Olympic Games in Los Angeles.

## ART FOR YOUR WRIST

- Art Specials...once or twice a year, very limited edition watches are released, designed by artists of different disciplines. The first limited edition Art Special Swatch watch was designed by Kiki Picasso in 1985. This $40 watch later sold for $45,000 at auction.

- Artist Collections...Swatch celebrates its integral relationship with art and design by including six watches by international artists in every seasonal collection.

- ART TO SWATCH...a traveling exhibition featuring over 60 international artists of various disciplines including Vivienne Westwood, Christian Lacroix, Keith Haring, Robert Altman, Kenny Scharf and Mark Kostabi. Each artist is represented by the Art Special or Artist Collection Swatch watch they created along with a piece of their original art.

- Swatch Museum...opened to the public on March 10, 1995 in Cambridge, Massachussets. It's located on the ground floor of the World's largest Swatch store in Harvard Square and features a permanent collection of over 900 Swatch styles and original works by Swatch designers.

## HOLLYWOOD MINUTE

- Swatch Someone To Watch Award...In March, 1996 Nicolas Cage awarded the second annual Swatch Someone To Watch Award to filmmaker Chris Munch at the Independent Spirit Awards in Los Angeles. The award gives a $20,000 unrestricted grant to an up-and-coming filmmaker.

- Sightings...In 1996 alone, Swatch watches have been spotted on Sandra Bullock, Laurence Fishburne, Samuel Jackson, Evander Holyfield, Bruce Willis, Hugh Grant and supermodels Frederique and Bridget Hall, to name a few.

-more-

00107

Page -4-

- Swatch at the Oscars...1996 Academy Awards producer Quincy Jones gave Swatch "Happy Joe" Irony watches to all the presenters.

## SWATCH WATCHERS

- Swatch The Club...the official Swatch-endorsed collector's club with over 120,000 members worldwide including seven European countries and the United States. Included in the $80 membership fee is a watch created exclusively for members (a new one each year), national and international newsletters and VIP invitations to special events. The Club's information hotline is (800) U4-SWATCH.

### ###



1200 Harbor Boulevard
Weehawken, NJ 07087
Telephone: 201-271-1400
Telefax:    201-271-4709

Contact:    **Kris Jones**
            **Rogers & Cowan**
            **(212) 779-3500**

## THERE'S NO TIME LIKE THE PRESENT

### SWATCH® 1996 Fall/Winter Collection Defines Contemporary

NEW YORK, May 20, 1996 — Recognizing that Fall 1996 isn't about re-living the fashion of past decades, SWATCH forgoes retro and embraces 1996 wholeheartedly with a collection that is undeniably <u>of the moment.</u> As designers offer long, lean modern silhouettes, SWATCH introduces over 100 new watches that complement this new attitude that celebrates not the forties, sixties or seventies, but 1996.

The Swatch Fall/Winter 1996 Collection takes its cue from the streets of New York, Milan and other urban meccas, offering watches that exude the raw energy that defines a real city. The collection is about what we see on the streets every day, from exit signs in dark movie theaters to caution tape surrounding police barricades. It's about what we hear, how we communicate with one another, who our visionaries are, what our futures hold and how we celebrate life's moments from every day to special occasions.

Created in the Swatch Design Labs in New York and Milan by talented designers who travel the world as well as their own backyard to give birth to their watch designs, the SWATCH Fall/Winter '96 Collection is broken into several themes....

### Asphalt

...leads the collection with aggressive timepieces almost literally picked up off the street. *"Truck Driver"* is strong and oversized, with a band that has the same texture and feel of a rubber tire tread; *"Way Out"* points you in the right direction with a glow-in-the-dark "exit" sign that stands out against a stark black background; *"Caution"* stretches across the wrist just like the yellow plastic tape used in construction sites. Borrowing from the kids in the Village who wear their keys on long chain necklaces, Swatch offers *"See-U,"* a reflective Pop Swatch which hangs with a key ring from a bold silver chain. On the other

-more-

A Division of **SMH** (US) Inc.

00109

Page -2-

side of the street, "Network" represents the hidden life of the city -- the cables and wires that connect us all to each other.

*(Asphalt screeches to a halt in stores beginning August 15, 1996)*

**Signs**

...truly represents the signs of the times.  Three black watches carry bold symbols on their faces commonly seen and used in cities today: *"Net"* features "@," a character now utilized daily in online communications; "Don't" shows the classic "do not enter" sign on its face; *"Straight Up"* is a bull's eye.

*(Signs show their faces in stores begining August 15, 1996)*

**Rising Sun**

...captures the excitement of the streets of Hong Kong, Chinatown, Tokyo and Beijing and rolls them on to your wrist.  *"Ricecake"* pays tribute to the most consumed food in the entire world; *"Sayonara,"* features the mysterious face of a Japanese woman; *"Lacquerwear"* offers the luxury of rich, traditional black and red.  *"Good Fortune,"* which features the Japanese symbol for luck on its face, is a terrific gift for a treasured friend or someone embarking on a new chapter in his or her life.

*(Rising Sun dawns in stores beginning August 15, 1996)*

**Classics**

...like jeans and a T-shirt, Swatch Classics never go out of style.   Simple, yet sophisticated, largely black and white, you can dress them up or dress them down.  The essential accessories to a fall wardrobe.

*(Classics timelessly appear in stores beginning August 15, and September 15, 1996)*

**Primaries**

...offers colors and textures carefully selected to fit the wardrobe of the style conscious.  A new Pop Swatch has been placed on a flexible, soft, fabric "wristband" which offers a

-more-

00110

Page -3-

multitude of possibilities -- wear it on your wrist, ankle or use it as a "scrunchie" to tie your hair back!

*(Primaries primarily arrive in stores beginning August 15, 1996; secondary and terciary shipments will follow on September 15, and October 17)*

### Information Landscape

...welcomes you to the world of communication. It depicts the external side of information gathering in watches like *"Devotion,"* a Swatch loomi whose face shows the classic multi-colored stripe T.V. test pattern that lights up with the touch of a button. The internal side of communication, for instance how information is typed onto a computer screen, then broken up to be sent through the internet, and re-assembled on someone else's computer screen, is shown in watches like *"Kon-fusion." "Phone Scan"* is a transparent *"Jelly Fish"* watch with fragmented sentences drifting across the bands in two dimensions, just as they float through phone cables.

*(Information Landscape will reach out and touch you in stores beginning September 15, 1996)*

### Messages

...delivers the advice you need to survive urban life in 1996. Three watches each deliver clear messages to you:   *"Consider Your Possibilities," "Protect Your Choices," and "Redefine Your Languages."*

*(Messages will be delivered to stores beginning October 17, 1996)*

### The Artist Collection

...brings the art and design history of SWATCH to the forefront with watches by six talented contemporary international artists: Jim Avignon (Germany), Victor Vasarely (Hungary), Studio Azzurro (Italy), Micha Klein (the Netherlands), Irit Batsry (Israel)... and you won't want to miss Yoko Ono's (Japan) Swatch watch featuring a photographic image of an "unknown" nude derriere.

*(The Artist Collection draws you into stores beginning October 31, 1996)*

-more-

00111

000618

Page -4-

**Utopia**

...gives in to our fascination with outer-space, UFO sightings, alien autopsies and the X Files. It offers a good-natured look at life outside of earth with *"Starry Sky,"* covered with sketched rockets, and *"Color Fish,"* an eye-catching, colorful version of Swatch's classic transparent *"Jelly Fish." "Stripp"* is a watch that's definitely from another planet – he comes with three "outfits" that slip on and off of the watch band, revealing his bare alien chest in doing so.

*(Utopia in-store "sightings" will begin October 17, 1996)*

**Sparkles**

... arrives just in time to dress up the 1996 holiday season. Give one as a gift or stand out from the crowd on New Year's Eve with the perfect accessory to count down to the new year. *"Glitter"* is pure gold sparkles, while *"Cristallo"* is a daintier model covered with champagne pink sparkles.

*(Sparkles bubbles up in stores beginning November 14, 1996)*

**Access**

...the watch that's also an electronic ski lift ticket at hundreds of resorts around the world, has two new looks. *"Drop Out"* was made with the snowboarders in mind, while *"Direction"* is better suited for access to city functions like premieres, concerts, sporting events and parties. This is definitely the ticket to the future!

*(Access gains entry to stores beginning November 14, 1996)*

Whichever watch you choose, Swatch meshes funky with functional. Every Swatch watch features precision Swiss timekeeping technology and is shock-resistant, water-resistant to at least 30 meters (98 feet) and tested to withstand temperatures from -86 to 122 degrees fahrenheit.

-more-

00112

**000619**

Page -5-

The Fall/Winter 1996 Swatch Collection is available at fine department, jewelry and Swatch stores nationwide beginning August 15th.

SWATCH is a division of SMH, Inc. (Swiss Corporation for Microelectronics and Watchmaking Industries Ltd.), the world's largest watchmaking group.  SWATCH is the Official Timekeeper and Scorekeeper of the 1996 Centennial Olympic Games.

# # #

000620



1200 Harbor Boulevard
Weehawken, NJ 07087
Telephone: 201-271-1400
Telefax:     201-271-4709

## SWATCH® WATCH CATEGORIES

**Swatch**        The original Swatch watch in two styles, "Gent" and "Lady:" a thousand colors, a thousand trends, a thousand styles. Pick one that suits your mood, your clothing, or the eyes of your favorite date. (Suggested retail price: $40.00; $50.00 for leather or metal bands)

**Automatic**     While similar in style to the original Swatch watch, the Automatic doesn't require a battery.  It winds automatically with the mere movement of your arm, while you're walking, running, driving or hailing a cab. (Suggested retail price; $70.00; $80.00 for leather or metal bands)

**Chrono**        It's more than just a watch -- it's also an infallible chronograph capable of stopwatch timing and delivering times to one-tenth of a second. (Suggested retail price: $70.00; $80.00 with leather or metal bands)

**Scuba 200**     Water-resistant to 200 meters, you can make a splash with it any time, anywhere. (Suggested retail price: $50.00; $55.00 with leather or metal bands)

**Aqua-Chrono**   It's the perfect amphibious watch, pairing the best of the Chrono and the Scuba styles.  The oversized sports watch is a chronograph that's water-resistant to 200 meters. (Suggested retail price: $90.00; $100.00 for leather or metal bands)

**MusiCall**      Like other alarm-watches, it reminds you of your appointments. Unlike any other alarm-watch, it plays a melody specially composed by well-known musicians, instead of the predictable digital beep. (Suggested retail price: $50.00; $55.00 with leather or metal bands)

**POP**           Daring, oversized, extravagant.  Pop it off its band and wear it on your shirt or lapel.   A POP Swatch comes in several different varieties: on an oversized watch band, as a pocket watch with chain and now on a flexible fabric wristband. The POP-UP is a travel alarm pocket watch in one that features a built-in stand and a MusiCall melody. (Suggested retail price: $40.00 for fabric and leather bands; $50.00 for pocket watch and POP-UP styles)

Every Swatch is Swiss-made, shock-resistant and water-resistant to at least 30 meters.

Contact: Kris Jones (212) 779-3500

A Division of **SMH** (US) Inc.

00114

**000621**





OFFICIAL TIMEKEEPER OF THE 1996 CENTENNIAL OLYMPIC GAMES.



00115

000622

## SWATCH CHRONOLOGY

| | | | | |
|---|---|---|---|---|
| **1978** | **July:** Project outline for the "Delirium tremens": the first fully-integrated production watch requiring no separate mounting plate, with all components assembled unilaterally, and directly in the watch case. | **Juli:** Die erste zu Papier gebrachte Vision der «Delirium tremens» liegt vor, der ersten vollintegrierten Uhr, bei der die Werkplatte weggelassen wurde und alle Komponenten von der gleichen Seite direkt im Schalenboden eingebaut werden. | **Juil.:** La première esquisse sur papier de la «Delirium tremens» est disponible. Il s'agit de la première montre entièrement intégrée, sans platine, dont tous les composants sont montés unilatéralement, directement dans le fond du boîtier. | **Lug.:** Vedono la luce i primi schizzi del «Delirium tremens», il primo orologio a produzione integrale, assemblabile da un solo lato dall'alto e con una cassa che funge anche da piastra di montaggio. |
| **1979** | **Jan. 12:** The ASUAG Allgemeine Schweizerische Uhren AG unveils the Delirium to the general public. At just 1.98 millimetres, it is the world's flattest watch. | **12. Jan.:** Die ASUAG Allgemeine Schweizerische Uhren AG stellt die Delirium der Öffentlichkeit vor. Mit einer Gesamthöhe von 1,98 Millimetern ist sie zu dieser Zeit die flachste Uhr der Welt. | **12 Janv.:** ASUAG Société Générale de l'Horlogerie Suisse SA présente la Delirium en public. Avec une hauteur totale de 1,98 millimètre, il s'agit, à cette époque, de la montre la plus plate du monde. | **12 gen.:** La ASUAG Société Générale de l'Horlogerie Suisse SA presenta Delirium al pubblico. Con il suo spessore di 1,98 millimetri, esso è all'epoca l'orologio più piatto del mondo. |
| | **Feb. 20:** ASUAG decides to take advantage of the Delirium's fully-integrated manufacturing process (a technical breakthrough) for an inexpensive watch of a new type. The project is provisionally code-named "Delirium vulgare". | **20. Feb.:** Die ASUAG beschliesst, den technischen Erfolg der vollintegriert produzierten Delirium für die Konstruktion einer preiswerten Uhr zu nutzen. Das Projekt heisst zunächst «Delirium vulgare». | **20 fév.:** ASUAG décide d'appliquer la technique à succès de la Delirium, produite de manière entièrement intégrée, à la construction d'une montre bon marché. Le projet porte provisoirement le nom de «Delirium vulgare». | **20 feb.:** La ASUAG decide di sfruttare la tecnica della produzione integrale, collaudata con successo nella costruzione del Delirium, per la realizzazione di un orologio dal prezzo contenuto. Il progetto viene provvisoriamente battezzato «Delirium vulgare». |
| | **Oct. 9:** ETA SA of Grenchen (a subsidiary of EBAUCHES SA) is awarded the contract for making the "Delirium vulgare", on the basis of an initial specification sheet. | **9. Okt.:** Die ETA AG in Grenchen, eine Tochtergesellschaft der EBAUCHES SA, erhält den Auftrag und ein erstes Pflichtenheft für die Konstruktion der «Delirium vulgare». | **9 oct.:** ETA SA à Granges, une filiale d'EBAUCHES SA, reçoit un mandat et un premier cahier des charges pour la construction de la «Delirium vulgare». | **9 ott.:** La ETA SA di Grenchen, un'affiliata della EBAUCHES SA, riceve il mandato, corredato da un primo capitolato d'oneri, per la costruzione del «Delirium vulgare». |
| **1980** | **Jan. 5:** ETA present its first outline proposal. | **5. Jan.:** Die ETA legt ein erstes Arbeitspapier vor. | **5 Janv.:** ETA présente un premier document de travail. | **5 gen.:** La ETA presenta un primo progetto. |
| | **March 11:** Meeting in Château Vaumarcus, in Switzerland, ETA management decides on the basic procedure to follow. | **11. März:** An einer Sitzung auf Schloss Vaumarcus (CH) fällt die ETA-Leitung den Grundsatzentscheid für das weitere Vorgehen. | **11 mars:** Dans le cadre d'une séance au château de Vaumarcus (CH), la direction ETA se réunit pour prendre une décision de principe quant à la suite à donner à ce projet. | **11 mar.:** Durante una seduta nel Castello di Vaumarcus (CH) la direzione dell'ETA decide sulle modalità di prosecuzione del progetto. |
| | **July 1:** First preliminary design blueprints, first testing of possible materials. | **1. Juli:** Erster Zwischenbericht über die Konstruktion und die werkstofflichen Untersuchungen. | **1er Juil.:** Premier rapport intermédiaire sur la construction et la recherche de matériaux. | **1° lug.:** Primo rapporto intermedio sulla costruzione e sulle ricerche sui materiali. |
| | **July – Sept.:** Technical preparation for the first prototypes, first styling studies. | **Juli – Sept.:** Technische Vorbereitung der ersten Prototypen, erste Designstudien. | **Juil. – sept.:** Préparation technique des premiers prototypes et premières études de design. | **Lug. – sett.:** Preparazione tecnica dei primi prototipi. Primi studi sul design. |
| | **Oct. – Dec.:** Finalization of design plans. | **Okt. – Dez.:** Komplettierung der Konstruktionspläne. | **Oct. – déc.:** Finalisation des plans de construction. | **Gen. – feb.:** Completamento dei piani di costruzione. |
| **1981** | **Jan. – Feb.:** Production of the first models, in black and with variations in shape. | **Jan. – Feb.:** Die ersten Modellformen in Schwarz und in verschiedenen Formen werden hergestellt. | **Janv. – feb.:** Production des premiers modèles en noir et en formes différentes. | **Gen. – feb.:** Realizzazione dei primi modelli (in nero e in forme diverse). |
| | **June:** The watch acquires a shape very close to the one finally adopted. In the meanwhile, the project name has changed from "Delirium vulgare" to "Popularis". | **Juni:** Die Uhr erhält ihre fast endgültige Form und der interne Projektname wird von «Delirium vulgare» auf «Popularis» geändert. | **Juin:** La montre obtient sa forme presque définitive, tandis que le nom de projet interne est modifié de «Delirium vulgare» en «Popularis». | **Giu.:** L'orologio assume practicamente la sua forma definitiva. Il progetto, internamente denominato «Delirium vulgare», viene ribattezzato «Popularis». |
| | **July:** The first use of the name SWATCH. | **Juli:** Der Markenname SWATCH entsteht. | **Juil.:** Apparition du nom de marque SWATCH. | **Lug.:** Nasce il nome SWATCH. |

000655

| English | German | French | Italian |
|---|---|---|---|
| **Nov. 11:** ETA reaches agreement for a joint venture with an American partner, the intention being to launch Swatch on the US market. | **11. Nov.:** Die ETA vereinbart ein Joint Venture mit einem amerikanischen Partner, um die Swatch in den USA zu lancieren. | **11 nov.:** ETA signe un joint-venture avec un partenaire américain pour le lancement de Swatch aux USA. | **11 nov.:** La ETA conclude una joint-venture con un partner americano per lanciare lo Swatch negli USA. |
| **Dec. 1:** ETA production department receives contract to develop a Swatch ladies watch. ASUAG/EBAUCHES approves ETA's budget proposal for the development of Swatch. | **1. Dez.:** Die ETA-Konstruktionsabteilung erhält den Auftrag, eine Lady-Swatch zu entwickeln. Die ASUAG/EBAUCHES bewilligt den Budgetvorschlag der ETA für die Swatch-Entwicklung. | **1er Déc.:** Le département de construction ETA reçoit le mandat de développement de womans Lady-Swatch. ASUAG/EBAUCHES donne son accord à la proposition de budget d'ETA pour le développement Swatch. | **1° dic.:** Il reparto costruzione della ETA viene incaricato di sviluppare uno Swatch in misura da donna. La ASUAG/EBAUCHES approva il budget proposto dalla ETA per lo sviluppo dello Swatch. |

| | English | German | French | Italian |
|---|---|---|---|---|
| **1982** | **April:** The first Swatch collection proposals are ready. | **April:** Erste Swatch-Kollektionsvorschläge liegen vor. | **Avril:** Premières propositions de collection Swatch. | **Apr.:** Vedono la luce le prime proposte per una collezione Swatch. |
| | **July:** Preparation are made for an initial production run of 300,000 Swatches. | **Juli:** Eine erste Vorserie von 300000 Swatch Watches wird in Angriff genommen. | **Juil.:** Production d'une première présérie Swatch de 300000 pièces. | **Lug.:** Viene prodotta una preserie di 300000 Swatch. |
| | **Aug. 25:** The ASUAG Steering Committee, which includes Nicolas G. Hayek, approves a budget for the launch of Swatch in the USA, and a line of credit for further Swatch development. | **25. Aug.:** Der Steuerungsausschuss der ASUAG, dem Nicolas G. Hayek angehört, bewilligt ein Budget für die Lancierung der Swatch in den USA und einen Kredit für die Weiterentwicklung der Swatch. | **25 août:** Le comité spécial d'ASUAG, dont fait partie Nicolas G. Hayek, donne son accord au budget de lancement Swatch aux USA et octroie un crédit pour la poursuite du développement Swatch. | **25 ago.:** Il comitato direttivo della ASUAG, di cui fa parte anche Nicolas G. Hayek, approva il budget per il lancio dello Swatch negli USA nonché un credito per il suo ulteriore sviluppo. |
| | **Oct. 21:** The Hayek Engineering company's "crash study" makes the following recommendations: 1) Swatch should play a key role in the ASUAG group development strategy; 2) The development of Swatch technology must receive urgent attention; 3) Marketing should be in the hands of an in-house sales department. | **21. Okt.:** Die «Crash»-Studie der Hayek Engineering AG kommt zu folgenden Ergebnissen: 1. Die Swatch soll ein wesentlicher Bestandteil der Vorwärtsstrategie der ASUAG sein. 2. Die Swatch-Technologie muss dringend weiterentwickelt werden. 3. Ein eigenes Vertriebssystem soll die Kontrolle über den Verkauf sicherstellen. | **21 oct.:** L'étude «choc» de la Hayek Engineering AG arrive aux conclusions suivantes: 1. Swatch doit être un élément essentiel de la stratégie de l'avant d'ASUAG. 2. Le développement de la technologie Swatch doit être poursuivi d'urgence. 3. Un propre système de distribution doit assurer le contrôle des ventes. | **21 ott.:** Un'analisi di marketing condotta dalla Hayek Engineering AG giunge alle seguenti conclusioni: 1. Lo Swatch dev'essere parte integrante della strategia rivolta al futuro della ASUAG. 2. La tecnologia Swatch dev'essere ulteriormente sviluppata. 3. Un sistema di distribuzione proprio dovrebbe assicurare il controllo delle vendite. |
| | **Dec. 14:** The Hayek Engineering company's final report recommends the definition of an international marketing concept, and an immediate Swatch launch in Switzerland. | **14. Dez.:** Der Abschlussbericht der Hayek Engineering AG empfiehlt die Entwicklung eines internationalen Marketingkonzepts und die sofortige Lancierung der Swatch in der Schweiz. | **14 déc.:** Le rapport final de la société Hayek Engineering AG recommande le développement et le lancement immédiat de Swatch en Suisse. | **14 dic.:** Il rapporto finale della Hayek Engineering AG postula lo sviluppo di un concetto di marketing a livello internazionale e il lancio immediato dello Swatch in Svizzera. |

| | English | German | French | Italian |
|---|---|---|---|---|
| **1983** | **Jan. 27:** The ASUAG Steering Committee approves funding for the campaign to launch Swatch in Switzerland, Germany and Great Britain. | **27. Jan.:** Der Steuerungsausschuss der ASUAG bewilligt die Mittel für die Lancierungskampagne der Swatch in der Schweiz, Deutschland und Grossbritannien. | **27 janv.:** Le comité spécial d'ASUAG accorde les crédits nécessaires à la campagne de lancement de Swatch en Suisse, en Allemagne et en Grande-Bretagne. | **12 gen.:** Il comitato direttivo della ASUAG libera i fondi necessari per la campagna di lancio dello Swatch in Svizzera, Germania e Gran Bretagna. |
| | **March 1:** Swatch's hour has come. The "impossible" watch is released to the public: 12 models at prices ranging between SFr. 39.90 and SFr. 49.90, are ready for delivery. Total production for 1983 is set for one million. The press conference is also informed of the 1984 target: 2.5 million Swatches. Shortly afterwards a unit price of SFr. 50 (or its equivalent in other currencies) is decided, for all standard Swatch models, and for both sexes – a price that is maintained through the years. | **1. März:** Die Stunde der Swatch! In Zürich wird der «unmögliche» Uhr der Öffentlichkeit präsentiert. Zwölf Modelle zu Preisen zwischen 39.90 und 49.90 Franken sind lieferbar. Für 1983 plant die ETA, eine Million Swatches abzusetzen. 1984 sollen es, wie es auf der Pressekonferenz heisst, 2.5 Millionen sein. Kurze Zeit später wird der einheitliche Preis von SFr. 50.– (oder entsprechende Fremdwährung) für alle Swatch-Standardmodelle (Gent und Lady) festgelegt und auch heute noch beibehalten. | **1er mars:** L'heure Swatch: à Zurich, la montre «impossible» est présentée au public. Douze modèles sont livrables, à des prix allant de 39.90 francs à 49.90 francs. Pour 1983, ETA prévoit la vente d'un million de Swatch. En 1984, comme annoncé à la conférence de presse, ce chiffre devrait atteindre 2,5 millions. Peu de temps après, un prix unitaire de SFr. 50.– (valeur correspondante en monnaie étrangère) est fixé pour tous les modèles Swatch standards (homme et dame), ce prix étant valable aujourd'hui encore. | **1° mar.:** Scocca l'ora di Swatch: a Zugiro, l'«impossibile» orologio viene presentato al pubblico. I modelli disponibili sono 12, con prezzi da fr. 39.90 a fr. 49.90. Per il 1983, la ETA prevede di vendere un milione di Swatch. E nel 1984, come viene comunicato nel corso della conferenza stampa, questa cifra dovrebbe salire a 2,5 milioni. Poco tempo dopo viene fissato quello che è tuttora il prezzo unitario di tutti i modelli Swatch standard (da uomo e da donna): 50 franchi svizzeri (o il corrispettivo in valuta estera sui diversi mercati). |

000656

**SWATCH CHRONOLOGY**

---

**Nov.:** Conception and planning of the POP Swatch gets under way.

**Dec. 8:** ASUAG and SSIH Société Suisse d'Industrie Horlogère SA merge to form a single group. This new Swiss watchmaking group did not receive its current name until June of 1985: the SMH Swiss Corporation for Microelectronics and Watchmaking Industries Ltd.

**Nov.:** Konzept und Planung für die POP Swatch werden in Angriff genommen.

**8. Dez.:** ASUAG und SSIH Société Suisse pour l'Industrie Horlogère SA fusionieren. Der neugebildete Uhrenkonzern erhält im Juli 1985 den Namen SMH Schweizerische Gesellschaft für Mikroelektronik und Uhrenindustrie AG.

**Nov.:** Préparation du concept et de la planification de la POP Swatch.

**8 déc.:** Fusion d'ASUAG et de SSIH Société Suisse pour l'Industrie Horlogère SA. A partir de juillet 1985, la raison sociale du nouveau groupe horloger ainsi formé sera SMH Société Suisse de Microélectronique et d'Horlogerie SA.

**Nov.:** Vengono avviati i lavori di progettazione e pianificazione per il POP Swatch.

**8 dic.:** La fusione tra la ASUAG e la SSIH Société Suisse pour l'Industrie Horlogère SA dà vita ad un nuovo gruppo che dal luglio 1985 si chiamerà SMH Società Svizzera di Microelettronica ed Orologi SA.

---

## 1984

**Jan. 17 – 19:** Swatch sponsors the Freestyle Ski World Cup in Breckenridge, Colorado (USA).

**Jan. 20:** Swatch No. 1 million rolls off the production line.

**March 29 – April 5:** Erected at the headquarters of Frankfurt's Commerzbank, a 162-metre-long Giant Swatch (weighing no less than 13 tonnes) shows just how high Swatch's ambitions reach – good enough for the Guinness Book of Records.

**April:** Swatch's Paris debut is accompanied by the silken sound of 40 saxophones: Urban Sax and Swatch have arrived!

**Sept.:** The world Breakdance Championship at the New York Roxy inspire the first design of a Swatch Special. Swatch organizes the very first "Street Painting Performance" in Paris.

**Nov.:** On a coast-to-coast tour, the Fat Boys put their considerable weight behind the US launch of the "Granita di Frutta" collection.

**Dec. 31:** By the year's end, ETA's Swatch production amounts to 3,503,000 units.

**17. – 19. Jan.:** Swatch unterstützt den Freestyle Ski World Cup in Breckenridge (Co). USA.

**20. Jan.:** Die erste Million Swatches ist produziert.

**29. März – 5. April:** In Frankfurt, am Hauptsitz der Commerzbank, zeigt die Giant Swatch an, was es geschlagen hat. Die 13 Tonnen schwere und 162 Meter lange Uhr bringt Swatch ins Guinness-Buch der Rekorde.

**April:** Unter den Saxophonklängen der Urban Sax, einer 40 Mann starken Band, zieht Swatch in Paris ein.

**Sept.:** Für die World Breakdance Championship im Roxy in New York entwirft Swatch ihre erste Special. Swatch veranstaltet in Paris die erste Swatch «Street Painting Performance».

**Nov.:** Die Fat Boys leihen mit einer USA-Tournee der «Granita di Frutta» beim Debut in Amerika ihr beachtliches Gewicht.

**31. Dez.:** Die ETA produziert bis Jahresende 3'503'000 Swatch Uhren.

**17 – 19 janv.:** Swatch apporte son soutien à la manifestation Freestyle Ski World Cup à Breckenridge (Co), USA.

**20 janv.:** Le premier million de montres Swatch est sorti de production.

**29 mars – 5 avril:** A Francfort, au siège principal de la Commerzbank, la Giant Swatch indique l'heure. Cette montre d'un poids de 13 tonnes et d'une longueur de 162 mètres fait entrer Swatch dans le Guinness Book des records.

**Avril:** Aux sons des saxophones du groupe Urban Sax, fort de 40 musiciens, Swatch entre dans Paris.

**Sept.:** Création de la première Swatch Special à l'occasion des World Breakdance Championship au Roxy à New York. Swatch organise la première «Street Painting Performance» à Paris.

**Nov.:** Par une tournée aux USA, les Fat Boys soutiennent de tout leur poids le lancement du modèle «Granita di Frutta» en Amérique.

**31 déc.:** A la fin de l'année, la production de ETA atteint 3503000 montres Swatch.

**17 – 19 gen.:** Swatch sponsorizza la Freestyle Ski World Cup a Breckenridge (Co). USA.

**20 gen.:** La produzione Swatch raggiunge il primo milione di unità.

**29 mar. – 5 apr.:** A Francoforte, presso la sede principale della Commerzbank, è il Giant Swatch a indicare l'ora. Con il suo peso di 13 tonnellate ed una lunghezza di 162 metri questo imponente orologio la entrare Swatch nel Guinness dei primati.

**Apr.:** Swatch si dà alla musica ed a Parigi sponsorizza il concerto degli Urban Sax, un complesso di 40 elementi.

**Sett.:** In occasione del Campionato del mondo di breakdance al Roxy di New York, Swatch crea il primo Special. A Parigi, Swatch organizza la prima «Street Painting Performance».

**Nov.:** Con una tournée negli USA i Fat Boys appoggiano il lancio del modello «Granita di Frutta».

**31 dic.:** Gli Swatch prodotti dalla ETA sono 3503000.

---

## 1985

**Jan. 1:** Founding of the Swatch SA company, with headquarters in Bienne.

**Jan. 18 – 20:** World Freestyle Celebrity Classic in Breckenridge, Colorado (USA).

**March 20:** The Swatch Art Collection celebrates its première, with a Swatch designed by Kiki Picasso, at an IRCAM art show in the Centre Pompidou, Paris.

**1. Jan.:** Die Swatch AG mit Sitz in Biel wird gegründet.

**18. – 20. Jan.:** World Freestyle Celebrity Classic in Breckenridge (Co), USA.

**20. März:** Im Rahmen eines Kunst-Spektakels im IRCAM (Centre Pompidou Paris) feiert die Swatch Art Collection mit einem von Kiki Picasso kreierten Modell ihre Première.

**1er janv.:** Fondation de la société Swatch SA avec siège à Bienne.

**18 – 20 janv.:** World Freestyle Celebrity Classic à Breckenridge (Co), USA.

**20 mars:** A l'occasion d'une manifestation artistique au Centre Pompidou à Paris (IRCAM), la Swatch Art Collection fête sa première avec un modèle créé par Kiki Picasso.

**1° gen.:** Viene fondata la Swatch SA con sede a Bienne.

**18 – 20 gen.:** Swatch al World Freestyle Celebrity Classic a Breckenridge (Co). USA.

**20 mar.:** Presentato nell'ambito di uno spettacolo-performance organizzato all'IRCAM (presso il Centre Pompidou di Parigi), lo Swatch creato da Kiki Picasso inaugura la Swatch Art Collection.


000657

| English | Deutsch | Français | Italiano |
|---|---|---|---|
| **May 25:** British artists organize the second "Swatch Street Painting Performance", in London's Covent Garden. | **25. Mai:** Im Covent Garden in London veranstalten britische Künstler die zweite «Swatch Street Painting Performance». | **25 mai:** La deuxième «Swatch Street Painting Performance» est organisée à Covent Garden, à Londres, par des artistes britanniques. | **25 mag.:** Al Covent Garden di Londra, un gruppo di artisti inglesi organizza la seconda «Swatch Street Painting Performance». |
| **June 14:** Some 35 European artists make their way to Basle for the third "Swatch Street Painting Performance". | **14. Juni:** Fünfunddreissig europäische Künstler eilen nach Basel zur dritten «Swatch Street Painting Performance». | **14 juin:** Trente-cinq artistes européens se retrouvent à Bâle pour la troisième «Swatch Street Painting Performance». | **14 giu.:** 35 artisti europei si incontrano a Basilea per realizzare la terza «Swatch Street Painting Performance». |
| **Sept.:** Swatch rolls out the red carpet for Andrew Logan's "Alternative Miss World Show" and its colourful birds of paradise. | **Sept.:** Swatch breitet für Andrew Logans «Alternative Miss World Show» und seine bunten Paradiesvögel den roten Teppich aus. | **Sept.:** Swatch sort le tapis rouge pour la «Alternative Miss World Show» de Andrew Logan et ses oiseaux de paradis multicolores. | **Sett.:** A Londra, Swatch contribuisce al successo dell'«Alternative Miss World Show» di Andrew Logan a delle sue impossibili «modelle». |
| **Fall:** Swatch accompanies the Thompson Twins on their concert tour.<br>Swatch No. 10 million rolls off the production line. | **Herbst:** Swatch geht mit den Thompson Twins auf Konzert-Tournee.<br>10 Millionen Swatch sind produziert. | **Automne:** Swatch part en tournée de concerts avec les Thompson Twins.<br>10 millions de Swatch sont sorties de production. | **Autunno:** Swatch in tournée con i Thompson Twins.<br>Gli Swatch prodotti sono 10 milioni. |
| **Nov.:** "Limelight", the first diamond-studded, but otherwise equally synthetic, Swatch, is the star of a special party held in Los Angeles. | **Nov.:** Swatch lässt auf einer Party in Los Angeles die Lichter auf «Limelight», der ersten diamantbesetzten Kunststoffuhr, blitzen. | **Nov.:** Pleins feux sur «Limelight», à l'occasion d'une fête organisée à Los Angeles, où Swatch présente la première montre en matière synthétique sertie de diamants. | **Nov.:** Durante una festa a Los Angeles. Swatch mette in luce «Limelight», il primo orologio che abbina plastica e diamanti. |
| **Dec.:** The Giant Swatch makes its appearance in Tokyo. | **Dez.:** Die Giant Swatch wird in Tokio ausgestellt. | **Déc.:** Exposition de la Giant Swatch à Tokyo. | **Dic.:** Esposizione del primo giant Swatch a Tokio. |

| 1986 | American graffiti artist Keith Haring creates 4 Swatch models. | Der amerikanische Graffiti-Künstler Keith Haring gestaltet 4 Swatch Modelle. | Création de quatre modèles Swatch par Keith Haring, l'artiste américain des graffitis. | L'artista americano Keith Haring crea i suoi 4 Swatch-graffito. |
|---|---|---|---|---|
| | **Jan.:** Swatch accompanies Pierre Boulez on his US concert tour. | **Jan.:** Swatch begleitet Pierre Boulez auf einer Konzert-Tournee durch die USA. | **Janv.:** Swatch accompagne Pierre Boulez en tournée de concerts à travers les USA. | **Gen.:** Swatch parte con Pierre Boulez per una tournée di concerti negli USA. |
| | **Jan. – Nov.:** Swatch and London's Royal College of Art cooperate on a "Time and Motion" project. | **Jan. – Nov.:** Zusammen mit dem Royal College of Art in London realisiert Swatch das Projekt «Time and Motion». | **Janv. – nov.:** En collaboration avec le Royal College of Art à Londres, Swatch réalise le projet «Time and Motion». | **Gen. – nov.:** In collaborazione con il royal College of Art di Londra. Swatch realizza il progetto «Time and Motion». |
| | **Feb. 1 – 6:** Swatch is the main sponsor of the first Freestyle World Championships in Tignes, France. | **1. – 6. Feb.:** Swatch ist Hauptsponsor der ersten Freestyle World Championships in Tignes. Frankreich. | **1er – 6 fév.:** Swatch est le principal sponsor des premiers Freestyle World Championships à Tignes, en France. | **1 – 6 feb.:** Swatch è lo sponsor principale dei primi Campionati del mondo di freestyle-skiing a Tignes in Francia. |
| | **March:** Swatch volunteers to help with the Snowboarding World Championships in Breckenridge, Colorado (USA). | **März:** Swatch hilft bei den Snowboarding World Championships in Breckenridge (Co), USA, den Sportlern auf die schnellen Bretter. | **Mars:** Swatch soutient les sportifs de la glisse aux Snowboarding World Championships à Breckenridge (Co), USA. | **Mar.:** Swatch partecipa ai Campionati del mondo di snowboarding a Breckenridge (Co). USA. |
| | **April – Oct.:** Giant Swatch lends its unmistakable face to the Swiss Pavilion at Expo 86 at Vancouver, Canada. | **April – Okt.:** Die Giant Swatch gibt dem Swiss Pavillon an der Expo 86 in Vancouver, Kanada, sein unverwechselbares Gesicht. | **Avril – oct.:** A l'Expo 86 à Vancouver, Canada, la Giant Swatch confère au pavillon suisse son aspect unique. | **Apr. – ott.:** All'Expo 86 di Vancouver (Canada), il Giant Swatch attira l'attenzione di tutti sul padiglione svizzero. |
| | **June 1 – 2:** Swatch participation in the Himalaya Super Marathon over a distance of 200 kilometres, at altitudes ascending from 2000 to 5000 metres. | **1. – 2. Juni:** Swatch ist beim Himalaya-Super-Marathon dabei: 200 Kilometer von 2000 auf 5000 Meter Höhe. | **1er – 2 juin:** Swatch participe au Himalaya-Super-Marathon: 200 kilomètres entre 2000 et 5000 mètres d'altitude. | **1 – 2 giu.:** Swatch alla Super-Maratona dell'Himalaya: 200 chilometri percorsi dai 2000 ai 5000 metri d'altitudine. |
| | **June 22 – July 7:** Quai St-Bernard in Paris is the showplace for the fourth "Swatch Street Painting Performance". | **22. Juni – 7. Juli:** Der Quai St-Bernard in Paris ist Schauplatz für die vierte «Swatch Street Painting Performance». | **22 juin – 7 juil.:** Le Quai St-Bernard à Paris est le théâtre de la quatrième «Swatch Street Painting Performance». | **22 giu. – 7 lug.:** Il Quai St-Bernard a Parigi fa da cornice alla quarta «Swatch Street Painting Performance.» |

000658

English    Deutsch    Français    Italiano

**SWATCH CHRONOLOGY**

**July – Nov.:** The first public exhibition of a complete collection of Swatches takes place at Geneva's exclusive Musée d'Horlogerie et d'Emaillerie (watchmaking and enamelling museum).

**Fall/Winter:** Maxi Swatch and POP Swatch launched.

**Nov.:** At Sotheby's in Geneva, 125 Swatches are auctioned off at a benefit for the Red Cross.

**Dec.:** Swatch goes aloft at Japan's Balloon Festival, in Hamishiroro (Japan).

**Juli – Nov.:** Das exklusive Musée d'Horlogerie et d'Emaillerie in Genf öffnet Swatch seine Tore zur ersten öffentlichen Swatch-Ausstellung.

**Herbst/Winter:** Lancierung von Maxi Swatch und POP Swatch.

**Nov.:** Bei Sotheby's in Genf kommen auf einer Wohltätigkeits-Auktion für das Rote Kreuz 125 Swatches unter den Hammer.

**Dez.:** Swatch macht mit am Balloon Festival in Hamishiroro (Japan).

**Juill. – nov.:** L'exclusif Musée d'Horlogerie et d'Emaillerie à Genève ouvre ses portes à la première exposition publique Swatch.

**Automne/hiver:** Lancement de Maxi Swatch et de POP Swatch.

**Nov.:** Chez Sotheby's à Genève, 125 Swatch sont mises aux enchères dans le cadre d'une vente de charité au bénéfice de la Croix Rouge.

**Déc.:** Swatch participe au Balloon Festival à Hamishiroro (Japon).

**Lug. – nov.:** Il nobile Musée d'Horlogerie et d'Emaillerie di Ginevra ospita la prima esposizione pubblica Swatch.

**Autunno/Inverno:** Lancio di maxi Swatch e POP Swatch.

**Nov.:** In occasione di un'asta di beneficenza presso Sotheby's a Ginevra vengono venduti 125 Swatch. Il ricavato è devoluto alla Croce Rossa.

**Dic:** Swatch partecipa al Balloon Festival a Hamishiroro (Giappone).

**1987**

**Spring:** Riding a powerful updraught, a Swatch kite contest in Haarlem (Netherlands) establishes a new record for the world's longest kite, duly acknowledged by the Guinness Book of Records.

**Sept.:** Thanks to Tokyo's new POP Swatch Clock Tower, the passage of time is all the more remarkable.

**Nov.:** In Japan, Tadanori Yokoo creates a Swatch Art Special.

**Dec.:** The "Bergstrüssli" special Swatch introduces the world to inimitable Swiss styling, from Appenzell.

**Frühjahr:** Mit kräftigem Aufwind der Swatch steigt in Haarlem (Niederlande) ein Wettbewerb für Papierdrachen. Der längste Vertreter seiner Art steht seither im Guinness-Buch der Rekorde.

**Sept.:** Tokio bekommt mit dem POP Swatch Clock Tower ein völlig neues Zeitgefühl.

**Nov.:** Tadanori Yokoo in Japan kreiert eine Swatch Art Special.

**Dez.:** Mit dem Special «Bergstrüssli» schenkt Swatch der Welt den Appenzeller-Stil.

**Printemps:** Soutenu par le fort vent ascendant de Swatch, un concours de cerfs-volants est organisé à Haarlem (Pays-Bas). Le plus long de ces cerfs-volants figure depuis lors dans le Guinness Book des records.

**Sept.:** Tokyo découvre un nouveau sens du temps sous forme de POP Swatch Clock Tower.

**Nov.:** Au Japon, Tadanori Yokoo crée une Swatch Art Special.

**Déc.:** Le monde découvre le style appenzellois avec le Special «Bergstrüssli».

**Primavera:** Con il sostegno di Swatch si tiene ad Haarlem (Olanda) un concorso di aquiloni. Nel cielo s'alza anche l'aquilone più lungo del mondo, un primato che da allora figura imbattuto nel Guinness dei primati.

**Sett.:** Tokio vive un nuovo modo di scandire il tempo: con il POP Swatch Clock Tower.

**Nov.:** L'artista giapponese Tadanori Yokoo crea uno Swatch Art Special.

**Dic.:** Con lo Special «Bergstrüssli», Swatch fa conoscere al mondo lo stile «appenzellese».

**1988**

Sponsored by Swatch, the Arabian rock group Amazulu Concert picks its way through the United Arab Emirates.

**Jan. 21 – 24:** At the Freestyle Ski Championships in Breckenridge, Colorado (USA), Swatch-inspired acrobats make daring leaps.

**Feb.:** "Balloon Spectacular" takes Swatch sky-high in Australia.

**April – Sept. 6:** The Swatch "Impact Tour" on skateboards and BMX bikes takes California by storm.

**May – Sept.:** An US tour for the "Swatch Museum of unnatural History".

**Sept. 24:** 5 watch years and 50 million Swatches: a good excuse for a giant birthday party. The "Swatch Newseum" has its premiere.

Unterstützt von Swatch tingelt Amazulu Concert, eine arabische Rockgruppe, durch die Vereinigten Emirate.

**21. – 24. Jan.:** Swatch verhilft erneut den Akrobaten an den Freestyle Championships in Breckenridge (Co), USA, zu kühnen Sprüngen.

**Feb.:** Swatch geht beim «Balloon Spectacular» in Australien in die Luft.

**April – 6. Sept.:** Swatch unterwegs mit Skateboards und BMX-Rädern auf der «Impact Tour» in Kalifornien.

**Mai – Sept.:** US-Tournee des «Swatch Museum of unnatural History».

**24. Sept.:** 5 Jahre Swatch – 50 Millionen Swatches: Ein riesengrosses Geburtstagsfest. Das «Swatch Newseum» hat U(h)raufführung.

Sponsorisé par Swatch, Amazulu Concert, groupe de rock arabe, se produit à travers les Emirats Arabes Unis.

**21 – 24 janv.:** Grâce à Swatch, les acrobates s'élancent à nouveau pour leurs sauts intrépides aux Freestyle Championships à Breckenridge (Co), USA.

**Fév.:** Swatch s'envole au «Balloon Spectacular» en Australie.

**Avril – 6 sept.:** Swatch est en route avec skateboards (planches à roulettes) et vélos BMX au «Impact Tour» en Californie.

**Mai – sept.:** Tournée USA du «Swatch Museum of unnatural History».

**24 sept.:** 5 ans de Swatch – 50 millions de Swatch: un anniversaire mémorable. Création du «Swatch Newseum».

Con il sostegno di Swatch, Amazulu Concert, un gruppo rock arabo, si produce in una tournée che lo conduce attraverso gli Emirati Arabi Uniti.

**21 – 24 gen.:** Swatch partecipa nuovamente ai Freestyle Championships a Breckenridge (Co), USA.

**Feb.:** Al «Balloon Spectacular» in Australia, Swatch si libra nell'aria.

**Apr. – 6 sett.:** Swatch on the road: con skateboards e biciclette BMX all'«Impact Tour» in California.

**Mag. – sett.:** Tournée negli Stati Uniti dello «Swatch Museum of unnatural History».

**24 sett.:** 5 anni di Swatch, 50 milioni di Swatch. Due buone ragioni per una megafesta. Inaugurazione dello «Swatch Newseum».



| English | Deutsch | Français | Italiano |
|---------|---------|----------|----------|

**1989**

**Jan.:** In Milan, the "Creative Lab" accepts the challenge of making sure Swatch designs are ever more daring.

**Jan.:** Das «Creative Lab» in Mailand wird gegründet und nimmt sich seither voll Phantasie des Swatch Looks an.

**Janv.:** Fondation du «Creative Lab» de Milan, qui met depuis lors toute sa fantaisie au ser-vice du look Swatch.

**Gen.:** Viene creato a Milano lo «Creative Lab» che d'ora in poi curerà il look degli Swatch.

**March:** Swatch is there for the St. Moritz Snowboarding World Cup.

**März:** Swatch beim Snowboarding Weltcup in St. Moritz.

**Mars:** Swatch participe à la Coupe du monde de snow-boarding à St. Moritz.

**Mar.:** Swatch è presente alla Coppa del mondo di snow-boarding a St. Moritz.

**Spring:** The "Swatch Newseum" (an exhibition of all Swatch models) brings the latest Swatch news to every European doorstep.

**Frühjahr:** Das «Swatch Newseum», eine Ausstellung sämtlicher Swatch Modelle, zeigt ganz Europa seine Neuigkeiten.

**Printemps:** Le «Swatch Newseum», une exposition intégrale de tous les modèles Swatch, part en tournée dans toute l'Europe pour y présenter ses nouveautés.

**Primavera:** Lo «Swatch Newseum», un'esposizione di tutti i modelli Swatch. parte per un giro dell'Europa.

**Sept. 13:** Switzerland's lucky day, with the launch of a Swatch telecom product, the Twinphone.

**13. Sept.:** Ab jetzt telefoniert die Schweiz schwatchig. Das Twinphone wird lanciert.

**13 sept.:** Lancement du Twinphone. A partir de cette date, la Suisse «swatche» au téléphone.

**13 sett.:** Con il lancio del Twinphone, in Svizzera ha inizio una nuova era del telefono.

**Fall:** Foundation of the Swatch Pro Team for the promotion of unusual sports like skateboarding, mountain-biking, BMX, rollerskating and snowboarding.

**Herbst:** Mit der Gründung des Swatch Pro Teams macht Swatch ungewöhnliche Sportarten möglich (Skateboarding, Mountain-biking, BMX, Rollerskating und Snowboarding).

**Automne:** Mise sur pied du Swatch Pro Team pour la promotion des sports nouveaux (skate-boarding, mountain-biking, BMX, rollerskating et snowboarding).

**Autunno:** Grazie alla fondazione dello Swatch Pro Team, discipline sportive «impossibili» (skateboarding, mountainbiking, BMX, rollerskating e snowboarding) diventano possibilissime.

**Oct.:** The Mimmo Paladino Swatch Art Special is awarded to 99 international celebrities.

**Okt.:** Die Swatch Art Special Mimmo Paladino wird an 99 internationale Persönlichkeiten verschenkt.

**Oct.:** La Swatch Art Special Mimmo Paladino est offerte à 99 personnalités internationales.

**Ott.:** L'Art Special di Mimmo Paladino viene regalato a 99 per-sonalità di fama internazionale.

---

**1990**

**Spring:** Launch of the first multifunctional Swatch: the Chrono.

**Frühjahr:** Die Swatch Chrono, die erste multifunktionale Swatch, wird lanciert.

**Printemps:** Lancement du Chrono Swatch, la première Swatch multifonction.

**Primavera:** Lancio dello Swatch Chrono, il primo Swatch multifunzionale.

**May:** The "Contrôle Officiel Suisse des Chronomètres" (COSC) in La Chaux-de-Fonds tests 5000 Swatches, and awards 4843 of them certificates as chronometers.
In the first Swatch "Race Against Time" Stéphane Schaffter paraglides, skis and races across the Alps.

**Mai:** Die «Contrôle Officiel Suisse des Chronomètres» (COSC) in La Chaux-de-Fonds prüft 5000 Swatches und bestätigt 4843 von ihnen mit Zertifikat die Chronometer-Qualität.
Im ersten Swatch «Race Against Time» bezwingt Stéphane Schaffter mit Gleitschirm, Skiern und zu Fuss die Alpen.

**Mai:** Le «Contrôle Officiel Suisse des Chronomètres» (COSC), à La Chaux-de-Fonds, teste 5000 montres Swatch et accorde à 4843 d'entre elles le certificat de chronomètre.
Au cours de la première compétition Swatch «Race Against Time», Stéphane Schaffter triomphe des Alpes en parapente, en skis et à pied.

**Mag.:** Il «Contrôle Officiel Suisse des Chronomètres» (COSC) con sede a La Chaux-de-Fonds testa 5000 Swatch. Il risultato: 4843 hanno diritto al certificato che ne garantisce la qualità di crono-metri.
Nell'ambito del primo «Swatch Race Against Time», Stephane Schaffter parte dal Monte Bianco e, alternando marce, discese con gli sci e voli in parapendio, rag-giunge l'Adriatico a piedi.

**Summer:** Swatch launches the Scuba 200 in the USA, designed to give divers accurate readings, even when they're deep into a cocktail glass.

**Sommer:** In den USA taucht die Swatch Scuba 200 auf, eine bunte Taucheruhr, auf, die sich auf dem Grunde von Cocktail-gläsern bestens bewährt.

**Eté:** La Swatch Scuba 200 arrive aux USA, une nouvelle montre de plongée multicolore, aussi à l'aise sur fond de verre de cocktail qu'à 200 mètres de profondeur.

**Estate:** Negli USA fa la sua appa-rizione lo Swatch Scuba 200, un nuovo coloratissimo orologio da sub che si trova a suo agio anche sul fondo di un bicchiere.

**Aug. 15:** Swatch founds the "Swatch Collectors of Swatch" club.

**15. Aug.:** Swatch gründet den «Swatch Collectors of Swatch» Club.

**15 août:** Swatch fonde le club des «Swatch Collectors of Swatch».

**15 ago.:** Swatch fonda il club Swatch Collectors of Swatch.

**Sept. 12:** At a Sotheby auction in Milan, 99 Swatches are bid up to phenomenal prices.

**12. Sept.:** Auf einer Auktion von Sotheby's in Mailand werden 99 Swatches zu spektakulären Preisen versteigert.

**12 sept.:** 99 Swatch sont mises aux enchères chez Sotheby's à Milan, à des prix spectaculaires.

**12 sett.:** Nell'ambito di un'asta organizzata da Sotheby's di Milano vengono venduti a prezzi spetta-colari 99 Swatch.

**Nov. 11 – 17:** In the second World Solar Challenge, a solar-powered car race across 3005 kilometres from Darwin to Adelaide, the Swatch-sponsored "Spirit of Biel-Bienne II" leads the field right to the finish line, with an average speed of 65 kph.

**11. – 17. Nov.:** Im zweiten World Solar Challenge über 3005 Kilometer von Darwin nach Adelaide (Australien) fährt die von Swatch unterstützte «Spirit of Biel-Bienne II» der Konkurrenz mit einer Durchschnittsgeschwindigkeit von 65 Stundenkilometern als Siegerin davon.

**11 – 17 nov.:** Lors du deuxième World Solar Challenge sur 3005 kilomètres, de Darwin à Adélaïde (Australie), le véhicule solaire «Spirit of Biel-Bienne II», sponso-risé par Swatch, échappe à tous ses concurrents et sort vainqueur de la course avec une vitesse moyenne de 65 kilomètres à l'heure.

**11 – 17 nov.:** La «Spirit of Biel-Bienne II», l'auto solare patrocina-ta da Swatch, vince la seconda World Solar Challenge percorren-do i 3005 chilometri che separano Darwin da Adelaide (Australia) alla media di 65 chilometri orari.

| English | Deutsch | Français | Italiano |
|---|---|---|---|

**SWATCH CHRONOLOGY**

**1991**

**Through the streets of Hong Kong rolls a new Swatch tram.**

Durch Hongkong rollt ein Swatch Tram.

*Un tram Swatch traverse Hong Kong.*

*A Hong Kong circola un tram Swatch.*

**The Portuguese capital, Lisbon, decides to brighten up its public transport system with three gally-decorated trolley buses – "à la Swatch".**

In Lissabon tragen drei Trolley-Busse der städtischen Verkehrsbetriebe den Swatch-Look.

*A Lisbonne, trois trolleybus des transports municipaux affichent le look Swatch.*

*A Lisbona, tre filobus dell'azienda municipale si presentano in un nuovo look: quello Swatch.*

**March: Swatch breathes life into the Super Fundoor indoor windsurfing event at Bercy, near Paris.**

**März:** In Bercy bei Paris sorgt Swatch am Super Fundoor (Indoor Windsurfing) für guten Wind.

**Mars:** *Swatch assure un bon vent au Super Fundoor (Indoor Windsurfing) à Bercy, près de Paris.*

**Mar.:** *Grazie a Swatch, i partecipanti al Super Fundoor (windsurf Indoor) a Bercy presso Parigi hanno il vento in poppa anche al coperto.*

**March 27 – 31: Swatch Wind Speed Championship at Saintes-Maries-de-la-Mer, France.**

**27. – 31. März:** Swatch Wind Speed Championship in Saintes-Maries-de-la-Mer, Frankreich.

**27 – 31 mars:** *Swatch Wind Speed Championship aux Saintes-Maries-de-la-Mer, en France.*

**27 – 31 mar.:** *Swatch Wind Speed Championship a Saintes-Maries-de-la-Mer in Francia.*

**April 6 – 7: The Swatch "Spirit of Biel-Bienne II" wins the "Solar & Electric 500" race in Phoenix, Arizona.**

**6. – 7. April:** «Spirit of Biel-Bienne II» gewinnt das «Solar & Electric 500» in Phoenix, Arizona.

**6 – 7 avril:** *Le véhicule solaire «Spirit of Biel-Bienne II» gagne la course du «Solar & Electric 500» à Phoenix, en Arizona.*

**6 – 7 apr.:** *La «Spirit of Biel-Bienne II» vince la «Solar & Electric 500» a Phoenix (Arizona).*

**April 17: In a Swatch "Race Against Time", free climbing adept Stefan Glowacz takes just seven hours to scale the peaks of seven high-rise buildings in Frankfurt, including one which, at 169 metres, is the highest office block in Germany.**

**17. April:** In einem Swatch «Race Against Time», klettert der Free Climber Stefan Glowacz in sieben Stunden auf sieben Hochhäuser in Frankfurt. Eines davon ist mit 169 Metern das höchste Bürogebäude in Deutschland.

**17 avril:** *Dans le cadre d'une nouvelle compétition Swatch «Race Against Time», le champion de l'escalade libre, le free-climber Stefan Glowacz réussit à vaincre, à Francfort, sept buildings en sept heures, dont l'un représente, avec ses 169 mètres, le bâtiment administratif le plus élevé d'Allemagne.*

*17 apr.: Nell'ambito del concorso Swatch «Race Against Time», il free-climber Stefan Glowacz scala in sette ore sette grattacieli di Francoforte, tra cui quello con 169 metri il l'edificio amministrativo più alto della Germania.*

**July 4: Swatch and Volkswagen form the SMH-Volkswagen AG company to develop an "environment-friendly" city car.**

**4. Juli:** Swatch und die Volkswagen AG gründen zur Entwicklung eines umweltfreundlichen Stadtautos die SMH-Volkswagen AG.

**4 juil.:** *Swatch et Volkswagen AG fondent la SMH-Volkswagen AG, destinée au développement d'une voiture de ville respectant l'environnement.*

*4 lug.: Allo scopo di sviluppare una city-car ecologica, Swatch e Volkswagen fondano la SMH-Volkswagen AG.*

**June – Aug.: The "Swatchetables" of Alfred Hofkunst prevent peace from breaking out in Swatch's international markets.**

**Juni – Aug.:** Die «Swatchetables» von Alfred Hofkunst sorgen auf internationalen Märkten für Aufruhr.

**Juin – août:** *Les «Swatchetables» d'Alfred Hofkunst mettent les marchés internationaux en effervescence.*

*Giu. – ago.: Gli «Swatchetables» di Alfred Hofkunst mettono in subbuglio i mercati di frutta e verdura del mondo intero.*

**Aug. 1: On this Swiss national day, Swatch (the 5th national tan-guage!) celebrates the Confederation's 700th anniversary with an Art Special dedicated to each of the four language regions.**

**1. Aug.:** Swatch, «the 5th national language», feiert mit vier Art Specials den 700sten Geburtstag der Schweiz.

**1er août:** *Swatch, «the 5th national language», fête le 700e anniversaire de la Suisse avec quatre Art Specials.*

*1° ago.: Swatch il «5th national language», festeggia il 700° compleanno della Svizzera con quattro Art Specials.*

**Sept. 12 – 30: A remarkable display, "Swatch & Swatch", unites all 729 Swatch models, and 290 variations, in a decorative Venetian palace: Palazzo Vendramin Calergi.**

**12. – 30. Sept.:** Im eleganten Palazzo Vendramin Calergi in Venedig zeigt Swatch an der Ausstellung «Swatch & Swatch» ihre 729 Modelle und 290 Varianten.

**12 – 13 sept.:** *Exposition «Swatch & Swatch» de tous les 729 modèles Swatch et leurs 290 variants, dans le cadre de l'élégant Palazzo Vendramin Calergi à Venise.*

*12 – 30 sett.: Al Palazzo Vendramin Calergi di Venezia, Swatch presenta «Swatch & Swatch», un'esposizione di tutti i suoi 729 modelli e di 290 varianti.*

**Sept. 24: Swatch news headlines are dominated by the launch of the first mechanical Swatch – the Automatic – and of the new Swatch eyes collection of interchangeable, clip-on sunglasses!**

**24. Sept.:** Zwei Neuheiten werden lanciert: Die Swatch Automatic (erste mechanische Uhr der Swatch) und Swatch eyes (Sonnenbrillen-Kollektion mit auswechselbarem Clip).

**24 sept.:** *Lancement de deux nouveautés: la Swatch Automatic (première montre mécanique de Swatch) et les Swatch eyes (collection de lunettes de soleil avec clips interchangeables).*

*24 sett.: Lancio di due novità, ossia Swatch Automatic (il primo Swatch meccanico) e Swatch eyes collezione di occhiali da sole con montatura a frontale intercambiabile.*

**Dec.: Swatch Telecom introduces the Swatch Pager, developed by ETA engineers: the world's first analogue wristwatch with an integrated radio-receiver, which is the smallest of its kind.**

**Dez.:** Swatch Telecom präsentiert den von den ETA-Ingenieuren entwickelten Swatch Pager, die erste analoge Armbanduhr mit integriertem Funkrufempfänger. Er ist der kleinste seiner Art.

**Déc.:** *Swatch Telecom présente le Swatch Pager, le plus petit dans son genre, développé par les ingénieurs d'ETA. Il s'agit de la première montre analogique avec recherche de personne intégrée.*

*Dic.: Swatch Telecom presenta Pager. Concepito dagli ingegneri della ETA, esso è il primo orologio da polso analogico con un cercapersone (il più piccolo della sua specie) integrato.*

000661

English    Deutsch    Français    Italiano

**1992**

**"Swatch Newseum" tours the USA.**

**March 9:** Nicolas G. Hayek, Chairman of the Board of Directors and CEO of SMH/Swatch gives his views on industry's environmental responsibilities in the General Assembly Hall of the United Nations in New York, and shows the way with "Time to move", a Swatch Automatic.

**April 7:** Grenchen, 8:40 hours Central European Time: the 100 Millionth Swatch comes down the ETA assembly line.

**April 10 – 12:** Snowboarding Festival in Serra da Estrela, Portugal.

**Spring:** Launch of the first Swatch timing piece, Stop-Watch.

**April 28:** Nicolas G. Hayek presents a selection of Swatches to the Musée International d'Horlogerie in La Chaux-de-Fonds, Switzerland, for its permanent collection.

**May – June:** "El Paso del Tiempo" is the theme for Swatch activities at EXPO 92 in Sevilla, Spain. On show at the Casa de la Caridad: a Sam Francis Art Special.

**June:** Part of the exhibition "L'expo manifeste à Beaubourg", Swatch enters the permanent collection of the Centre Pompidou in Paris.

**Summer:** The Twintam arrives: a refinement of the Twinphone, it has an integrated answering service.

**Aug. 30:** The "Spirit of Biel-Bienne II" finishes second in the competition in Noto, Japan.

**Sept.:** The "Blackbox" exhibition in Berlin features the entire Swatch range of products, displayed according to product type.

**Sept. 25 – 27:** "Swatch The World", a multi-cultural spectacular, celebrates the 100 millionth Swatch, against the backdrop of the Matterhorn (Zermatt).

**Oct.:** A special exhibition in Lingotto (Turin), Italy, covers all aspects of Swatch communications, 1983 – 1992.

Tournee des «Swatch Newseum» durch die USA.

**9. März:** Nicolas G. Hayek, Präsident und Delegierter des Verwaltungsrats SMH/Swatch, spricht im Plenarsaal der UNO in New York über die Verantwortung der Industrie für die Umwelt und setzt mit der «Time to move», einer Swatch Automatic, ein Zeichen.

**7. April:** Grenchen 8 Uhr 40 MEZ: Die 100 000 000ste Swatch läuft bei der ETA vom Band.

**10. – 12. April:** Snowboarding Festival in Serra da Estrela (Portugal).

**Frühjahr:** Die Stop-Watch, die erste Stoppuhr der Swatch wird lanciert.

**28. April:** Nicolas G. Hayek übergibt der permanenten Sammlung des Musée International d'Horlogerie in La Chaux-de-Fonds eine Anzahl von Swatches.

**Mai – Juni:** «El Paso del Tiempo» ist das Thema der Swatch-Aktivitäten rund um die EXPO 92 in Sevilla (Spanien). In der Casa de la Caridad wird die Sam Francis Art Special vorgestellt.

**Juni:** Im Rahmen der Ausstellung «L'expo manifeste à Beaubourg» wird Swatch in die permanente Sammlung des Centre Pompidou in Paris aufgenommen.

**Sommer:** Das Swatch Twinphone wird zum Twintam weiterentwickelt, ein Telefon mit integriertem Telefonbeantworter.

**30. Aug.:** Die «Spirit of Biel-Bienne II» stellt sich in Noto (Japan) der Konkurrenz und fährt auf Platz 2.

**Sept.:** Die Ausstellung «Blackbox» in Berlin zeigt das Gesamtwerk Swatch, aufgeteilt in verschiedene Bereiche.

**25. – 27. Sept.:** «Swatch The World»: Ein multikulturelles Spektakel in Zermatt zur Feier der 100 millionsten Swatch.

**Okt.:** In einer Gesamtausstellung zeigt Swatch in Lingotto (Turin, Italien) alle Aspekte der Swatch Kommunikation 1983 – 1992.

*Tournée du «Swatch Newseum» à travers les USA.*

**9 mars:** *Nicolas G. Hayek, président et administrateur délégué du Conseil d'administration SMH/Swatch, parle dans la salle plénière de l'ONU, à New York, de la responsabilité de l'industrie face à l'environnement et lance un appel avec la Swatch Automatic «Time to move».*

**7 avril:** *Granges 8.40 heures, heure de l'Europe centrale: la 100 000 000e Swatch sort de la chaîne de production chez ETA.*

**10 – 12 avril:** *Snowboard Festival à Serra da Estrela (Portugal).*

**Printemps:** *Lancement de la Stop-Watch, le premier compteur de Swatch.*

**28 avril:** *Nicolas G. Hayek remet un certain nombre de Swatch au Musée International d'Horlogerie à La Chaux-de-Fonds, pour sa collection permanente.*

**Mai – juin:** *«El Paso del Tiempo» est le thème des activités Swatch autour de l'EXPO 92 à Séville (Espagne). Le modèle Sam Francis Art Special est présenté à la Casa de la Caridad.*

**Juin:** *Dans le cadre de l'exposition «L'expo manifeste à Beaubourg», Swatch fait son entrée dans la collection permanente du Centre Pompidou à Paris.*

**Eté:** *La poursuite du développement du Twinphone aboutit au Twintam, un téléphone avec répondeur intégré.*

**30 août:** *Le véhicule solaire «Spirit of Biel-Bienne II» prend la deuxième place à l'occasion de la compétition à Noto (Japon).*

**Sept.:** *L'exposition «Blackbox» à Berlin présente l'œuvre Swatch intégrale répartie en divers domaines.*

**25 – 27 sept.:** *«Swatch The World» à Zermatt: un spectacle multiculturel à Zermatt pour fêter la 100 millionième Swatch.*

**Oct.:** *Dans le cadre d'une exposition générale à Lingotto (Turin, Italie), Swatch présente tous les aspects de la communication Swatch 1983 – 1992.*

Lo «Swatch Newseum» gira gli Stati Uniti.

**9 mar:** *Davanti all'Assemblea delle Nazioni Unite a New York, Nicolas G. Hayek, presidente ed amministratore delegato della SMH/Swatch, parla delle responsabilità dell'industria nel confronti dell'ambiente. Con l'Automatic «Time to move», Swatch segnala a tutti che in questo campo è tempo di muoversi.*

**7 apr.:** *Grenchen, ore 08.40 TEC: il 100 000 000esimo Swatch lascia la linea di produzione della ETA.*

**10 – 12 apr.:** *Snowboarding Festival nella Serra da Estrela (Portogallo).*

**Primavera:** *Lancio di Stop-Watch, il primo vero e proprio cronometro Swatch.*

**28 apr.:** *Nicolas G. Hayek consegna alcuni Swatch alla collezione permanente del Musée International d'Horlogerie di La Chaux-de-Fonds.*

**Mag. – giu.:** *«El Paso del Tiempo»: è questo il tema su cui sono imperniate le attività che Swatch svolge in occasione dell'EXPO '92 a Siviglia (Spagna). Presso la Casa de la Caridad viene presentato l'Art Special di Sam Francis.*

**Giu:** *Nell'ambito dell'esposizione «L'expo manifeste à Beaubourg», Swatch entra nella collezione permanente del Centre Pompidou a Parigi.*

**Estate:** *Il Twinphone si evolve e diventa Twintam, un telefono con segreteria telefonica integrata.*

**30 ago.:** *La «Spirit of Biel-Bienne II» partecipa alla gara di auto solari di Noto (Giappone) piazzandosi al secondo posto.*

**Sett.:** *A Berlino, l'esposizione «Blackbox» presenta la gamma completa di tutti i prodotti e di tutte le attività Swatch.*

**25 – 28 sett.:** *«Swatch The World» a Zermatt: uno spettacolo multiculturale per festeggiare il 100milionesimo Swatch.*

**Ott.:** *Un'esposizione allestita presso il Lingotto di Torino mostra tra l'altro tutte le attività che Swatch ha svolto dal 1983 al 1992 a livello di comunicazione.*

000662



**1993**

**Jan.:** The Swatch Art Gallery sets out on tour of eight towns and cities in Switzerland.
The Swatch Newseum tour of the USA continues.

**Jan. 20 – 23:** Snowboard World Cup, Leysin, Switzerland.

**Feb.:** "Swatch Collectors of Swatch" is launched in Spain. Swatch puts the wind into everyone's sails for the third year running at the Super Fundoor (indoor windsurfing) at Bercy, near Paris.

**Feb. 6:** Members of Swatch Collectors of Swatch Switzerland have a whale of a time at the "Festival du Rire" in Montreux.

**Feb. 7 – 21:** An eleventh box is added to the "Black Box" exhibition, which continues its tour of Germany in Munich.

**Feb. 12 – 23:** There's no overlooking Swatch's presence at the Venice Carnival.

**March – June:** Swatch goes on tour in Norway with "The September When". More than 65,000 people see the concerts.

**March 14 – 28:** The "Black Box" is very well received in Hamburg.

**March 16:** International launch of the "Orb" Pop Swatch Art Special by British fashion designer Vivienne Westwood at her "Anglomania" prêt-à-porter show in Paris.

**April 27:** At an international press conference held at the Palais de l'Unesco in Paris, Nicolas G. Hayek and Jean Michel Jarre announce a joint project entitled "Swatch and Europe in Concert" and the latest addition to the Swatch family, the Swatch "MusiCall".

**May:** First "Pan-American Surfing Championships" on Margarita Island, Venezuela.

**May 4:** Swatch is Part of the Art. In Hong Kong a number of young artists distinguish themselves with their original interpretations of the Swatch theme. The "Swatch Award" goes to Helen Chan.

**May 17 – July 31:** Swatch Emotion is part of the "Design, miroir d'un siècle" at the Grand Palais in Paris. The exhibition opens with a show of contemporary fashion by Jean-Charles de Castelbajac.

**Jan.:** Die Swatch Art Gallery geht durch 8 Städte auf Schweizer-Tournee.
Das Swatch Newseum setzt seine Tour durch die USA fort.

**20. – 23. Jan.:** Snowboard World Cup Leysin, Schweiz.

**Feb.:** Der «Swatch Collectors of Swatch» wird in Spanien lanciert. In Bercy bei Paris sorgt Swatch am Super Fundoor (Indoor Windsurfing) zum dritten Mal für viel Wind.

**6. Feb.:** Die Mitglieder des Swatch Collectors Club Schweiz vergnügen sich am «Festival du Rire» in Montreux.

**7. – 21. Feb.:** Die Ausstellung «Black Box» wird durch eine 11.Box erweitert und setzt ihre Deutschland-Tournee in München fort.

**12. – 23. Feb.:** Swatch ist am Carnevale di Venezia nicht zu übersehen.

**März – Juni:** Swatch geht in Norwegen mit «The September When» auf Tournee. Mehr als 65000 Zuschauer besuchen die Konzerte.

**14. – 28. März:** Die Ausstellung «Black Box» gastiert erfolgreich in Hamburg.

**16. März:** Internationale Lancierung der Pop Swatch Art Special «Orb» der britischen Mode-Designerin Vivienne Westwood an ihrer «Prêt-à-porter»-Show «Anglomania» in Paris.

**27. April:** An einer internationalen Pressekonferenz im Palais de l'Unesco in Paris stellen Nicolas G. Hayek und Jean Michel Jarre das gemeinsame Projekt «Swatch and Europe in Concert» und das neueste Mitglied der Swatch-Familie, die «Swatch MusiCall», vor.

**Mai:** Erste «Panamerican Surfing Championship», in Margarita Island, Venezuela.

**4. Mai:** Swatch ist Part of the Art. In Hongkong werden junge Künstler für ihre Interpretationen von Swatch ausgezeichnet. Der «Swatch Award» ging an Helen Chan.

**17. Mai – 31. Juli:** Im Rahmen der Ausstellung «Design, miroir d'un siècle» ist Swatch Emotion zu Gast im Grand Palais, Paris.

**Jan.:** La Swatch Art Gallery est l'hôte de huit villes dans le cadre d'une tournée suisse.
Le Swatch Newseum poursuit sa tournée à travers les USA.

**20 – 23 Jan.:** Snowboard World Cup à Leysin, en Suisse.

**Fév.:** Le club «Swatch Collectors of Swatch» est inauguré en Espagne.
Pour la troisième fois consécutive, Swatch apporte ambiance et joie de vivre au Super Fundoor de Bercy, Paris (indoor windsurfing).

**6 fév.:** Divertissement pour les membres du Swatch Collectors Club Suisse au «Festival du Rire» à Montreux.

**7 – 21 fév.:** L'exposition «Black Box» s'agrandit d'un onzième «box» et poursuit sa tournée à Munich, en Allemagne.

**12 – 23 fév.:** Swatch fait une apparition remarquée au «Carnaval di Venezia».

**Mars – juin:** Swatch part en tournée en Norvège avec «The September When». Plus de 65000 spectateurs assistent aux concerts.

**14 – 28 mars:** Hambourg abrite l'exposition «Black Box» qui y rencontre un grand succès.

**16 mars:** Dans le cadre de son show de prêt-à-porter «Anglomania», lancement international, à Paris, de la Pop Swatch Art Special «Orb» de la créatrice de mode britannique Vivienne Westwood.

**27 avril:** Au Palais de l'Unesco à Paris, lors d'une conférence de presse internationale, Nicolas G. Hayek et Jean Michel Jarre présentent leur projet commun «Swatch and Europe in Concert», ainsi que la dernière-née de la famille Swatch, la «MusiCall».

**Mai:** Premier «Panamerican Surfing Championship» à Margarita Island, au Venezuela.

**4 mai:** Swatch est Part of the Art. A Hong Kong, une distinction est accordée à de jeunes artistes pour leurs interprétations de Swatch. Le «Swatch Award» est allé à Helen Chan.

**17 mai – 31 juil.:** Dans le cadre de l'exposition «Design, miroir d'un siècle», Swatch Emotion est l'hôte du Grand Palais à Paris.

**Gen.:** La Swatch Gailer fa tappa in 8 città svizzere.
Lo Swatch Newseum prosegue la sua tournée negli USA.

**20 – 23 gen.:** Coppa del mondo di snowboard a Leysin, Svizzera.

**Feb.:** Viene fondato lo «Swatch Collectors of Swatch» spagnolo. A Bercy presso Parigi, in occasione del Super Fundoor (Indoor Windsurfing) soffia per la terza volta il vento Swatch.

**6 feb.:** I membri dello Swatch Collectors of Swatch Svizzera si sbellicano dalle risa al «Festival du Rire» di Montreux.

**7 – 21 feb.:** L'esposizione «Black Box» si arricchisce di un undicesimo Box e prosegue la sua tournée in Germania facendo tappa a Monaco.

**12 – 23 feb.:** Impossibile non notare Swatch al Carnevale di Venezia.

**Marzo – giu.:** Swatch è in tournée in Norvegia con «The September When». Oltre 65000 spettatori assistono ai concerti.

**14 – 28 marzo:** L'esposizione «Black-Box» fa tappa ad Amburgo, dove riscuote un grande successo.

**16 marzo:** Lancio internazionale del Pop Swatch Art Special «Orb» designato dalla stilista inglese Vivienne Westwood in occasione della sfilata di prêt-à-porter «Anglomania» a Parigi.

**27 apr.:** In occasione di una conferenza stampa internazionale nel Palais de l'Unesco a Parigi, Nicolas G. Hayek e Jean Michel Jarre presentano il nuovo progetto comune «Swatch and Europe in Concert» e il nuovo membro della famiglia Swatch, lo «Swatch MusiCall».

**Mag.:** Primo «Panamerican Surfing Championship», Margarita Island, Venezuela.

**4 mag.:** Swatch is Part of the Art. A Hong Kong, dei giovani artisti vengono premiati per la loro interpretazione di Swatch. Lo «Swatch Award» è attribuito a Helen Chan.

**17 mag. – 31 lug.:** Nell'ambito dell'esposizione «Design, miroir d'un siècle», Swatch Emotion è ospite al Grand Palais di Parigi. L'esposizione viene inaugurata

**SWATCH CHRONOLOGY**

000663

English          Deutsch          Français          Italiano

**Members of the Swatch Collectors of Swatch travel to Paris on three weekends and get to know "Paris by Swatch".**

**May 25 – June 13: Swatch presents artist Brian Eno and his work "Neroli" in Madrid.**

**June 13 – Oct. 10: The 15th Biennale in Venice attracts thousands of visitors from all over the world. Japanese artist Yukinori Yanagi, whose work is on show in the "Aperto '93" exhibition, receives the Swatch Award for his work.**

**June 18: Swatch eyes now available in Hong Kong.**

**June 26 – July 7: Collectors from Italy, France and Germany set off on a Swatch Cruise in the Mediterranean.**

**July 28 – Oct. 16: Jean Michel Jarre's spectacular concert tour of Europe, with its hugely successful premiere in Mont Saint-Michel, France.**

**Aug. 14 – Oct. 15: The Swatch Mall Edition is on view at the Musée d'Horlogerie in Le Locle, Switzerland. All attendance records are smashed.**

**Aug. 23: Swatch is launched in China.**

**Aug. 27: The Swatch BeepUp is launched in Germany at the International Radio Communications Exhibition in Berlin.**

**Sept.: "Magic" Johnson makes big headlines at the Stop-watch launch in the USA.**

**Sept. 30: Passport '93: "Beyond Boundaries", San Francisco: Swatch is present at the USA's biggest fashion event and supports the Elizabeth Taylor Aids Foundation with the "Passport '93 Set", two watches designed by Jean-Charles de Castelbajac.**

**Sept. 30: Swatch Telecom presents the Swatch BeepUp and the Swatch Cellular to the Swiss media at the magic Factory in Schlieren.**

**Oct. 1: The Swatch Collectors family gets even bigger as Swatch Collectors of Swatch comes to the UK.**

---

Eröffnet wird die Ausstellung mit einem Defilee zeitgenössischer Mode von Jean-Charles de Castelbajac.
An drei Wochenenden reisen Mitglieder des Swatch Collectors Clubs nach Paris und lernen «Paris by Swatch» kennen.

25. Mai – 13. Juni: Swatch präsentiert in Madrid den Künstler Brian Eno und sein Werk «Neroli».

13. Juni – 10. Okt.: In Venedig wird die 15. Biennale eröffnet. Im Rahmen der Ausstellung «Aperto '93» wird der japanische Künstler Yukinori Yanagi für sein Kunstwerk mit dem Swatch Award ausgezeichnet.

18. Juni: Ab sofort gibt es Swatch eyes auch in Hongkong.

26. Juni – 7. Juli: Swatch sticht mit Collectors aus Italien, Frankreich und Deutschland zur Swatch Cruise im Mittelmeer in See.

28. Juli – 16. Okt.: Jean Michel Jarre startet in Mont Saint-Michel (Frankreich) seine spektakuläre Konzert-Tournee durch Europa.

14. Aug. – 15. Okt.: Die Swatch Mall Edition ist zu sehen im Musée d'Horlogerie in Le Locle, Schweiz. Sämtliche Besucherrekorde werden gebrochen.

23. Aug.: Swatch hält Einzug in China.

27. Aug.: Der Swatch BeepUp wird in Deutschland an der Internationalen Funkausstellung Berlin vorgestellt.

Sept.: «Magic Johnson» sorgt für Schlagzeilen bei der Stop-watch-Lancierung in den USA.

30. Sept.: Passport '93: «Beyond Boundaries», San Francisco: Swatch ist am grössten Fashion Event in den USA mit dabei. Mit dem «Passport '93-Set», den beiden Uhren von Jean-Charles de Castelbajac, unterstützt Swatch die Elizabeth Taylor Aids Foundation.

30. Sept.: Swatch Telecom präsentiert den Swatch BeepUp und das Swatch Cellular den Schweizer Medien in der Magic Factory in Schlieren.

1. Okt.: Die Familie der Swatch Collectors wird grösser: In England öffnet der Swatch Collectors of Swatch seine Pforten.

---

L'exposition est inaugurée par un défilé de mode contemporaine de Jean-Charles de Castelbajac. Lors de trois week-ends consécutifs, des membres du Swatch Collectors Club se rendent à Paris pour faire connaissance du «Paris by Swatch».

25 mai – 13 juin: Swatch présente l'artiste Brian Eno et son œuvre «Neroli» à Madrid.

13 juin – 10 oct.: Ouverture de la 15e Biennale de Venise. Dans le cadre de l'exposition «Aperto '93», l'artiste japonais Yukinori Yanagi reçoit la distinction du Swatch Award pour son œuvre d'art.

18 juin: A partir de ce jour-là, les Swatch eyes envahissent le marché de Hong Kong.

26 juin – 7 juil.: Avec des Collectors d'Italie, de France et d'Allemagne, Swatch prend la mer, en Méditerranée, pour la Swatch Cruise (croisière Swatch).

28 juil. – 16 oct.: Coup d'envoi, au Mont Saint-Michel en France, de la spectaculaire tournée européenne de concerts de Jean Michel Jarre.

14 août – 15 oct.: La «Swatch Mall Edition» est présentée au Musée d'Horlogerie au Locle, en Suisse, où elle bat tous les records d'entrée.

23 août: Swatch fait son entrée en Chine.

27 août: La Swatch BeepUp est présentée en Allemagne, à l'exposition internationale de la radio et de la télévision à Berlin (Internationale Funkausstellung).

Sept.: «Magic Johnson» fait la une à l'occasion du lancement de la Stop-watch aux USA.

30 sept.: Passport '93: «Beyond Boundaries», San Francisco: Swatch participe au plus grand «Fashion Event» des USA, événement majeur dans le monde de la mode. Avec le set «Passport '93», les deux montres créées par Jean-Charles de Castelbajac, Swatch apporte son soutien à la «Elizabeth Taylor Aids Foundation».

30 sept.: Swatch Télécom présente la Swatch BeepUp et le téléphone Swatch Cellular aux médias suisses, dans le cadre de la «Magic Factory» à Schlieren.

---

con una sfilata di moda contemporanea di Jean-Charles de Castelbajac.
Durante tre week-end, i membri degli Swatch Collectors Clubs si recano a Parigi, dove scoprono «Paris by Swatch».

25 mag. – 13 giu.: Swatch presenta a Madrid l'artista Brian Eno e la sua opera «Neroli».

13 giu. – 10 ott.: A Venezia si inaugura la 15esima Biennale. Nell'ambito dell'esposizione «Aperto '93», l'artista giapponese Yukinori Yanagi viene insignito dello Swatch Award per la sua opera.

18 giu.: Da subito, gli Swatch eyes sono in vendita anche a Hong Kong.

26 giu. – 7 lug.: Con Collectors italiani, francesi e tedeschi, Swatch salpa per la Swatch Cruise nel Mediterraneo.

28 lug. – 16 ott.: Jean Michel Jarre inizia a Mont Saint-Michel (Francia) la sua spettacolare tournée che lo porterà in tutta Europa.

14 ago. – 15 ott.: La Swatch Mall Edition e ospite del Musee d'Horlogerie di Le Locle, Svizzera. Vengono battuti tutti i record di visitatori.

23 ago.: Swatch viene lanciato in Cina.

27 ago.: Lo Swatch BeepUp viene presentato in Germania alla «Internationale Funkausstellung» di Berlino.

Sett.: Lo Stop-watch viene ufficialmente lanciato negli USA con un padrino d'eccezione: «Magic Johnson».

30 sett.: Passport '93: «Beyond Boundaries», San Francisco: Swatch partecipa al principale Fashion Event degli USA. Con set «Passport '93», che contiene due orologi di Jean-Charles de Castelbajac, Swatch sostiene l'Elizabeth Taylor Aids Foundation.

30 sett.: Swatch Telecom presenta lo Swatch BeepUp e il Swatch Cellular ai mass-media svizzeri alla Magic Factory di Schlieren.

1° ott.: La famiglia degli Swatch Collectors si ingrandisce: viene fondato lo Swatch Collectors of Swatch inglese.

000664

**SWATCH CHRONOLOGY**

**Oct. 4:** The Swatch Trésor Magique, the first Swatch with a platinum case and crown, is traded on the New York Mercantile Exchange (NYMEX) and launched at the official price of $1618.–.

**Oct. 23:** Dr. Swatch gives first-aid in Lucerne, Switzerland.

**Nov.:** Swatch causes traffic jams in Ireland when a bathing beauty presents the new Winter 1993 Collection on the main road.

**Nov. 7:** The Spirit of Biel-Bienne III starts out on the third World Solar Challenge on the legendary Stuart Highway from Darwin to Adelaide, Australia. The six winners of the Solar Race competition organized by SCOS promise there to give Swatch on-the-spot support.

**Nov. 30:** One of the year's big surprises: Swatch is appointed official timekeeper at the 1996 summer Olympics in Atlanta. Nicolas G. Hayek announces the news at an International press conference held at the Olympic Museum in Lausanne.

**Dec.:** A new Swatch product line, the Swatch AquaChrono, is launched in Germany, France, Italy and Switzerland.
Total Swatch production now stands at well over 130 million.

**4. Okt.:** Die Swatch Trésor Magique, die erste Swatch mit Platingehäuse und -krone, wird an der NYMEX (New York Mercantile Exchange) gehandelt und zum offiziellen Preis von US$ 1618.– lanciert.

**23.Okt.:** Dr. Swatch leistet Erste Hilfe in Luzern, Schweiz.

**Nov.:** In Irland sorgt Swatch einmal mehr für starkes Verkehrsaufkommen. Die Winter-Kollektion 1993 wird von einer Badenixe auf dem «Highway» vorgestellt.

**7.Nov.:** Die Spirit of Biel-Bienne III startet zum 3. World Solar Challenge auf dem legendären Stuart Highway von Darwin nach Adelaide, Australien. 6 Gewinner des SCOS-Wettbewerbs rund um das Solar Race in Australien unterstützen das Schweizer Team vor Ort.

30. Nov.: Die Nachricht kam überraschend. Swatch ist offizieller Zeitnehmer an den olympischen Sommerspielen 1996 in Atlanta. Dies kündigte Nicolas G. Hayek an der internationalen Pressekonferenz im Olympischen Museum in Lausanne an. Wait and see!

Dez.: Eine neue Swatch-Produktlinie, Swatch AquaChrono, wird in Deutschland, Frankreich, Italien und der Schweiz vorgestellt.
Die Gesamtproduktion von 130 Mio. Swatch ist deutlich überschritten.

*1er oct.: La famille des Swatch Collectors s'agrandit. Un club Swatch Collectors of Swatch ouvre ses portes en Angleterre.*

*4 oct.: La Swatch Trésor Magique, la première Swatch avec boîtier et couronne en platine, se négocie à la bourse NYMEX (New York Mercantile Exchange) et y est lancée au prix de US$1618.–.*

*23 oct.: Docteur Swatch est à Lucerne, en Suisse, pour apporter les premiers soins (réparations).*

*Nov.: En Irlande, Swatch est une fois de plus à l'origine d'une recrudescence du trafic. La collection hiver 1993 est présentée sur le «highway» par une beauté en maillot de bain.*

*7 nov.: En Australie, le véhicule solaire Spirit of Biel-Bienne III est au départ du troisième World Solar Challenge, sur la légendaire Stuart Highway de Darwin à Adélaïde. Six gagnants du concours SCOS sur le Solar Race en Australie sont sur place et apportent leur soutien à l'équipe suisse.*

*30 nov.: La nouvelle est tombée par surprise. Swatch est chronométreur officiel aux Jeux Olympiques d'été 1996 à Atlanta. C'est ce qu'a annoncé Nicolas G. Hayek lors de la conférence de presse internationale au Musée Olympique à Lausanne. Wait and see!*

*Déc.: Une nouvelle ligne de produits Swatch, la Swatch Aqua-Chrono, est présentée en Allemagne, en France, en Italie et en Suisse.
La production globale de Swatch dépasse nettement les 130 millions de pièces.*

*4 ott.: Lo Swatch Trésor Magique, il primo Swatch con la cassa e la corona di platino, viene trattato alla NYMEX (New York Mercantile Exchange) e lanciato al prezzo ufficiale di US$1618.*

*23 ott.: Dr. Swatch presta la sua assistenza a Lucerna, Svizzera.*

*Nov.: Swatch manda in tilt anche il traffico. In Irlanda, la collezione Inverno 1993 viene presentata da una bagnante su una «highway».*

*7 nov.: Lo Spirit of Biel-Bienne III partecipa alla terza World Solar Challenge sulla leggendaria Stuart Highway da Darwin a Adelaide, Australia. I 6 vincitori del concorso SCOS sulla Solar Race sostengono il team svizzero in loco.*

*30 nov.: La notizia ha sorpreso tutti: Swatch sarà il cronometrista ufficiale dei Giochi Olimpici estivi del 1996 ad Atlanta. L'annuncio è stato dato da Nicolas G. Hayek in occasione di una conferenza stampa internazionale al Museo Olimpico di Losanna. Wait and see!*

*Dic.: Una nuova linea di prodotti, gli Swatch AquaChrono, viene presentata in Germania, Francia, Italia e Svizzera.
Viene ampiamente superato il tetto di 130 milioni di Swatch prodotti.*

**1994**  **Feb.:** Phil Glass becomes the second composer after Jean Michel Jarre to create a melody for the Swatch MusiCall.

**March 4:** Swatch and Mercedes-Benz sign an agreement in Stuttgart and jointly found MCC, the company that will turn the project into reality.

**Easter:** Launch of the first Swatch Easter Special. Called "Eggsdream", it is manufactured in a limited edition of 33,333 and sold via competitions and at special events worldwide.

**April 27:** In Drumnadrochit, Scotland, rumour is rife that an

Febr.: Phil Glass ist nach Jean Michel Jarre der zweite Komponist der Swatch MusiCall.

4. März: In Stuttgart wird der Vertrag von Swatch mit Mercedes-Benz unterzeichnet. Die gemeinsam gegründete Firma MCC wird das Projekt des Swatch Mobils in die Tat umsetzen.

Ostern: Der erste Swatch Easter Special wird lanciert. Er heisst «Eggsdream» und kommt in limitierter Auflage von 33333 Ex. über Wettbewerbe und spezielle Aktionen in den Verkauf.

27. April: Im schottischen Drumnadrochit geht das Gerücht, dass

*Fév.: Après Jean Michel Jarre, Phil Glass est le deuxième compositeur de la Swatch MusiCall.*

*4 mars: Le contrat entre Swatch et Mercedes-Benz est signé à Stuttgart. L'entreprise MCC fondée en commun va concrétiser le projet de la voiture Swatch.*

*Pâques: Lancement de la première Swatch Easter Special. Elle s'appelle «Eggsdream» et est mise en vente au niveau mondial en édition limitée de 33333 exemplaires dans le cadre de divers concours et actions spéciales.*

*27 avril: La rumeur circule à Drumnadrochit, en Écosse, que*

*Feb.: Dopo Jean Michel Jarre, Phil Glass è il secondo compositore a creare una melodia per Swatch MusiCall.*

*4 mar.: A Stoccarda viene firmato l'accordo tra Swatch e Mercedes-Benz per la costituzione della MMC, il gruppo chiamato a realizzare il progetto della Swatch Mobil.*

*Pasqua: Viene lanciato il primo Swatch Easter Special. Si chiama «Eggsdream», ha una tiratura di soli 33333 esemplari per tutto il mondo e viene venduto nel quadro di concorsi e iniziative speciali.*

00050

Unidentified Floating Object has surfaced in the waters of Loch Ness. Upon retrieval, it turns out to be the "Swatch Aqua Chrono". The Swatch Submarine, originally used to search for the mysterious object, now takes inquisitive tourists on diving tours of the loch.

**May 20:** Italian Pop Artist Mimmo Rotella creates "Marilyn" and "Bengala", two Art Specials for Swatch. Available as a set, they are manufactured in two limited editions of 22,222 pieces each, and launched at openings in Milan, Paris, Cologne and New York.

**June 17:** The International Olympic Committee celebrates its 100th anniversary. The Swatch Chrono "IOC 100", created to commemorate the occasion, goes on sale. Part of the proceeds is channelled into youth sports projects.

**Aug. 13:** The Spirit of Biel-Bienne 3 sets up a new world speed record for solar-powered vehicles of 82.59 kph (51.44 mph) on Michelin's testing strip in Almeria (Spain).

**Sept. 10:** With the launch of the "Swatch Historical Olympic Games Collection" at the Swatch Centennial Race in Selinunte (Sicily), Swatch proudly announces its selection as Official Timekeeper of the Summer Olympic Games in Atlanta. Eight well-known Olympic contestants take part in a nerve-jangling chariot race that is broadcast live to an International audience of millions.

**Sept.:** "Next Stop Atlanta", an exhibition designed to put the world in the right mood for the Olympic Games in Atlanta and organized jointly with the Atlanta Committee for the Olympic Games, starts out on a world tour.

**Autumn:** As a logical extension to the range, Swatch announces the launch of its first metal watch. The "Swatch Irony" represents the beginning of a new era in Swatch history in the USA, Switzerland, Germany and Italy.

**Dec.:** The Swatch Scuba reappears as the "Loomi" and notches up major sales in the pre-Christmas rush.

im sagenumwobenen Loch Ness ein Unidentified Object aufgetaucht ist. Es wird geborgen und entpuppt sich als «Swatch Aqua Chrono». Das Swatch Submarine, das zur Suche nach dem Objekt eingesetzt worden war, wird für Tauchfahrten mit neugierigen Touristen eingesetzt.

**20. Mai:** Der italienische POP Art Künstler Mimmo Rotella kreiert für Swatch die beiden Art Specials «Marilyn» und «Bengala». Sie kommen im Set in einer numerierten Auflage von je 22222 Ex. und werden in Mailand, Paris, Köln und New York an einer Vernissage lanciert.

**17. Juni:** Das Internationale Olympische Komitee wird hundertjährig. Der zum Geburtstag lancierte Swatch Chrono «IOC 100» kommt in den Verkauf. Ein Teil des Erlöses wird zur Unterstützung von Jugend-Sportprojekten ausgesetzt.

**13. Aug.:** Die Spirit of Biel-Bienne 3 stellt einen neuen Weltrekord auf und überbietet auf dem Testgelände von Michelin in Almeria (Spanien) mit 82,59 km/h die mit einem Solarantrieb je gefahrene Höchstgeschwindigkeit.

**10. Sept.:** Mit dem Swatch Centennial Race in Selinunte (Sizilien) stellt sich Swatch mit der «Swatch Historical Olympic Games Collection» als Offizieller Zeitnehmer der Olympischen Sommerspiele in Atlanta vor. Acht Olympia-Teilnehmer aus acht verschiedenen Ländern liefern sich mit Pferdewagen einen spannenden Wettkampf, der live über internationale Fernsehkanäle geht.

**Sept.:** Eine Ausstellung geht um die Welt und bereitet auf die Olympischen Spiele in Atlanta vor. Sie läuft unter dem Titel «Next Stop Atlanta» und entstand in Zusammenarbeit mit dem Atlanta Committee for the Olympic Games.

**Herbst:** Swatch bringt als logische Erweiterung des Sortiments die erste Metall-Uhr. Die «Swatch Irony»-Kollektion kündet in den USA, in der Schweiz, in Deutschland und Italien eine neue Epoche in der Swatch-Geschichte an.

**Dez.:** Die Swatch Scuba kommt als «Loomi» und belebt das Weihnachtsgeschäft.

dans le légendaire Loch Ness, un «unidentified object» aurait fait son apparition. Il est repêché et s'avère être une «Swatch Aqua Chrono». Le sous-marin Swatch, qui était parti à la recherche du mystérieux objet, plonge dans les profondeurs avec des touristes curieux à son bord.

**20 mai:** Mimmo Rotella, l'artiste italien de POP Art, crée pour Swatch les deux Art Specials «Marilyn» et «Bengala». Elles arrivent sous forme de set dans une édition numérotée de 22222 exemplaires chacune et sont lancées à Milan, Paris, Cologne et New York dans le cadre d'un vernissage.

**17 juin:** Le Comité International Olympique a cent ans. La Swatch Chrono «IOC 100» lancée lors de ce centenaire arrive sur le marché. Les bénéfices sont en partie alloués à la promotion de projets sportifs en faveur de la jeunesse.

**13 août:** Le véhicule solaire «Spirit of Biel-Bienne 3» établit un nouveau record mondial en battant avec 82,59km/h la vitesse la plus élevée jamais atteinte avec la seule énergie solaire. L'essai a lieu sur le circuit Michelin à Almeria (Espagne)

**10 sept.:** Avec le Swatch Centennial Race à Selinunte (Sicile), Swatch se présente en sa qualité de chronométreur officiel des jeux Olympiques d'Atlanta avec la «Swatch Historical Olympic Games Collection». Huit participants aux Olympiades de huit pays différents se livrent un combat acharné avec des chars tirés par des chevaux dans le cadre d'une compétition retransmise en direct sur des chaines de télévision internationales.

**Sept.:** Une exposition préparant aux jeux Olympiques d'Atlanta fait le tour du monde. Son titre est «Next Stop Atlanta» et elle a été mise sur pied en collaboration avec le «Atlanta Committee for the Olympic Games».

**Automne:** En tant que complément logique de son assortiment, Swatch sort sa première montre métallique. La collection «Swatch Irony» annonce aux USA, en Suisse, en Allemagne et en Italie une ère nouvelle dans l'histoire Swatch.

**Déc.:** La Swatch Scuba vient sous forme de «Loomi», animant les ventes de Noël.

**27 apr.:** Nella località scozzese di Drumnadrochit, gira la voce che nel misterioso lago di Loch Ness sia stato avvistato un oggetto non meglio identificato che, dopo essere stato rinvenuto, si rivela essere uno «Swatch Aqua Chrono». Lo Swatch Submarine, utilizzato per le ricerche, viene messo a disposizione dei turisti per escursioni subacquee.

**20 mag.:** L'artista italiano Mimmo Rotella, esponente della POP Art, crea per Swatch i due Art Specials «Marilyn» e «Bengala». Si presentano in coppia, sono prodotti in una tiratura limitata di 22222 esemplari l'uno e vengono lanciati a Milano, Parigi, Colonia e New York in occasione di uno speciale vernissage.

**17 giu.:** Il Comitato Internazionale Olimpico compie cento anni. Per l'occasione viene creato lo Swatch Chrono «IOC 100». Una parte del ricavato della vendita viene devoluto a progetti sportivi a favore della gioventù.

**13 ago:** La «Spirit of Biel-Bienne 3» stabilisce un nuovo record mondiale e. sulla pista di test della Michelin a Almeria (Spagna), con 82.59km/h raggiunge la velocità massima mai ottenuta con un motore a energia solare.

**10 sett.:** Nel quadro della «Swatch Centennial Race» a Selinunte (Sicilia), con la «Swatch Historical Olympic Games Collection». Swatch si presenta quale cronometrista ufficiale dei Giochi Olimpici estivi di Atlanta. Otto atleti olimpici provenienti da otto paesi si misurano in un'avvincente corsa con le bighe, trasmessa in diretta dai canali televisivi di tutto il mondo.

**Sett.:** «Next Stop Atlanta», un'esposizione in vista delle Olimpiadi di Atlanta nata in collaborazione con l'«Atlanta Committee for the Olympic Games», inizia la sua tournée in tutto il mondo.

**Autunno:** Quale logico ampliamento dell'assortimento Swatch lancia il primo orologio di metallo. «Swatch Irony», che negli USA, in Svizzera, Germania e Italia segna l'inizio di una nuova era nella storia Swatch.

**Dic.:** Per illuminare il periodo natalizio, lo Swatch Scuba si presenta in versione «Loomi».

000666

english                                                                                  NEW CHRONOLOGY

**Christmas:** French fashion designer Christian Lacroix creates the 1994 Swatch Christmas Special. "Xmas by XianLax" is available in a limited edition of 22,222 pieces and creates a furore among fashion victims and Swatch collectors alike.

**Christmas:** Für den Swatch X-mas Special 1994 zeichnet der französische Mode-Designer Christian Lacroix verantwortlich. Der nicht nur unter Fashion Victims heiss begehrte Special heisst «Xmas by XianLaX» und kommt in einer Auflage von 22222 Ex.

**Noël:** C'est le créateur de mode français Christian Lacroix qui signe la Swatch X-mas Special 1994. Ce modèle Special très recherché, non seulement dans le monde de la mode d'ailleurs, s'appelle «Xmas by XianLaX» et arrive dans une édition limitée de 22222 exemplaires.

**Natale:** Lo Swatch X-mas Special 1994 è opera dello stilista francese Christian Lacroix. Ambito non solo dagli appassionati di moda, viene battezzato «Xmas by XianLaX» ed è prodotto in una tiratura di 22222 esemplari.

---

1995

**Feb. 14:** "For Your Heart Only", the first Valentine's Special in Swatch history.

**March 1:** Nicolas G. Hayek addresses the United Nations in New York and presents the Swatch UNlimited, commissioned by the UN to mark its 50th anniversary.

**March 1:** The English percussion group Stomp, en route from the USA to Japan, gives an exclusive concert for Swatch in Munich.

**March 21:** The first day of spring sees the launch of the Swatch Solar range, with three models that take the power they need to keep running from virtually any light source.

**Spring:** The "100 Years of Cinema" Collection is launched to commemorate a century of the movies. Akira Kurosawa, Pedro Almodóvar and Robert Altman each create a watch for Swatch. Each model is manufactured in a limited edition of 36,500, of which 5555 are available as a specially packaged set containing a mini movie by each of the three directors. These are sold in various Swatch markets at cinema-related events.

**May 17:** The "Smart Swatch Car – Concept by Mercedes-Benz" is presented to the press in Sarreguemines, France. The vehicle is an SMH/Mercedes-Benz joint venture, with Swatch taking responsibility for the hybrid and electrical engines.

**May 24:** While visiting Nicolas G. Hayek privately, German Chancellor Helmut Kohl proves that the "Smart Swatch Car – Concept by Mercedes-Benz" has plenty of room, even for one of the world's greatest statesmen.

**June 15:** In Budapest Nicolas G. Hayek presents Juan Antonio Samaranch, the President of the International Olympic Committee, with a cheque for US $1 million to promote youth sports projects.

**14. Feb.:** Erster Valentines Special in der Swatch-Geschichte: «For Your Heart Only».

**1. März:** Nicolas G. Hayek spricht vor den Vereinten Nationen in New York und stellt die Swatch «UNlimited» vor, die von der UNO zum 50. Geburtstag in Auftrag gegeben wurde.

**1. März:** Die englische Percussion Gruppe «Stomp» gibt auf dem Weg von USA nach Japan exklusiv für Swatch in München ein Konzert.

**21. März:** Pünktlich zum Frühlingsanfang kommt in 3 Modellen erstmals die «Swatch Solar», die ihre Energie von der Sonne bezieht.

**Frühjahr:** Zur Feier von 100 Jahre Kino wird die «100 Years of Cinema» Collection lanciert. Akira Kurosawa, Pedro Almodóvar und Robert Altman haben für Swatch je eine Uhr kreiert. Pro Uhr werden 36500 Ex. produziert, wovon je 5555 als Special Packaging mit je einem Mini-Film der drei Regisseure in verschiedenen Swatch Märkten anlässlich von Kino-Events verkauft werden.

**17. Mai:** In Sarreguemines wird der «Smart Swatch Car – Concept by Mercedes-Benz» der Presse vorgestellt – das Produkt des Joint Ventures zwischen SMH und Mercedes-Benz, wobei die SMH für die Entwicklung der Hybridresp. Elektromotores verantwortlich zeichnet.

**24. Mai:** Der Deutsche Bundeskanzler Helmut Kohl liefert anlässlich eines privaten Besuches bei Nicolas G. Hayek den Beweis, dass im «Smart Swatch Car – Concept by Mercedes-Benz» sogar die Grossen der Welt Platz haben.

**15. Juni:** Nicolas G. Hayek überreicht in Budapest Juan Antonio Samaranch, dem Präsidenten des Internationalen Olympischen Komitee einen Scheck über

**14 fév.:** Pour la première fois dans l'histoire de Swatch, une Special pour la Saint-Valentin: «For Your Heart Only».

**1er mars:** Nicolas G. Hayek prend la parole devant l'Organisation des Nations unies à New York et présente la Swatch «UNlimited», mandat qui lui a été confié à l'occasion du cinquantenaire de l'organisation.

**1er mars:** A Munich, en route des USA vers le Japon, le groupe de percussionnistes anglais «Stomp» donne un concert exclusif pour Swatch.

**21 mars:** Ponctuelle pour le début du printemps, voici pour la première fois, sous forme de trois modèles, la «Swatch Solar» qui tire son énergie du soleil.

**Printemps:** Lancement de la collection «100 Years of Cinema» pour fêter le centenaire du cinéma. Akira Kurosawa, Pedro Almodóvar et Robert Altman ont chacun créé une montre pour Swatch. 36500 exemplaires de chaque modèle ont été produits, dont 5555 de chaque ont été vendus dans divers marchés Swatch à l'occasion d'événements cinématographiques sous forme d'emballage spécial contenant un mini-film des trois régisseurs.

**17 mai:** A Sarreguemines, le «Smart Swatch Car – Concept by Mercedes Benz» a été présenté à la presse. Il s'agit du produit du joint-venture entre SMH et Mercedes Benz, dans le cadre duquel la SMH est responsable du développement du moteur hybride, respectivement électrique.

**24 mai:** A l'occasion d'une visite privée chez Nicolas G. Hayek, le chancelier allemand Helmut Kohl apporte la preuve que même les grands de ce monde trouvent place dans le «Smart Swatch Car – Concept by Mercedes-Benz».

**15 juin:** A Budapest, Nicolas G. Hayek remet à Juan Antonio

**14 feb.:** Viene lanciato il primo Valentines Special della storia Swatch: «For Your Heart Only».

**1° mar.:** Nicolas G. Hayek parla davanti alle Nazioni Unite a New York e presenta «UNlimited», uno Swatch commissionato dall'ONU in occasione del suo cinquantenario.

**1°_mar.:** Durante la trasferta dagli USA al Giappone, il gruppo di percussionisti inglese «Stomp» fa tappa a Monaco per tenere un concerto in esclusiva per Swatch.

**21 mar.:** Puntuale per l'inizio della primavera, ecco il primo «Swatch Solar» proposto in tre modelli, tutti alimentati dall'energia solare.

**Primavera:** Per festeggiare i 100 anni del cinema, viene lanciata la collezione «100 Years of Cinema». Akira Kurosawa, Pedro Almodóvar e Robert Altman creano per Swatch un orologio ciascuno, prodotto in 36500 esemplari. Di ogni modello, 5500 esemplari vengono venduti in occasione di speciali eventi cinematografici in un cofanetto contenente anche un «minimetraggio» dei tre registi.

**17 mag.:** A Sarreguemines viene presentata alla stampa la «Smart Swatch Car – Concept by Mercedes-Benz» – il frutto della joint-venture tra la SMH e Mercedes-Benz – nel cui contesto la SMH è responsabile dello sviluppo dei motori ibrido e elettrico.

**24 mag.:** In occasione di una visita privata a Nicolas G. Hayek, il cancelliere tedesco Helmut Kohl dimostra che nella «Smart Swatch Car – Concept by Mercedes-Benz» trovano comodamente posto anche i grandi di questo mondo.

**15 giu.:** A Budapest, Nicolas G. Hayek consegna a Juan Antonio Samaranch, il presidente del Comitato internazionale Olimpico. un assegno di oltre un milione di dollari provenienti dalla vendita

| English | Deutsch | Français | Italiano |
|---|---|---|---|

**Unidentified Floating Object has surfaced in the waters of Loch Ness.** Upon retrieval, it turns out to be the "Swatch Aqua Chrono". The Swatch Submarine, originally used to search for the mysterious object, now takes inquisitive tourists on diving tours of the loch.

**May 20: Italian Pop Artist Mimmo Rotella creates "Marilyn" and "Bengala", two Art Specials for Swatch.** Available as a set, they are manufactured in two limited editions of 22,222 pieces each, and launched at openings in Milan, Paris, Cologne and New York.

**June 17: The International Olympic Committee celebrates its 100th anniversary.** The Swatch Chrono "IOC 100", created to commemorate the occasion, goes on sale. Part of the proceeds is channelled into youth sports projects.

**Aug. 13: The Spirit of Biel-Bienne 3 sets up a new world speed record for solar-powered vehicles of 82.59 kph (51.44 mph) on Michelin's testing strip in Almeria (Spain).**

**Sept. 10: With the launch of the "Swatch Historical Olympic Games Collection" at the Swatch Centennial Race in Selinunte (Sicily), Swatch proudly announces its selection as Official Timekeeper of the Summer Olympic Games in Atlanta.** Eight well-known Olympic contestants take part in a nerve-jangling chariot race that is broadcast live to an international audience of millions.

**Sept.: "Next Stop Atlanta", an exhibition designed to put the world in the right mood for the Olympic Games in Atlanta and organized jointly with the Atlanta Committee for the Olympic Games, starts out on a world tour.**

**Autumn: As a logical extension to the range, Swatch announces the launch of its first metal watch.** The "Swatch Irony" represents the beginning of a new era in Swatch history in the USA, Switzerland, Germany and Italy.

**Dec.: The Swatch Scuba reappears as the "Loomi" and notches up major sales in the pre-Christmas rush.**

---

im sagenumwobenen Loch Ness ein Unidentified Object aufgetaucht ist. Es wird geborgen und entpuppt sich als «Swatch Aqua Chrono». Das Swatch Submarine, das zur Suche nach dem Objekt eingesetzt worden war, wird für Tauchfahrten mit neugierigen Touristen eingesetzt.

**20. Mai:** Der italienische POP Art Künstler Mimmo Rotella kreiert für Swatch die beiden Art Specials «Marilyn» und «Bengala». Sie kommen im Set in einer numerierten Auflage von je 22222 Ex. und werden in Mailand, Paris, Köln und New York an einer Vernissage lanciert.

**17. Juni:** Das Internationale Olympische Kommitee wird hundertjährig. Der zum Geburtstag lancierte Swatch Chrono «IOC 100» kommt in den Verkauf. Ein Teil des Erlöses wird zur Unterstützung von Jugend-Sportprojekten ausgesetzt.

**13. Aug.:** Die Spirit of Biel-Bienne 3 stellt einen neuen Weltrekord auf und überbietet auf dem Testgelände von Michelin in Almeria (Spanien) mit 82,59 km/h die mit reinem Solarantrieb je gefahrene Höchstgeschwindigkeit.

**10. Sept.:** Mit dem Swatch Centennial Race in Selinunte (Sizilien) stellt sich Swatch mit der «Swatch Historical Olympic Games Collection» als Offizieller Zeitnehmer der Olympischen Sommerspiele in Atlanta vor. Acht Olympia-Teilnehmer aus acht verschiedenen Ländern liefern sich mit Pferdewagen einen spannenden Wettkampf, der live über internationale Fernsehkanäle geht.

**Sept.:** Eine Ausstellung geht um die Welt und bereitet auf die Olympischen Spiele in Atlanta vor. Sie läuft unter dem Titel «Next Stop Atlanta» und entstand in Zusammenarbeit mit dem Atlanta Committee for the Olympic Games.

**Herbst:** Swatch bringt als logische Erweiterung des Sortiments die erste Metall-Uhr. Die «Swatch Irony»-Kollektion kündet in den USA, in der Schweiz, in Deutschland und Italien eine neue Epoche in der Swatch-Geschichte an.

**Dez.:** Der Swatch Scuba kommt als «Loomi» und belebt das Weihnachtsgeschäft.

---

dans le légendaire Loch Ness, un «unidentified object» aurait fait son apparition. Il est repéché et s'avère être une «Swatch Aqua Chrono». Le sous-marin Swatch, qui était parti à la recherche du mystérieux objet, plonge dans les profondeurs avec des touristes curieux à son bord.

**20 mai:** Mimmo Rotella, l'artiste italien de POP Art, crée pour Swatch les deux Art Specials «Marilyn» et «Bengala». Elles arrivent sous forme de set dans une édition numérotée de 22222 exemplaires chacune et sont lancées à Milan, Paris, Cologne et New York dans le cadre d'un vernissage.

**17 juin:** Le Comité International Olympique a cent ans. La Swatch Chrono «IOC 100» lancée lors de ce centenaire arrive sur le marché. Les bénéfices sont en partie alloués à la promotion de projets sportifs en faveur de la jeunesse.

**13 août:** Le véhicule solaire «Spirit of Biel-Bienne 3» établit un nouveau record mondial en battant avec 82,59 km/h la vitesse la plus élevée jamais atteinte avec la seule énergie solaire. L'essai a lieu sur le circuit Michelin à Almeria (Espagne)

**10 sept.:** Avec le Swatch Centennial Race à Selinunte (Sicile), Swatch se présente en sa qualité de chronométreur officiel des jeux Olympiques d'Atlanta avec la «Swatch Historical Olympic Games Collection». Huit participants aux Olympiades de huit pays différents se livrent un combat acharné avec des chars tirés par des chevaux dans le cadre d'une compétition retransmise en direct sur des chaînes de télévision internationales.

**Sept.:** Une exposition préparant aux jeux Olympiques d'Atlanta fait le tour du monde. Son titre est «Next Stop Atlanta» et a été mise sur pied en collaboration avec le «Atlanta Committee for the Olympic Games».

**Automne:** En tant que complément logique de son assortiment, Swatch sort sa première montre métallique. La collection «Swatch Irony» annonce aux USA, en Suisse, en Allemagne et en Italie une ère nouvelle dans l'histoire Swatch.

**Déc.:** La Swatch Scuba vient sous forme de «Loomi», animant les ventes de Noël.

---

**27 apr.:** Nella località scozzese di Drumnadrochit, gira la voce che nel misterioso lago di Loch Ness sia stato avvistato un oggetto non meglio identificato che, dopo essere stato rinvenuto, si rivela essere uno «Swatch Aqua Chrono». Lo Swatch Submarine, utilizzato per le ricerche, viene messo a disposizione dei turisti per escursioni subacquee.

**20 mag.:** L'artista italiano Mimmo Rotella, esponente della POP Art, crea per Swatch i due Art Specials «Marilyn» e «Bengala». Si presentano in coppia, sono prodotti in una tiratura limitata di 22222 esemplari l'uno e vengono lanciati a Milano, Parigi, Colonia e New York in occasione di uno speciale vernissage.

**17 giu.:** Il Comitato internazionale Olimpico compie cento anni. Per l'occasione viene creato lo Swatch Chrono «IOC 100». Una parte del ricavato della vendita viene devoluta a progetti sportivi a favore della gioventù.

**13 ago:** La Spirit of Biel-Bienne 3 stabilisce un nuovo record mondiale e, sulla pista di test della Michelin a Almeria (Spagna), con 82,59km/h raggiunge la velocità massima mai ottenuta con un motore a energia solare.

**10 sett.:** Nel quadro della «Swatch Centennial Race» a Selinunte (Sicilia), con la «Swatch Historical Olympic Games Collection», Swatch si presenta quale cronometrista ufficiale dei Giochi Olimpici estivi di Atlanta. Otto atleti olimpici provenienti da otto paesi si misurano in un avvincente corsa con le bighe, trasmessa in diretta dai canali televisivi di tutto il mondo.

**Sett.:** «Next Stop Atlanta», un esposizione in vista delle Olimpiadi di Atlanta nata in collaborazione con l'«Atlanta Committee for the Olympic Games», inizia la sua tournée in tutto il mondo.

**Autunno:** Quale logico ampliamento dell'assortimento Swatch lancia il primo orologio di metallo. «Swatch Irony», che negli USA, in Svizzera, Germania e Italia segna l'inizio di una nuova era nella storia Swatch.

**Dic.:** Per illuminare il periodo natalizio, lo Swatch Scuba si presenta in versione «Loomi».

000668

**Christmas:** French fashion designer Christian Lacroix creates the 1994 Swatch Christmas Special. "Xmas by XianLaX" is available in a limited edition of 22,222 pieces and creates a furore among fashion victims and Swatch collectors alike.

**Christmas:** Für den Swatch X-mas Special 1994 zeichnet der französische Mode-Designer Christian Lacroix verantwortlich. Der nicht nur unter Fashion Victims heiss begehrte Special heisst «Xmas by XianLaX» und kommt in einer Auflage von 22 222 Ex.

*Noël: C'est le créateur de mode français Christian Lacroix qui signe la Swatch X-mas Special 1994. Ce modèle Special très recherché, non seulement dans le monde de la mode d'ailleurs, s'appelle «Xmas by XianLaX» et arrive dans une édition limitée de 22 222 exemplaires.*

*Natale: Lo Swatch X-mas Special 1994 è opera dello stilista francese Christian Lacroix. Ambito non solo dagli appassionati di moda, viene battezzato «Xmas by XianLaX» ed è prodotto in una tiratura di 22 222 esemplari.*

---

**1995**

**Feb. 14:** "For Your Heart Only", the first Valentine's Special in Swatch history.

**March 1:** Nicolas G. Hayek addresses the United Nations in New York and presents the Swatch UNlimited, commissioned by the UN to mark its 50th anniversary.

**March 1:** The English percussion group Stomp, en route from the USA to Japan, gives an exclusive concert for Swatch in Munich.

**March 21:** The first day of spring sees the launch of the Swatch Solar range, with three models that take the power they need to keep running from virtually any light source.

**Spring:** The "100 Years of Cinema" Collection is launched to commemorate a century of the movies. Akira Kurosawa, Pedro Almodóvar and Robert Altman each create a watch for Swatch. Each model is manufactured in a limited edition of 36,500, of which 5555 are available as a specially packaged set containing a mini movie by each of the three directors. These are sold in various Swatch markets at cinema-related events.

**May 17:** The "Smart Swatch Car – Concept by Mercedes-Benz" is presented to the press in Sarreguemines, France. The vehicle is an SMH/Mercedes-Benz joint venture, with Swatch taking responsibility for the hybrid and electrical engines.

**May 24:** While visiting Nicolas G. Hayek privately, German Chancellor Helmut Kohl proves that the "Smart Swatch Car – Concept by Mercedes-Benz" has plenty of room, even for one of the world's greatest statesmen.

**June 15:** In Budapest Nicolas G. Hayek presents Juan Antonio Samaranch, the President of the International Olympic Committee, with a cheque for US $1 million to promote youth sports projects.

**14. Feb.:** Erster Valentines Special in der Swatch-Geschichte: «For Your Heart Only».

**1. März:** Nicolas G. Hayek spricht vor den Vereinten Nationen in New York und stellt die Swatch «UNlimited» vor, die von der UNO zum 50. Geburtstag in Auftrag gegeben wurde.

**1. März:** Die englische Percussion Gruppe «Stomp» gibt auf dem Weg von USA nach Japan exklusiv für Swatch in München ein Konzert.

**21. März:** Pünktlich zum Frühlingsanfang kommt in 3 Modellen erstmals die «Swatch Solar», die ihre Energie von der Sonne bezieht.

**Frühjahr:** Zur Feier von 100 Jahre Kino wird die «100 Years of Cinema» Collection lanciert. Akira Kurosawa, Pedro Almodóvar und Robert Altman haben für Swatch je eine Uhr kreiert. Pro Uhr wurden 36 500 Ex. produziert, wovon je 5555 als Special Packaging mit je einem Mini-Film der drei Regisseure in verschiedenen Swatch Märkten anlässlich von Kino-Events verkauft werden.

**17. Mai:** In Sarreguemines wird der «Smart Swatch Car – Concept by Mercedes-Benz» der Presse vorgestellt – das Produkt des Joint Ventures zwischen SMH und Mercedes-Benz, wobei die SMH für die Entwicklung des Hybrid-resp. Elektromotores verantwortlich zeichnet.

**24. Mai:** Der Deutsche Bundeskanzler Helmut Kohl liefert anlässlich eines privaten Besuches bei Nicolas G. Hayek den Beweis, dass im «Smart Swatch Car – Concept by Mercedes-Benz» sogar die Grossen der Welt Platz haben.

**15. Juni:** Nicolas G. Hayek überreicht in Budapest Juan Antonio Samaranch, dem Präsidenten des Internationalen Olympischen Kommittee einen Scheck über

*14 fév.: Pour la première fois dans l'histoire de Swatch, une Special pour la Saint-Valentin: «For Your Heart Only».*

*1er mars: Nicolas G. Hayek prend la parole devant l'Organisation des Nations unies à New York et présente la Swatch «UNlimited», mandat qui lui a été confié à l'occasion du cinquantenaire de l'organisation.*

*1er mars: A Munich, en route des USA vers le Japon, le groupe de percussionnistes anglais «Stomp» donne un concert exclusif pour Swatch.*

*21 mars: Ponctuelle pour le début du printemps, voici pour la première fois, sous forme de trois modèles, la «Swatch Solar» qui tire son énergie du soleil.*

*Printemps: Lancement de la collection «100 Years of Cinema» pour fêter le centenaire du cinéma. Akira Kurosawa, Pedro Almodóvar et Robert Altman ont chacun créé une montre pour Swatch. 36500 exemplaires de chaque modèle ont été produits, dont 5555 de chaque sont été vendus dans divers marchés Swatch à l'occasion d'événements cinématographiques sous forme d'emballage spécial contenant un mini-film des trois régisseurs.*

*17 mai: A Sarreguemines, le «Smart Swatch Car – Concept by Mercedes Benz» a été présenté à la presse. Il s'agit du produit du joint-venture entre SMH et Mercedes Benz, dans le cadre duquel la SMH est responsable du développement du moteur hybride, respectivement électrique.*

*24 mai: A l'occasion d'une visite privée chez Nicolas G. Hayek, le chancelier allemand Helmut Kohl apporte la preuve que même les grands de ce monde trouvent place dans le «Smart Swatch Car – Concept by Mercedes-Benz».*

*15 juin: A Budapest, Nicolas G. Hayek remet à Juan Antonio*

*14 feb.: Viene lanciato il primo Valentines Special della storia Swatch: «For Your Heart Only».*

*1° mar.: Nicolas G. Hayek parla davanti alle Nazioni Unite a New York e presenta «UNlimited», uno Swatch commissionato dall'ONU in occasione del suo cinquantenario.*

*1° mar.: Durante la trasferta dagli USA al Giappone, il gruppo di percussionisti inglese «Stomp» fa tappa a Monaco per tenere un concerto in esclusiva per Swatch.*

*21 mar.: Puntuale per l'inizio della primavera, ecco il primo «Swatch Solar» proposto in tre modelli, tutti alimentati dall'energia solare.*

*Primavera: Per festeggiare i 100 anni del cinema, viene lanciata la collezione «100 Years of Cinema». Akira Kurosawa, Pedro Almodóvar e Robert Altman creano per Swatch un orologio ciascuno, prodotto in 36 500 esemplari. Di ogni modello, 5500 esemplari vengono venduti in occasione di speciali eventi cinematografici in un cofanetto contenente anche un «minimetraggio» dei tre registi.*

*17 mag.: A Sarreguemines viene presentata alla stampa la «Smart Swatch Car – Concept by Mercedes-Benz» – il frutto della joint-venture tra la SMH e Mercedes-Benz – nel cui contesto la SMH è responsabile dello sviluppo dei motori ibrido e elettrico.*

*24 mag.: In occasione di una visita privata a Nicolas G. Hayek, il cancelliere tedesco Helmut Kohl dimostra che nella «Smart Swatch Car – Concept by Mercedes-Benz» trovano comodamente posto anche i grandi di questo mondo.*

*15 giu.: A Budapest, Nicolas G. Hayek consegna a Juan Antonio Samaranch, il presidente del Comitato Internazionale Olimpico, un assegno di oltre un milione di dollari provenienti dalla vendita*

"For Honour and Glory", the second of four Olympic Games collections, is presented at the same time.

**June – Aug.:** The 1995 European Swatch Beach Volleyball Circuit comes to Ajaccio (Corsica), Pescara (Italy), Rapperswil/Jona (Switzerland), Machovo (Czech Republic), Glyfada (Greece) and St. Quay (France).

**Summer:** "C-Monsta", the Swatch Summer Special, surfaces at special events in a number of Swatch markets.

**Aug.:** Windows '95 goes on sale in markets all over the world. As one of Bill Gates' "Platinum Partners" Swatch can be accessed online by all PC users with Microsoft Network.

**Aug. – Dec.:** Paulo Mendonça, the composer of the first seventone MusiCall, embarks on a European tour.

**Autumn:** In 12 major cities all over the world the countdown starts to the 1996 Summer Olympic Games in Atlanta. Swatch O'Clock Art Clock Towers are installed in Athens, Barcelona, Berlin, Hong Kong, Lausanne, London, Los Angeles, Paris, Rome, Tokyo, Sydney and Beijing, and tick off the seconds remaining until the Opening Ceremony.

**Oct.:** The Swatch Irony collection is extended to include Chronos and Scubas in stainless steel and aluminium.

**Oct. 14:** Nicolas G. Hayek, Helmut Werner and Jürgen Hubbert lay the cornerstone for the plant where the "Smart Swatch Car – Concept by Mercedes-Benz" is to be assembled.

**Oct. 28:** "Switzerland Live!" in Covent Garden, London. As main sponsor, Swatch makes a spectacular demonstration of its return to the snowboarding scene. Swatch will be promoting "boardercross", a hybrid version of the sport which combines freestyle with racing and recently received official recognition.

**Nov. 9:** Premiere of "Art to Swatch" in Chicago, Illinois, an exhibition showcasing all Swatch models designed by artists. Next stop: Los Angeles.

---

1 Mio US$ aus dem Verkauf des «IOC 100» zur Förderung von Jugend-Sportprojekten. Gleichzeitig wird dem Internationalen Publikum die zweite der vier Olympic Games Collections «For Honour and Glory» vorgestellt.

**Juni – Aug.:** 1995 European Swatch Beach Volleyball Circuit in Ajaccio (Korsika), Pescara (Italien), Rapperswil/Jona (Schweiz), Machovo (Tschechische Republik), Glyfada (Griechenland) und St.Quay (Frankreich).

**Sommer:** Der Swatch Summer-Special «C-Monsta» taucht an Special Events in verschiedenen Swatch-Märkten auf.

**Aug.:** Im Rahmen der weltweiten Lancierung von Windows '95 ist Swatch – als Platinum-Partner von Bill Gates – für angeschlossene PC-Benutzer auf dem Microsoft Network zu empfangen.

**Aug. – Dez.:** Paulo Mendonça, der Komponist der ersten 7-Ton-MusiCall geht auf Tournee durch Europa.

**Herbst:** Der Countdown läuft: 12 Swatch O'Clock Art Clock Towers werden weltweit in 12 Grossstädten installiert und zählen die Sekunden bis zur Eröffnung der Olympischen Sommerspiele am 19. Juli 1996 in Atlanta. Die Städte, in denen der Countdown läuft: Athen, Barcelona, Berlin, Hongkong, Lausanne, London, Los Angeles, Paris, Rom, Tokio, Sydney und Beijing.

**Okt.:** Die Swatch Irony-Kollektion wird weiterentwickelt und bringt Chronos und Scubas in Stainless Steel und Alu.

**14. Okt.:** Nicolas G. Hayek, Helmut Werner und Jürgen Hubbert legen ein lothringischen Hambach gemeinsam den Grundstein für das Montage-Werk des «Smart Swatch Car – Concept by Mercedes-Benz».

**28. Okt.:** «Switzerland Live!» in Covent Garden, London. Als Hauptsponsor demonstriert Swatch den Wiedereinstieg in die Snowboard Szene. Swatch wird die offiziell neu anerkannte Disziplin «Boardercross» unterstützen, welche die beiden Welten der «Freestyle» und «Racer» vereint.

**9. Nov.:** «Art to Swatch» in Chicago, Illinois startet die Ausstellung,

---

Samaranch, le Président du Comité International Olympique, un chèque de 1 mio US$ provenant de la vente des «IOC 100». Cette somme est destinée à promouvoir des projets sportifs en faveur de la jeunesse. Par la même occasion, la deuxième des quatre collections Olympic Games «For Honour and Glory» est présentée au public international.

**Juin – août:** 1995 European Swatch Beach Volleyball Circuit à Ajaccio (Corse), Pescara (Italie), Rapperswil/Jona (Suisse), Machovo (République Tchèque), Glyfada (Grèce) et St.-Quay (France).

**Eté:** La Swatch Summer-Special «C-Monsta» fait son apparition sur divers marchés Swatch à l'occasion d'événements spéciaux.

**Août:** Dans le cadre du lancement mondial de Windows '95, Swatch peut être reçu – en tant que partenaire de Bill Gates – par les utilisateurs de PC connectés au réseau Microsoft.

**Août – déc.:** Paul Mendonça, le compositeur de la première Musi-Call à 7 tons, fait une tournée à travers l'Europe.

**Automne:** Le compte à rebours a commencé: 12 Swatch O'Clock Art Clock Towers sont installées dans 12 métropoles à travers le monde et comptent les secondes jusqu'à l'ouverture des jeux Olympiques d'été le 19 juillet 1996 à Atlanta. Les villes dans lesquelles le compte à rebours est en marche: Athènes, Barcelone, Berlin, Hongkong, Lausanne, Londres, Los Angeles, Paris, Rome, Tokyo, Sydney et Pékin.

**Octobre:** Les modèles Chrono et Scuba en acier inoxydable et alu viennent compléter la collection Swatch Irony.

**14 oct.:** Nicolas G. Hayek, Helmut Werner et Jürgen Hubbert posent ensemble, à Hambach en Lorraine, la première pierre de l'usine de montage du «Smart Swatch Car – Concept by Mercedes-Benz».

**28 oct.:** «Switzerland live!» à Covent Garden, Londres. En sa qualité de principal sponsor, Swatch marque son retour dans le monde du snowboard. Swatch veut apporter son soutien au «boardercross», discipline reconnue officiellement depuis peu et qui

---

dello «IOC 100» e destinati a promuovere progetti sportivi per la gioventù. Contemporaneamente, in tutto il mondo viene presentata «For Honour and Glory», la seconda delle quattro Olympic Games Collections.

**Giu. – ago.:** 1995 European Swatch Beach Volleyball Circuit a Ajaccio (Corsica), Pescara (Italia), Rapperswil/Jona (Svizzera), Machovo (Repubblica Ceca), Glyfada (Grecia) e St. Quay (Francia).

**Estate:** Lo Swatch Summer Special «C-Monsta» si mette in mostra durante diversi Special Events in vari paesi.

**Ago.:** Nel quadro del lancio mondiale di Windows 95, è possibile collegarsi con Swatch, partner di platino di Bill Gates, sulla rete Microsoft.

**Ago. – dic.:** Paulo Mendonça, il compositore del primo MusiCall a 7 toni, è in tournee attraverso l'Europa.

**Autunno:** Inizia il conto alla rovescia. In 12 metropoli di tutto il mondo (Atene, Barcellona, Berlino, Hongkong, Losanna, Londra, Los Angeles, Parigi, Roma, Sydney, Sydney e Pechino), vengono erette 12 Swatch O'Clock Art Clock Towers per scandire i secondi fino all'inaugurazione dei Giochi olimpici estivi di Atlanta, il 19 luglio 1996.

**Ott.:** La collezione Swatch Irony viene ampliata con i Chrono e gli Scuba in acciaio inossidabile e alluminio.

**14 ott.:** Nella cittadina lorenese di Hambach, Nicolas G. Hayek, Helmut Werner e Jürgen Hubbert posano insieme la prima pietra degli stabilimenti di montaggio della «Smart Swatch Car – Concept by Mercedes-Benz».

**28 ott.:** «Switzerland Live!» nel Covent Garden di Londra. Quale sponsor principale, Swatch rifà capolino nel mondo dello snowboard e decide di sostenere «boardercross», una disciplina ufficialmente riconosciuta, nata dalla fusione del «freestyle» e del «racer».

**9 nov.:** A Chicago, Illinois, si apre «Art to Swatch», la mostra che presenta tutti gli Swatch creati da artisti. Prossima tappa: Los Angeles.

000670

**SWATCH CHRONOLOGY**

**Nov. 12:** Just 250 days to Atlanta and "Perfect Timing", a Swatch chronometer which was put through it paces by the COSC (Switzerland's official chronometer testing centre), is launched in Athens as part of another countdown. From now until the opening of the Olympic Games, just one of the 250 Swatch Automatics will be sold somewhere in the world every day.

**Dec. 16:** A mega event is held in Laax/Flims (Switzerland) to celebrate the introduction of "Swatch Access", a joint project involving Swatch and the Austrian company SkiData. This winter, Swatch Access will be in action at 500 slopes in the European Alps, the USA and Canada.

**Dec.:** "The Swatch Collectors of Swatch" prepares for another exciting year under a new name: "Swatch The Club" – all over the world.

**Christmas:** The "Magic Spell" Christmas Special, the first Swatch to come complete with a cover, revives an ancient watchmaking tradition.

die ausführlich alle von Künstlern gestalteten Swatch Modelle zeigt. Nächster Halt Los Angeles.

**12. Nov.:** Lancierung des von COSC (Contrôle Officiel Suisse des Chronomètres) getesteten Swatch Chronometers «Perfect Timing» in Athen und Start zum Countdown. Ab diesem Datum wird jeden Tag eine von 250 Swatch Automatic «Perfect Timing» verkauft.

**16. Dez.:** in Laax/Flims wird die «Swatch Access», ein Gemeinschaftsprojekt von Swatch und der österreichischen Firma Ski-Data. mit einem grossen Event eingeführt. Die Swatch Access ist im kommenden Winter auf 500 Skipisten im Alpenraum sowie in den USA und Kanada im Einsatz.

Dez.: «The Swatch Collectors of Swatch» rüstet sich fürs neue Jahr und wird zu «Swatch The Club» – all over the world.

Christmas: Die Swatch X-mas Special «Magic Spell» lässt die Tradition der Montres d'Amour aufleben.

réunit le monde des «Freestyler» et celui des «Racer».

**9 nov.:** «Art to Swatch» à Chicago, Illinois, inaugure l'exposition qui présente en détail tous les modèles Swatch créés par des artistes. Prochain arrêt à Los Angeles.

**12 nov.:** Encore 250 jours jusqu'à Atlanta: Lancement du chronomètre Swatch «Perfect Timing» testé par le COSC (Contrôle Officiel Suisse des Chronomètres) à Athènes et début du compte à rebours. Dès cette date, l'un des exemplaires des 250 Swatch Automatic «Perfect Timing» est mis en vente chaque jour.

**16 déc.:** Lancement dans le cadre d'un événement majeur de la «Swatch Access» à Laax/Flims, un projet commun entre Swatch et l'entreprise autrichienne Ski-Data. Cet hiver, la Swatch Access pourra être utilisée sur 500 pistes de ski dans les régions alpines.

**Déc.:** «The Swatch Collectors of Swatch» se prépare pour la nouvelle année et devient «Swatch The Club» – all over the world.

**Noël:** La Swatch X-mas Special «Magic Spell» fait revivre la tradition des montres d'Amour.

**12 nov.:** Mancano solo 250 giorni ad Atlanta. Lancio ad Atene di «Perfect Timing», il cronometro automatico Swatch testato dal COSC (Contrôle Officiel Suisse des Chronomètres), e inizio del conto alla rovescia con la vendita ogni giorno di uno dei 250 «Perfect Timing» prodotti.

**16 dic.:** A Laax/Flims, con un'imponente manifestazione viene lanciato «Swatch Access», un progetto comune di Swatch e della ditta austriaca SkiData, che nel corso dell'inverno sarà impiegato su 500 piste dell'arco alpino.

**Dic.:** «The Swatch Collectors of Swatch» affila le armi per il nuovo anno e si trasforma in «Swatch The Club» – all over the world.

**Natale:** Lo Swatch X-mas Special «Magic Spell» fa rivivere la tradizione delle «montres d'amour».

000671

| Headquarter: | Swatch SA, Jakob-Stämpflistrasse 94, CH-2504 Biel |
|---|---|
| Australia: | SMH Australia Ltd., 47, Wellington Street, Windsor VIC 3181, P.O. Box 456, Prahran Victoria 3181 |
| Austria: | SMH Österreich Vertriebs GmbH, Kuefsteingasse 15, 1140 Wien |
| Bahrain | Ashrafs, P.O. Box 62, Manama |
| Belgium: | Swatch Belgium, 243, Boulevard Sylvain Dupuis, 1070 Bruxelles |
| Brazil: | SMH do Brazil Ltda., Av. Brigadeiro Faria Lima 1664, 15º andar, 01452 São Paulo-SP |
| Bulgaria: | Sahara Trading Ltd., 51, Parvy May Street, 4700 Smolian |
| Canada: | SMH Swiss Watches and Microelectronics (Canada) Ltd., 555 Richmond Street West, Suite 1105, Toronto, Ontario, M5V3B1 |
| Chile: | Briones Comercial S.A., Av. Las Americas 585, Casilla 13510, Correo 21, Santiago |
| China: | Sales Link Investment Ltd., 6/F Chung Pont Commercial Bldg., 300 Hennessy Road, Causeway Bay, Hong Kong |
| Cuba: | Planning 2000 S.A., Calle 16 Nº 108, Apartm. 6, Entre 1º y 3º, Miramar — La Habana |
| Cyprus: | Michael P. Michaelides Ltd., 11, Dighenis, Akritas Avenue, Nicosia |
| Czech Republic: | Hibernia SPOL. S.R.O., Karmelitska 28/269, 11800 Praha 1 |
| Czech Republic: | SMH Management Services AG, Narodni Trida 10, 11319 Praha |
| Denmark: | Henning Staehr A/S, Grusbakken 14, 2820 Gentofte |
| Ecuador: | Joyería Guillermo Vazquez SA, Planta baja del Hotel El Dorado, Apartado postal 4979, Cuenca |
| Egypt: | Datacomp, 6, Dr. Hegazy Street, El Sahafien-Guiza, P.O. Box 2210, Cairo |
| Finland: | Oy Perkko, Valimotie 13, P.O. Box 29, 00381 Helsinki 37 |
| France: | SMH France, 49, avenue Hoche, 75008 Paris |
| Germany: | SMH Uhren und Mikroelektronik GmbH, Postfach 1520, 65800 Bad Soden/Taunus |
| Greece: | Aliki Perri S.A., 96, Vas. Sofias Ave., 11528 Athens |
| Hong Kong: | SMH (Hong Kong) Ltd., Swatch Division, 40/F Manulife Tower, 169 Electric Road, North Point |
| Hungary: | Krono Kft., Régiposta u. 19, 1052 Budapest |
| Indonesia: | Pt Inti Fashindo International, Jalan H Agus Sakim, No. 44 3rd Floor, Jakarta 10340 |
| Iran: | Pour Djavaherian, Corner of 9th street No. 1, Nasser Blvd (Gisha), 14467 Tehran |
| Ireland: | B.J. Fitzpatrick & Co. Ltd., Grafton House, Ballymoss Road, Sandyford Industrial Estate, Dublin 18 |
| Israel: | CLAL Marketing & Commerce (1964) Ltd., 4, Yirmiyahu Street, 63507 Tel Aviv |
| Italy: | SMH Italia S.p.A., Centro Direzionale Milanotiori, Strada 7, Palazzo R1, 20089 Rozzano (Mi) |
| Japan: | SMH Japan K.K., Swatch Division, Dai-ni Marutaka Building 9F, 13-8, Ginza 7-chome, 104 Tokyo Chuo-ku |
| Jordan: | Nasouh S. Kayali Sons Co., Shmeisani — Opposite of the Forte Grand Hotel, P.O. Box 630, Amman |
| Korea: | Namsung Corp., C.P.O. Box 2907, Seoul |
| Kuwait: | Jashanmal & Partners, P.O. Box 5138, 13052 Safat |
| Lebanon: | Sindia S.A.R.L., Khalil Fattal & Sons, Sin El Fil, P.O. Box 110773, Beirut |
| Malaysia: | Silvaroyal PTE Ltd., 10th Floor, Letter Box 11, Bangunan Hong Kong Bank Bldg., No. 2 Leboh Ampang, 50100 Kuala Lumpur |
| Malta: | Time International Company Ltd., Time Buildings, 254 St. Paul's Street, Valletta |
| Maroc: | K.T.L.C., 31, rue Zaid Ibnou Rifaa, Maarif-Casablanca |
| Mexico: | La Locura Suiza S.A. de C.V., Av. Ejército Nacional 499 – 1º piso, Col. Granada, 11520 Mexico D.F. |
| Netherlands: | Ed Maassen C.V., Postbus 1250, Lage Barakken 45, 6221 CH Maastricht |
| New Zeland: | Olympic Swiss Ltd., 3, Olive Road, P.O. Box 12-346, Penrose, Auckland |
| Norway: | A. Hausammann A/S, Stalfjaera 26, Kalbakken, P.O. Box 143, 0902 Oslo 9 |
| Oman: | Khimji Ramdas, P.O. Box 19, Muscat |
| Rep. de Panama: | Swiss Sport Corp., Zona Libre de Colon, P.O. Box 4201, Colon |
| Paraguay: | American Trading 2000, Avenida General Bernardino, Caballero Nº 178, P.O. Box 2158, Asunción |
| Peru: | Damico S.A., Av. Ernesto Diez Canseco 442, Piso 10, Miraflores |
| Philippines: | Gift Gate Inc., 2/F Padilla Arcade, Greenhills Shopping Center, 1502 San Juan, Metro Manila |
| Poland: | Baltic Company Ltd., ul. Postepu 18, 02-676 Warsaw |
| Portugal: | Tempus Internacional Lda, Rua dos Douradores, 83-10, 1100 Lisboa |
| Puerto Rico: | Nilo Watch Parts Inc., Av. de Diego 169, Rio Piedras P.R. 00925 |
| Romania: | TOP Holding S.A., 66B, Iancu de Hunedoara Blvd., SC.B, 8th floor, Ap. 58, Bucharest 1 |
| Saudi Arabia: | Al Zouman General Trading, P.O. Box 2069, Jeddah 21451 |
| Singapore: | SMH South East Asia (Singapore) PTE Ltd., 250, North Bridge Road, 15-01/02 Raffles City Tower, 0617 Singapore |
| Slovenia: | Pejal Inzeniring D.O.O., Cesta Na Krko 12, 61290 Grosuplje |
| South Africa: | Goodman Bros (PTY) Ltd., 2028 Doornfontein, P.O. Box 17002, 2000 Johannesburg |
| Spain: | SMH España S.A., Avda. Aragon 334, Poligono de las Mercedes, 28022 Madrid |
| Sweden: | SMH Sweden A.B., Swatch Division, Ärstaängsvägen 1B, Box 47325, 10074 Stockholm |
| Switzerland: | Swatch AG, Jakob-Stämpflistrasse 94, 2504 Biel |
| Syria: | Nabila Co., P.O. Box 165, Damascus |
| Taiwan: | SMH Taiwan, 24/F, 510 Chung-Hsiao East Road, Section 5, Taipei |
| Thailand: | C. Thong Panich, 447–451 Jawaraj Road, 10100 Bangkok |
| Turkey: | Ergsan Gerrne Sanayi Ve Ticaret, Hacimansur Sokak, Konak apt. 1/1, Nisantasi 80200, Istanbul |
| U.A.E.: | Blue Sky Establishment, P.O. Box 3406, Abu Dhabi |
| U.K.: | SWATCH U.K., Empress Road, Bevois Valley, Southampton, Hants SO9 7BW |
| Uruguay: | Sira S.A., Ciudadela 1430, Montevideo |
| U.S.A.: | Swatch Watch U.S.A., 35 East 21st Street, New York, N.Y. 10010 |
| Venezuela: | Swiss Watch Corporation, Torre Humboldt, 12 Floor, Office Nº 1207, Urbanización Prados del Este, B.P. Nº 984, Caracas 1010 |
| Vietnam: | Dong Nam Associates Ltd., Lyndhurst Tower, RM 504, 1 Lyndhurst Terrace, Central, Hong Kong |

swatch▪

00.00957

**1996**

**Jan. 27:** In Turkey, a Swatch "Perfect Timing" – the 562nd model in the collection – is presented to its winner. The Swatch "Perfect Timing" reminds the world of the approaching 1996 Atlanta Olympic Games, which for Swatch, the Official Timekeeper, are destined to be the biggest event of the year.

**Jan. 28:** "Swatch delle Nevi" – at a major event in Courmayeur, Italy, Swatch Access replaces the ski pass for all Swatch fans.

**Jan. 31:** A Swatch O'Clock Tower designed by Spanish artist Javier Mariscal is ceremoniously unveiled – one of 12 such towers heralding the 1996 Atlanta Olympic Games.

**Feb. 14:** The St. Valentine's Day Special '96: designed to ensure that lovers are never late for a date.

**Feb. 15:** Opening of Swatch Store at South Street, Pier 89, New York, USA.

**Feb. 22:** Access to Space: Swiss astronaut Claude Nicollier blasts off with a Swatch Access from Kennedy Space Center in Florida on a 13-day STS mission organized jointly by NASA and ASI (Italian Space Agency).

**Feb. 29:** Nam June Paik invites guests to his studio in New York, where his Swatch Art Special, "Zapping", is revealed. "Zapping" is available only on the Internet. More fun for surfers with the "Net Hunter Game" on http.swatch art-com/password: democracy/user name: swatch.

**March 2:** An appointment with top photographer Annie Leibovitz for Saïd Aouita, Bob Beamon, Gelindo Bordin, Sebastian Coe, Nadia Comaneci, Dan Jansen, Edwin Moses, Mark Spitz, Daley Thomson and Katarina Witt. The ten "Olympic Legends" were immortalized in the third Centennial Olympic Games Collection.

**March 4:** Katarina Witt, German ambassadress for Swatch at the 1996 Atlanta Olympic Games, is present when the Swatch "Perfect Timing" is auctioned in Berlin.

**March 7–10:** A Watch & Jewellery Exhibition is rapturously received in Turkey.

---

**27. Jan.:** In der Türkei wird die Swatch «Perfect Timing» ihrem Gewinner übergeben; es ist die 562. Swatch in dessen Sammlung. Die Swatch «Perfect Timing» kündigt weltweit die 1996 Atlanta Olympic Games an, die für Swatch als Official Timekeeper in diesem Jahr zum bedeutendsten Ereignis werden.

**28. Jan.:** «Swatch delle Nevi» – am grossen Event in Courmayeur, Italien, wird die Swatch Access für alle Swatch-Fans zum Skipass.

**31. Jan.:** In Barcelona wird der Swatch O'Clock Tower des spanischen Künstlers Javier Mariscal feierlich enthüllt – als einer von 12 Vorboten auf die 1996 Atlanta Olympic Games.

**14. Feb.:** Der St. Valentine's Special '96 ist für Verliebte, damit sie immer pünktlich zum Rendez-vous erscheinen.

**15. Feb.:** Opening Swatch Store New York, USA: South Street – Pier 89.

**22. Feb.:** Access to Space: Im Kennedy Space Center in Florida startet Claude Nicollier mit «Swatch Access» im Gepäck zur 13 Tage dauernden gemeinsam von NASA und ASI (Italian Space Agency) geplanten STS-Mission.

**29. Feb.:** Nam June Paik lädt in sein Studio in New York, wo sein Swatch Art Special «Zapping» der Presse vorgestellt wird. Die «Zapping» wird exklusiv über Internet verkauft. Dazu gibt es das «Net Hunter Game» auf Internet http.swatch art-com/password: democracy/user name: swatch.

**2. März:** Fototermin bei Annie Leibovitz: Saïd Aouita, Bob Beamon, Gelindo Bordin, Sebastian Coe, Nadia Comaneci, Dan Jansen, Edwin Moses, Mark Spitz, Daley Thompson und Katarina Witt stehen als «The Olympic Legends» Pate für die dritte Centennial Olympic Games Collection.

**4. März:** Mit Katarina Witt, der deutschen Botschafterin für Swatch an den 1996 Atlanta Olympic Games, wird in Berlin die Swatch «Perfect Timing» versteigert.

**7.–10.** In der Türkei findet die Watch & Jewellery Exhibition grossen Anklang.

---

**27 Jan.:** En Turquie, le gagnant de la Swatch «Perfect Timing» reçoit son prix; il s'agit de la 562e Swatch de sa collection. La Swatch «Perfect Timing» annonce au monde entier l'imminence des Jeux Olympiques d'Atlanta 1996, qui représenteront pour Swatch, en sa qualité de chronométreur officiel, l'événement majeur de cette année.

**28 jan.:** Dans le cadre d'une grande manifestation à Courmayeur, en Italie, la Swatch Access «Swatch delle Nevi» devient passeport des neiges pour tous les fans de Swatch.

**31 jan.:** La Swatch O'Clock Tower de l'artiste espagnol Javier Mariscal est inaugurée à Barcelone. Elle représente l'un des douze précurseurs des Jeux Olympiques d'Atlanta 1996.

**14 fév.:** Avec le modèle St. Valentine's Special '96, les amoureux seront toujours à l'heure au rendez-vous.

**15 fév.:** Ouverture d'un Swatch Store à New York, aux USA: South Street – Pier 89.

**22 fév.:** Access to Space: Au Kennedy Space Center en Floride, Claude Nicollier s'envole pour la mission STS, un projet commun de la NASA et de l'ASI (Italian Space Agency), avec la «Swatch Access» dans ses bagages.

**29 fév.:** Nam June Paik invite la presse dans son studio new-yorkais pour lui présenter sa Swatch Art Special «Zapping». Le modèle «Zapping» est vendu exclusivement via Internet, avec en prime le «Net Hunter Game» sur Internet http.swatch art-com/password: democracy/user name: swatch.

**2 mars:** Séance photos chez Annie Leibovitz: «The Olympic Legends» Saïd Aouita, Bob Beamon, Gelindo Bordin, Sebastian Coe, Nadia Comaneci, Dan Jansen, Edwin Moses, Mark Spitz, Daley Thompson et Katarina Witt sont les parrains de la troisième Centennial Olympic Games Collection.

**4 mars:** La Swatch «Perfect Timing» est mise aux enchères à Berlin, avec le soutien de Katarina Witt, l'ambassadrice de Swatch aux Jeux Olympiques d'Atlanta 1996.

**7–10 mars:** La «Watch & Jewellery Exhibition» rencontre un grand succès en Turquie.

---

**27 gen.:** In Turchia lo Swatch «Perfect Timing» viene consegnato al suo vincitore, un collezionista la cui collezione si arricchisce così del 562esimo esemplare. Lo Swatch «Perfect Timing» annuncia in tutto il mondo I Giochi Olimpici di Atlanta che vedranno Swatch nelle vesti di cronometrista ufficiale. Per la casa di Bienne, si tratta indubbiamente dell'appuntamento più importante dell'anno.

**28 gen.:** «Swatch delle Nevi». A Courmayeur, nel corso di una simpatica manifestazione. lo Swatch Access diventa lo skipass di tutti i fan di Swatch e dello sci.

**31 gen.:** a Barcellona viene scoperta solennemente la Swatch O'Clock Tower dell'artista spagnolo Javier Mariscal, una delle 12 che annunciano i Giochi Olimpici di Atlanta.

**14 feb.:** il St. Valentine's Special è dedicato a tutti gli innamorati, affinché arrivino sempre puntuali agli appuntamenti.

**15 feb.:** apertura dello Swatch Store di New York. USA, in South Street-Pier 89.

**22 feb.:** Access to Space: dal Kennedy Space Center in Florida, Claude Nicollier parte alla volta dello spazio nel quadro di una missione STS di 13 giorni della NASA e dell'ASI (Italian Space Agency). Nel suo bagaglio, uno «Swatch Access».

**29 feb.:** Nam June Paik invita la stampa nel suo atelier di New York per presentare il suo Swatch Art Special «Zapping», venduto in esclusiva su Internet e abbinato al «Net Hunter Game». L'indirizzo: http.swatch art-com / parola d'ordine: democracy / nome utente: swatch.

**2 marzo:** appuntamento dalla fotografa Annie Leibovitz per i leggendari campioni olimpici Saïd Aouita. Bob Beamon. Gelindo Bordin. Sebastian Coe. Nadia Comaneci, Dan Jansen, Edwin Moses, Mark Spitz. Daley Thomson e Katarina Witt, che tengono a battesimo la terza Centennial Olympic Games Collection.

**4 marzo:** con la partecipazione di Katarina Witt, l'ambasciatrice di Swatch ai Giochi Olimpici di Atlanta, a Berlino viene messo all'asta lo Swatch «Perfect Timing».

000682

**SWATCH CHRONOLOGY**

**1996**

**March 8–9: The Swatch Artists Collection** brings together the rarest Swatch models in an exhibition in Hong Kong, including "Zapping," a model by Korean video artist Nam June Paik, launched a short time previously in New York.

**March 13: Opening of Swatch Store at Via Cavour 90, Ravenna, Italy.**

**March 29: The 1996 Spring/Summer Collection** is launched at a fashion show in Tokyo's famous "Liquid Room" featuring Japan's best-known DJs.

**March 31: Swatch takes a high profile** at the 24th Stramilano in Milan – the second time it has attended the event. A new Olympic Collection, "The Legends," is unveiled to the 50,000 spectators and the press.

**April 7: Opening of Swatch Store at Rue du Marché 8, Geneva, Switzerland.**

**April 19/21: The Vision Boardercross Tour 95/96** presented by Swatch, which started in Sölden in November 1995, comes to a climax in Laax.

**May 1: Opening of Swatch Store at Las Vegas Blvd. Space D29, Las Vegas, USA.**

**May 3: Opening of Swatch Store at 711 Pilot Road, Las Vegas, USA.**

**May 11: Life Ball at Vienna City Hall** for the benefit of Austria's Aids Support. The wearer of the most imaginative gown wins a trip to the 1996 Atlanta Olympic Games courtesy of Swatch.

**May 30: Opening of Swatch Store at 10, Avenue de Verdin, Nice, France.**

**June 6: Opening of the Swatch and O'Neill European Beach Volleyball Championship in Norway.** The victors later take part at the Atlanta Olympic Games, where beach volleyball enjoys its debut as an official Olympic discipline.

**June 15: Start of the Swatch Experience:** as part of the run-up to the Games in Atlanta, 10,000 competitors in ten Italian cities run and ride against the clock.

**June 19: Members of the Chinese Olympic team** are presented with the Swatch NOC Chinese Olympic Team Watch, which will accompany them to Atlanta as "the only Swiss allowed on the Chinese Olympic Team".

**8./9. März: The Swatch Artists Collection** bringt die seltensten Swatch-Modelle in einer Ausstellung nach Hongkong, darunter auch die zuvor in New York lancierte «Zapping» des koreanischen Video-Künstlers Nam June Paik.

**13. März: Opening Swatch Store** Ravenna, Italien: Via Cavour 90.

**29. März:** In Tokio wird im «Liquid Room» die Spring/Summer Collection 96 an einer Fashion Show mit Japans bekanntesten DJ's lanciert.

**31. März:** An den 24. Stramilano in Mailand ist Swatch schon zum zweiten Mal präsent und nicht zu übersehen. Den 50'000 Teilnehmern und der Presse wird die Olympic Collection «The Legends» vorgestellt.

**7. April: Opening Swatch Store** Genf, Schweiz: Rue du Marché 8.

**19.–21. April:** Die Vision Boarder Cross Tour 95/96 presented by Swatch, die im November '95 in Sölden startete, findet ihren Höhepunkt in Laax.

**1. Mai: Opening Swatch Store** Las Vegas, USA: Las Vegas Blvd. Space D29.

**3. Mai: Opening Swatch Store** Las Vegas, USA: Pilot Road 711.

**11. Mai:** Life-Ball im Wiener Rathaus zugunsten der österreichischen Aidshilfe. Das fantasievollste Ballkleid gewinnt eine Reise mit Swatch zu den 1996 Atlanta Olympic Games.

**30. Mai: Opening Swatch Store** Nizza, Frankreich: Avenue de Verdin 10.

**6. Juni:** Start der European Beach Volleyball Championship von Swatch und O'Neill in Norwegen. Die Gewinner werden an den Atlanta Olympic Games teilnehmen, wo Beach Volley zum ersten Mal olympische Disziplin wird.

**15. Juni:** Start der Swatch Experience: Im Vorfeld der Wettkämpfe in Atlanta rennen und radeln in Italien 10'000 Teilnehmer in 10 Städten um die Wette.

**19. Juni:** Den chinesischen Olympia-Teilnehmern wird die Swatch NOC Chinese Olympic Team Watch übergeben, die sie als «the only Swiss Allowed On The Chinese Olympic Team» nach Atlanta begleiten wird.

**8–9 mars: Les modèles Swatch** les plus rares sont présentés dans «The Swatch Artists Collection», dans le cadre d'une exposition à Hong Kong. On y trouve aussi le modèle «Zapping» créé par Nam June Paik, l'expert coréen en art vidéo, modèle lancé peu avant à New York.

**13 mars: Ouverture d'un Swatch Store à Ravenna, en Italie: Via Cavour 90.**

**29 mars:** Lancement de la collection Printemps/Été 96 au «Liquid Room» à Tokyo, dans le cadre d'une présentation de mode, avec la participation des DJ's japonais les plus en vue.

**31 mars:** Pour la seconde fois, Swatch est présente et incontournable aux 24e «Stramilano» à Milan. La Collection Olympique «The Legends» y est présentée aux 50.000 participants, ainsi qu'à la presse.

**7 avril: Ouverture d'un Swatch Store à Genève, en Suisse: Rue du Marché 8.**

**19–21 avril:** Le Vision Boarder Cross Tour 95/96 presented by Swatch, qui a pris le départ en novembre 95 à Sölden, en Autriche, trouve son apogée à Laax.

**1er mai: Ouverture d'un Swatch Store à Las Vegas, aux USA: Las Vegas Blvd. Space D29.**

**3 mai: Ouverture d'un Swatch Store à Las Vegas, aux USA: Pilot Road 711.**

**11 mai:** Bal de bienfaisance au Rathaus de Vienne, en faveur de l'aide autrichienne au SIDA. La robe de bal la plus originale gagne un voyage avec Swatch aux Jeux Olympiques d'Atlanta 1996.

**30 mai: Ouverture d'un Swatch Store à Nice, en France: Avenue de Verdin 10.**

**6 juin:** Début du championnat de Beach Volleyball sponsorisé par Swatch et O'Neill en Norvège. Neuf équipes de sept pays européens sont en compétition. Les vainqueurs participeront aux Jeux Olympiques d'Atlanta, où le Beach Volley est admis pour la première fois en tant que discipline olympique.

**15 juin:** Départ de la Swatch Experience: en guise de préliminaires aux compétitions d'Atlanta, 10.000 participants se mesurent en courant et roulant dans dix villes d'Italie.

**7–10 marzo: in Turchia, la** Watch & Jewellery Exhibition riscuote un grande successo.

**8–9 marzo:** la Swatch Artists Collection espone gli Swatch più rari a Hong Kong. Tra i modelli anche «Zapping», lanciato una decina di giorni prima a New York.

**13 marzo:** apertura dello Swatch Store di Ravenna. In Via Cavour 90.

**29 marzo:** nella «Liquid Room» di Tokio, nel corso di una sfilata di moda a cui partecipano i più famosi DJ's giapponesi, viene lanciata la collezione primavera/estate 96.

**31 marzo:** Swatch partecipa per la seconda volta alla «Stramilano», quest'anno alla sua 24esima edizione. Ai 50'000 partecipanti e alla stampa viene presentata la collezione olimpica «The Legends».

**7 apr.:** apertura dello Swatch Store di Ginevra. Svizzera. in Rue du Marché 8.

**19–21 apr.:** si conclude alla grande a Laax il Vision Boarder Cross Tour 950/96, che aveva preso il via a Sölden nel novembre del 1995.

**1° mag.:** apertura dello Swatch Store di Las Vegas. USA. in Las Vegas Blvd. Space D29.

**3 mag.:** apertura dello Swatch Store di Las Vegas. USA. in Pilot Road 711.

**11 mag.:** Life Ball nel municipio di Vienna a favore dell'Associazione austriaca per l'aiuto ai malati di AIDS. L'abito più originale vince un viaggio con Swatch ai Giochi Olimpici di Atlanta.

**30 mag.:** apertura dello Swatch Store di Nizza, Francia, in Avenue de Verdin 10.

**6 giu.:** inizio in Norvegia degli European Beach Volleyball Championship sponsorizzati da Swatch e O'Neill. I vincitori parteciperanno alle Olimpiadi di Atlanta, dove il beachvolley sarà per la prima volta disciplina olimpica.

**15 giu.:** inizio della Swatch Experience. un'anticipazione delle gare di Atlanta, che in 10 città italiane vede la partecipazione di 10'000 persone che si cimentano nella corsa e nel ciclismo.

000683

Deutsch | Français | Italiano

**1996**

**June 21:** Opening of Swatch Store at Bahnhofstrasse 94, Zurich, Switzerland.

**June 22/23:** The Big Summer Opening in Saas Fee, in the Swiss Alps with sports, fun and music. Everything from "the world's longest downhill bike inferno" to the Summer Big Air, Style Boardercross Snowboard Jump and Telemark.

**June 24:** Presentation of the Prix Bolero in Zurich, an award for Swiss newcomers to fashion design. Swatch is present as main sponsor and Nayla Hayek is on the jury.

**June 24:** Opening concert on the Paulo Mendonca Japan Tour.

**June 28:** Opening of Swatch Stores at Building Q, Pier 39, San Francisco, USA, and Heathrow Terminal 4, London, UK.

**June 30/July 1:** The Swatch flagship puts to sea from the old harbour of Genoa with 1200 passengers from all over Italy and the "smart" making its Italian premiere.

**July:** Swatch launches the "Victory Ceremony Series" – consisting of a gold, silver and bronze for each event – to commemorate the 1996 Atlanta Olympic Games and the athletes' performances.

**July 3:** Opening of Swatch Store at 50 South Main Street, Salt Lake City, USA.

**July 4:** In Milan, Swatch Timing and the "Olympic Legends" collection are presented to the public in the presence of Gelindo Bordin as part of the final run-in to the 1996 Atlanta Olympic Games.

**July 5:** Opening of Swatch Store at 138 N.W. Peachtree Street, Atlanta, USA.

**July 10:** The watch that never stops: the 200 millionth Swatch comes off the production line in Biel. Somewhat upstaged by events in Atlanta, but no less important for all that.

**July 17–30:** Five hundred young athletes from 145 countries get together at Berry College, Georgia, for their own "Olympics" as part of the "Atlanta 1996 Olympic Youth Camp presented by Swatch".

**21. Juni:** Opening Swatch Store Zürich, Schweiz: Bahnhofstrasse 94.

**22./23. Juni:** The Big Summer Opening in Saas Fee, in den Schweizer Alpen mit Sports and Fun and Music. Von «the World's longest Downhill Bike Inferno» über Summer Big Air und Style Boardercross Snowboard Jump bis zum Telemark.

**24. Juni:** In Zürich wird der Prix Bolero verliehen, der Design-Preis für Schweizer Newcomer im Fashion Design. Swatch ist als Hauptsponsor dabei und mit Nayla Hayek in der Jury vertreten.

**24. Juni:** Erstes Konzert der Paulo Mendonca Japan Tour.

**28. Juni:** Opening Swatch Stores San Francisco, USA: Building Q, Pier 39, und London, England: Heathrow Terminal 4.

**30. Juni/1. Juli:** Swatch Flagship sticht im alten Hafen von Genua in See, mit 1200 Gästen aus ganz Italien an Bord – und dem smart als Premiere in Italien.

**Juli:** Aus Anlass der 1996 Atlanta Olympic Games und zur Würdigung der Leistungen der Athleten lanciert Swatch die «Victory Ceremony Series», bestehend aus je einer «Gold», «Silber» und «Bronze»-Irony.

**3. Juli:** Opening Swatch Store Salt Lake City, USA: South Main Street 50.

**4. Juli:** In Mailand wird als Vorbereitung auf die 1996 Atlanta Olympic Games im Beisein von Gelindo Bordin Swatch Timing und die Kollektion der «Olympic Legends» vorgestellt.

**5. Juli:** Opening Swatch Store Atlanta, USA: Peachtree St. N.W. 138.

**10. Juli:** Swatch als Dauerbrenner: In Biel läuft die 200millionste Swatch vom Band. Ein Ereignis, das von den Vorbereitungen auf die 1996 Atlanta Olympic Games etwas verdrängt wird, aber deshalb nicht weniger bedeutend ist.

**17.–30. Juli:** Im «Atlanta 1996 Olympic Youth Camp presented by Swatch» treffen sich im Berry College, Georgia, 500 junge «Sportler» aus 145 Ländern zu einer eigenen «Olympiade».

*19 juin: Les membres de la délégation olympique chinoise reçoivent la Swatch NOC Chinese Olympic Team Watch, qui les accompagnera à Atlanta en tant que «the only Swiss Allowed On The Chinese Olympic Team».*

*21 juin: Ouverture d'un Swatch Store à Zurich, en Suisse: Bahnhofstrasse 94.*

*22/23 juin: The Big Summer Opening à Saas Fee, dans les Alpes suisses, avec «Sports and Fun and Music». Au programme: «The Worlds longest Downhill Bike Inferno», Summer Big Air, Style Boardercross Snowboard Jump et Telemark.*

*24 juin: Le prix Bolero est décerné à Zurich. Il récompense le meilleur design de nouveaux venus suisses dans le domaine de la création de mode. Swatch est de la partie en qualité de principal sponsor et représentée dans le jury par Nayla Hayek.*

*24 juin: Premier concert de la tournée japonaise de Paulo Mendonça.*

*28 juin: Ouverture d'un Swatch Store à San Francisco, aux USA: Building Q, Pier 39, et à Londres, en Angleterre: Heathrow Terminal 4.*

*30 juin/1er juillet: Le vaisseau amiral Swatch prend la mer dans le vieux port de Gênes, avec à son bord 1200 invités venus des quatre coins d'Italie et, pour la première fois en Italie, la smart.*

*Juillet: A l'occasion des Jeux Olympiques d'Atlanta 1996 et en signe d'appréciation des performances des athlètes, Swatch lance la «Victory Ceremony Series», dont chaque modèle comporte une Irony en «Or», en «Argent» et en «Bronze».*

*3 juil.: Ouverture d'un Swatch Store à Salt Lake City, aux USA: South Main Street 50.*

*4 juil.: En présence de Gelindo Bordin et en guise de prélude aux Jeux Olympiques d'Atlanta 1996, Swatch Timing et la collection «Olympic Legends» font l'objet d'une présentation à Milan.*

*5 juil.: Ouverture d'un Swatch Store à Atlanta, aux USA: Peachtree St. N.W. 138.*

*10 juil.: Succès continu pour Swatch: A Bienne, la 200 millionième Swatch sort de production. Un événement resté*

*19 giu.: ai membri della squadra olimpica cinese viene consegnato lo Swatch NOC Chinese Olympic Team Watch, che li accompagnerà ad Atlanta quale «the oly Swiss Allowed on Chinese Olympic Team».*

*21 giu.: apertura dello Swatch Store di Zurigo, Svizzera, in Bahnhofstrasse 94.*

*22/23 giu.: The Big Summer Opening a Saas Fee, nel cuore delle Alpi svizzere. Sport, divertimento e musica con: «the World's longest Downhill Bike Inferno», Summer Big Air, Style Boardercross Snowboard Jump, telemark, eccetera, eccetera.*

*24 giu.: assegnazione a Zurigo del Prix Bolero, un riconoscimento che premia i più promettenti stilisti svizzeri. Swatch è lo sponsor principale e nella giuria è rappresentato da Nayla Hayek.*

*24 giu.: prima data della tournée giapponese di Paulo Mendonça.*

*28 giu.: apertura dello Swatch Store di San Francisco, USA, Building Q, Pier 39, e di Londra. Inghilterra, Heathrow Terminal 4.*

*30 giu./1° lug.: lo Swatch Flagship salpa dal vecchio porto di Genova con a bordo 1200 ospiti e la smart. che fa la sua prima apparizione in Italia.*

*Lug.: in occasione dei Giochi Olimpici di Atlanta e per onorare le prestazioni degli atleti, Swatch lancia le «Victory Ceremony Series», composte rispettivamente da un Irony d'oro. d'argento e di bronzo.*

*3 lug.: apertura dello Swatch Store di Salt Lake City, USA, in South Main Street 50.*

*4 lug.: in vista dei Giochi di Atlanta, a Milano, in presenza di Gelindo Bordin, vengono presentati lo Swatch Timing e la collezione «Olympic Legends».*

*5 lug.: apertura dello Swatch Store di Atlanta, USA, in Peachtree St. N.W. 138.*

*10 lug.: Swatch, un successo che non accenna a diminuire. A Bienne viene prodotto il 200 milionesimo esemplare. Un evento importante, anche se passa un po' in secondo piano a causa dei preparativi per Atlanta.*

000684

English | Deutsch | Français | Italiano

**SWATCH CHRONOLOGY**

**1996**

**July 18:** Nicolas G. Hayek personally carries the Olympic flame – which has come all the way from Los Angeles across America – for a short distance on the last leg of its journey to Atlanta.

**July 19:** Opening of Swatch Store at the Musée Olympique, Lausanne, Switzerland.

**July 19:** A Swatch "Victory Ceremony Series" set is auctioned during a brunch program on Germany's SAT 1 TV channel for DM 43,000.

**July 19 – Aug. 4:** 1996 Atlanta Olympic Games. Swatch is Official Timekeeper for the very first time and has its own Swatch Pavilion in the Centennial Olympic Park, where Nicolas G. Hayek receives visitors and guests from all over the world.

**July 26:** Opening of Swatch Store at 289 Woodbridge Center Drive, Woodbridge, USA.

**Aug. 2:** Opening of Swatch Store at Piazza S. Giovanni 22/r, Florence, Italy.

**Aug. 6:** Launch of the "Swatch Historical Olympic Games" collection at Isetan, one of Tokyo's largest department stores.

**Aug. 10:** Swatch Inline-Beton on concrete in Königsee, Germany: you couldn't hope to find a sport more typically suited to Swatch, a cross between Sunny Corner and Halfpipe, high performance in a bob run. Hot stuff.

**Aug. 23/24/25:** Swatch International Roller & Inline Contest in Lausanne with some of the best skaters around.

**Aug. 28:** The Swatch Cordless Phone is presented to the media and the public at the CEBIT in Munich: state-of-the-art telecommunications technology conforming to DECT pan-European cordless communications standards.

**Aug. 30/31/Sept. 1:** Final of the Swatch Beach Volley tour in Pescara, Italy.

**Sept. 2–14:** At the Galeries Lafayette in Paris, smart is voted biggest design hit of the year and awarded the 1996 Grand Prix of Design.

**Sept. 7:** Opening of Swatch Store at Neuhauserstrasse 49 (temporary premises), Munich, Germany.

**18. Juli:** Nicolas G. Hayek trägt persönlich die Olympische Feuer, das von Los Angeles quer durch die USA nach Atlanta kam, ein letztes Stück dem Ziel entgegen.

**19. Juli – 4. Aug.:** 1996 Atlanta Olympic Games. Swatch ist zum ersten Mal offizieller Zeitnehmer und mit dem Swatch Pavillon im Centennial Olympic Park präsent, wo Nicolas G. Hayek Besucher und Gäste aus der ganzen Welt empfängt.

**19. Juli:** Auf SAT 1 löst bei einer Versteigerung im TV-Brunch ein Set der Swatch «Victory Ceremony Series» 43'000 DM.

**19. Juli:** Opening Swatch Store Lausanne, Schweiz: Musée Olympique.

**26. Juli:** Opening Swatch Store Woodbridge, USA: Woodbridge Center Drive 289.

**2. Aug.:** Opening Swatch Store Florenz, Italien: Piazza S. Giovanni 22/r.

**6. Aug.:** Launch der Swatch «Historical Olympic Games» Collection im Isetan, einem der grössten Warenhäuser Tokios.

**10. Aug.:** Swatch In-Line Beton in Königsee Deutschland – eine Sportart typischer könnte sie für Swatch nicht sein, eine Verbindung zwischen Sunny Corner und Halfpipe, High Performance in a Bob-Run. Really hot.

**23./24./25. Aug.:** Swatch International Roller & In-Line Contest in Lausanne mit den grössten Cracks aus der Szene.

**28. Aug.:** An der CEBIT in München wird mit dem Swatch Cordless Phone State-of-the-art-Telefontechnologie nach paneuropäischem Standard für schnurlose Kommunikation (DECT) den Medien und dem Publikum vorgestellt.

**30./31. Aug./1. Sept.** Finale der Swatch Beach Volley Tour in Pescara, Italien.

**2.–14. Sept.:** smart wird in den Galeries Lafayette in Paris vom Publikum zur grössten Design-Neuheit des Jahres erkoren und mit dem «1996 Grand Prix of Design» ausgezeichnet.

**7. Sept.:** Opening Swatch Store München, Deutschland: Neuhauserstrasse 49 (provisorisch).

quelque peu à l'ombre des préparatifs pour les Jeux Olympiques d'Atlanta 1996, mais qui n'en garde pas moins toute sa signification.

**17–30 juil.:** Dans le cadre de «Atlanta 1996 Olympic Youth Camp presented by Swatch», 500 jeunes «sportifs» de 145 pays se rencontrent au Berry College, en Géorgie, pour y tenir leurs propres «Olympiades».

**18 juil.:** Nicolas G. Hayek en personne parcourt un bout de chemin avec la flamme olympique, qui a traversé tous les USA, de Los Angeles à Atlanta.

**19 juil. – 4 août:** 1996 Atlanta Olympic Games. Pour la première fois, Swatch se présente en qualité de chronométreur officiel et entre au Centennial Park avec le Pavillon Swatch, où Nicolas G. Hayek accueille des invités venus des quatre coins du globe.

**19 juil.:** Lors d'une vente aux enchères dans le cadre de la Swatch «Victory Ceremony Series» atteint la somme de 43'000 DM.

**19 juil.:** Ouverture d'un Swatch Store à Lausanne, en Suisse: Musée Olympique.

**26 juil.:** Ouverture d'un Swatch Store à Woodbridge, aux USA: Woodbridge Center Drive 289.

**2 août:** Ouverture d'un Swatch Store à Florence, en Italie: Piazza S. Giovanni 22/r.

**6 août:** Lancement de la collection Swatch «Historical Olympic Games» au Isetan, l'un des plus grands magasins de Tokyo.

**10 août:** Swatch In-Line Beton à Königsee, en Allemagne; un sport tout ce qu'il y a de typique pour Swatch, synthèse entre Sunny Corner et Halfpipe, High performance in a Bob-Run. Really hot.

**23, 24 et 25 août:** Swatch International Roller & In-Line Contest à Lausanne, avec les cracks les plus fameux de la discipline.

**28 août:** Avec le Swatch Cordless Phone State-of-the-art, une technologie téléphonique selon le standard européen pour la communication sans fil (DECT) est présentée aux médias et au public. Cette présentation a lieu dans le cadre de la CEBIT, à Munich.

**17–30 lug.:** nel Berry College, in Georgia, in occasione dell'«Atlanta 1996 Olympic Youth Camp presented by Swatch» si riuniscono 500 giovani sportivi provenienti da 145 paesi per celebrare le loro personalissime Olimpiadi.

**18 lug.:** Nicolas G. Hayek porta per un tratto la fiaccola olimpica, giunta a Los Angeles dopo aver attraversato tutti gli Stati Uniti.

**19 lug. – 4 ago:** Giochi olimpici di Atlanta. Swatch è per la prima volta cronometrista ufficiale ed è presente nel Centennial Olympic Park con lo Swatch Pavillon, dove Nicolas G. Hayek riceve visitatori e ospiti da tutto il mondo.

**19 lug.:** durante un'asta trasmessa nel quadro del programma «TV-Brunch» sul canale televisivo tedesco SAT 1, un set Swatch «Victory Ceremony Series» viene aggiudicato per 43'000 marchi.

**19 lug.:** apertura dello Swatch Store di Losanna, Svizzera, nei Museo olimpico.

**26 lug.:** apertura dello Swatch Store di Woodbridge, USA, in Woodbridge Center Drive 289.

**2 ago.:** apertura dello Swatch Store di Firenze, in Piazza S. Giovanni 22/r.

**6 ago.:** lancio della collezione Swatch «Historical Olympic Games» all'Isetan, uno dei più famosi grandi magazzini di Tokio.

**10 ago.:** Swatch In-Line Beton a Königsee, Germania, una disciplina sportiva tipicamente Swatch, un misto tra Sunny Corner, Halfpipe e High Performance in a Bob-Run. Really hot!

**23–25 ago.:** Swatch International Roller & In-Line Contest a Losanna con la partecipazione dei più grandi campioni di questa entusiasmante disciplina.

**28 ago.:** alla CEBIT di Monaco di Baviera, lo Swatch Cordless, l'avanguardistica tecnologia telefonica ai sensi dello standard paneuropeo per la comunicazione senza filo (DECT) viene presentato al pubblico e ai media.

**30–31 ago./1° sett.:** finale dello Swatch Beach Volley Tour a Pescara.

000685

**1996**

**Sept. 18:** In Hambach, the smart Production Preparation Centre is inaugurated and the international press is given a detailed exposition of the current state of developments.

**Sept. 20:** Opening of Swatch Store at Freehold Raceway Mall, 3710 Route 9, Freehold, USA.

**Sept. 21:** Switzerland Life Snowboard Cup '96 as part of the International City Tour presented by Swatch, starting with the Zurich Inline. Swatch is main sponsor of the World Boardercross Tour 96/97, which means that it will be once again more involved in snowboarding as a sport.

**Sept. 28:** Yellow Fever: blind dates to mark the launch of the Fall/Winter Collection in Germany.

**Sept. 30:** Swatch Time Cut is put through its paces by Switzerland's official chronometer testing centre (the COSC) and awarded a certificate testifying to its chronometer-standard precision. The chronometer is available in a limited edition of just 1500.

**Oct. 2–10:** The smart is presented to an international fashion industry audience in the Carrousel du Louvre at the ready-to-wear shows.

**Oct. 3:** Opening of Swatch Store at Beurstraverse 136, Rotterdam, Netherlands.

**Oct. 5/6:** Swatch The Club as official partner of the IMAX Film Festival in Luzern, Switzerland. About 800 Club members are present, hoping to get hold of one of the Claude Nicollier-tested "Access to Space" Swatches.

**Oct. 15:** Opening of Swatch Store at Preçiados, Maestro Victoria, Madrid, Spain.

**Oct. 26:** Sölden, Austria: SWATCH assumes its responsibilities as Timekeeper at all FIS Ski World Cup races in the 1996/97 winter season.

**Oct.:** "Peter Gabriel's Adam", the Swatch MusiCall from Peter Gabriel, is launched internationally. It is the counterpart to his CD-ROM, "Eve".

**18. Sept.:** In Hambach wird das smart Produktions-Vorbereitungs-Zentrum eingeweiht und für die internationale Presse eine Zwischenbilanz über den Stand der Entwicklungsarbeiten am smart erstellt.

**20. Sept.:** Opening Swatch Store Freehold, USA: Freehold Raceway Mall, 3710 Route 9.

**21. Sept.:** Switzerland Life Snowboard Cup '96 der International City Tour presented by Swatch: Start am Zürich In-Line. Swatch ist Hauptsponsor der World Boardercross Tour 96/97 und beteiligt sich damit wieder vermehrt am Snowboard Sport.

**28. Sept.:** Gelbsucht: Blind-Dates zum Launch der Fall/Winter-Collection in Deutschland.

**30. Sept.:** Swatch Time Cut wird von der Schweizerischen COSC (Contrôle Officiel Suisse des Chronomètres) getestet und mit dem Präzisionszertifikat Chronometer ausgezeichnet. Der Chronometer kommt in einer Auflage von exklusiven 1500 Ex. auf den Markt. Davon kann je ein Ex. auf ausgewählten Crossair-Flügen über Verlosung der Kaufberechtigung erworben werden.

**2.–10. Okt.:** Der smart wird im Carroussel du Louvre an den Prêt-à-porter Modeschlauen dem internationalen Fashion-Publikum vorgestellt.

**3. Okt.:** Opening Swatch Store Rotterdam, Niederlande: Beurstraverse 136.

**5./6. Okt.:** Swatch The Club als offizieller Partner der IMAX Filmtage in Luzern, Schweiz. Rund 800 Clubber sind dabei und hoffen auf eine der Claude Nicollier-geprüften Swatch «Access to Space».

**15. Okt.:** Opening Swatch Store Madrid, Spanien: Preçiados, Maestro Victoria.

**26. Okt.:** Sölden, Österreich: SWATCH startet als Zeitnehmer für alle FIS Ski-Weltcup-Rennen in die Wintersaison 96/97.

**Okt.:** «Peter Gabriel's Adam», die Swatch MusiCall von Peter Gabriel, wird in die Welt gesetzt. Sie ist das Gegenstück seiner CD-Rom «Eve».

**30/31 août/1er sept.:** Finale de la tournée Swatch Beach Volley à Pescara, en Italie.

**2–14 sept.:** Aux Galeries Lafayette à Paris, la smart est élue «meilleur nouveau design de l'année» par le public, et se voit décerner le «1996 Grand Prix of Design».

**7 sept.:** Ouverture d'un Swatch Store à Munich, en Allemagne: Neuhauserstrasse 49 (provisoire).

**18 sept.:** Inauguration du centre de préparation à la production smart à Hambach, tandis que la presse internationale prend connaissance d'un bilan intermédiaire sur l'état d'avancement des travaux de développement sur smart.

**20 sept.:** Ouverture d'un Swatch Store à Freehold, aux USA: Freehold Raceway Mall, 3710 Route 9.

**21 sept.:** Switzerland Life Snowboard Cup'96 of the International City Tour presented by Swatch: Départ au Zurich In-Line. Swatch est le principal sponsor du World Boardercross Tour 96/97 et revient davantage au snowboard.

**28 sept.:** La jaunisse ou l'heure en jaune: Rendez-vous surprise pour le lancement de la collection Automne/Hiver en Allemagne.

**30 sept.:** Swatch Time Cut est testé par le COSC suisse (Contrôle Officiel Suisse des Chronomètres), qui lui décerne le certificat de précision et le titre de chronomètre. Le chronomètre est mis sur le marché dans une édition exclusive de 1500 exemplaires. Sur certains vols Crossair sélectionnés, le chronomètre fait l'objet d'une loterie donnant un droit d'achat à raison d'un exemplaire par vol.

**2–10 oct.:** La smart est présentée à un public international au Carrousel du Louvre, dans le cadre des présentations de mode du prêt-à-porter.

**3 oct.:** Ouverture d'un Swatch Store à Rotterdam, aux Pays-Bas: Beurstraverse 136.

**5/6 oct:** Swatch The Club est partenaire officiel du Festival du Cinéma IMAX à Lucerne, en Suisse. Quelque 800 membres du Club sont de la partie et espèrent acquérir une «Access to Space», dont un exemplaire a été testé par Claude Nicollier.

**2–14 sett.:** alle Galeries Lafayette di Parigi, il pubblico designa la «smart» quale più grande novità dell'anno in fatto di design, premiandola con il «1996 Grand Prix of Design».

**7 sett.:** apertura dello Swatch Store di Monaco di Baviera, Germania, in Neuhauserstrasse 49 (sede provvisoria).

**18 sett.:** a Hambach viene inaugurato il Centro di produzione e di assemblaggio della «smart» e alla stampa internazionale viene presentato un bilancio intermedio dell'attività.

**20 sett.:** apertura dello Swatch Store di Freehold, USA, in Freehold Raceway Mall, 3710 Route 9.

**21 sett.:** Switzerland Life Snowboard Cup '96 nel quadro dell'International City Tour presentato da Swatch: inizio all'In-line di Zurigo. Swatch è lo sponsor principale del World Boardercross Tour 96/97 e si impegna quindi sempre di più a favore dello snowboard.

**28 sett.:** scoppia la febbre gialla. «Blind date» per il lancio della collezione autunno/inverno in Germania.

**30 sett.:** lo Swatch Time Cut, prodotto in 1500 esemplari, viene testato dal Contrôle Officiel Suisse des Chronomètres (COSC) e insignito del certificato di cronometro di precisione.

**2–10 ott.:** durante le sfilate di prêt-à-porter di Parigi, nel Carrousel du Louvre la «smart» viene presentata al pubblico internazionale.

**3 ott.:** apertura dello Swatch Store di Rotterdam, Paesi Bassi, in Beurstraverse 136.

**5–6 ott.:** Swatch The Club è il partner ufficiale degli «IMAX Filmtage» di Lucerna, Svizzera, a cui accorrono circa 800 membri del club nella speranza di acquistare uno degli Swatch «Access to Space» come quello collaudato da Claude Nicollier.

**15 ott.:** apertura dello Swatch Store di Madrid, Spagna, in Preçiados, Maestro Victoria.

**26 ott.:** a Sölden, in Austria, Swatch dà il via alla stagione 96/97 della Coppa del mondo di sci in veste di cronometrista ufficiale.

00348

**SWATCH CHRONOLOGY**

**1996**

**Oct.: "Oracolo"**, designed by Swiss artist Walter Wegmüller, marks the beginning of a new era in Swatch history. From now on, we are turning our attention to spiritual signs – at least on one of the dials – which have their origins in the mythical heritage of the Roma and other nomadic peoples.

**Nov. 1: Salzburg:** a special Swatch Access gives owners the freedom of cashless payment at restaurants, hotels and concerts – impressive proof of the infinite potential of Swatch Access.

**Nov. 22–24: First leg of the World Boardercross Tour 96/97 in Sölden, Austria.**

**Nov. 27–28:** Swatch and UNESCO join forces on RTL to help "Children in Need". Auctions held every hour help raise money for a number of UNESCO projects.

**Dec.:** Scan O'Vision is presented at the Mega Store on New York's 5th Avenue by Michael Johnson.

**Dec.:** Opening of Swatch Stores in Venice (Italy), Antwerp and Liège (Belgium).

**Dec. 1:** Opening of Swatch Store at 7 Backus Avenue, Danbury, USA.

**Dec. 21–22:** Val d'Isère, France, is the venue for the Swatch Boardercross Tour (SWBX). Four more stages are scheduled between now and April 1997.

**Dec.:** The name of the Swatch Xmas Special '96 is "Light Tree". And Swatch fans make dazzling objects that hang from Christmas trees for everyone to see.

**Okt.:** Mit «Oracolo» des Schweizer Künstlers Walter Wegmüller beginnt ein neues Swatch-Zeitalter. Von nun an werden spirituelle Zeichen gesetzt – zumindest auf dem einen Zifferblatt – die den mythischen Überlieferungen der Roma und anderer Nomadenvölker entstammen.

**1. Nov.:** Access to Salzburg: Mit einer speziellen Swatch Access hat man in Salzburg Zugang zu Restaurants, Hotels und Konzerten. Damit beweist Swatch, was noch alles in der Access steckt.

**22.–24. Nov.:** Erste Station der World Boardercross Tour 96/97 in Sölden, Österreich.

**27./28. Nov.:** Swatch hilft über RTL mit Unesco den «Kindern in Not». In stündlich stattfindenden Versteigerungen wird Geld für verschiedene Unesco-Projekte gesammelt.

**Dez.:** Im Mega Store an New York's 5th Ave. wird der Scan O'Vision von Michael Johnson präsentiert.

**Dez.:** Opening Swatch Stores Venedig (Italien), Antwerpen und Liège (Belgien).

**1. Dez.:** Opening Swatch Store Danbury, USA: Backus Avenue 7.

**21./22. Dez.:** Val d'Isère, Frankreich, ist Austragungsort der Swatch Boardercross Tour (SWBX). Bis April 97 werden weitere vier Stationen folgen.

**Dez.:** Der Swatch X-mas Special '96 heisst «Light Tree». Swatch Freunde stellen leuchtende Objekte her, die zur weihnachtlichen Verzierung aller öffentlichen Christbäumen hängen.

**15 oct.:** Ouverture d'un Swatch Store à Madrid, en Espagne: Preçiados, Maestro Victoria.

**26 oct.:** Sölden en Autriche: SWATCH prend le départ en tant que chronométreur de toutes les courses de ski FIS de Coupe du Monde de la saison d'hiver 96/97.

**Octobre:** Naissance de «Peter Gabriel's Adam», la Swatch MusiCall de Peter Gabriel. Elle est le pendant de son CD-Rom «Eve».

**Octobre:** Une nouvelle ère Swatch s'ouvre avec le modèle «Oracolo», de l'artiste suisse Walter Wegmüller. Le jeu des signes et symboles spirituels sur le cadran nous vient des traditions mythiques des Tsiganes et autres peuples nomades.

**1er nov.:** Access to Salzburg: Une Swatch Access spéciale donne accès aux restaurants, hôtels et concerts de Salzbourg. C'est évident, Swatch et son modèle Access nous réservent encore bien des surprises.

**22–24 nov.:** Première station du World Boardercross Tour 96/97 à Sölden, en Autriche.

**27–28 nov.:** Avec l'Unesco et via RTL, Swatch apporte son aide «aux enfants en détresse». D'heure en heure, les ventes aux enchères rapportent des fonds destinés à soutenir divers projets de l'Unesco.

**Décembre:** Dans le Mega Store de la 5th Avenue à New York, la Scan O'Vision est présentée par Michael Johnson.

**Décembre:** Ouverture d'un Swatch Store à Venise (Italie), ainsi qu'à Anvers et à Liège (Belgique).

**1er déc.:** Ouverture d'un Swatch Store à Danbury, aux USA: Backus Avenue 7.

**21–22 déc.:** Val d'Isère, en France, est le théâtre du Swatch Boardercross Tour (SWBX). D'ici avril 97, quatre nouvelles stations prendront la relève.

**Décembre:** Le modèle Swatch X-mas Special s'appelle «Light Tree». Les amis de Swatch réalisent des objets lumineux qui viendront décorer des arbres de Noël publics, à la plus grande joie de tous.

**Ott.:** «Peter Gabriel's Adam», lo Swatch MusiCall di Peter Gabriel viene venduto in tutto il mondo. E' il pendant del suo CD-ROM «Eve».

**Ott.:** con «Oracolo» dell'artista svizzero Walter Wegmüller Swatch entra nel mondo della divinazione. Il quadrante reca infatti dei simboli allegorici tramandati dai Rom e da altri popoli nomadi che comunicano una serie di messaggi e obiettivi.

**1° nov.:** grazie a uno speciale Swatch Access, a Salisburgo si può andare al ristorante. in albergo e a concerto senza soldi in tasca. Access: un orologio dalle mille opportunità.

**22–24 nov.:** prima tappa del World Boardercross Tour 96/97 a Sölden, Austria.

**27–28 nov.:** su RTL, (un canale televisivo di lingua tedesca) Swatch e l'Unesco aiutano l'associazione «Kinder in Not». Nel corso delle aste, che si tengono ogni ora, vengono raccolti fondi a favore di alcuni progetti dell'Unesco.

**Dic.:** a New York, nel Mega Store della 5th Av., viene presentato lo Scan O'Vision di Michael Johnson.

**Dic.:** apertura degli Swatch Store di Venezia, Anversa e Liegi (Belgio).

**1° dic.:** apertura dello Swatch Store di Danbury, USA. in Backus Avenue 7.

**21–22 dic.:** lo Swatch Boardercross Tour (SWBX) fa tappa a Val d'Isère, in Francia. Fino all'aprile 97, seguiranno altre quattro stazioni sciistiche.

**Dic.:** lo Swatch X-mas Special 96 si chiama «Light Tree». I membri del Club creano dei personalissimi oggetti luminosi che, per la gioia di tutti, vengono appesi su alberi di Natale collocati in luoghi pubblici.

| | |
|---|---|
| Headquarter: | Swatch SA, Jakob-Stämpflistrasse 94, CH-2504 Biel |
| Argentina: | Dianthus S.A., Santa Fe 1731, Entrepiso, 1060 Buenos Aires |
| Australia: | SMH Australia Ltd., 47, Wellington Street, Windsor VIC3181, P.O. Box 456, Prahran Victoria 3181 |
| Austria: | SMH Österreich Vertriebs GmbH, Kuefsteingasse 15, 1140 Wien |
| Bahrain: | Ashrafs, P.O. Box 62, Manama |
| Belgium: | Swatch Belgium, 249, Boulevard Sylvain Dupuis, 1070 Bruxelles |
| Brazil: | SMH do Brazil Ltda., Av. Brigadelro Faria Lima 1664, 15ª andar, 01452 São Paulo-SP |
| Bulgaria: | Sahara Trading Ltd., 51, Parvy May Street, 4700 Smolian |
| Canada: | SMH Swiss Watches and Microelectronics (Canada) Ltd., 555 Richmond Street West, Suite 1105, Toronto, Ontario, M5V3B1 |
| Chile: | Briones Comercial S.A., Av. Las Americas 585, Casilla 13510, Correo 21, Santiago |
| China: | Sales Link Investment Ltd., 6/F Chung Pont Commercial Bldg., 300 Hennessy Road, Causeway Bay,  Hong Kong |
| Croatia: | Dicta D.O.O., Veslarska 3, 51000 Rijeka |
| Cyprus: | Michael P. Michaelides Ltd., 11, Dighenis, Akritas Avenue, Nicosia |
| Czech Republic: | Hibernia Spol. S.R.O., Nadrazni 10, 15000 Praha 5 |
| Denmark: | Henning Staehr A/S, Grusbakken 14, 2820 Gentofte |
| Ecuador: | Joyería Guillermo Vazquez SA, Planta baja del Hotel El Dorado, Apartado postal 4979, Cuenca |
| Egypt: | Datacomp, 6, Dr. Hegazy Street, El Sahafien-Guiza, P.O. Box 2210, Cairo |
| Estonia: | R. M. Fischer Ltd., Lai Street 49-201, EE-0001 Tallinn |
| Finland: | Oy Perkko, Rälssintie 6, Box 40, 00720 Helsinki |
| France: | SMH France, 49, avenue Hoche, 75008 Paris |
| Germany: | SMH Uhren und Mikroelektronik GmbH, Division Swatch Deutschland, Rudolf-Diesel-Strasse 7, 65760 Eschborn |
| Greece: | Aliki Perri S.A., 96, Vas. Sofias Ave., 11528 Athens |
| Guam: | Guam Marketing Corp., Mr. Fabrienne Reyes, P.O. Box T, 96910 Agana |
| Hong Kong: | SMH (Hong Kong) Ltd., Swatch Division, 40/F Manulife Tower, 169 Electric Road, North Point Hong Kong |
| Hungary: | KZM Kereskedelmi KFT., Andrassy Ut. 18, 1066 Budapest |
| Indonesia: | PT Inti Fashindo International, Plaza GRI, 18th Floor, Jl H R Rasuna Said, Blok X-2 No. 1, 12950 Jakarta |
| Iran: | Pour Djavaherian, Corner of 9th street No. 1, Nasser Blvd (Gisha), 14467 Tehran |
| Ireland: | B.J. Fitzpatrick & Co. Ltd., Grafton House, Ballymoss Road, Sandyford Industrial Estate, Dublin 18 |
| Israel: | ROL TIME, 19, Lechi Street, 51200 Bnei Brak |
| Italy: | SMH Italia S.p.A., Centro Direzionale Milanofiori, Strada 7, Palazzo R1, 20089 Rozzano (Mi) |
| Japan: | SMH Japan K.K., Swatch Division, Dai-ni Marutaka Building 9F, 13-8, Ginza 7-chome, 104 Tokyo Chuo-ku |
| Jordan: | Nasouh S. Kayali Sons Co., Shmeisani – Opposite of the Forte Grand Hotel, P.O. Box 630, Amman |
| Korea: | Namsung Corp., C.P.O. Box 2907, RM. 603 Baekang Blag./666-14 Sinsa-Dong, Kangnam-Ku, Seoul |
| Kuwait: | Jashanmal & Partners, P.O. Box 5138, 13052 Safat |
| Lebanon: | Sindia S.A.R.L., Khalil Fattal & Sons, Sin El Fil, P.O. Box 110773, Beirut; Tamer Frères S.A.R.L., P.O. Box 84, Beirut |
| Malaysia: | SMH Trading (M) Sdn Bhd, 67, Jalan Raja Chulan, 17th Floor, Wisma Goldhill, 50200 Kuala Lumpur |
| Malta: | Time International Company Ltd., Time Buildings, 254 St. Paul's Street, Valletta |
| Mexico: | La Locura Suiza S.A. de C.V., Av. Ejército Nacional 499 – 1º piso, Col. Granada, 11520 Mexico D.F. |
| Morocco: | K.T.L.C., 7, Rue Asiliah/Appt. Nº 5, Quartier Bourgogne, 21100 Casablanca |
| Netherlands: | Ed Maassen C.V., Postbus 1250, Lage Barakken 45, 6221 CH Maastricht |
| New Zealand: | Olympic Swiss Ltd., 3, Olive Road, P.O. Box 12-346, Penrose, Auckland |
| Norway: | A. Hausammann A/S, Stalfjaera 26, Kalbakken, P.O. Box 143, 0902 Oslo 9 |
| Oman: | Khimji Ramdas, P.O. Box 19, Muscat |
| Rep. de Panama: | Swiss Sport Corp., Zona Libre de Colon, P.O. Box 4201, Colon |
| Paraguay: | American Trading 2000, Avenida General Bernardino, Caballero Nº 178, P.O. Box 2158, Asunción |
| Philippines: | Gift Gate Inc., Gift Gate Building, Greenhills Shopping Center, 1502 San Juan, Metro Manila |
| Poland: | Baltic Company Ltd., ul. Postepu 18, 02-676 Warsaw |
| Portugal: | Tempus Internacional Lda, Av. Infante D. Henrique, Lote 1679 R/c/C/L/J, 1900 Lisboa |
| Romania: | TOP Holding S.A., 66B, Iancu de Hunedoara Blvd., SC.B, 8th floor, Ap. 58, 71214 Bucarest 1 |
| Russia: | ALMA Ltd., 4th Floor, 22 Myastnitskaya st., 101000 Moscow |
| Saudi Arabia: | Al Zouman General Trading, P.O. Box 2069, 21451 Jeddah |
| Singapore: | SMH South East Asia (Singapore) PTE Ltd., 250, North Bridge Road, 15-01/02 Raffles City Tower, 179101 Singapore |
| Slovenija: | WGT TRGOVINA d.o.o., KOTNIKOVA 28/7, 1000 Ljubljana |
| South Africa: | Goodman Bros (PTY) Ltd., 2028 Doornfontein, P.O. Box 17002, 2000 Johannesburg |
| Spain: | SMH España S.A., Avda. Aragon 334, Poligono de las Mercedes, 28022 Madrid |
| Sweden: | SMH Sweden A.B., Swatch Division, Ärstaängswägen 1B, Box 47325, 10074 Stockholm |
| Switzerland: | Swatch AG, Jakob-Stämpflistrasse 94, 2504 Biel |
| Syria: | Nabila Co., P.O. Box 165, Damascus |
| Taiwan ROC: | SMH (Asia) Inc., Taiwan Branch, 9/F, No. 200, Section 3 Nanking East Road, Taipei |
| Thailand: | C. Thong Panich, 447–451 Jawaraj Road, 10100 Bangkok |
| Tunesia: | B.O.B.A. S.A.R.L., 45, av. Bourguiba, 1001 Tunis |
| Turkey: | Ergsan Oerme Sanayi Ve Ticaret, Hacimansur Sokak, Konak apt. 1/1, Nisantasi 80200, Istanbul |
| U.A.E.: | Blue Sky Establishment, P.O. Box 3406, Abu Dhabi |
| U.K.: | Swatch U.K., Omega House, 112 Southampton Road, Eastleith, Hampshire, SO505 PB |
| Uruguay: | Sira S.A., Ciudadela 1430, Montevideo |
| U.S.A.: | Swatch Watch U.S.A., 1200 Harbor Boulevard, 7th Floor, 07087 Weehawken, NJ |
| Venezuela: | Swiss Watch Corporation, Torre Humboldt, 12 Floor, Office Nº 1207, Urbanización Prados del Este, B.P. Nº 984, Caracas 1010 |
| Vietnam: | Dong Nam Associates Ltd., Lyndhurst Tower, RM 504, 1 Lyndhurst Terrace, Central, Hong Kong |
| Yugoslavia: | Agrocom Ltd., Import/Export, Ivana Milutinovica 84, 11000 Beograd |

**swatch⊡**

00350

000688

EXHIBIT
Higgins S
P.10.09

## Swatch life







## Highlights

**1983** First Swatch astonishes the world.

**1984** 1 millionth Swatch is produced.

**1985** First Swatch Art Special by Kiki Picasso. ①

**1986** POP Swatch is launched.

**1986** 4 Art Specials by Keith Haring.

**1987** Swatch introduces «Bergström», the first Christmas special. ②

**1988** 6 Puff Special ③ created to celebrate the fifth Anniversary of Swatch. **50 million Swatch is produced!**

**1989** Swatch Twinphone connects people together.

**1990** Swatch Chrono stops time. | Scuba 200 goes diving. Swatch Collectors of Swatch Club ④ is founded... becomes «Swatch The Club» in 1996

**1991** Swatch Automatic revives the mechanical watch. | Swatch the Beep pager sounds off. | Art Special «Swatchetables» by Alfred Hofkunst. ⑤

**1992 100 million Swatch!** | Swatch Stop Watch races into the world.

**1993** Ten years, and better than ever Swatch MusiCall sings for the first time. | Art Special «Orb» by Vivienne Westwood

**1994** Swatch Irony kicks off the modern Iron age.

**1995** Swatch Solar captures the power of the sun. | Swatch Irony Chrono splits time. | Swatch Irony Scuba ventures the underworld. | Swatch Access greets the ski slopes of the world.

## Highlights

**1996** Official timekeeper of the Summer Olympic Games, Atlanta.
**200 million Swatch!**

**1997** Swatch Skin... the thinnest plastic Swatch ever @ 3.9mm. ⑤

**1998** Fifteen years young and still breaking records Swatch Irony Scuba 200 dives deeper.
Swatch beat sets the internet Time for a new generation. ⑥

**1999 250 million Swatch!**

**2000** Official timekeeper of the Summer Olympic Games, Sydney.
Opening of the Swatch Vendôme Boutique Place Vendôme, Paris, France.

**2001** Skin Chrono... the thinnest plastic Swatch Chrono ever @ 6.8 mm ⑦
«Don't Be Too Square» The shape will change, but the spirit will always stay.

**2002 300 million Swatch is produced!**
X-Large.... 30% more Swatch.
Diaphane, the first transparent Irony.
Swatch shows its «Turnover» and then launch Nabab.
The 27th Canton a state of mind.
Opening of the Swatch Via della Spiga, Milan, Italy

**2003** Special Phil Collins Swatch supports the Little Dream Foundation

**2004** Official timekeeper of the Summer Olympic Games, Athens.
Swatch Touch and Swatch Fun Scuba are launched. ⑧

## Swatch life









OMEGA

*Breguet*
Depuis 1775

Calvin Klein

THE SWATCH GROUP SA

ANNUAL REPORT **2002**

tch

EXHIBIT

Higgins 10
9.10.09

PLAINTIFF'S

000689



successful advertising campaign organized to coincide with the latest James Bond film – Die Another Day. The Seamaster model, designed specially for the event and which has already been sold out since, was launched at a national gala evening preview bringing together more than 5000 prestigious guests among whom the actors Rick June and Emilio Echeverria were present. Fifteen other evenings were organized for the occasion at various other locations, as were media campaigns run on television as well as in magazines and newspapers.

**LONGINES** reorganized its distribution network in order to concentrate once more on its main clients, as well as on the brand's ambassadors. The brand, which is the leader in its market segment, reinforced consumer awareness by modernizing its visual merchandizing and by adopting complete collection presentations in stores. Longines celebrated the Elegance is an attitude slogan at national level by organizing various events, such as the launching of its **o**position Square models in the very trendy Palmas 500 restaurant. The brand also sponsored and participated in sumptuous equestrian events in Avandaro and Monterrey, as well as at the finals of the Polo Trophy Championships. At the end of the year, the brand had the pleasure of awarding the Longines Prize of Elegance to the renowned journalist and writer, Gaby Vargas.

**RADO** consolidated its sales figures and reaped the first benefits of its repositioning strategy initiated in 2001. The brand concentrated its efforts in launching the eSenza, which was presented to the press, to the profession and to the general public amidst very special living sculptures at Tamayo Modern Art Museum. Thanks to the latest technologies, Rado Mexico was also able to integrate its own webpage into the parent rado.com webpage and edited the first edition of Rado Insight Mexico.

**TISSOT** benefited from excellent sales of its T-Touch model thanks to the expansion of its distribution network. For the first time ever, the launching of a Tissot watch – the T-Touch – was associated with a special event, namely an evening organized in a comfortable salon and hosted by none other than the famous Eugenio Derbez.

**cK CALVIN KLEIN WATCHES** reinforced its position in the fashion segment by joining forces with the big names in the business, thus benefiting from the synergies offered by their associated brands. The brand co-sponsored various events, such as the Loft Magazine anniversary evening held at the Mexico Hippodrome, and the Mexico's Achieving Women ceremony dedicated to recompensing talented women.

**MIDO** conserved its place as leader in its market segment and reinforced its position by launching the new All Dial line, as well as the new Commander models. During the year, for the first time in its history, Mido launched a national advertising poster campaign. The brand also made use of the 2002 Mexico Carting competition for presenting its products to the 170 000 spectators attending the race.

## SWATCH GROUP **USA**

**SWATCH** encountered tremendous success in 2002 thanks to the launching of the brand's James Bond collection. Swatch Skin also played its part in turning up as official timekeeper at the annual Beverly Hills Tribute to Style gala during which more than a hundred celebrities wore multicolored Skin models. The highlight of the gala came however when the Swatch 007 attaché case was auctioned by Verne Troyer in favor of a charity cause and bought by Austin Powers. Swatch finished the year by transforming its leading New York City store into a winter wonderland for the official launching of Swatch Bijoux. In the retail sales sector, the brand's online e-store was successfully integrated into the retailers' group where it generated extraordinary sales.

**BREGUET** launched a targeted advertising campaign in leading US media in which those American journalists who were able to meet Nicolas G. Hayek during the 200th anniversary celebrations of the Tourbillion staged at Versailles near Paris could share their emotion with their public.

**BLANCPAIN** was backed up by its new advertising campaign featuring Francis Ford Coppola and showed constant growth since the brand's arrival in the US market.

**OMEGA** consolidated its position thanks to a series of very noticeable events among which the brand functioned as official timekeeper at the Professional and Senior Golf Association Tours. Throughout the tours, on all surrounding the greens the brand placed Omega clocks, visible to more than a million spectators. The high point of the year was reached in the successful launching of the James Bond 007 Seamaster in Time Square, New York City, during which frenzy broke out when Omega's ambassador Pierce Brosnan, alias James Bond appeared amidst the Bond films vehicle exhibition to announce the prizewinner of an event competition. The event was relayed throughout the country via the media, thus enhancing public awareness of the brand.

**LONGINES** celebrated an exceptional year whose highpoint was the gala held to commemorate the brand's 170th anniversary as well as the foundation, along with other partners, of the Audrey Hepburn Los Angeles Children's Fund. At this celebrity filled event, the biggest ever chalk-portrait of Audry Hepburn was sketched on Hollywood Boulevard's road surface, thereby capturing the attention of the national and international press.

**RADO** found itself in the limelight during the launching of the brand's carpe diem model, thus reinforcing its image described by specialized horology and visual arts editors as an innovative and avant-garde design piece. The brand's sponsoring activities, its presence as official timekeeper on the tennis tournaments circuit and its widespread press coverage during the brand's ambassador Lisa Ray's appearance at the Moonlight Jewels New York maintained Rado in its leading position.

**TISSOT** made a noticeable reappearance on the American market thanks to improved distribution

000690



also made by the launching of new dynamic products, such as the T-Touch model, which enjoyed widespread acclaim by the press and consumers alike and was presented in numerous reviews, such as Cigar Aficionado and Wired Magazine. Apparently, in 2002 Tissot watches enjoyed the widest media coverage in the country.

**CALVIN KLEIN WATCHES** concentrated its efforts in developing key-counter and independent retailer partnerships. cK sales increased significantly in the Caribbean – a market offering many new opportunities. The brand's new cheerful and sexy advertising campaign featuring Jessica and Travis was highly appreciated by the media and consumers alike, and furthermore led to an increase in sales due to the first-ever offer of a collection at the Calvin Klein Boutique on Madison Avenue in New York.

**HAMILTON** enjoyed very high visibility during 2000 thanks to the release of Men in Black II (MIIB). The film, which boosted Hamilton's public relations and had a wide impact on sales, consolidated the brand's presence not only in Hollywood but also throughout the market where the limited-edition MIIB Chrono and MIIB Digital, seen in leading roles on screen, also played their part in the enviable sales figures realized at points of sale. The brand will be on screen again during a special Hamilton advert featuring the two watches to be released in MIIB, and to be included in the ten million DVD copies to be made of the film.

## SWATCH GROUP **AUSTRALIA**

**SWATCH** continued developing its business during the year and realigned its distribution network. Moving at the same pace as in previous years, the brand pulled in the young generation thanks to its dynamic promotion activities and advertising campaigns. The Globe World Cup Skateboard Titles figured among the brand's successes, as did the Australian round of the World Skateboard Championships. Swatch points of sale were well appreciated by end-users, and in the future, the opening of two kiosks and a shop during the first half of 2003 should further contribute to reinforcing sales.

**BREGUET** was successfully integrated into Swatch Group Australia in July and has since then concentrated on reinforcing its distribution base by improving its visibility and customer services.

**OMEGA** continued dominating the local market's luxury watch segment thanks to its strong commitment as official partner in the Melbourne Fashion Festival. The brand also launched a new advertising campaign starring prodigious swimmer, Ian Thorpe and his Aqua Terra, while the very visible James Bond Seamaster campaign was met with widespread acclaim. Numerous shops-in-shops were also implanted in strategic locations and an Omega Boutique was inaugurated in Auckland (NZL) in preparation for the 2003 America's Cup at which Omega is official timekeeper.

**LONGINES** enjoyed an excellent year marked by extraordinary growth, and remained the market leader in its price segment thanks to the launching of the DolceVita line. The widespread Excellence is an Attitude advertising campaign met with a favorable response, while the sponsoring of the Spring Horse Racing Carnival the number one Australian equestrian event – propelled the brand into the luxury watches segment.

**RADO** consolidated its position. As sponsor of various tennis tournaments, such as the Australian Open Grand Slam, the brand enjoyed good visibility among the public and television spectators alike. The year's highlight was undoubtedly the launching of the Sintra Gold and the Coupole, both of which proved to be real door openers for the brand. The additional consolidation of the distribution network achieved by installing shops-in-shops at main retailers also contributed in consolidating Rado's success.

**TISSOT** kept to its path on the road to success seeing medium-range consumers won over by the brand's models. Tissot enjoyed excellent visibility at the Australian Motorcycling Grand Prix held at Phillip Island raceway where it operated as official timekeeper. Finally, the tangible expansion of the brand's distribution network resulted in its presence spreading throughout the country.

**CALVIN KLEIN WATCHES** enjoyed significant growth in 2002 thanks to the brand's omnipresence as well in main stores as in national jewelry retail chains. Enhanced presence in fashion shops and promotions in conjunction with cK perfumes also contributed to the brand's success.

**FLIK FLAK** pursued its launching of new products at regular intervals on the Australian market. The brand enjoyed sustained growth in sales thanks to its new advertising message as well as the further expansion of its distribution network in big stores.

**OMEGA ELECTRONICS** was successful in winning two important contracts for installing display screens at the Australian Institute of Sport in Canberra and the Challenge Stadium in Perth.





INTERNATIONAL





## SWATCH GROUP **CANADA**

During 2005, Swatch Group Canada met the objectives it set itself, strengthening its position in the market. It has been focusing all its efforts on developing a quality distribution network, expanding the retail stores belonging to the Group, and improving the image and the presentation of brands on retail premises. Regarding public relations, the new product launches for various brands were a success with customers and the media alike. A sporting event of international status also attracted everyone's attention to one of the Group's brands: Omega was official timekeeper at the World Swimming Championships, which were held in Montreal.

In June 2005, Swatch Group Canada joined in congratulating a Montreal retailer on the occasion of the reopening of his point of sale, which is situated on rue Sainte Catherine **[37]** in the main shopping district in the lower town. The success of this partnership operation confirmed to Swatch Group Canada the soundness of its reorganization. The Canadian subsidiary is therefore proud to be present in this newly renovated point of sale with the Swatch, Tissot, Longines, Rado, Hamilton, Flik Flak and ck watch & jewelry brands and their respective shop-in-shops. Quebec's most important media – television, radio and press – reported the awarding of the Tissot Precious Flower watch to Quebec television personality Annie Pelletier, who is also an Olympic bronze diving medalist. They also covered the launch of the Hamilton X-Wind model, and widely commented on the award made by the brand to Captain Robert Piché, the heroic pilot who saved the lives of over 350 people by making an emergency landing of his Airbus 330 at Lajes airport in the Azores, having flown the plane for around twenty minutes after both engines shut down.

## SWATCH GROUP **UNITED STATES**

The US market rapidly demonstrated a pronounced passion for timepieces of quality, not to say of tradition, as is shown by its top ranking in the list of countries to which Swiss watches are exported, according to the Federation of the Swiss Watch Industry. While sales results for all the Group's brands increased exponentially in 2005, Swatch Group United States continued to focus its efforts on distribution. Concentrating on a more exclusive circle of retailers and consolidating the current distribution network has invigorated not only the image but also the presence of all the Group's brands across the entire country.

This in-depth work on the retail trade and its environment, the quality of the services offered, and the presentation of products is reflected in the very significant penetration of all the brands in the retail trade. Swatch opened five stores **[38]**; Breguet has ten new points of sale and three shop-in-shops; Blancpain has eight new points of sale, and Glashütte Original has six. Jaquet Droz also expanded its highly targeted network of distributors and all the other brands took particular care in the presentation of products at their distributors and authorized retailers. Omega continued its policy of selective and exclusive distribution. It took every opportunity to promote a solid and consistent brand image, and intensified its strategy of positioning itself even more strongly in the luxury segment. This has resulted in a reduction in the number of small retailers. Results at the end of 2005 overwhelmingly confirmed that this was the right approach. In addition to numerous new product launches, including those of the Seamaster Planet Ocean and the DeVille Chocolat for ladies, the brand made its mark by acquiring, after a hard-fought struggle at auction, the watch worn by the late John Fitzgerald Kennedy on the day of his investiture as President of the United States in 1960 **[39]**.



Other events marked the seasons of 2005, including the New York reception of the Omega ambassador Ellen MacArthur **[40]**; that of the new Longines Ambassador of Elegance, actor and musician Harry Connick, Jr. **[41]**; and the introduction of the first woman to become a Tissot ambassador, the Indy® car driver Danica Patrick **[42]**. The partnership between Rado and the Susan G. Komen Breast Cancer Foundation benefited from an amazing following among the public, who were touched by the brand's commitment to breast cancer sufferers. Last but not least, Hamilton celebrated its alliance with the cinema by presenting the Hamilton Timeless Style Awards **[43]** in Hollywood for the third consecutive year, in the presence notably of Mimi Rogers and Dakota Fanning.

## SWATCH GROUP **MEXICO**

Despite the prevailing instability of this pre-election year, all Swatch Group Mexico's brands have clearly been able to reassert their leadership positions, showing good performances. This result is also due to the strengthening of the brands' profile on the market. Omega, Longines, Mido, Tissot, ck watch & jewelry and Swatch opened new corners in more than fifteen shopping centers, and Swatch inaugurated three new stores.

Among the year's highlights, it is worth noting the launch, by Mido, of the extremely characteristic Michel Jourdain Jr. Collection, dedicated to the former CART driver who now drives on the NASCAR circuit. The Swatch FIVB beach volleyball world tournament match on Acapulco beach will continue to be an unforgettable moment for the participants, as will the authoritative conference on the past, present and future of the tourbillon, held by Emmanuel Breguet at the Maison de France in Mexico City. But the key event for Swatch Group Mexico was indisputably the opening of the very first Omega boutique **[44]** on Masaryk Avenue, in the heart of the Polanco district of Mexico City. The Omega ambassador Anna Kournikova introduced the brand's new timepieces and jewelry, wearing creations by the two young stylists Ivonne Cohen and Carlo de Michelis, before presiding over an auction of her Omega DeVille Chocolat watch in aid of UNICEF and child victims of the hurricane that devastated the state of Chiapas.

